# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>JIN GUANGHUA ▮<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case: 1:22–mj–00192<br>Assigned To : Magistrate Judge Meriweather, Robin M.<br>Assign. Date : 8/22/2022<br>Description: Complaint w/ Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 2016 - Present__ in the county of _____ in the
_____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 50 U.S.C. § 1701-1707 | IEEPA |
| 18 U.S.C. § 371 | Conspiracy |
| 18 U.S.C. § 1344 | Bank Fraud |
| 18 U.S.C. §§ 1956(a)(2)(A) and (h) | Money Laundering and Conspiracy |
| 31 U.S.C. § 5322 | Bank Secrecy Act |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

*Complainant's signature*

Joy Gallante, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
**Telephone** (specify reliable electronic means).

Date: 08/22/2022

*Judge's signature*

City and state: Washington, DC    Robin M. Meriweather, US Magistrate Judge
*Printed name and title*