Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.   Criminal No.   23-91

SIM HYON-SOP (1)
JIN GUANGHUA (2)   Category   B
QIN GUOMING (3)
HAN LINLIN (4)

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on  6/21/2023  from  Judge Colleen Kollar-Kotelly

to  Calendar Committee  by direction of the Calendar Committee.

(Defendants are Fugitives)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case
Management Committee

cc:   Judge Colleen Kollar-Kotelly   & Courtroom Deputy
      Calendar Committee

U.S. Attorney's Office – Judiciary Square Building, Room 5133

Statistical Clerk