AO 442 (Rev. 11/11) Arrest Warrant

FID 11463263

U.S. MARSHAL-DC AH8:27
RECEIVED AUG 23 '22

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-mj-00192 |
| JIN GUANGHUA | ) Assigned To : Magistrate Judge Meriweather, Robin M. |
| | ) Assign. Date : 8/22/2022 |
| | ) Description: Complaint w/ Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  **JIN GUANGHUA**
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violations of 18 U.S.C. § 371 (Conspiracy), 18 U.S.C. § 1344 (Bank Fraud), 31 U.S.C. § 5322 (the Bank Secrecy Act), 50 U.S.C. § 1705 (IEEPA), and 18 U.S.C. §§ 1956(a)(2)(A) and (h) (Money Laundering), as described in the attached affidavit.

Date: 08/22/2022

2022.08.22 16:02:52 -04'00'
*Issuing officer's signature*

City and state: Washington, DC

Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/23/22, and the person was arrested on *(date)* 09/30/24
at *(city and state)* Washington, DC

Date: 09/30/24

*Arresting officer's signature*

AGUAS A DUSM
*Printed name and title*