UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JIN GUANGHUA,<br><br>Defendant. | Crim. Action No. 23-91-2 |

## ORDER

Upon consideration of appointed counsel's motion to withdraw, it is hereby ORDERED that the Motion is GRANTED; counsel from the Office of the Federal Public Defender are withdrawn as counsel of record in the above captioned matter because the defendant has retained counsel.

*Colleen Kollar-Kotelly*
Colleen Kollar-Kotelly
United States District Judge