UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JIN GUANGHUA,<br><br>Defendant. | Criminal Action No. 23-91-2 (CKK) |

**PRETRIAL SCHEDULING ORDER**
(January 10, 2025)

*Proposed Deadlines*

Discovery & Associated Deadlines
Government to complete any final discovery under present indictment      March 3, 2025
Discovery motions (Fed. R. Crim. P. 16)      March 14, 2025

Expert Notices & Other Crimes Evidence
Government's expert notice (FRE 701 & 702)      March 14, 2025
Defendant's expert notice (FRE 701 & 702)      March 28, 2025
Government's FRE 404(b) notice      February 17, 2025
Defendant's response to FRE 404(b) notice      March 3, 2025
*Brady* notice      March 3, 2025

Experts
Expert reports (FRE 702)      April 28, 2025
Lay witness identification and subject matter (FRE 701)      April 28, 2025

Non-Evidentiary Pretrial Motions
Defendant's non-evidentiary pretrial motions,
such as motions challenging the indictment      March 14, 2025
  Government's response to Defendant's non-evidentiary motions      April 4, 2025
  Defendant's reply as to non-evidentiary motions      April 18, 2025
Government's non-evidentiary pretrial motions      March 14, 2025
  Defendant's response to Government's non-evidentiary motions      April 4, 2025
  Government's reply as to non-evidentiary motions      April 18, 2025
Government's CIPA motion      March 28, 2025

Evidentiary Pretrial Motions
Defendant's evidentiary pretrial motions,
such as motions to suppress evidence, or *Daubert*      May 12, 2025

1

| | |
|---|---|
| Government's response to Defendant's evidentiary motions | June 2, 2025 |
| Defendant's reply as to evidentiary motions | June 9, 2025 |

Government's evidentiary pretrial motions,
such as *Daubert* and other crimes (404(b))                          May 12, 2025

    Defendant's response to Government's evidentiary motions            June 2, 2025
    Government's reply as to evidentiary motions                                June 9, 2025

<u>Motions in Limine</u>
Motions *in limine* by both sides                                                July 1, 2025
Responses to motions *in limine*                                                July 15, 2025
Replies as to motions *in limine*                                               July 22, 2025

Joint notice of stipulations                                                    August 1, 2025

*Giglio*, *Jencks*, and Rule 26.2 material                                      September 1, 2025

*Voir Dire* and Jury Instructions                                               August 15, 2025

<u>Witness and Exhibit Lists</u>
Government's witness list, exhibit list and exhibits                            August 15, 2025
Defendant's witness list, exhibit list and exhibits                             August 15, 2025

<u>Hearings</u>
Status Hearing                                                                  February 19, 2025

Additional pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

**Trial**: September 8, 2025 through September 19, 2025.

    **SO ORDERED.**

                                                         /s/
                                          COLLEEN KOLLAR-KOTELLY
                                          United States District Judge