UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SIM HYON SOP,<br><br>JIN GUANGHUA,<br>    a/k/a Guanghua Jin, GH Kim,<br>        GH Jin, Jimmy,<br><br>QIN GUOMING,<br><br>HAN LINLIN,<br>    a/k/a Henry Han, James Han,<br><br>    Defendants | 23-cr-91-CKK |

**NOTICE OF APPEARANCE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that National Security Division Trial Attorney Benjamin J. Koenigsfeld is entering his appearance as co-counsel in this matter on behalf of the United States.

Respectfully submitted,

EDWARD R. MARTIN, JR.
UNITED STATES ATTORNEY

By:   /s/ Benjamin Koenigsfeld
Benjamin Koenigsfeld
Trial Attorney
Colorado Bar No. 52774
Counterintelligence and Export Control Section
National Security Division
U.S. Department of Justice

2

950 Pennsylvania Ave., NW
Washington, D.C. 20530
Telephone: (202) 353-7164
Email: benjamin.koenigsfeld@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

/s/ Benjamin Koenigsfeld  
Benjamin Koenigsfeld  
Trial Attorney

Date: February 3, 2025