UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JIN GUANGHUA,<br><br>Defendant. | Criminal Action No. 23-91-2 (CKK) |

**PRETRIAL SCHEDULING ORDER**
(February 20, 2025)

*Proposed Deadlines*

<u>Discovery & Associated Deadlines</u>
Government to complete any final discovery under present indictment     ___March 3, 2025____
Discovery motions (Fed. R. Crim. P. 16)                                 __March 14, 2025____

<u>Expert Notices & Other Crimes Evidence</u>
Government's expert notice (FRE 701 & 702)                              __March 14, 2025____
Defendant's expert notice (FRE 701 & 702)                               __March 28, 2025____
Government's FRE 404(b) notice                                          February 17, 2025____
Defendant's response to FRE 404(b) notice                               ___March 3, 2025____
*Brady* notice                                                          __March 3, 2025_____

<u>Experts</u>
Expert reports (FRE 702)                                                __April 28, 2025____
Lay witness identification and subject matter (FRE 701)                 __April 28, 2025___

<u>Non-Evidentiary Pretrial Motions</u>
Defendant's non-evidentiary pretrial motions,
such as motions challenging the indictment                              _March 14, 2025____
    Government's response to Defendant's non-evidentiary motions    __April 4, 2025_____
    Defendant's reply as to non-evidentiary motions                 __April 18, 2025____
Government's non-evidentiary pretrial motions                           __March 14, 2025____
    Defendant's response to Government's non-evidentiary motions    __April 4, 2025_____
    Government's reply as to non-evidentiary motions                __April 18, 2025____
Government's CIPA motion                                                __March 28, 2025____
Government's Supplemental CIPA motion                                   __May 23, 2025_____

Evidentiary Pretrial Motions
Defendant's evidentiary pretrial motions,
such as motions to suppress evidence, or *Daubert*          __May 12, 2025____
    Government's response to Defendant's evidentiary motions   __June 2, 2025____
    Defendant's reply as to evidentiary motions               __June 9, 2025____
Government's evidentiary pretrial motions,
such as *Daubert* and other crimes (404(b))                 __May 12, 2025____
    Defendant's response to Government's evidentiary motions   __June 2, 2025____
    Government's reply as to evidentiary motions               __June 9, 2025____

Motions in Limine
Motions *in limine* by both sides                           __July 1, 2025____
Responses to motions *in limine*                            __July 15, 2025___
Replies as to motions *in limine*                           __July 22, 2025___

Joint notice of stipulations                                __August 1, 2025__

*Giglio*, *Jencks*, and Rule 26.2 material                  __September 1, 2025_

*Voir Dire* and Jury Instructions                           __August 15, 2025__

Witness and Exhibit Lists
Government's witness list, exhibit list and exhibits        __August 15, 2025__
Defendant's witness list, exhibit list and exhibits         __August 15, 2025__

Hearings
Status Hearing                                              __February 19, 2025_
Status Hearing                                              __April 7, 2025____

Additional pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

**Trial:** September 8, 2025 through September 19, 2025.

**SO ORDERED.**

                                                                  COLLEEN KOLLAR-KOTELLY
                                                                  United States District Judge