IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 23CR91-02-CKK |
| | ) | |
| GUANGHUA JIN | ) | |

**CONSENT MOTION TO CONTINUE DEADLINE FOR DISCOVERY MOTIONS**

Guanghua Jin, through counsel, and with consent of the government, respectfully moves this Court to continue the deadline as to the discovery motions by one week, until March 21, 2025, with a corresponding one-week extension for the government's response and the defense reply.

1. On February 20. 2025, this Court entered an amended pretrial scheduling order setting the deadline for non-evidentiary pretrial motions, including discovery motions, for March 14, 2025. ECF 39.

2. On February 17, 2025, defense counsel sent correspondence requesting discovery and Brady, and a separate correspondence requesting particulars as to the allegations of the indictment. Ex. 1; Ex. 2. On February 25, 2025, defense counsel sent additional requests for discovery and Brady. Ex. 3. On March 4, 2025, defense counsel sent additional correspondence regarding discovery and *Brady* to the government. Ex. 4.

3. On March 6, 2025, the government responded to the defense request for particulars, and also responded to the March 4, 2025 discovery and *Brady* request from the defense. On the same day, the government notified defense counsel that its production of the iCloud data, along with other discovery, was available for pickup. Defense counsel obtained this discovery the following day. In addition to the iCloud data, this discovery

1

production contains approximately 7000 documents. Defense counsel is in the process of reviewing these documents.

4. On March 12, 2025, the government provided additional discovery to defense counsel's February 25, 2025 discovery letter. This discovery contained an additional 595 documents. Defense counsel experienced some technical difficulties in loading these files and those in the previous production for review, and is working to resolve those issues while also preparing the pretrial motions for filing on March 14, 2025.

5. Accordingly, in order to avoid raising potentially unnecessary issues in the discovery motion based on incomplete review of discovery, we respectfully request an additional week—with corresponding continuances for the government response and defense reply—on the discovery motions in this case. All other motions deadlines would not be impacted by this request.

For all of the foregoing reasons, undersigned counsel, with consent of the government, asks that the Court continue the discovery motions deadline in this matter until March 21, 2025.

Respectfully submitted,

By:/s/ Eugene Gorokhov
Eugene Gorokhov, Esq.
DC Bar No. 979785
BURNHAM & GOROKHOV, PLLC
1634 I Street NW, Suite 575
Washington, DC 20006
(202) 386-6920 (phone)
(202) 765-2173 (fax)
eugene@burnhamgorokhov.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served a copy of the foregoing motion via ECF which automatically sends a copy to all counsel of record.

Respectfully submitted,

By:/s/ Eugene Gorokhov
Eugene Gorokhov, Esq.