# Exhibit 1



**BURNHAM & GOROKHOV, PLLC**

1634 I Street NW, Suite 575, Washington, DC 20006
Telephone: 202-386-6920  Facsimile: 202-765-2173

Eugene Gorokhov, Esq.
eugene@burnhamgorokhov.com
*Licensed to practice in Virginia
and the District of Columbia*

February 17, 2025

**VIA EMAIL**

Steve Wasserman
United States Attorney's Office
District of Columbia
601 D St NW
Washington, DC 20004

Re:   *US v. Jin Guanghua*, Case No. 1:23-cr-91—*Request for a Bill of Particulars*.

Dear Counsel,

On behalf of defendant, Jin Guanghua, we hereby request specification of certain allegations in the indictment pursuant to Federal Rule of Criminal Procedure 7(f) to permit Jin Guanghua to prepare to defend the charges against him. We submit these requests in an effort to reach an agreement with the government and to avoid litigating these issues through motions.

Our specific requests regarding the allegations in the indictment are as follows:

1. Identify the "Chinese front companies" referred to in ¶ 2, ¶ 6, ¶ 47, ¶ 54;

2. Identify the "additional front companies" referred in ¶ 54c;

3. Identify the "others" in the phrase "U.S. financial institutions and others" in ¶ 6, ¶ 42;

4. Identify the "others" in the phrase "assisted others in evading" in ¶ 8;

5. Identify the "others" in the phrase "and others known and unknown to the Grand Jury" in ¶ 47, ¶ 78, ¶ 80, ¶ 82, ¶ 84;

6. Identify the "others" in the phrase "the co-conspirators and others" in ¶ 48a, b c, d & g;

7. Identify the "others" in the phrase "the following overt acts, among others" in ¶ 49,

8. ¶ 78, ¶ 80, ¶ 82, ¶ 84;

9. Specify the overt acts that were committed in Washington, DC and specify the locations and overt acts that were committed "elsewhere" in ¶ 49;

10. Identify the specific locations of "elsewhere" in ¶ 4, ¶ 78, ¶ 80;

11. Identify North Korea Tobacco Company 1, North Korea Tobacco Company 2 in ¶ 5, ¶ 7 ¶ 37, ¶ 38, ¶ 51 q, ¶ 53, ¶ 55, ¶ 56, ¶ 57 a, b, c, ¶ 58, ¶ 59 a, b &c, ¶ 61;

12. Identify the "ENTITIES," including Entity 1, Entity 2, Entity 3, Entity 4, Entity 5, Entity 6, Entity 7, and Entity 8 (*e.g.* ¶ 39, ¶ 40, ¶ 41, ¶ 43 a, b, c, d, e, f, g & h, ¶ 47, ¶ 48 d, ¶ 49, ¶ 50, ¶ 51 c, e, f, g, j, l, n, q, ¶ 52 a, b, c, d, e, f, g, h & i, ¶ 53);

13. Identify all of the U.S. Financial Institutions and locations referenced in ¶ 6, ¶ 42 ¶ 48, ¶ 50, ¶ 51, ¶ 53, ¶ 54, ¶ 56, ¶ 71, ¶ 73, ¶ 75 ¶ 80, ¶ 84;

14. Identify Foreign Bank 1 and the bank representative (¶ 71, 72, 73a & b);

15. Identify all email addresses and the names associated with such addresses, referenced in the following paragraphs: ¶ 51 ¶ 56, ¶ 60, ¶ 67, ¶ 70, ¶ 71, ¶ 72, ¶ 73;

16. Identify Bank Account A (¶ 51);

17. Identify China Front Company A, China Front Company B, China Front Company C, China Front Company D, (¶ 51 e, f, l & n), China Front Company E (¶ 54 c);

18. Identify Company 1 referenced in the indictment (*e.g.*, ¶ 53)

19. Identify Company 2 referenced in the indictment. ¶ 69a;

20. Identify DHID Front Company 1, DHID Front Company 2, DHID Front Company 3, DHID Front Company 4, DHID Front Company 5 (¶ 50), DHID Front Company 6, and DHID Front Company 7 (*e.g.* ¶ 54);

21. Identify the employee(s) of the ENTITIES referenced in ¶ 55, ¶ 56, ¶ 61;

22. Identify UAE front company 1, UAE front company 2 (¶ 56i);

23. Identify China Consignee Company A and China Consignee Company B (¶ 58 a, d); and

24. Identify the Company 1 Employee in ¶ 60, and company 1 representative in ¶ 62.

Please advise us whether the government will provide the requested information so that we can determine whether it will be necessary to move for a bill of particulars. I am available to discuss this matter at your convenience. Thank you for your consideration.

Sincerely,

Burnham & Gorokhov, PLLC

By: Eugene Gorokhov, Esq.

CC:

Christina Clark
Benjamin Koenigsfeld