**Exhibit 4**



Eugene Gorokhov, Esq.
eugene@burnhamgorokhov.com
*Licensed to practice in Virginia
and the District of Columbia*

March 4, 2025

VIA EMAIL

Steve Wasserman
United States Attorney's Office
District of Columbia
601 D St NW
Washington, DC 20004

    Re: US v. Jin Guanghua, Case No. 1:23-cr-91—*Additional Requests for Discovery and* **Brady** *Materials.*

Dear Mr. Wasserman,

I write to request an additional item of Rule 16, *Brady v Maryland*, 373 U.S. 83 (1963) and *Giglio v. United States*, 405 U.S. 150 (1972) information that it appears the government has not disclosed. The below request is intended to supplement, but not replace, our previous requests for Rule 16 materials and *Brady/Giglio*.

Agent Gallante's December 10, 2019 affidavit in support of the application for search warrants represents that "in 2018, law enforcement communicated with Company 1 officials. After first claiming that Company 1 did not transact with North Korean customers, law enforcement provided records of such transactions to Company 1 officials. Company 1 then relented and admitted the company's illegal conduct. Company 1 provided a copy of contract between Company 1 and a North Korean trading company which was its customer." Aff. ¶ 29.

Based on our review of discovery, while the government has provided certain 302 reports and meetings notes relating to its contacts with Company 1 and certain employees of Company 1, no documents reflecting or memorializing the foregoing communications have been provided. The only documentation provided appears to be in relation to meetings that occurred on or about May 1, 2019 and May 5, 2022.

2

More broadly, please note that we consider any information regarding Company 1 or its any of its employees' dishonesty in its contacts with the government, and any evidence of Company 1's knowing violations of law to be within the scope of *Brady/Giglio*.

Please let us know promptly whether you will be producing the information requested herein so we can determine whether we will need to raise these matters with the Court.

Respectfully,

Burnham & Gorokhov, PLLC

By: Eugene Gorokhov, Esq.

CC: Christina Clark
      Benjamin Koenigsfeld

2