IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 23CR91-02-CKK |
| | ) | |
| GUANGHUA JIN | ) | |

### ORDER

This matter comes before the Court on Mr. Jin's motion to continue the discovery motions deadline until March 21, 2025, with corresponding continuances for the government's response and the defense reply. The government does not object to this motion.

The government has made recent productions of discovery to Mr. Jin's counsel, requiring review of these documents by the defense. The Court therefore finds that a continuance of the discovery motions deadline until March 21, 2025 is appropriate to allow for such review prior to the filing of discovery motions.

Accordingly, the motion is GRANTED.

It is further ORDERED that the government's response to defense discovery motions shall be due on April 4, 2025, and defense replies due the following week on April 11, 2025.

So Ordered on _____.

_____
The Honorable Colleen Kollar-Kotelly
Washington, DC