**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 23CR91-CKK |
| | ) | |
| GUANGHUA JIN | ) | |

**ORDER**

    This matter comes before the Court on Mr. Jin's motion to order disclosure of the testimony before the grand jury, and the government's legal instructions to the grand jury. Pursuant to the authority set forth in Federal Rule of Criminal Procedure 6(e)(3)(E)(ii), and for the reasons stated in Mr. Jin's motion, the motion is GRANTED.

    The government is hereby ORDERED to disclose the testimony presented to the grant jury, as well as its legal instructions to the grand jury in this matter.

So Ordered on _____.

_____
The Honorable Colleen Kollar-Kotelly
Washington, DC