UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | }<br>} |
| v. | }<br>}  Criminal No. 23-CR-91-CKK<br>} |
| GUANGHUA JIN, | }<br>} |
| Defendant. | }<br>}<br>} |

**DEFENDANT'S REQUEST FOR A HEARING
ON PENDING MOTIONS**

Defendant Jin Guanghua ("Mr. Jin.") respectfully requests the Court to schedule a hearing date for all of the pending motions.

In accordance with the Court's scheduling order, the defendant has filed a number of motions which are currently pending. These include dispositive motions challenging the sufficiency of the indictment, as well as procedural motions raising issues such as suppression, and disclosure of evidence. The parties have completed briefing with respect to these motions. The defense has conferred with the government regarding setting a hearing date for the motions. However, the government responded that "we are not certain that one is needed at this time."

Because these motions raise complex issues, and furthermore because the resolution of some of these motions require taking evidence, such as the truthfulness of statements made by agents in warrant applications, the defense respectfully submits that a hearing on the pending motions is necessary to the Court's resolution of these issues. Accordingly, the defense respectfully requests a hearing on the pending motions.

1

## CONCLUSION

The Court should schedule a hearing on the pending motions.

Respectfully submitted,

By: /s/ Eugene Gorokhov
Eugene Gorokhov, Esq.
D.C. Bar No. 979785
Burnham & Gorokhov, PLLC
1634 I Street NW, Suite 575
Washington, D.C. 20006
(202) 386-6920 (phone)
(202) 765-2173 (fax)
eugene@burnhamgorokhov.com

## CERTIFICATE OF SERVICE

A copy of the foregoing motion was filed via ECF, which automatically sends a copy to all counsel of record.

Respectfully submitted,

By: /s/ Eugene Gorokhov
Eugene Gorokhov, Esq.
D.C. Bar No. 979785
Burnham & Gorokhov, PLLC
1634 I Street NW, Suite 575
Washington, D.C. 20006
(202) 386-6920 (phone)
(202) 765-2173 (fax)
eugene@burnhamgorokhov.com