# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JIN GUANGHUA,<br>           Defendant. | Criminal Action No. 23-91-2 (CKK) |

**ORDER**
(June 4, 2025)

The Court is in receipt of Defendant Jin Guanghua's [85] Motion for Hearing regarding the pending motions in this case. The Court is in the process of reviewing those motions. Herein, the Court requests additional information to assist in its disposition of some of those motions. Should the Court determine that a hearing is necessary to resolve any other motions, the Court shall schedule that hearing in due course. For now, it is hereby:

**ORDERED** that Mr. Jin's [85] Motion for Hearing is **DENIED** without prejudice;

**ORDERED** that, to assist the Court in resolving Mr. Jin's [44] Motion to Dismiss for Violation of Sixth Amendment Speedy Trial Rights, the Government shall file on or before **JUNE 11, 2025**, affidavits or exhibits substantiating its factual representations in the numbered list spanning pages 2 and 3 of its [67] Memorandum in Opposition;

**ORDERED** that, to assist the Court in resolving Mr. Jin's [45] Motion to Dismiss Count One, each party may file a brief supplement, no greater than 3 pages in length, on or before **JUNE 10, 2025**, addressing the effect of the Supreme Court's recent ruling in *Kousisis v. United States*, 145 S. Ct. 1382 (2025), on the parties' discussions of *Ciminelli v. United States*, 598 U.S. 306 (2023); and further

1

**ORDERED** that the Government shall respond to Mr. Jin's [84] Motion for Disclosure of Translated Documents on or before **JUNE 6, 2025**.

**SO ORDERED.**

**Dated:** June 4, 2025.

/s/ Colleen Kollar-Kotelly
COLLEEN KOLLAR-KOTELLY
United States District Judge