UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 23-cr-91-02 (CKK)** |
| | : | |
| v. | : | |
| | : | |
| **JIN GUANGHUA,** | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT RESPONSE TO DEFENDANT'S
MOTION TO TREAT AS CONCEDED**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits its Response to the Defendant's Motion to Treat as Conceded defendant's Motion *in Limine*, which itself seeks to "preclude the Government from introducing expert testimony (ECF No. 88). The instant Motion, filed on June 9, 2025, appears to relate to the government's purported "failure" to respond to defendant's Motion *in Limine* to Preclude Expert Witnesses (ECF No. 80). In support of this motion, the government relies on the following statement of points and authorities, and any other points and authorities that may be cited at a hearing on this motion.

The scheduling order (ECF No. 39) issued in this matter provided that: (a) Evidentiary Pretrial Motions ("such as motions to suppress evidence, or *Daubert")* be filed on May 12, 2025, and responses filed on June 2, 2024; and (b) Motions *in Limine* be filed on July 1, 2025 and responses filed on July 15, 2025.

Defendant's motion (ECF No. 80) was styled as a motion *in limine* and not as a motion to suppress; the government intended to file its opposition on July 15, 2025, in accordance with this Court's scheduling order. In the event that the Court determines that the government should

1

respond to the defendant's Motion *in Limine* prior to July 15, 2025, the government would request 14 days from the to respond.[1]

Wherefore, the government respectfully requests the Court deny the instant Motion to Treat as Conceded.

                              Respectfully submitted,

                              JEANNINE FERRIS PIRRO
                              United States Attorney

By:    */s/ Steven Wasserman*
          Steven B. Wasserman
          D.C. Bar No.453251
          Karen Seifert
          N.Y. Bar No. 4742342
          Assistant United States Attorneys
          National Security Section
          601 D Street, NW, 5th Floor
          Washington, DC 20530
          (o) 202-252-7719 (Wasserman)
          (o) 202-252-7527 (Seifert)
          steve.wasserman@usdoj.gov
          karen.seifert@usdoj.gov

          Christina Clark
          D.C. Bar No. 995326
          Trial Attorney
          U.S. Department of Justice
          National Security Division
          950 Pennsylvania Avenue, NW
          Washington, DC 20530
          christina.clark3@usdoj.gov
          (o) 202-412-4213

---

[1] After reviewing the defendant's motion to preclude (ECF #80), it appears that the government inadvertently left out the Curriculum Vitae when it filed the Notice of Expert Witness (ECF #41). Now aware of the same, the government has provided the CV to defense counsel by letter dated June 9, 2025. Given that there is still three months before the start of trial, defendant's claim of prejudice due to the inadvertent non-disclosure lacks merit.