<div align="center">

# EMILY WILLIAMS

</div>

<div style="background-color: gray; height: 20px;"></div>

<div align="center">

**PROFESSIONAL EXPERIENCE**

</div>

**U.S. Department of the Treasury, Office of Foreign Assets Control ("OFAC")**                                                **Washington, D.C.**

**Enforcement Officer**                                                                                                                          **June 2021 – Current**

- Conduct civil investigations of possible violations of the economic sanctions programs administered by OFAC.

- Review lead information, prepare and serve administrative subpoenas and requests for information, conduct open source and other research about targets, interview witnesses, review documents, and speak with potential violators and their counsel. Investigations often involve major or complex national or international commercial trade or banking operations.

- Draft case summaries and recommendation memoranda applying OFAC regulations and Economic Sanctions Enforcement Guidelines to facts of cases and justifying recommended enforcement responses. Draft no action letters, cautionary letters, pre-penalty notices, settlement agreements, and criminal referrals, as appropriate.

- Organize outreach through the issuance of notices, phone calls, and email correspondence to parties who hold property in which persons on OFAC's List of Specially Designated Nationals and Blocked Persons ("SDN List") apparently have an interest, and parties who may be at risk of dealing in the blocked property interests of persons on the SDN List.

- Coordinate investigations with other government agencies with overlapping or parallel investigative authorities, including but not limited to the Departments of Commerce (Bureau of Industry and Security ("BIS")), Homeland Security (Customs and Border Protection, Homeland Security Investigations), and Justice ("DOJ") (Federal Bureau of Investigations, U.S. Attorney's Office, Criminal and National Security Divisions), the Intelligence Community, and federa1 and state regulators.

- Coordinate with other divisions within OFAC, including Licensing, Compliance, the Office of Global Targeting, and Policy, as well as within Treasury and the interagency, to ensure that matters related to sanctions are handled in a coordinated and holistic manner.

- Represent OFAC and the Enforcement Division, or otherwise participate in, meetings with potential violators, target or other companies, and industry representatives.

- Conduct trainings on sanctions regulations and sanctions compliance to public and private sector participants in the United States and abroad.

- Select Speaking Engagements:
    - AWA Foreign Trade Academy, U.S. Export Controls – Update 2025 (BIS/OFAC), January 28, 2025, Frankfurt, Germany
    - BIS, Complying with U.S. Export Controls, September 25, 2024, Milpitas, CA
    - Terrorist Financing Targeting Center and DOJ, Capacity-building Workshop, June 8, 2022, Riyadh, Saudi Arabia

<div align="center">

**EMILY WILLIAMS**

</div>

**Center for Advanced Defense Studies**                                                                 Washington, D.C.

**Independent Consultant (Part-time)**                                                         March 2020 – March 2021

- Identify key resource to use in open-source investigations into individuals and companies located in a range of jurisdictions, including corporate registries, court records, etc.
- Identify individuals and industries potentially involved in money laundering, fraud, organized crime, among others.
- Compile findings into weekly reports and presentations.

**FTI Consulting – Global Risk and Investigations Practice**                                          Hong Kong

**Senior Consultant**                                                                                          April 2018 – July 2019

**Consultant**                                                                                                   July 2016 – March 2018

- Conduct pre-transactional due diligence and business intelligence investigations into individuals and entities to identify potential regulatory and reputational issues, including sanctions compliance issues.
- Conduct corporate investigations into alleged misconduct, including insurance fraud and tax fraud, through analysis of financial and trade data sourced internally and through open-source resources.
- Conduct multi-jurisdictional asset tracing investigations utilizing a variety of open-source resources, including corporate registries, land registries, stock exchange filings, trade data, etc.
- Draft reports of investigative findings and provide briefings to clients on red flags and other key information identified in the course of the investigation.

<div align="center">

**EDUCATION**

</div>

**Johns Hopkins University**                                                                                     Washington, D.C.

**School of Advanced International Studies (SAIS)**                                                         May 2021

**Master of Arts**

- Coursework on advanced finance, economics, international relations, and international political economy, among others.
- Fellowships:  Wolf Blitzer Endowed Fellowship; Isaiah Frank Fellowship; and Paul Smyke Endowed Fellowship.

## EMILY WILLIAMS

**Wellesley College** **Wellesley, MA**
**Bachelor of Arts** **June 2016**
**Economics and Chinese Language and Culture**