

U.S. Department of Justice

Edward R. Martin, Jr.
United States Attorney

*District of Columbia*

---

*Patrick Henry Building*
*601 D Street, N.W.*
*Washington, D.C.  20530*

April 28, 2025

**Sent via email**
Eugene Gorokhov, Esq.
Burnham and Gorokhov, PLLC
1634 I Street, NW Suite 575
Washington, DC 20006

Re:     *US v. Jin Guanghua,* 23-cr-91

Dear Mr. Gorokhov:

In accordance with the Court's scheduling order related to witness disclosures, Fed. R. Evid. 701, this letter is to advise you that the government intends to call the following three lay witnesses who have extensive subject matter expertise. These individuals are not testifying as expert witnesses.

- Dawson Anglin - Mr. Anglin is a Forensic Accountant with the Federal Bureau of Investigation. Mr. Anglin will testify regarding his analysis of the financial transactions conducted in this matter. Mr. Anglin may also testify to his training and experience as a forensic investigator, to include indicators he reviews to identify the use of "front companies" to conceal the illicit nature of the financial transactions;

- A Senior Executive (Fernando Bartoletti) from Cooperativa de Tabacaleros de Jujuy, LTD (CTJ) - This witness will testify regarding the business records and communications from CTJ that were provided in discovery.  The witness will also testify regarding the international tobacco business, the types of tobacco products CTJ sells, including those sold to the Winney Entities, and how payments were made to CTJ by the Winney Entities; and

- Bank Witnesses - The government anticipates calling one or more officials from the U.S. correspondent banks that processed the U.S. dollar transactions charged in the indictment. It is further anticipated that these witnesses will testify as to the banks' due diligence and Know Your Customer (KYC) protocols, the factors and red flags the banks consider before determining whether to process an international

USD transaction, and that the banks do not process transactions that they know are for the benefit of end users located in North Korea or North Korean affiliated entities.

Please feel free to contact me at 202-252-7719 or via email should you have any additional questions.

                                          Sincerely,

                                          EDWARD R. MARTIN, JR.
                                          United States Attorney

                    By:    /s/*Steven Wasserman*
                           Steven B. Wasserman
                           Assistant United States Attorney