

DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

OFFICE OF FOREIGN ASSETS CONTROL
LICENSE HISTORY CHECK

ENF 1336434                                                              January 31, 2025

Date of Request:      January 30, 2025
Requestor's Name:     Dawson Anglin
Originating Agency:   FBI, Phoenix

The Federal Bureau of Investigation has requested that the U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC) provide a license history check regarding the following persons. OFAC searched its records for the names below.

1. **Jin Guanghua**
2. **Qin Guoming**
3. **Han Linlin**
4. **Ryugyong Corporation**
5. **Naegohyang Joint Venture Company**
6. **Winney International Business Co Limited**
7. **Winney Trading Co Limited**
8. **Dandong Winney Trading Co LTD**
9. **Winney Tobacco FZCO**
10. **Goldfield Tobacco FZCO**
11. **Winney FZCO**
12. **Bluebay FZCO**
13. **Ganzhou Guanli Supply Chain Management Co LTD**
14. **Kotobuki Trading Co LTD**

The search disclosed that Winney FZCO applied for two separate licenses in June 2019 for the release of blocked funds; however, no OFAC licenses were issued because no records could be found that corresponded with the funds described in the license applications.

In addition, the search disclosed no responsive records of applications submitted by or on behalf of, and no OFAC licenses issued to, any of the other parties named above.

Please be advised that OFAC systems allow general searches for licenses only by name of the actual applicant or party licensed (usually, but not necessarily, the U.S. exporter or importer). Routine searches cannot be conducted specifically by commodity, manufacturer, foreign consignee, broker, or by another party.

Please note that OFAC's license applications and any licenses or other determinations responding to the applications contain sensitive commercial and personal information, some of which may be protected by the Trade Secrets Act and the Privacy Act.  **No further dissemination or disclosure of this information [or documents attached to this communication] may be made without the express prior notice and approval of OFAC.**

**ENF 1336434**

Should you have further questions, please contact Senior Law Enforcement Coordinator John Pisa-Relli at <u>OFACEnforcement@treasury.gov</u>.


Approved by:        _____
                    John Pisa-Relli
                    Senior Law Enforcement Coordinator
                    Office of Foreign Assets Control

**ENF 1336434**

Should you have further questions, please contact Senior Law Enforcement Coordinator John Pisa-Relli at <u>OFACEnforcement@treasury.gov</u>.


Approved by:        _____
                    John Pisa-Relli
                    Senior Law Enforcement Coordinator
                    Office of Foreign Assets Control

**ENF 1336434**

Should you have further questions, please contact Senior Law Enforcement Coordinator John Pisa-Relli at OFACEnforcement@treasury.gov.


Approved by:        _____
                    John Pisa-Relli
                    Senior Law Enforcement Coordinator
                    Office of Foreign Assets Control