UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 23-cr-91-02 (CKK)** |
| | : | |
| **v.** | : | |
| | : | |
| **JIN GUANGHUA,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S CONSENT MOTION *IN LIMINE*
REGARDING LIVE TRANSLATIONS DURING TRIAL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits its Motion *in Limine* regarding the procedure for live translations during trial. Undersigned counsel has conferred with counsel for Defendant Jin Guanghua, who consents to this motion.

The government anticipates that at trial in this matter, witnesses may need to use an interpreter to translate from Spanish to English and possibly Chinese to English. The government also anticipates that both parties may object to answers made in the foreign language, while those answers are being translated. Neither counsel is fluent in Spanish or Chinese. The government, therefore, proposes that either party may object to a witness's answer during the time in which the interpreter is translating the answer into English. Upon objection, the interpreter should pause until the Court resolves the objection. Should the Court sustain the objection, the interpreter will not complete the translation and the witness's remaining answer will be left untranslated. In this manner, a witness's answer in the foreign language will be treated in the same fashion as a witness testifying in English (i.e., both parties will have an opportunity to prevent the jury from hearing the evidence they believe should be excluded).

1

Wherefore, the government respectfully requests the Court grant the instant Motion *in Limine* regarding the procedure for live translations during trial.

                                          Respectfully submitted,

                                          JEANINE FERRIS PIRRO
                                          United States Attorney

By:   */s/ Karen Seifert*
        Karen Seifert
        N.Y. Bar No. 4742342
        Steven B. Wasserman
        D.C. Bar No.453251
        Assistant United States Attorneys
        National Security Section
        601 D Street, NW, 5th Floor
        Washington, DC 20530
        (o) 202-252-7719 (Wasserman)
        (o) 202-252-7527 (Seifert)
        steve.wasserman@usdoj.gov
        karen.seifert@usdoj.gov

        Christina Clark
        D.C. Bar No. 995326
        Trial Attorney
        U.S. Department of Justice
        National Security Division
        950 Pennsylvania Avenue, NW
        Washington, DC 20530
        christina.clark3@usdoj.gov
-       (o) 202-412-4213