6/5/25, 7:57 AM                                          My Activity History

Visited https://emwap.eastmoney.com/quota/stock/index/059155 (https://www.google.com/url?
q=https://emwap.eastmoney.com/quota/stock/index/059155&usg=AFQjCNG_vM1J4TRzVHvy1yXdjTA2bQUN_g)

Nov 26, 2019, 5:43:09 PM UTC

**Products:**
  Search

## Search

Searched for 05915 (https://www.google.com/search?q=05915)

Nov 26, 2019, 5:42:53 PM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=41.851761,123.413911&zoom=10) - From your device

## Search

Visited 解放军3名飞行员坠机身亡 曾参加2019国庆飞行表演_手机网易网 (https://www.google.com/url?
q=https://3g.163.com/news/article/ESE2RCN00001899O.html%3Fclickfrom%3Dchannel2016_news_all_newslist%23child%3Dall%26offset%3D1&usg=AFQjCNEtG2goXQ5d

Oct 26, 2019, 10:23:40 AM UTC

**Products:**
  Search

Sear̶Kim Jong Un inspects hot springs construction site and is greatly pleased:
Truly completely different from Mount Kumgang_NetEase Mobile.com

Visited ;
q=https://3g.163.com/news/article/ESAR025S0001875O.html%23adaptation%3Dpc&usg=AFQjCNGw6N0SxAPuAU8dawv0mb4ksJaAAQ)

Oct 26, 2019, 10:22:28 AM UTC

**Products:**
  Search

Sear̶Special interview with the highest-ranking
official to defect from North Korea: Tae Yong-
Visited ;
q=https://www.rfa.org/mandarin/yataibaodao/junshiwaijiao/hj-
10242019121934.html&usg=AFQjCNENUDCRMHTdawaZ1Gt_U6Gtnu0Mjg)

Oct 26, 2019, 10:16:25 AM UTC

**Products:**
  Search

## Search

Visited https://pbs.twimg.com/media/EHezxE_U0AMFwXG?format=jpg&name=large (https://www.google.com/url?
q=https://pincong.rocks/url/img/https%253A%252F%252Fpbs.twimg.com%252Fmedia%252FEHezxE_U0AMFwXG%253Fformat%253Djpg%2526amp%253Bname%253Dlar

Oct 26, 2019, 10:14:14 AM UTC

**Products:**
  Search

USA_064703

6/5/25, 7:57 AM                                                    My Activity History

Visited 中美贸易谈判：特朗普说达成"相当实质性的第一阶段协议" - BBC News 中文 (https://www.google.com/url?

q=https://www.bbc.com/zhongwen/simp/chinese-news-50023162&usg=AFQjCNESyUQV-7N4T5148DPIMDjsmTuGHw)

Oct 11, 2019, 10:47:40 PM UTC

**Products:**
Search

Search

Visited 离岸、在岸人民币飙涨！机构押注重回7以央 空头止损离场潮起 - 腾讯网-QQ.COM (https://www.google.com/url?

q=https://xw.qq.com/cmsid/FIN20191011000067400%3Ff%3Dnewdc&usg=AFQjCNGVa1cAy9l8lWqwliQ4zvzqSBWf0Q)

Oct 11, 2019, 3:49:55 PM UTC

**Products:**
Search

Search

Visited Kim Jong Un pays his respects at the Kumsusan Palace of the Sun on Party Foundation Day; Ri Sol-ju does not make an appearance – Creaders.net (https://www.google.com/url?

q=http://news.creaders.net/world/2019/10/10/2144618.html&usg=AFQjCNHBzs1eNUKKBznsF0R1ca25wDQzig)

Oct 11, 2019, 3:48:52 PM UTC

**Products:**
Search

Search

Visited Facebook发币施压，各国央行都要发行数字货币了！ -InfoQ (https://www.google.com/url?

q=https://www.infoq.cn/article/SbUlebsfoJvEgTlHeD3A&usg=AFQjCNFi9zxDkgZ2WfYjCFfCAlNGjEwNGw)

Oct 11, 2019, 3:47:46 PM UTC

**Products:**
Search

Search

Visited Kim Jong Un appears for the first time since the collapse of the working negotiations between North Korea and the United States, highlighting the current center of gravity in North Korea_International – DuoWei News.com (https://www.google.com/url?

q=http://news.dwnews.com/global/news/2019-10-10/60152230.html&usg=AFQjCNH7hfA-H1TxL790XjCdWEm3zhy7sg)

Oct 11, 2019, 3:46:30 PM UTC

**Products:**
Search

Search

Visited 贸易谈判进展乐观 中美初步协议有谱 (https://www.google.com/url?

q=https://m.dw.com/zh/%25E8%25B4%25B8%25E6%2598%2593%25E8%25B0%2588%25E5%2588%25A4%25E8%25BF%259B%25E5%25B1%2595%25E4%25B9%259%25E4%25B8%25AD%25E7%25BE%258E%25E5%2588%259D%25E6%25AD%25A5%25E5%258D%258F%25E8%25AE%25AE%25E6%259C%2589%25E8%25B0%2550788212&usg=AFQjCNGmpltyqc4LbP-KsYIWzXwW386ilA)

Oct 11, 2019, 7:15:55 AM UTC

**Products:**
Search

Search

Visited 离岸人民币暴涨近700点！盘中一度升破7.11，什么情况？ - 腾讯网-QQ.COM (https://www.google.com/url?

q=https://xw.qq.com/cmsid/20191010A0FR6Q00%3Ff%3Dnewdc&usg=AFQjCNF5OSPXY0pBTF13SPAW-L8FC9vtGw)

USA_064718

6/5/25, 7:57 AM                                                My Activity History

## Search

Searched for 最好的港股股票软件 (https://www.google.com/search?
q=%E6%9C%80%E5%A5%BD%E7%9A%84%E6%B8%AF%E8%82%A1%E8%82%A1%E7%A5%A8%E8%BD%AF%E4%BB%B6)

Oct 9, 2019, 2:05:58 PM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.787573,145.082420&zoom=12) - From your device

## Search

Visited 朱镕基中共罪人论热传 中南海权斗开辟新战线？ | 香港反送中 | 反蒙面法 | 习近平 | 新唐人中文电视台在线
(https://www.google.com/url?q=https://m.ntdtv.com/gb/2019/10/08/a102681300.html&usg=AFQjCNFU37C--R5OuMxGO-
kWuHBUG0oP1A)

Oct 8, 2019, 9:14:09 PM UTC

**Products:**
  Search

The message conveyed in Xi
Jinping and Kim Jong Un's
Search conversation by
megaphone_China – DuoWei
Visited News.com                                    (https://www.google.com/url?
q=http://news.dwnews.com/china/news/2019-10-07/60151734.html&usg=AFQjCNGuPks2gJARo6vsL53FW91-wJwJVA)

Oct 8, 2019, 9:09:18 PM UTC

**Products:**
  Search

## Search

Visited 【手环手表及手环手表相关产品】-小米商城 (https://www.google.com/url?
q=https://search.mi.com/search_%25E6%2589%258B%25E7%258E%25AF%25E6%2589%258B%25E8%25A1%25A8&usg=AFQjCNGaMspnEAJtHo9fwRcyJD7C_IwuuA)

Oct 6, 2019, 2:20:54 PM UTC

**Products:**
  Search

## Search

Visited https://www.mi.com/ (https://www.google.com/url?q=https://www.mi.com/&usg=AFQjCNHoI7JO-
gsEQnfZTlOE6Gj0Oji8WQ)

Oct 6, 2019, 2:20:26 PM UTC

**Products:**
  Search

## Search

Searched for 小米 (https://www.google.com/search?q=%E5%B0%8F%E7%B1%B3)

Oct 6, 2019, 2:20:21 PM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.787573,145.082420&zoom=12) - From your device

USA_064720

6/5/25, 7:57 AM                                                    My Activity History

Visited 前闪news.cc/baby/39eav6a.amp (https://www.google.com/url?
q=https://kknews.cc/baby/39eav6a.amp&usg=AFQjCNEkSCZK3WuS0avVw_kMIVI4DtvCSQ)
Oct 6, 2019, 10:31:50 AM UTC

Products:
  Search

## Search

Searched for 前闪门照P/成人后增路 (https://www.google.com/search?
q=%E5%89%8D%E5%9B%9F%E9%97%A8%E9%83%A8E4%BD%8D%E6%88%90%E4%BA%BA%E5%90%8E%E5%A1%8C%E9%99%B7)
Oct 6, 2019, 10:31:48 AM UTC

Products:
  Search
Locations:
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.787641,144.972198&zoom=12) - From your device

## Search

Searched for 前闪门 (https://www.google.com/search?q=%E5%89%8D%E5%9B%9F%E9%97%A8)
Oct 6, 2019, 10:31:15 AM UTC

Products:
  Search
Locations:
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.787641,144.972198&zoom=12) - From your device

## Search

Searched for 前闪门 (https://www.google.com/search?q=%E5%89%8D%E5%9B%9F%E9%97%A8)
Oct 6, 2019, 10:29:44 AM UTC

Products:
  Search
Locations:
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.787641,144.972198&zoom=12) - From your device

## Search

Visited 王沪宁为娱远甚于陈伯达 - 万维读者网 (https://www.google.com/url?
q=http://news.creaders.net/china/2019/10/04/2142207.html&usg=AFQjCNGJ94_N3azXYBTITKNOkBguCRnOiw)
Oct 6, 2019, 10:22:48 AM UTC

Products:
  Search

## Search

Visited 谷歌下重手封华为 堵死Mate 30系列变通 - 万维读者网 (https://www.google.com/url?
q=http://news.creaders.net/us/2019/10/04/2142159.html&usg=AFQjCNEPYbZqNPddyOPsSiXCHmPyLmJjkw)
Oct 6, 2019, 10:17:41 AM UTC

Products:
  Search

70 years since the establishment of diplomatic relations between
Sear China and North Korea: Xi Jinping and Kim Jong Un exchange
sentiments on standing together through thick and thin
Visited
q=http://www.rfi.fr/cn/%25E4%25B8%25AD%25E5%25B9%25BD/20191006-
%25E4%25B8%25AD%25E6%259C%259D%25E5%25BB%25BA%25E4%25BA%25A470%25E5%2591%25A8%25E5%25B9%25B4-

USA_064723

6/5/25, 7:57 AM                                          My Activity History

Oct 6, 2019, 4:53:19 AM UTC

**Products:**
Search

## Search

Visited Google 发现严重 Android 漏洞，Pixel、三星、华为、小米均中招 (https://www.google.com/url?
q=https://cn.engadget.com/2019/10/05/google-zero-day-android-pixel-samsung-
huawei/&usg=AFQjCNEEReKRI69HT8Z9Jh8njGl-y707dA)

Oct 6, 2019, 4:49:35 AM UTC

**Products:**
Search

Sear North Korea: Nuclear negotiations
     between United States and North
     Korea abruptly end
Visited                                              url?q=https://www.voachinese.com/a/us-nkorea-talks-broke-off-
05102019/5111917.html&usg=AFQjCNEDFW-zjXegkGllEfh1jJGQ2WmuGw)

Oct 6, 2019, 4:48:25 AM UTC

**Products:**
Search

## Search

Searched for 香港股市 (https://www.google.com/search?q=%E9%A6%99%E6%B8%AF%E8%82%A1%E5%B8%82)

Oct 5, 2019, 2:41:34 PM UTC

**Products:**
Search
**Locations:**
Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-28.013789,153.427219&zoom=12) - From your device

## Search

Searched for 香港局势 (https://www.google.com/search?q=%E9%A6%99%E6%B8%AF%E5%B1%80%E5%8A%BF)

Oct 5, 2019, 2:40:57 PM UTC

**Products:**
Search
**Locations:**
Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-28.013789,153.427219&zoom=12) - From your device

## Search

Searched for 拯救世界 (https://www.google.com/search?q=%E6%8B%AF%E6%95%91%E4%B8%96%E7%95%8C)

Oct 5, 2019, 2:40:30 PM UTC

**Products:**
Search
**Locations:**
Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-28.013789,153.427219&zoom=12) - From your device

## Search

Visited 气候中国行之二：海平面上升，沿海城市面临威胁！_公益_凤凰网 (https://www.google.com/url?
q=https://gongyi.ifeng.com/ngo/detail_2009_07/02/442429_0.shtml&usg=AFQjCNEg1hO2g1U4QgYsFQrJC9KRLDMhPg)

Oct 5, 2019, 2:39:08 PM UTC

USA_064731

6/5/25, 7:57 AM                                                My Activity History

Products:
  Search
Locations:
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-28.013789,153.427219&zoom=12) - From your device

## Search

Searched for 美国人预测2043年地图墨尔本 (https://www.google.com/search?
q=%E7%BE%8E%E5%9B%BD%E4%BA%BA%E9%A2%84%E6%B5%8B2043%E5%B9%B4%E5%9C%B0%E5%9B%BE%E5%A2%A8%E5%B0%94%E6%9C%AC)

Oct 5, 2019, 11:37:04 AM UTC

Products:
  Search
Locations:
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-28.013789,153.427219&zoom=12) - From your device

## Search

Searched for 2043年地图墨尔本 (https://www.google.com/search?
q=2043%E5%B9%B4%E5%9C%B0%E5%9B%BE%E5%A2%A8%E5%B0%94%E6%9C%AC)

Oct 5, 2019, 11:36:31 AM UTC

Products:
  Search
Locations:
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-28.013789,153.427219&zoom=12) - From your device

Search    Kim Jong Un encountered
          at a protest in Australia –
          New · Pincong

Visited                                    (https://www.google.com/url?
q=https://pincong.rocks/article/5997&usg=AFQjCNHTuwHY3KOQJ_JMvcIt9CDxBXFtCA)

Oct 5, 2019, 11:35:55 AM UTC

Products:
  Search

## Search

Visited 【绝密】著名风水大师旺运哥解说澳洲龙头城市风水,这些秘录是房价暴涨 ... (https://www.google.com/url?
q=https://www.aoweibang.com/view/31403584/&usg=AFQjCNEoU2fR5ZqftIFr4bU2qmbwzkMrpg)

Oct 5, 2019, 9:05:58 AM UTC

Products:
  Search

## Search

Searched for 2043年地图墨尔本 (https://www.google.com/search?
q=2043%E5%B9%B4%E5%9C%B0%E5%9B%BE%E5%A2%A8%E5%B0%94%E6%9C%AC)

Oct 5, 2019, 9:05:42 AM UTC

Products:
  Search
Locations:
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-28.013789,153.427219&zoom=12) - From your device

## Search

Searched for 2043年地图 (https://www.google.com/search?q=2043%E5%B9%B4%E5%9C%B0%E5%9B%BE)

Oct 5, 2019, 9:05:09 AM UTC

USA_064737

My Activity History

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-27.992093,153.427219&zoom=12) - From your device

## Search

Searched for 凯联资本王玮 (https://www.google.com/search?
q=%E5%87%AF%E8%81%94%E8%B5%84%E6%9C%AC%E7%8E%8B%E7%8E%AE)
Oct 2, 2019, 6:25:01 PM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-27.992093,153.427219&zoom=12) - From your device

## Search

Searched for 凯联资本王玮 (https://www.google.com/search?
q=%E5%87%AF%E8%81%94%E8%B5%84%E6%9C%AC%E7%8E%8B%E7%8E%AE)
Oct 2, 2019, 6:24:19 PM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-27.992093,153.427219&zoom=12) - From your device

## Search

Searched for 凯联z资本王玮 (https://www.google.com/search?
q=%E5%87%AF%E8%81%94z%E8%B5%84%E6%9C%AC%E7%8E%8B%E7%8E%AE)
Oct 2, 2019, 6:24:10 PM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-27.992093,153.427219&zoom=12) - From your device

## Search

Searched for No matter how dark things seem哈裏思 (https://www.google.com/search?
q=No+matter+how+dark+things+seem%E5%95%A5%E6%84%8F%E6%80%9D)
Sep 22, 2019, 8:49:40 AM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.783765,145.126548&zoom=12) - From your device

## Search

Searched for No matter how dark things seem (https://www.google.com/search?q=No+matter+how+dark+things+seem)
Sep 22, 2019, 8:49:19 AM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.783765,145.126548&zoom=12) - From your device

## Search

"Naegoh
yang
Kim Ho-
cheol"

Searched for _____ https://www.google.com/search?
q=%EB%82%B4%EA%B3%A0%ED%96%A5%EA%B9%80%ED%98%B8%EC%B2%A0)
Sep 20, 2019, 3:45:18 PM UTC

USA_064740

6/5/25, 7:57 AM                                                My Activity History

**Products:**
Search
**Locations:**
Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.787573,145.082420&zoom=12) - From your places (https://support.google.com/maps/answer/3184808)
(Home)

Search    "Naegoh yang Kim Ho-cheol"

Searched for          ttps://www.google.com/search?
q=%EB%82%B4%EA%B3%A0%ED%96%A5%EA%B9%80%ED%98%B8%EC%B2%A0)

Sep 20, 2019, 3:44:59 PM UTC

**Products:**
Search
**Locations:**
Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.787573,145.082420&zoom=12) - From your places (https://support.google.com/maps/answer/3184808)
(Home)

Search    "Naegoh yang Kim Ho-cheol"

Searched for          ttps://www.google.com/search?
q=%EB%82%B4%EA%B3%A0%ED%96%A5%EA%B9%80%ED%98%B8%EC%B2%A0)

Sep 20, 2019, 3:44:31 PM UTC

**Products:**
Search
**Locations:**
Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.787573,145.082420&zoom=12) - From your places (https://support.google.com/maps/answer/3184808)
(Home)

Search    "Naegoh yang Kim Ho-cheol"

Searched for          ttps://www.google.com/search?
q=%EB%82%B4%EA%B3%A0%ED%96%A5%EA%B9%80%ED%98%B8%EC%B2%A0)

Sep 20, 2019, 3:44:15 PM UTC

**Products:**
Search
**Locations:**
Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.787573,145.082420&zoom=12) - From your places (https://support.google.com/maps/answer/3184808)
(Home)

Search    "Naegoh yang Kim Ho-cheol"

Searched for          ttps://www.google.com/search?
q=%EB%82%B4%EA%B3%A0%ED%96%A5%EA%B9%80%ED%98%B8%EC%B2%A0)

Sep 20, 2019, 3:43:44 PM UTC

**Products:**
Search
**Locations:**
Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.787573,145.082420&zoom=12) - From your device

Search

Searched for 我故乡佥虎皙 (https://www.google.com/search?
q=%E6%88%91%E6%95%85%E4%B9%A1%E9%87%91%E8%99%8E%E5%93%B2)

Sep 20, 2019, 3:43:18 PM UTC

**Products:**
Search
**Locations:**
Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.787573,145.082420&zoom=12) - From your device

Search

USA_064741

6/5/25, 7:57 AM                                                                    My Activity History

Unveiling the mystery of North Korea—

Visited  North Korean cigarettes in pictures – News    (https://www.google.com/url?
g=https  Channel - Sohu Mobile                              y_gKvtgjDEBR5BVl6cA)

Sep 20, 2019, 3:39:42 PM UTC

**Products:**
Search

Search

North Korean cigarette

Searched for  factory: Kim Ho Cheol    le.com/search?
g=%E6%9C%9D%E9%B2%9C%E7%83%9F%E5%8E%82%E9%87%91%E8%99%8E%E5%93%B2)

Sep 20, 2019, 3:39:30 PM UTC

**Products:**
Search
**Locations:**
Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.787573,145.082420&zoom=12) - From your device

Search

Searched for 朝鲜我故乡金虎哲 (https://www.google.com/search?
g=%E6%9C%9D%E9%B2%9C%E6%88%91%E6%95%85%E4%B9%A1%E9%87%91%E8%99%8E%E5%93%B2)

Sep 20, 2019, 3:39:19 PM UTC

**Products:**
Search
**Locations:**
Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.787573,145.082420&zoom=12) - From your device

Search

Searched for 朝鲜我故乡金虎哲 (https://www.google.com/search?
g=%E6%9C%9D%E9%B2%9C%E6%88%91%E6%95%85%E4%B9%A1%E9%87%91%E8%99%8E%E5%93%B2)

Sep 20, 2019, 3:38:59 PM UTC

**Products:**
Search
**Locations:**
Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.787573,145.082420&zoom=12) - From your places (https://support.google.com/maps/answer/3184808)
(Home)

Search

My Native Land of North

Searched for  Korea: Kim Ho Cheol     le.com/search?
g=%E6%9C%9D%E9%B2%9C%E6%88%91%E6%95%85%E4%B9%A1%E9%87%91%E8%99%8E%E5%93%B2)

Sep 20, 2019, 3:38:39 PM UTC

**Products:**
Search
**Locations:**
Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.787573,145.082420&zoom=12) - From your device

Search

Searched for 和国外公务员一起做生意 (https://www.google.com/search?
g=%E5%92%8C%E5%9B%BD%E5%A4%96%E5%85%AC%E5%8A%A1%E5%91%98%E4%B8%80%E8%B5%B7%E5%81%9A%E7%94%9F%E6%84%8F)

Sep 20, 2019, 3:37:46 PM UTC

**Products:**
Search
**Locations:**
Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.787573,145.082420&zoom=12) - From your places (https://support.google.com/maps/answer/3184808)
(Home)

USA_064742

6/5/25, 7:57 AM                                                    My Activity History

Products:
  Search
Locations:
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.787573,145.082420&zoom=12) - From your places (https://support.google.com/maps/answer/3184808)
  (Home)

## Search

Searched for 给国外公务员分配利润 (https://www.google.com/search?
q=%E7%BB%99%E5%9B%BD%E5%A4%96%E5%85%AC%E5%8A%A1%E5%91%98%E5%88%86%E9%85%8D%E5%88%A9%E6%B6%A6)

Sep 20, 2019, 3:35:33 PM UTC

Products:
  Search
Locations:
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.787573,145.082420&zoom=12) - From your device

North
Korean
Public
## Search    Officials
Act

Searched for                ttps://www.google.com/search?
q=%EC%A1%B0%EC%84%A0+%EA%B3%B5%EB%AC%B4%EC%9B%90%EB%B2%95)

Sep 20, 2019, 3:34:25 PM UTC

Products:
  Search
Locations:
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.787573,145.082420&zoom=12) - From your device

## Search

Visited 2016年暑期公务员辅导班资料分析专项解析-考试信息-天津公务员 ... (https://www.google.com/url?
q=http://www.tjzmzj.com/article_details.php%3Fcid%3D0%26uid%3D2476&usg=AFQjCNGIxKYmtw7GFCyc53itCMFf6Oiriw)

Sep 20, 2019, 3:32:27 PM UTC

Products:
  Search

## Search

Searched for 公司业务给公务员利润算 (https://www.google.com/search?
q=%E5%85%AC%E5%8F%B8%E4%B8%9A%E5%8A%A1%E7%BB%99%E5%85%AC%E5%8A%A1%E5%91%98%E5%88%A9%E6%B6%A6%E7%AE%97)

Sep 20, 2019, 3:31:00 PM UTC

Products:
  Search
Locations:
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.787573,145.082420&zoom=12) - From your places (https://support.google.com/maps/answer/3184808)
  (Home)

## Search

Visited https://zhidao.baidu.com/question/1886184459983741348 (https://www.google.com/url?
q=https://zhidao.baidu.com/question/1886184459983741348&usg=AFQjCNHZTQveGQcneV-BlvivM0usEpK4AA)

Sep 20, 2019, 3:30:43 PM UTC

Products:
  Search

USA_064744

6/5/25, 7:57 AM                                                My Activity History

Visited 很多酒店的床上都要放一块布，你知道为什么吗？ (https://www.google.com/url?
q=https://zhidao.baidu.com/question/205340363603871525.html%3Ffr%3Dfeed%26refer_title%3D%25E4%25B8%259C%25E6%25B8%25AF%25E7%258E%258B%25E5%

Sep 17, 2019, 3:07:45 PM UTC

**Products:**
  Search

Search

Visited https://zhidao.baidu.com/question/5003195140931232724 (https://www.google.com/url?
q=https://zhidao.baidu.com/question/5003195140931232724&usg=AFQjCNGoLjBTSAlIcAdLxQk71mC-D91iyQ)

Sep 17, 2019, 3:03:58 PM UTC

**Products:**
  Search

Search

Visited 林治费-企业工商信用信息,电话地址查询-阿里巴巴企业信用 (https://www.google.com/url?
q=https://m.1688.com/xinyong/l-p-
C1D6D6CEB89F3.html%3Ffrom%3Dye%26bizId%3Dlonggang.1688.com%26no_cache%3Dfalse&usg=AFQjCNEBm-ER-
r4XnjV8rltSJhiyW7kcrQ)

Sep 17, 2019, 3:03:26 PM UTC

**Products:**
  Search

Search

Visited https://longgang.1688.com/shop/www/xinyong/l-p-C1D6D6CEB89F3.html (https://www.google.com/url?
q=https://longgang.1688.com/shop/www/xinyong/l-p-C1D6D6CEB89F3.html&usg=AFQjCNE-kEIao5eAPuia1l9wkSMVKb5kaA)

Sep 17, 2019, 3:03:11 PM UTC

**Products:**
  Search

Search

Searched for 东港林治费 (https://www.google.com/search?
q=%E4%B8%9C%E6%B8%AF%E6%9E%97%E6%B2%BB%E8%B4%B5)

Sep 17, 2019, 3:02:48 PM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.787573,145.082420&zoom=12) - From your device

Search

Visited Americans considering suspension of sanctions against North Korea, Ministry of Foreign Affairs:
Pushing the Americans to show flexibility, going in the opposite direction from the North Koreans
q=https://m.yicai.com/news/100258369.html&usg=AFQjCNGDob0o1S-hllfS2ocAE2_So9ZmPA)

Jul 12, 2019, 11:59:37 AM UTC

**Products:**
  Search

Search

USA_064746

6/5/25, 7:57 AM                                                    My Activity History

Searched for Sanctions against North Korea    ?q=%E5%AF%B9%E6%9C%9D%E5%88%B6%E8%A3%81)
Jul 12, 2019, 11:59:23 AM UTC

**Products:**
Search

Search

Searched for hotels in 雷科莱塔 阿根廷布宜诺斯艾利斯
Jul 10, 2019, 6:58:34 PM UTC

**Products:**
Search

Search

Searched for hotels in Buenos Aires Metropolitan Area, 布宜诺斯艾利斯省阿根廷
Jul 10, 2019, 6:57:36 PM UTC

**Products:**
Search

Search

Searched for hotels in 萨尔塔 阿根廷萨尔塔省
Jul 7, 2019, 9:23:16 AM UTC

**Products:**
Search

Search

Searched for hotels in 萨尔塔 阿根廷萨尔塔省
Jul 7, 2019, 9:23:08 AM UTC

**Products:**
Search

Search

Searched for hotels in 萨尔塔 阿根廷萨尔塔省
Jul 7, 2019, 9:22:55 AM UTC

**Products:**
Search

Search

Searched for hotels in 萨尔塔 阿根廷萨尔塔省
Jul 7, 2019, 9:15:40 AM UTC

**Products:**
Search

Search

USA_064747

6/5/25, 7:57 AM                                                My Activity History

## Search

Visited Aerolíneas Argentinas (https://www.google.com/url?
q=https://www.aerolineas.com.ar/%3Fartid%3Daeas270000%26gclid%3DCj0KCQjwjYHpBRC4ARIsAI-
3GkFXnDbklPfZAPJaEkPmwu0-
pYnbpPFSkmoemonpXEcJHv5NvXq6b8YaAi5tEALw_wcB&usg=AFQjCNGx6vijhDwEbMjXNFF1RZ8CA6MwfQ)
Jul 6, 2019, 1:59:27 PM UTC

**Products:**
  Search

## Search

Searched for aerolinea argentina (https://www.google.com/search?q=aerolinea+argentina)
Jul 6, 2019, 1:58:43 PM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-34.813131,-58.542956&zoom=12) - From your device

## Search

Searched for flights from Buenos Aires to ? on Jul 22, 2019 returning Jul 26, 2019 (https://www.google.com/flights?
tfs=CAwQAhobEgoyMDE5LTA3LTIyag0IAhlJL20vMDFseTVtGhsSCjIwMTktMDctMjZyDQgCEgkvbS8wMWx5NW0)
Jul 6, 2019, 1:58:43 PM UTC

**Products:**
  Search

## Search

　　North Korean police block American reporter from taking pictures of the Trump-Kim summit, new White House spokesperson is injured courageously
Visited clearing the way | North Korean Police and Guards | Grisham | White House spokesperson | New Tang Dynasty Chinese Television Online
(https://www.google.com/url?q=https://m.ntdtv.com/gb/2019/07/01/a102612975.html&usg=AFQjCNHolyew2Df0fiv_losE3o91-
1ATdQ)
Jul 2, 2019, 4:45:14 AM UTC

**Products:**
  Search

## Search

Visited 朝警阻美记者拍|川金会台白宫新发言人奋勇开道受伤| 朝鲜警卫 格里沙 ... (https://www.google.com/url?
q=https://www.ntdtv.com/gb/2019/07/01/a102612975.html&usg=AFQjCNHMwBDj1ol3O8fb_0mMZqqf8RBMdA)
Jul 2, 2019, 4:44:41 AM UTC

**Products:**
  Search

## Search

　　　　　White House
Searched for against North Korea joogle.com/search?
q=%E7%99%BD%E5%AE%AB%E5%AF%B9%E6%9C%9D&tbm=nws)
Jul 2, 2019, 4:44:17 AM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=25.229344,55.281179&zoom=12) - From your device

USA_064750

6/5/25, 7:57 AM                                                  My Activity History

### Search

Searched for —— Sanctions against North Korea —— google.com/search?q=%E5%AF%B9%E6%9C%9D%E5%88%B6%E8%A3%81&tbm=nws)

Jul 2, 2019, 4:44:02 AM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=25.229344,55.281179&zoom=12) - From your device

### Search

Searched for —— Sanctions against North Korea —— google.com/search?q=%E5%AF%B9%E6%9C%9D%E5%88%B6%E8%A3%81)

Jul 2, 2019, 4:43:32 AM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=25.229344,55.281179&zoom=12) - From your device

### Search

Searched for 美国白宫 (https://www.google.com/search?q=%E7%BE%8E%E5%9B%BD%E7%99%BD%E5%AE%AB)

Jul 2, 2019, 4:43:18 AM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=25.229344,55.281179&zoom=12) - From your device

### Search

Searched for —— United States White House against North Korea —— www.google.com/search?q=%E7%BE%8E%E5%9B%BD%E7%99%BD%E5%AE%AB%E5%AF%B9%E6%9C%9D%E9%2%9C)

Jul 2, 2019, 4:42:44 AM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=25.229344,55.281179&zoom=12) - From your device

### Search

Searched for hotels in Downtown Dubai, 迪拜酋长国

Jun 30, 2019, 1:58:44 PM UTC

**Products:**
  Search

### Search

Searched for hotels in Garhoud, 迪拜酋长国 - 阿拉伯联合酋长国

Jun 30, 2019, 2:50:55 AM UTC

**Products:**
  Search

### Search

USA_064751

6/5/25, 7:57 AM                                                My Activity History

## Search

Searched for 果岭 英文 (https://www.google.com/search?q=%E6%9E%9C%E5%B2%AD+%E8%8B%B1%E6%96%87)

Jun 21, 2019, 4:14:08 AM UTC

**Products:**
    Search
**Locations:**
    Around this area (https://www.google.com/@?api=1&map_action=map&center=-37.789328,145.090152&zoom=12) - From your device

## Search

Searched for golden field是什么意思 (https://www.google.com/search?
q=golden+field%E6%98%AF%E4%BB%80%E4%B9%88%E6%84%8F%E6%80%9D)

Jun 21, 2019, 4:13:31 AM UTC

**Products:**
    Search
**Locations:**
    Around this area (https://www.google.com/@?api=1&map_action=map&center=-37.787573,145.082420&zoom=12) - From your device

## Search

Searched for golden green是什么意思 (https://www.google.com/search?
q=golden+green%E6%98%AF%E4%BB%80%E4%B9%88%E6%84%8F%E6%80%9D)

Jun 21, 2019, 4:12:50 AM UTC

**Products:**
    Search
**Locations:**
    Around this area (https://www.google.com/@?api=1&map_action=map&center=-37.787573,145.082420&zoom=12) - From your device

## Search

Searched for golden green (https://www.google.com/search?q=golden+green)

Jun 21, 2019, 4:12:09 AM UTC

**Products:**
    Search
**Locations:**
    Around this area (https://www.google.com/@?api=1&map_action=map&center=-37.793331,145.096468&zoom=12) - From your device

## Search

Searched for 香港股市 (https://www.google.com/search?q=%E9%A6%99%E6%B8%AF%E8%82%A1%E5%B8%82)

Jun 15, 2019, 3:21:54 PM UTC

**Products:**
    Search
**Locations:**
    Around this area (https://www.google.com/@?api=1&map_action=map&center=-37.787573,145.082420&zoom=12) - From your device

## Search

Visited Heads of United States and North Korea to talk – Voice of America .com/url?
q=https://www.voachinese.com/z/5403&usg=AFQjCNHLKC_t3clUlKNNl4hQfbW2L9-sOA)

Jun 15, 2019, 3:19:39 PM UTC

**Products:**
    Search

## Search

USA_064765

6/5/25, 7:57 AM                                        My Activity History

Searched for 美朝 (https://www.google.com/search?q=%E7%BE%8E%E6%9C%9D)

Jun 15, 2019, 3:19:17 PM UTC

**Products:**
    Search
**Locations:**
    Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.787573,145.082420&zoom=12) - From your device

## Search

—————— 13 enterprises and individuals listed in sanctions

Searched for

q=13%E5%90%8D%E4%BC%81%E4%B8%9A%E4%B8%AA%E4%BA%BA%E5%88%97%E5%85%A5%E5%88%B6%E8%A3%81)

Jun 15, 2019, 3:19:06 PM UTC

**Products:**
    Search
**Locations:**
    Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.787573,145.082420&zoom=12) - From your device

## Search

Visited 最新！ 美国国务院宣布对13个中国企业或个人实施制裁 - 跨境眼 (https://www.google.com/url?

q=https://www.kuajingyan.com/article/4772&usg=AFQjCNGFGC8XCJgh9R0HQNM-uCMDos4ELQ)

Jun 15, 2019, 3:09:29 PM UTC

**Products:**
    Search

Latest! United States Department of State
Searannounces the implementation of sanctions
against 13 Chinese enterprises or individuals—
Cross-Border View

Visited ;                                         (https://www.google.com/url?

q=https://www.kuajingyan.com/article/4772&usg=AFQjCNGFGC8XCJgh9R0HQNM-uCMDos4ELQ)

Jun 15, 2019, 3:09:15 PM UTC

**Products:**
    Search

## Search            13 enterprises and
                     individuals listed
                     in sanctions

Searched for                    v.google.com/search?q=

q=13%E5%90%8D%E4%BC%81%E4%B8%9A%E4%B8%AA%E4%BA%BA%E5%88%97%E5%85%A5%E5%88%B6%E8%A3%81)

Jun 15, 2019, 3:09:04 PM UTC

**Products:**
    Search
**Locations:**
    Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.787573,145.082420&zoom=12) - From your device

## Search

Visited Hertz租车确认提醒服务™ - 赫兹租车 (https://www.google.com/url?

q=https://www.hertz.cn/rentacar/productservice/index.jsp%3FtargetPage%3DAsia_Carfirmation.jsp%26leftNavUserSelection%3DglobNav_3_5_1%26selectedRegion%3D2

Jun 13, 2019, 12:43:45 PM UTC

**Products:**
    Search

## Search

USA_064766

6/5/25, 7:57 AM                                            My Activity History

Products:
  Search
Locations:
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-34.930323,138.608823&zoom=12) - From your device

## Search

Searched for 香港 (https://www.google.com/search?q=%E9%A6%99%E6%B8%AF)

Jun 10, 2019, 3:12:50 PM UTC

Products:
  Search
Locations:
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-34.930323,138.608823&zoom=12) - From your device

## Search

Visited 美国精英层分歧严重 敌视中国潮流正在回潮_国际-多维新闻网 (https://www.google.com/url?
q=http://news.dwnews.com/global/news/2019-06-06/60136595.html&usg=AFQjCNGi9nKZfzoXr8KeIvAtHXonRM4W-A)

Jun 9, 2019, 8:19:30 PM UTC

Products:
  Search

Sear Kim Jong Un's latest cruel execution:
      General carved into eight pieces and fed
Visited to piranhas (Video)        | www.wenxuecity.com (https://www.google.com/url?
q=https://www.wenxuecity.com/news/2019/06/09/8391367.html&usg=AFQjCNEJMrC36nOk1b9ynyTZb37JWtWmSA)

Jun 9, 2019, 8:14:29 PM UTC

Products:
  Search

## Search

Visited 如何购买小米的股票，开通沪港通可以买港股吗？_叩富网 (https://www.google.com/url?
q=http://licai.cofool.com/ask/qa_236063.html&usg=AFQjCNHsG_3E09LH3DPkS3P9LjtBw9efkA)

Jun 9, 2019, 8:11:51 PM UTC

Products:
  Search

## Search

Searched for 开通港股通账户为什么买不了小米股票 (https://www.google.com/search?
q=%E5%BC%80%E9%80%9A%E6%B8%AF%E8%82%A1%E9%80%9A%E8%B4%A6%E6%88%B7%E4%B8%BA%E4%BB%80%E4%B9%88%E4%B9%B0%E4%B8%8D

Jun 9, 2019, 8:11:22 PM UTC

Products:
  Search
Locations:
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-34.922032,138.588997&zoom=12) - From your device

## Search

Searched for di fabio estate (https://www.google.com/search?q=di+fabio+estate)

Jun 9, 2019, 8:59:21 AM UTC

Products:
  Search
Locations:
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-34.922032,138.588788&zoom=11) - Based on your past activity

file:///C:/Users/danglin/OneDrive - Federal Bureau of Investigation/CITTEEI Share Folder/Winney&CTJ/Trial Prep/Jinguanghua2014/My Activity/Se...     68/256

USA_064768

6/5/25, 7:57 AM                 My Activity History

Visited Google Search (https://www.google.com)
Jun 6, 2019, 4:51:28 AM UTC

**Products:**
Search

Search

---

Visited Google Search (https://www.google.com)
Jun 6, 2019, 3:09:11 AM UTC

**Products:**
Search

Search

---

Visited Google Search (https://www.google.com)
Jun 6, 2019, 2:09:11 AM UTC

**Products:**
Search

Search

---

Visited 金与正消失多日露面地位提升金正恩观看演出发怒[图]_国际-多维新闻网 (https://www.google.com/url?
q=http://news.dwnews.com/global/news/2019-06-04/60136160.html&usg=AFQjCNFej2a2fzioQ7svIET7urkoS-Q7eQ)
Jun 5, 2019, 11:51:30 AM UTC

**Products:**
Search

Search

Searched for Kim Jong Un .com/search?q=%E9%87%91%E6%AD%A3%E6%81%A9)
Jun 5, 2019, 11:51:11 AM UTC

**Products:**
Search
**Locations:**
Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.787573,145.083327&zoom=12) - From your device

Search

Searched for North Korea .com/search?q=%E6%9C%9D%E9%B2%9C)
Jun 5, 2019, 11:50:13 AM UTC

**Products:**
Search
**Locations:**
Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.787573,145.083327&zoom=12) - From your device

Search General Secretary Xi

Searched for visits North Korea /search?
q=%E4%B9%A0%E6%80%BB%E8%AE%BF%E9%97%AE%E6%9C%9D%E9%B2%9C)
Jun 5, 2019, 11:50:01 AM UTC

**Products:**
Search
**Locations:**
Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.787573,145.083327&zoom=12) - From your device

USA_064772

6/5/25, 7:57 AM                                                    My Activity History

## Search

Defined 哪个 (https://www.google.com/search?q=%E5%93%AA%E4%B8%AA)
Jun 5, 2019, 11:49:54 AM UTC

**Products:**
Search

## Search

Searched for 哪个 (https://www.google.com/search?q=%E5%93%AA%E4%B8%AA)
Jun 5, 2019, 11:49:54 AM UTC

**Products:**
Search
**Locations:**
Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.787573,145.082420&zoom=12) - From your device

Sea North Korea issues warning to United States at a critical moment: Without a shift in attitude, the
         joint statement will be nullified_International – DuoWei News.com
Visited
g=http://news.dwnews.com/global/news/2019-06-05/60136338.html&usg=AFQjCNHEPzwy_C_dWhm0SBNegN1HNWsMWA)
Jun 5, 2019, 11:45:29 AM UTC

**Products:**
Search

## Search

Visited Orora (https://www.google.com/url?
g=https://www.ororagroup.com/&usg=AFQjCNH69aaDZCRiy1ugNyFRNJROQg8Hqw)
Jun 4, 2019, 11:54:30 PM UTC

**Products:**
Search

## Search

Searched for orora (https://www.google.com/search?q=orora)
Jun 4, 2019, 11:54:23 PM UTC

**Products:**
Search
**Locations:**
Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.798653,145.170700&zoom=12) - From your device

## Search

Searched for orora (https://www.google.com/search?q=orora)
Jun 4, 2019, 11:54:09 PM UTC

**Products:**
Search
**Locations:**
Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.798653,145.170700&zoom=12) - From your device

## Search

USA_064773

6/5/25, 7:57 AM                                    My Activity History

Search

Searched for 南澳酒庄推荐 (https://www.google.com/search?
q=%E5%8D%97%E6%BE%B3%E9%85%92%E5%BA%84%E6%8E%A8%E8%8D%90)
Jun 3, 2019, 12:39:26 AM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?aqi=1&map_action=map&center=-37.794115,145.087934&zoom=13) - From your places (https://support.google.com/maps/answer/3184808)
(Home)

Search      General Secretary Xi

            visits North Korea
Searched for                              arch?
q=%E4%B9%A0%E6%80%BB%E8%AE%BF%E9%97%AE%E6%9C%9D%E9%B2%9C)
Jun 2, 2019, 10:21:02 AM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?aqi=1&map_action=map&center=-37.794115,145.087934&zoom=13) - From your places (https://support.google.com/maps/answer/3184808)
(Home)

Search

Searched for Kim Jong Un com/search?q=%E9%87%91%E6%AD%A3%E6%81%A9)
Jun 2, 2019, 10:17:54 AM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?aqi=1&map_action=map&center=-37.794115,145.087934&zoom=13) - From your places (https://support.google.com/maps/answer/3184808)
(Home)

Search

Searched for Kim Jong Un com/search?q=%E9%87%91%E6%AD%A3%E6%81%A9)
Jun 2, 2019, 10:17:18 AM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?aqi=1&map_action=map&center=-37.794115,145.087934&zoom=13) - From your places (https://support.google.com/maps/answer/3184808)
(Home)

Search

Searched for Kim Jong Un com/search?q=%E9%87%91%E6%AD%A3%E6%81%A9)
Jun 2, 2019, 10:16:26 AM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?aqi=1&map_action=map&center=-37.794115,145.087934&zoom=13) - From your places (https://support.google.com/maps/answer/3184808)
(Home)

Search

Visited Google Search (https://www.google.com)
Jun 2, 2019, 10:16:18 AM UTC

**Products:**
  Search

USA_064775

6/5/25, 7:57

Sear | South Korean media: Multiple high-ranking officials disciplined for collapse of Hanoi Summit; Kim Jong Un rumored to have executed representative to the United States by shooting | Zaobao

Visited

g=https://www.zaobao.com.sg/special/report/politic/korea/story20190601-961151&usg=AFQjCNGCuYlosHocVhe5ldq4es48k2OALA)

Jun 2, 2019, 10:06:56 AM UTC

**Products:**
  Search

Search

Searched for ; | Kim Jong Un | v.com/search?q=%E9%87%91%E6%AD%A3%E6%81%A9)

Jun 2, 2019, 10:06:36 AM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.794115,145.087934&zoom=13) - From your places (https://support.google.com/maps/answer/3184808)
(Home)

Search

Visited Google Search (https://www.google.com)

Jun 2, 2019, 10:06:22 AM UTC

**Products:**
  Search

Search

Visited Doodle God Blitz - Play Doodle God Blitz Online at BestGames.Com (https://www.google.com/url?

g=http://www.bestgames.com/Doodle-God-Blitz&usg=AFQjCNHUIiJISsV9Nt__PjGDh8o63zvQLA)

Apr 5, 2019, 3:52:44 AM UTC

**Products:**
  Search

Search

Visited Fruita Crush - Play Fruita Crush Online at BestGames.Com (https://www.google.com/url?

g=http://www.bestgames.com/Fruita-Crush&usg=AFQjCNEIT0xLkn1QVNoPWkJCuGK9WoGkEg)

Apr 5, 2019, 3:50:55 AM UTC

**Products:**
  Search

Search

Searched for best games.com (https://www.google.com/search?q=best+games.com)

Apr 5, 2019, 3:50:14 AM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.794115,145.087934&zoom=13) - From your places (https://support.google.com/maps/answer/3184808)
(Home)

Search

USA_064776

6/5/25, 7:57 AM             My Activity History

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.794115,145.087934&zoom=13) - From your places (https://support.google.com/maps/answer/3184808)
(Home)

## Search

Visited Google Search (https://www.google.com)
Mar 3, 2019, 11:47:37 AM UTC

**Products:**
  Search

## Search

Visited https://amp.rfi.fr/cn/%E4%BA%9A%E6%B4%B2/20190220-
%E9%87%91%E6%AD%A3%E6%81%A9%E6%88%96%E5%A4%84%E5%86%B3%E6%9C%9D%E9%B2%9C%E5%AF%8C%E8%B1%AA%E7%B2%BE%E8%8B%B17(
(https://www.google.com/url?q=https://amp.rfi.fr/cn/%25E4%25BA%259A%25E6%25B4%25B2/20190220-
%25E9%2587%2591%25E6%25AD%25A3%25E6%2581%25A9%25E6%2588%2596%25E5%25A4%2584%25E5%2586%25B3%25E6%259C%259D%25E9%25B2%259C
jpSXmb6OERHsIrsv1Cg)
Feb 25, 2019, 7:40:58 AM UTC

**Products:**
  Search

Search    Kim Jong Un executes
           wealthy and powerful
Searched for North Korean elite    w.google.com/search?
q=%E9%87%91%E6%AD%A3%E6%81%A9%E5%A4%84%E5%86%B3%E6%9C%9D%E9%B2%9C%E5%AF%8C%E8%B1%AA%E7%B2%BE%E8%8B%B1)
Feb 25, 2019, 7:40:51 AM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.790754,145.088663&zoom=10) - From your places (https://support.google.com/maps/answer/3184808)
(Home)

## Search

Visited [新闻]何谓澳洲红五星酒庄？金五星酒款？ - 葡萄酒资讯网 (https://www.google.com/url?
q=http://m.winesinfo.com/NewsDetail.aspx%3Fid%3D64996&usg=AFQjCNGiFT0EQQFFF4fbA5j6XGuEg4HBxg)
Feb 20, 2019, 3:43:18 PM UTC

**Products:**
  Search

## Search

Searched for 澳大利亚红双红五星酒庄 (https://www.google.com/search?
q=%E6%BE%B3%E5%A4%A7%E5%88%A9%E4%BA%9A%E5%8F%8C%E7%BA%A2%E4%BA%94%E6%98%9F%E9%85%92%E5%BA%84)
Feb 20, 2019, 3:43:07 PM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.794115,145.087934&zoom=13) - From your device

## Search

USA_064778

6/5/25, 7:57 AM                                    My Activity History

### Search

Visited 搜索结果_iphone充电器怎么拆 (https://www.google.com/url?
g=https://zhidao.baidu.com/index/%3Fentrytime%3D1545404098484%26word%3Diphone%25B3%25E4%25B5%25E7%25C6%25F7%25D4%25F5%25C3%25B4%25B2%2
MAos82gV7e60QZEg)
Dec 21, 2018, 2:54:58 PM UTC

**Products:**
 Search

### Search

Visited https://zhidao.baidu.com/index/?
entrytime=1544572800063&word=iphone%B3%E4%B5%E7%C6%F7%D4%F5%C3%B4%B2%F0&lm=0&srs=0&srsod=5&ie=gbk
(https://www.google.com/url?
g=https://zhidao.baidu.com/index/%3Fentrytime%3D1544572800063%26word%3Diphone%25B3%25E4%25B5%25E7%25C6%25F7%25D4%25F5%25C3%25B4%25B2%2
Dec 21, 2018, 2:54:52 PM UTC

**Products:**
 Search

### Search

Searched for 苹果充电器怎么打开 (https://www.google.com/search?
g=%E8%8B%B9%E6%9E%9C%E5%85%85%E7%94%B5%E5%99%A8%E6%80%8E%E4%B9%88%E6%89%93%E5%BC%80)
Dec 21, 2018, 2:54:47 PM UTC

**Products:**
 Search
**Locations:**
 Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.794115,145.087934&zoom=13) - From your places (https://support.google.com/maps/answer/3184808)
 (Home)

### Search

Leaders of the Central Committee of the Workers' Party of North Korea / North
Korea's new cohort of Cabinet members – Blog of a Person in Utopia – udn Blogs
Visited ¦                                                                                rf?
g=http://blog.udn.com/mobile/ef2890c4/107432934&usg=AFQjCNGIzNry5wyGnSlsjBAHkilan-gRXg)
Dec 11, 2018, 3:26:03 AM UTC

**Products:**
 Search

### Search

Visited 吳日正_百度百科 (https://www.google.com/url?
g=https://baike.baidu.com/item/%25E5%2590%25B4%25E6%2597%25A5%25E6%25AD%25A3&usg=AFQjCNFU3EBtYvYP3gUf2zJGd87szyc4nw)
Dec 11, 2018, 3:25:08 AM UTC

**Products:**
 Search

### Search

Visited https://zh.m.wikipedia.org/zh-hans/%E5%90%B3%E6%97%A5%E6%AD%A3 (https://www.google.com/url?
g=https://zh.m.wikipedia.org/zh-
hans/%25E5%2590%25B3%25E6%2597%25A5%25E6%25AD%25A3&usg=AFQjCNGJNxCO232WQqZPagy7AKKQoJla8w)
Dec 11, 2018, 3:24:43 AM UTC

USA_064806

**Products:**
Search

## Search

Searched for 吴振宇 吴日正 (https://www.google.com/search?
q=%E5%90%B4%E6%8C%AF%E5%AE%87+%E5%90%B4%E6%97%A5%E6%AD%A3)

Dec 11, 2018, 3:24:33 AM UTC

**Products:**
Search
**Locations:**
Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.790773,145.088905&zoom=8) - From your places (https://support.google.com/maps/answer/3184808)
(Home)

Sear  Leaders of the Central Committee of the Workers' Party of North Korea / North
      Korea's new cohort of Cabinet members – Blog of a Person in Utopia – udn Blogs
Visited                                                                              url?
q=http://blog.udn.com/mobile/ef2890c4/107432934&usg=AFQjCNGIzNry5wyGnSIsjBAHkiIan-gRXg)

Dec 11, 2018, 3:10:10 AM UTC

**Products:**
Search

## Search

Visited http://blog.udn.com/mobile/ef2890c4/107432934 (https://www.google.com/url?
q=http://blog.udn.com/mobile/ef2890c4/107432934&usg=AFQjCNGIzNry5wyGnSIsjBAHkiIan-gRXg)

Dec 11, 2018, 3:07:00 AM UTC

**Products:**
Search

## Search

Visited http://m.chaoxianribao.com/article/28748.html (https://www.google.com/url?
q=http://m.chaoxianribao.com/article/28748.html&usg=AFQjCNFcQwfrtbPhuwj-It_CY1Vg2T0Azg)

Dec 11, 2018, 3:04:38 AM UTC

**Products:**
Search

## Search

Searched for 组织指导部 吴日正 (https://www.google.com/search?
q=%E7%BB%84%E7%BB%87%E6%8C%87%E5%AF%BC%E9%83%A8+++%E5%90%B4%E6%97%A5%E6%AD%A3)

Dec 11, 2018, 3:04:30 AM UTC

**Products:**
Search
**Locations:**
Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.790772,145.088905&zoom=8) - From your places (https://support.google.com/maps/answer/3184808)
(Home)

## Search

Searched for 劳动党中央组织指导部 吴日正 (https://www.google.com/search?
q=%E5%8A%B3%E5%8A%A8%E5%85%9A%E4%B8%AD%E5%A4%AE%E7%BB%84%E7%BB%87%E6%8C%87%E5%AF%BC%E9%83%A8+++%E5%90%B4%E6%97

Dec 11, 2018, 3:04:08 AM UTC

**Products:**
Search

USA_064807

6/5/25, 7:57 AM                                        My Activity History

**Locations:**
Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.790772,145.088905&zoom=8) - From your places (https://support.google.com/answer/3184808)
(Home)

## Search

Visited 崔龙海_百度百科 (https://www.google.com/url?
q=https://baike.baidu.com/item/%25E5%25B4%2594%25E9%25BE%2599%25E6%25B5%25B7/9652878&usg=AFQjCNFxYTOuC6oXs19Mv-
fs5vdS7uBwgg)

Dec 11, 2018, 3:02:15 AM UTC

**Products:**
Search

Sear "Choe Ryong-hae (Chairman of the Standing
        Committee of the Supreme People's Assembly of
Visited North Korea)_Baidu Baike"                              /www.google.com/url?
q=https://baike.baidu.com/item/%25E5%25B4%2594%25E9%25BE%2599%25E6%25B5%25B7&usg=AFQjCNELev5Mo1LR-
cXBxGTY-k5BVzG6kQ)

Dec 11, 2018, 3:02:11 AM UTC

**Products:**
Search

## Search

Searched for 劳动党中央组织指导部 吴日正 (https://www.google.com/search?
q=%E5%8A%B3%E5%8A%A8%E5%85%9A%E4%B8%AD%E5%A4%AE%E7%BB%84%E7%BB%87%E6%8C%87%E5%AF%BC%E9%83%A8+++%E5%90%B4%E6%97

Dec 11, 2018, 3:01:47 AM UTC

**Products:**
Search
**Locations:**
Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.790773,145.088905&zoom=8) - From your places (https://support.google.com/answer/3184808)
(Home)

Search    Organization and Guidance Department of the
          Central Committee of the Workers' Party of
Searched for North Korea O Il-jong

q=%E6%9C%9D%E9%B2%9C%E5%8A%B3%E5%8A%A8%E5%85%9A%E4%B8%AD%E5%A4%AE%E7%BB%84%E7%BB%87%E6%8C%87%E5%AF%BC%E9%83%A

Dec 11, 2018, 3:01:21 AM UTC

**Products:**
Search
**Locations:**
Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.790773,145.088905&zoom=8) - From your places (https://support.google.com/answer/3184808)
(Home)

Search    Organization and Guidance
          Department of North Korea O Il-
Searched for jong                                      arch?

q=%E6%9C%9D%E9%B2%9C%E7%BB%84%E7%BB%87%E6%8C%87%E5%AF%BC%E9%83%A8+++%E5%90%B4%E6%97%A5%E6%AD%A3)

Dec 11, 2018, 3:00:50 AM UTC

**Products:**
Search
**Locations:**
Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.790773,145.088905&zoom=8) - From your places (https://support.google.com/answer/3184808)
(Home)

## Search

USA_064808

6/5/25, 7:57 AM                                                     My Activity History

Searched for O Ung Il North Korea search?
g=%E5%90%B4%E5%BA%94%E6%97%A5%E6%9C%9D%E9%B2%9C)
Dec 11, 2018, 2:50:25 AM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.790773,145.088905&zoom=8) - From your places (https://support.google.com/maps/answer/3184808)
  (Home)

## Search

Searched for 吴应日 (https://www.google.com/search?g=%E5%90%B4%E5%BA%94%E6%97%A5)
Dec 11, 2018, 2:50:21 AM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.790773,145.088905&zoom=8) - From your places (https://support.google.com/maps/answer/3184808)
  (Home)

## Search

Searched for 吴应日 (https://www.google.com/search?g=%E5%90%B4%E5%BA%94%E6%97%A5)
Dec 11, 2018, 2:50:09 AM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.790773,145.088905&zoom=8) - From your places (https://support.google.com/maps/answer/3184808)
  (Home)

## Search

O Jin-u (North Korea) – Wikipedia, The Free Encyclopedia

Visited _____ (https://www.google.com/urf?g=https://zh.m.wikipedia.org/zh-
hans/%25E5%2590%25B4%25E6%258C%25AF%25E5%25AE%2587_%28%25E6%259C%259D%25E9%25AE%25AE%29&usg=AFQjCNHPtZ-
-MuBLQY4J5UFjihsfViBoYQ)
Dec 11, 2018, 2:49:27 AM UTC

**Products:**
  Search

## Search

Visited https://zh.wikipedia.org/zh-hans/%E5%90%B4%E6%8C%AF%E5%AE%87_(%E6%9C%9D%E9%AE%AE)
(https://www.google.com/urf?g=https://zh.wikipedia.org/zh-
hans/%25E5%2590%25B4%25E6%258C%25AF%25E5%25AE%2587_%28%25E6%259C%259D%25E9%25AE%25AE%29&usg=AFQjCNH6m9KUnwMVpEhQdg36nPB_V
Dec 11, 2018, 2:49:24 AM UTC

**Products:**
  Search

## Search

North Korea O Ung Il

Searched for _____ .google.com/search?
g=%E6%9C%9D%E9%B2%9C+%E5%90%B4%E5%BA%94%E6%97%A5)
Dec 11, 2018, 2:49:20 AM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.790773,145.088905&zoom=8) - From your places (https://support.google.com/maps/answer/3184808)
  (Home)

USA_064809

6/5/25, 7:57 AM                                      My Activity History

Search

Searched for North Korea Organization and Guidance Department O Ung Il

q=%E6%9C%9D%E9%B2%9C%E7%BB%84%E7%BB%87%E6%8C%87%E5%AF%BC%E9%83%A8+++%E5%90%B4%E5%BA%94%E6%97%A5)

Dec 11, 2018, 2:48:54 AM UTC

Products:
    Search
Locations:
    Around this area (https://www.google.com/maps/@7api=1&map_action=map&center=-37,790773,145,088905&zoom=8) - From your places (https://support.google.com/maps/answer/3184808)
    (Home)

Search

Searched for North Korea Organization and Guidance Department O Ung Il

q=%E6%9C%9D%E9%B2%9C%E7%BB%84%E7%BB%87%E6%8C%87%E5%AF%BC%E9%83%A8+++%E5%90%B4%E5%BA%94%E6%97%A5)

Dec 11, 2018, 2:48:21 AM UTC

Products:
    Search
Locations:
    Around this area (https://www.google.com/maps/@7api=1&map_action=map&center=-37,790773,145,088905&zoom=8) - From your places (https://support.google.com/maps/answer/3184808)
    (Home)

Search

Visited https://zh.m.wikipedia.org/zh-my/%E6%9C%9D%E9%B2%9C%E5%8A%A8%E5%85%9A%E4%B8%AD%E5%A4%AE%E5%A7%94%E5%91%98%E4%B9%A7%E7%BB%84%E7%BB%
(https://www.google.com/url?q=https://zh.m.wikipedia.org/zh-my/%25E6%259C%259D%25E9%25B2%259C%25E5%258A%25B3%25E5%258A%25A8%25E5%2585%259A%25E4%25B8%25AD%25E5%25A4%25AE%25E5%25A7%

Dec 11, 2018, 2:47:32 AM UTC

Products:
    Search

Search

Organization and Guidance Department of the Central Committee of the Workers' Party of North Korea – Wikipedia, The Free Encyclopedia

Visited q=https://zh.m.wikipedia.org/zh/%25E6%259C%259D%25E9%25B2%259C%25E5%258A%25B3%25E5%258A%25A8%25E5%2585%259A%25E4%25B8%25AD%25E5%25
OHMnUrxHHd27s3n9JRPA)

Dec 11, 2018, 2:45:54 AM UTC

Products:
    Search

Search

Visited https://zh.wikipedia.org/zh/%E6%9C%9D%E9%B2%9C%E5%8A%B3%E5%8A%A8%E5%85%9A%E4%B8%AD%E5%A4%AE%E5%A7%94%E5%91%98%E4%B9%BC
(https://www.google.com/url?
q=https://zh.wikipedia.org/zh/%25E6%259C%259D%25E9%25B2%259C%25E5%258A%25B3%25E5%258A%25A8%25E5%2585%259A%25E4%25B8%25AD%25E5%25A7%25A
wA)

Dec 11, 2018, 2:45:50 AM UTC

Products:
    Search

Search

Searched for North Korea Organization and Guidance Department O Ung Il

n/search?
q=%E6%9C%9D%E9%B2%9C%E7%BB%84%E7%BB%87%E6%8C%87%E5%AF%BC%E9%83%A8%E5%90%B4%E5%BA%94%E6%97%A5)

Dec 11, 2018, 2:45:40 AM UTC

USA_064810

6/5/25, 7:57 AM                                          My Activity History

Locations:
    Around this area (https://www.google.com/maps/@?aqi=1&map_action=map&center=40,052021,124,373767&zoom=9) - From your device

---

Search

Searched for 经济危机都是吓人的 (https://www.google.com/search?
q=%E7%BB%8F%E6%B5%8E%E5%8D%B1%E6%9C%BA%E9%83%BD%E6%98%AF%E5%90%93%E4%BA%BA%E7%9A%84)

Oct 2, 2018, 1:21:42 PM UTC

Products:
    Search
Locations:
    Around this area (https://www.google.com/maps/@?aqi=1&map_action=map&center=40,052021,124,373767&zoom=9) - From your device

---

Search

You thought it was 200.0 billion in
sanctions? Actually, it was 200.0 billion
secretly given to you

Searched for                                                    om/search?
q=%E4%BD%A0%E4%BB%A5%E4%B8%BA2000%E4%BA%BF%E6%98%AF%E5%88%B6%E8%A3%81%EF%BC%9F%E5%85%B6%E5%AE%9E%E6%98%AF%E5/

Sep 22, 2018, 4:02:01 PM UTC

Products:
    Search
Locations:
    Around this area (https://www.google.com/maps/@?aqi=1&map_action=map&center=37,510075,126,879554&zoom=12) - From your device

---

Search

Searched for 你以为2000亿是制裁 (https://www.google.com/search?
q=%E4%BD%A0%E4%BB%A5%E4%B8%BA2000%E4%BA%BF%E6%98%AF%E5%88%B6%E8%A3%81)

Sep 22, 2018, 4:00:59 PM UTC

Products:
    Search
Locations:
    Around this area (https://www.google.com/maps/@?aqi=1&map_action=map&center=37,510075,126,879554&zoom=12) - From your device

---

Search

Searched for 不怕黑社会 只怕社会黑 (https://www.google.com/search?
q=%E4%B8%8D%E6%80%95%E9%BB%91%E7%A4%BE%E4%BC%9A+%E5%8F%AA%E6%80%95%E7%A4%BE%E4%BC%9A%E9%BB%91)

Aug 31, 2018, 3:59:20 PM UTC

Products:
    Search
Locations:
    Around this area (https://www.google.com/maps/@?aqi=1&map_action=map&center=41,851761,123,413911&zoom=10) - From your device

---

Search

Visited http://itech.jfeng.com/45144795/news.shtml?srctag=pc2m&back (https://www.google.com/url?
q=http://itech.jfeng.com/45144795/news.shtml%3Fsrctag%3Dpc2m%26back&usg=AFQjCNGTCgwawakZw4jXomv1h96RbPJijw)

Aug 31, 2018, 3:58:29 PM UTC

Products:
    Search

---

Search

Visited http://bbs.tianya.cn/m/post-333-1356522-1.shtml (https://www.google.com/url?q=http://bbs.tianya.cn/m/post-333-
1356522-1.shtml&usg=AFQjCNEowDfWVB10NWg530oJ0fLpg6Fcfg)

Aug 31, 2018, 3:55:30 PM UTC

---

USA_064813

6/5/25, 7:57 AM                                                My Activity History

Search

Visited https://tvv2.com/t/1039136 (https://www.google.com/url?
q=https://tvv2.com/t/1039136&usg=AFQjCNGob53nhDrSplbg9stiXUfScYC6LQ)
Jun 24, 2018, 4:40:47 PM UTC

**Products:**
  Search

Search

Visited 维护中 - 人民网 (https://www.google.com/url?
q=http://bbs1.people.com.cn/post/1/1/2/167951566.html&usg=AFQjCNEHW7I4g5MrvzLjZwbgfD8zqtQOcQ)
Jun 24, 2018, 4:40:23 PM UTC

**Products:**
  Search

Search

Visited http://m.kdnet.net/share-12822392.html?sform=club (https://www.google.com/url?q=http://m.kdnet.net/share-
12822392.html%3Fsform%3Dclub&usg=AFQjCNGEM-S26ckn8-gMLEbf9WlszdtJkw)
Jun 24, 2018, 4:39:59 PM UTC

**Products:**
  Search

Search

Visited 求生欲很强！范冰冰曝纳浩型被恶搞李晨发话了 - 新浪娱乐 (https://www.google.com/url?
q=http://ent.sina.com.cn/s/m/2018-05-23/doc-ihaysvix3938179.shtml&usg=AFQjCNGQUmBRWdSznPFd9IjlYpQaZPRHqw)
May 24, 2018, 12:16:14 PM UTC

**Product:**
  Search

Search
      Layer upon layer of crises at the
      United States-North Korea summit—
      What did Xi Jinping actually say to
      Kim Jong Un? – Bowen Press

Visited                                              土 (https://www.google.com/url?
q=https://bowenpress.com/news/bowen_194533.html&usg=AFQjCNH1MUx6sYuIpRUXo5XxPfxmfDZwVA)
May 24, 2018, 12:13:12 PM UTC

**Products:**
  Search

Search

Visited https://zh.wikipedia.org/zh-hans/%E9%98%BF%E7%94%98%E6%AD%A3%E4%BC%A0
(https://www.google.com/url?q=https://zh.wikipedia.org/zh-
hans/%25E9%2598%25BF%25E7%2594%2598%25E6%25AD%25A3%25E4%25BC%25A0&usg=AFQjCNG-
wvYxazxazfxySbdqRd5NU0kKKQ)
May 24, 2018, 4:52:44 AM UTC

**Products:**
  Search

Search

USA_064824

6/5/25, 7:57 AM                                           My Activity History

Searched for 身体飞行 (https://www.google.com/search?q=%E8%BA%AB%E4%BD%93%E9%A3%9E%E8%A1%8C)
Apr 8, 2018, 4:43:43 PM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=37.497062,126.892638&zoom=16) - From your device

## Search

Searched for 中美贸易战 (https://www.google.com/search?
q=%E4%B8%AD%E7%BE%8E%E8%B4%B8%E6%98%93%E6%88%98)
Apr 8, 2018, 4:43:35 PM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=37.497062,126.892638&zoom=16) - From your device

## Search

Visited http://amp.dw.com/zh/%E5%BE%B7%E8%AF%AD%E5%AA%92%E4%BD%93%E4%B8%AD%E7%BE%8E%E8%B4%B8%E6%98%93%E6%88%98-
%E6%AC%A7%E7%9B%9F%E5%BE%88%E5%8F%97%E4%BC%A4/a-43290496 (https://www.google.com/url?
q=http://amp.dw.com/zh/%25E5%25BE%25B7%25E8%25AF%25AD%25E5%25AA%2592%25E4%25BD%2593%25E4%25B8%25AD%25E7%25BE%258E%25E8%25B4%
%25E6%25AC%25A7%25E7%259B%259F%25E5%25BE%2588%25E5%258F%2597%25E4%25BC%25A4/a-
43290496&usg=AFQjCNFAY626AVLKwTdgYuaWg-8rHvy_-w)
Apr 8, 2018, 4:38:19 PM UTC

**Products:**
  Search

## Search

Searched for 中美贸易战 (https://www.google.com/search?
q=%E4%B8%AD%E7%BE%8E%E8%B4%B8%E6%98%93%E6%88%98)
Apr 8, 2018, 4:38:15 PM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=37.496959,126.892670&zoom=16) - From your device

## Search   Kim Jong Un
         visits China
Searched for :                    www.google.com/search?
q=%E9%87%91%E6%AD%A3%E6%81%A9%E8%AE%BF%E9%97%AE%E4%B8%AD%E5%9B%BD)
Mar 27, 2018, 1:53:05 AM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=41.825059,123.415242&zoom=16) - From your device

## Search

Visited http://www.epochtimes.com/gb/18/3/26/n10250490.htm/amp (https://www.google.com/url?
q=http://www.epochtimes.com/gb/18/3/26/n10250490.htm/amp&usg=AFQjCNEb34zgxYqUzDfBt1DL-MyCeeXnCQ)
Mar 27, 2018, 1:51:46 AM UTC

**Products:**
  Search

USA_064828

6/5/25, 7:57 AM                                                My Activity History

Search

Visited https://www.youtube.com/watch?v=YyCllYAD2rA (https://www.youtube.com/watch?v=YyCllYAD2rA)

Mar 27, 2018, 1:48:52 AM UTC

**Products:**
Search

Search

Kim Jong Un visits China

Searched for                                      s://www.google.com/search?
g=%E9%87%91%E6%AD%A3%E6%81%A9%E8%AE%BF%E9%97%AE%E4%B8%AD%E5%9B%BD)

Mar 27, 2018, 1:48:26 AM UTC

**Products:**
Search
**Locations:**
    Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=41.825023,123.415151&zoom=16) - From your device

Search

Visited http://www.embassyworld.org/zh/korean-embassy-in-australia-australia.html (https://www.google.com/url?
g=http://www.embassyworld.org/zh/korean-embassy-in-australia-australia.html&usg=AFQjCNG_xbycT7VpQ-C7jMi-
tuIQeh2ksQ)

Mar 5, 2018, 5:53:19 AM UTC

**Products:**
Search

Search

Visited https://zhidao.baidu.com/index?
word=%E9%9F%A9%E5%9B%BD%E9%A9%BB%E6%BE%B3%E6%B4%B2%E5%A4%A7%E4%BD%BF%E9%A6%86&ri=1&from=gb&ssid=&pu=sz%40224_240%2Cos%
(https://www.google.com/url?
g=https://zhidao.baidu.com/index%3Fword%3D%25E9%259F%25A9%25E5%259B%25BD%25E9%25A9%25BB%25E6%25BE%25B3%25E6%25B4%25B2%25E5%25A4%

Mar 5, 2018, 5:50:39 AM UTC

**Products:**
Search

Search

Searched for 韩国驻澳洲大使馆 (https://www.google.com/search?
g=%E9%9F%A9%E5%9B%BD%E9%A9%BB%E6%BE%B3%E6%B4%B2%E5%A4%A7%E4%BD%BF%E9%A6%86)

Mar 5, 2018, 5:50:31 AM UTC

**Products:**
Search
**Locations:**
    Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=41.824538,123.415541&zoom=16) - From your device

Search

Searched for 韩大使馆 (https://www.google.com/search?g=%E9%9F%A9%E5%A4%A7%E4%BD%BF%E9%A6%86)

Mar 5, 2018, 5:50:06 AM UTC

**Products:**
Search
**Locations:**
    Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=41.824732,123.415556&zoom=16) - From your device

USA_064829

6/5/25, 7:57 AM                                          My Activity History

Searched for 全面深化改革 (https://www.google.com/search?
q=%E5%85%A8%E9%9D%A2%E6%B7%B1%E5%8C%96%E6%94%B9%E9%9D%A9)

Feb 24, 2018, 12:08:14 PM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.790772,145.088905&zoom=17) - From your places (https://support.google.com/maps/answer/3184808)
  (Home)

Sear  Kim Jong Un wants to export electric power to
    China—to ensure capital for his rule? | North Korea |
Visited  Sanctions | Epoch Times                                            url?
q=http://www.epochtimes.com/gb/18/2/23/n10167010.htm&usg=AFQjCNGWB17c0gPD9Lb2on6cmM4YGtgvdQ)

Feb 24, 2018, 10:46:27 AM UTC

**Products:**
  Search

Search

Searched for 苹果手机怎么没有google地球 (https://www.google.com/search?
q=%E8%8B%B9%E6%9E%9C%E6%89%8B%E6%9C%BA%E6%80%8E%E4%B9%88%E6%B2%A1%E6%9C%89google%E5%9C%B0%E7%90%83)

Feb 24, 2018, 10:14:55 AM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.790772,145.088905&zoom=17) - From your places (https://support.google.com/maps/answer/3184808)
  (Home)

Search  United States
    sanctions against
Searched for  North Korea   le.com/search?
q=%E7%BE%8E%E5%9B%BD%E5%AF%B9%E6%9C%9D%E9%B2%9C%E5%88%B6%E8%A3%81)

Feb 24, 2018, 10:14:25 AM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.790772,145.088905&zoom=17) - From your places (https://support.google.com/maps/answer/3184808)
  (Home)

Search

Visited https://www.voachinese.com/amp/4268184.html (https://www.google.com/url?
q=https://www.voachinese.com/amp/4268184.html&usg=AFQjCNHyDcg_WsVhEvnwNaTwhhdl-1HjYg)

Feb 24, 2018, 10:07:48 AM UTC

**Products:**
  Search

Search

Visited https://www.voachinese.com/amp/4268184.html (https://www.google.com/url?
q=https://www.voachinese.com/amp/4268184.html&usg=AFQjCNHyDcg_WsVhEvnwNaTwhhdl-1HjYg)

Feb 24, 2018, 9:52:09 AM UTC

**Products:**
  Search

USA_064836

Search

Visited https://www.bbc.com/zhongwen/simp/amp/world-43177034 (https://www.google.com/url?
q=https://www.bbc.com/zhongwen/simp/amp/world-43177034&usg=AFQjCNEprfXuzu5lDMtXh5PBFqQtETPehg)
Feb 24, 2018, 9:50:39 AM UTC

**Products:**
Search

Search     United States
           sanctions against
           North Korea
Searched for ──────────────────────gle.com/search?
q=%E7%BE%8E%E5%9B%BD%E5%AF%B9%E6%9C%9D%E9%B2%9C%E5%88%B6%E8%A3%81)
Feb 24, 2018, 9:50:29 AM UTC

**Products:**
Search
**Locations:**
Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.790773,145.088905&zoom=17) - From your places (https://support.google.com/maps/answer/3184808)
(Home)

Search

Searched for 全面深化改革 (https://www.google.com/search?
q=%E5%85%A8%E9%9D%A2%E6%B7%B1%E5%8C%96%E6%94%B9%E9%9D%A9)
Feb 24, 2018, 9:19:00 AM UTC

**Products:**
Search
**Locations:**
Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.790772,145.088905&zoom=13) - Based on your past activity

Search

Searched for 全面深化改革的总目标 (https://www.google.com/search?
q=%E5%85%A8%E9%9D%A2%E6%B7%B1%E5%8C%96%E6%94%B9%E9%9D%A9%E7%9A%84%E6%80%BB%E7%9B%AE%E6%A0%87)
Feb 24, 2018, 9:18:30 AM UTC

**Products:**
Search
**Locations:**
Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.790772,145.088905&zoom=13) - Based on your past activity

Search

Visited https://www.sydneytoday.com/content-201785 (https://www.google.com/url?q=https://www.sydneytoday.com/content-
201785&usg=AFQjCNHR9tYk_dTYmo3PcVlQf_yl7qkjZQ)
Feb 24, 2018, 8:32:18 AM UTC

**Products:**
Search

Search

Visited https://www.sydneytoday.com/content-201785 (https://www.google.com/url?q=https://www.sydneytoday.com/content-
201785&usg=AFQjCNHR9tYk_dTYmo3PcVlQf_yl7qkjZQ)
Feb 24, 2018, 8:32:07 AM UTC

**Products:**
Search

USA_064837

6/5/25, 7:57 AM                                        My Activity History

Searched for 老年人确动一下就气喘 (https://www.google.com/search?
q=%E8%80%81%E5%B9%B4%E4%BA%BA%E7%A8%8D%E5%8A%A8%E4%B8%80%E4%B8%8B%E5%B0%B1%E6%B0%94%E5%96%98)

Feb 20, 2018, 10:40:09 PM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.790772,145.088905&zoom=13) - Based on your past activity

Search

Visited 迪肯大学_百度百科 (https://www.google.com/url?
q=https://wapbaike.baidu.com/item%25E8%25BF%25AA%25E8%2582%25AF%25E5%25A4%25A7%25E5%25AD%25A6&usg=AFQjCNFaELITafXpWhoSQSpjL5ZQ6ZgMt

Feb 18, 2018, 11:25:04 PM UTC

**Products:**
  Search

Search

Searched for deakin大学 (https://www.google.com/search?q=deakin%E5%A4%A7%E5%AD%A6)

Feb 18, 2018, 11:24:46 PM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.790772,145.088905&zoom=13) - Based on your past activity

Search

Visited Moon Jae-in pours cold water on North Korea, Winter Olympics diplomacy
may be short-lived_International - DuoWei News.com

q=http://news.dwnews.com/global/news/2018-02-17/60041353.html&usg=AFQjCNH3GlkgwVdVvmMpVlhvt37Q2iGUMg)

Feb 18, 2018, 2:26:36 PM UTC

**Products:**
  Search

Search

Searched for Situation in North Korea        ogle.com/search?
q=%E6%9C%9D%E9%B2%9C%E5%B1%80%E5%8A%BF&tbm=nws)

Feb 18, 2018, 2:26:20 PM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.790772,145.088905&zoom=14) - From your places (https://support.google.com/maps/answer/3184808)
(Home)

Search

Searched for Situation in North Korea        ogle.com/search?q=%E6%9C%9D%E9%B2%9C%E5%B1%80%E5%8A%BF)

Feb 18, 2018, 2:26:10 PM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.790773,145.088905&zoom=14) - From your places (https://support.google.com/maps/answer/3184808)
(Home)

Search

USA_064841

6/5/25, 7:57 AM                                                                  My Activity History

ifyreuzn3968347.shtml&usg=AFQjCNECUsfb1m4_pAYfmYeX_PLcoVvCqQ)
Feb 6, 2018, 2:25:37 PM UTC

**Products:**
Search

## Search

Searched for 美国股市 (https://www.google.com/search?q=%E7%BE%8E%E5%9B%BD%E8%82%A1%E5%B8%82)
Feb 6, 2018, 2:24:57 PM UTC

**Products:**
Search
**Locations:**
Around this area (https://www.google.com/maps/@?aqi=1&map_action=map&center=-37.790772,145.088905&zoom=11) - Based on your past activity

## Search

Visited Google Search (https://www.google.com)
Jan 5, 2018, 2:35:27 PM UTC

**Products:**
Search

Search
Situation in North Korea –
Creaders.net

Visited

g=http://news.creaders.net/world/t/388.html&usg=AFQjCNEQLnNpRxXOVM1oAgLKkc07CzuMsQ)
Dec 24, 2017, 2:57:07 AM UTC

**Products:**
Search

Search
Situation in
North Korea

Searched for                        ogle.com/search?q=%E6%9C%9D%E9%B2%9C%E5%B1%80%E5%8A%BF)
Dec 24, 2017, 2:56:47 AM UTC

**Products:**
Search
**Locations:**
Around this area (https://www.google.com/maps/@?aqi=1&map_action=map&center=-37.790772,145.088905&zoom=9) - Based on your past activity

Sear
United Nations Security Council passes
resolution to strengthen sanctions against North
Korea | Zaobao

Visited

g=http://www.zaobao.com.sg/realtime/world/story20171223-821250&usg=AFQjCNE4ztaBVNTKEEM4L_Nsu5NpTBkHNQ)
Dec 24, 2017, 2:55:29 AM UTC

**Products:**
Search

Sear
United Nations Security Council passes
resolution to strengthen sanctions against North
Korea – Xinhua Net

Visited                                                     t?g=http://www.xinhuanet.com/2017-
12/23/c_1122155179.htm&usg=AFQjCNGzPea52AAbAReo6xDwHNPAnhwzjQ)
Dec 24, 2017, 2:55:06 AM UTC

**Products:**
Search

USA_064845

6/5/25, 7:57 AM                                                My Activity History

Search    United Nations sanctions
          against North Korea

Searched for                                                   h?
g=%E8%81%94%E5%90%88%E5%9B%BD%E5%AF%B9%E6%9C%9D%E9%B2%9C%E5%88%B6%E8%A3%81)
Dec 24, 2017, 2:54:56 AM UTC

**Products:**
Search
**Locations:**
    Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.790772,145.088905&zoom=9) - Based on your past activity

Search

Visited Google Search (https://www.google.com)
Dec 24, 2017, 2:54:50 AM UTC

**Products:**
Search

Search

Visited Google Search (https://www.google.com)
Dec 24, 2017, 2:54:43 AM UTC

**Products:**
Search

Search

Visited https://www.bbc.com/zhongwen/simp/amp/world-42464424 (https://www.google.com/url?
g=https://www.bbc.com/zhongwen/simp/amp/world-42464424&usg=AFQjCNG_rZojjCJlYofrREpNz6PjECRfCQ)
Dec 23, 2017, 8:54:21 PM UTC

**Products:**
Search

Search

Visited https://www.bbc.com/zhongwen/simp/amp/world-42464424 (https://www.google.com/url?
g=https://www.bbc.com/zhongwen/simp/amp/world-42464424&usg=AFQjCNG_rZojjCJlYofrREpNz6PjECRfCQ)
Dec 23, 2017, 11:28:01 PM UTC

**Products:**
Search

Search    United Nations sanctions
          against North Korea

Searched for                                                   h?
g=%E8%81%94%E5%90%88%E5%9B%BD%E5%AF%B9%E6%9C%9D%E9%B2%9C%E5%88%B6%E8%A3%81)
Dec 23, 2017, 11:27:46 AM UTC

**Products:**
Search
**Locations:**
    Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.790772,145.088905&zoom=8) - Based on your past activity

Search

USA_064846

6/5/25, 7:57 AM    Situation in                                    My Activity History

Searched for    North Korea    ogle.com/search?q=%E6%9C%9D%E9%B2%9C%E5%B1%80%E5%8A%BF)
Dec 23, 2017,

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.790772,145.088905&zoom=8) - Based on your past activity

---

## Search

Visited Google Search (https://www.google.com)
Dec 23, 2017, 11:26:52 AM UTC

**Products:**
  Search

---

## Search

Visited http://www.yeeyi.com/news/index.php?app=home&act=article&aid=194334 (https://www.google.com/url?
q=http://www.yeeyi.com/news/index.php%3Fapp%3Dhome%26act%3Darticle%26aid%3D194334&usg=AFQjCNGAH3EDQS-
xkQc6BaTwbBAvQFQWtg)
Dec 14, 2017, 2:48:21 AM UTC

**Products:**
  Search

---

## Search

Searched for 澳洲核污染 (https://www.google.com/search?
q=%E6%BE%B3%E6%B4%B2%E6%A0%B8%E6%B1%A1%E6%9F%93)
Dec 14, 2017, 2:47:53 AM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.790772,145.088905&zoom=13) - Based on your past activity

---

## Search

Viewed 20 cards in Discover
Including topics:
North Korea
Peru national football team
Australian Secret Intelligence Service
Peppa Pig
Louis Tomlinson
Steven Nzonzi
National Rugby League
Big Bash League
Australia national football team
Beijing
Salma Hayek
YouTube
The Voice (AU)
Melbourne
Jeffrey Horn
Dec 14, 2017, 2:47:37 AM UTC

**Products:**
  Search

USA_064847

6/5/25, 7:57 AM                                          My Activity History

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.790772,145.088905&zoom=13) - Based on your past activity

## Search

Searched for kill women (https://www.google.com/search?q=kill+women)
Dec 3, 2017, 11:36:51 PM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.790772,145.088905&zoom=13) - Based on your past activity

## Search

Viewed 20 cards in Discover
Including topics:
Bitcoin
Salim Mehajer
China
Australia national football team
Sia
Shaun Marsh
Sri Lanka national cricket team
Francis Ngannou
National Broadband Network
Quade Cooper
P!nk
Dec 3, 2017, 11:36:39 PM UTC

**Products:**
  Search

## Search

Visited Google Search (https://www.google.com)
Dec 3, 2017, 11:36:38 PM UTC

**Products:**
  Search

## Search

Searched for 多高的声音频率能加快间体生长 (https://www.google.com/search?
q=%E5%A4%9A%E9%AB%98%E7%9A%84%E5%A3%B0%E9%9F%B3%E9%A2%91%E7%8E%87%E8%83%BD%E5%8A%A0%E5%BF%AB%E9%97%B4%E4%BD%9
Dec 3, 2017, 5:40:44 AM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.790772,145.088905&zoom=13) - Based on your past activity

Sear    Situation in North Korea –

Visited Creaders.net

q=http://news.creaders.net/world/t/388.html&usg=AFQjCNEQLnNpRxXOVM1oAgLKkc07CzuMsQ)
Nov 29, 2017, 8:33:57 PM UTC

file:///C:/Users/danglin/OneDrive - Federal Bureau of Investigation/CITTEEI Share Folder/Winney&CTJ/Trial Prep/Jinguanghua2014/My Activity/S…    152/256

USA_064852

6/5/25, 7:57 AM                                    My Activity History

**Products:**
  Search

## Search

Situation in
Searched for North Korea    ogle.com/search?q=%E6%9C%9D%E9%B2%9C%E5%B1%80%E5%8A%BF)

Nov 29, 2017, 8:33:29 PM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37,790773,145,088905&zoom=12) - From your places (https://support.google.com/maps/answer/3184808)
  (Home)

## Search

Visited Google Search (https://www.google.com)

Nov 29, 2017, 8:33:18 PM UTC

**Products:**
  Search

## Search

Visited http://www.australia.com/zh-hk/places/vic/st-kilda.html (https://www.google.com/url?q=http://www.australia.com/zh-hk/places/vic/st-kilda.html&usg=AFQjCNEsfWEndAgFCsyfSUr8uUh0NFypPQ)

Nov 29, 2017, 9:18:57 AM UTC

**Products:**
  Search

## Search

Searched for fitzroy street kilda介绍 (https://www.google.com/search?q=fitzroy+street+kilda%E4%BB%8B%E7%BB%8D)

Nov 29, 2017, 9:18:48 AM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37,790772,145,088905&zoom=13) - Based on your past activity

## Search

Visited 墨尔本_墨尔本澳大利亚南部城市及维多利亚州首府|_互动百科 (https://www.google.com/url?
q=http://www.baike.com/wiki/%25E5%25A2%25A8%25E5%25B0%2594%25E6%259C%25AC&usg=AFQjCNGJ9X1zVdlNRRhamDZEYSgzlLyFYg)

Nov 29, 2017, 9:17:41 AM UTC

**Products:**
  Search

## Search

Searched for fitzroy street kilda 人口构成 (https://www.google.com/search?
q=fitzroy+street+kilda+%E4%BA%BA%E5%8F%A3%E6%9E%84%E6%88%90)

Nov 29, 2017, 9:17:26 AM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37,790772,145,088905&zoom=13) - Based on your past activity

USA_064853

6/5/25, 7:57 AM                                           My Activity History

**Locations:**
Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.787918,145.124531&zoom=7) - Based on your past activity

## Search

Visited 韩国实证检测到的放射性氢气来自朝鲜核试验- 路透中文网 (https://www.google.com/url?
q=https://cn.reuters.com/article/kr-xenon-traces-nuclear-test-idCNKCS1BO0B6&usg=AFQjCNFyjTT68eMo9q19eu-GZyXt_ag-
gA)
Sep 13, 2017, 7:04:46 PM UTC

**Products:**
  Search

## Search

Searched for 放射性氢气 (https://www.google.com/search?
q=%E6%94%BE%E5%B0%84%E6%80%A7%E6%B0%99%E6%B0%94)
Sep 13, 2017, 7:04:37 PM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-37.787918,145.124531&zoom=6) - Based on your past activity

## Search

Visited Google Search (https://www.google.com)
Sep 13, 2017, 7:04:08 PM UTC

**Products:**
  Search

## Search

Searched for ____ www.google.com/search?   "Naegohyang Physical Education"
q=%EB%82%B4%EA%B3%A0%ED%96%A5%EC%B2%B4%EC%9C%A1&tbm=nws)
Aug 31, 2017, 5:06:12 PM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=22.284807,114.156487&zoom=4) - Based on your past activity

## Search

Searched for ____ gole.com/search?   "Naegohyang Physical Education"
q=%EB%82%B4%EA%B3%A0%ED%96%A5%EC%B2%B4%EC%9C%A1&tbm=nws)
Aug 31, 2017, 5:06:05 PM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=22.284807,114.156487&zoom=4) - Based on your past activity

## Search

Visited http://www.dprktoday.com/main.php?type=201&no=8505 (https://www.google.com/url?
q=http://www.dprktoday.com/main.php%3Ftype%3D201%26no%3D8505&usg=AFQjCNFuAMXjDmAxDjFNtQmyz32LhhmJig)
Aug 31, 2017, 5:05:19 PM UTC

file:///C:/Users/danglin/OneDrive - Federal Bureau of Investigation/CITTEEI Share Folder/Winney&CTJ/Trial Prep/Jinguanghua2014/My Activity/S...     196/256

USA_064896

6/5/25, 7:57 AM                                                          My Activity History



**Products:**
Search

Search    "Naegohyang Physical Education"

Searched for                    w.google.com/search?
q=%EB%82%84%EA%B3%A0%ED%96%A5%EC%B2%B4%EC%9C%A1)
Aug 31, 2017, 5:04:55 PM UTC

**Products:**
Search
**Locations:**
Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=22,284807,114,156487&zoom=4) - Based on your past activity

Sear    "NK Today >> Naegohyang Cigarette"

Visited                          https://www.google.com/url?
q=http://nktoday.kr/%3Ftag%3D%25EB%2582%25B4%25EA%25B3%25A0%25ED%2596%25A5%25EB%258B%25B4%25EB%25B0%25B0&usg=AFQjCNHo6XnhibiQC1v
Aug 31, 2017, 5:01:58 PM UTC

**Products:**
Search

Search    "Naegohyang Cigarette"

Searched for                    oogle.com/search?
q=%EB%82%B4%EA%B3%A0%ED%96%A5%EB%8B%B4%EB%B0%B0)
Aug 31, 2017, 5:01:54 PM UTC

**Products:**
Search
**Locations:**
Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=22,284807,114,156487&zoom=4) - Based on your past activity

Search    "Naegohyang Cigarette Factory owner"

Searched for                    s://www.google.com/search?
q=%EB%82%B4%EA%B3%A0%ED%96%A5%EB%8B%B4%EB%B0%B0%EA%B3%B5%EC%9E%A5%EC%82%AC%EC%9E%A5)
Aug 31, 2017, 5:01:11 PM UTC

**Products:**
Search
**Locations:**
Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=22,284807,114,156487&zoom=4) - Based on your past activity

Search    "Naegohyang Conglomerate"

Searched for                    gle.com/search?
q=%EB%82%B4%EA%B3%A0%ED%96%A5%EC%9E%AC%EB%B2%8C)
Aug 31, 2017, 5:00:30 PM UTC

**Products:**
Search
**Locations:**
Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=22,284807,114,156487&zoom=4) - Based on your past activity

Search    "Naegohyang Cigarette"

Searched for                    le.com/search?
q=%EB%82%B4%EA%B3%A0%ED%96%A5%EB%8B%B4%EB%B0%B0)
Aug 31, 2017, 4:59:47 PM UTC

USA_064897

6/5/25, 7:57 AM                                      My Activity History

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=22.284807,114.156487&zoom=4) - Based on your past activity

## Search

Visited https://www.instagram.com/explore/tags/%EB%82%B4%EA%B3%A0%ED%96%A5%EB%8B%B4%EB%B0%B0%EA%B3%B5%9E%9E%A5/
(https://www.google.com/url?
g=https://www.instagram.com/explore/tags/%25EB%2582%25B4%25EA%25B3%25A0%25ED%2596%25A5%25EB%258B%25B4%25EB%25B0%25B0%25EA%25B3%25B5
Aug 31, 2017, 4:59:08 PM UTC

**Products:**
  Search

## Search

Searched for | "Naegohyang<br>Cigarette" | oogle.com/search?
g=%EB%82%B4%EA%B3%A0%ED%96%A5%EB%8B%B4%EB%B0%B0)
Aug 31, 2017, 4:58:30 PM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=22.284807,114.156487&zoom=4) - Based on your past activity

## Search

Searched for | "North<br>Korean<br>Naegohyang<br>Cigarette" | //www.google.com/search?
g=%EB%B6%81%ED%95%9C+%EB%82%B4%EA%B3%A0%ED%96%A5%EB%8B%B4%EB%B0%B0)
Aug 31, 2017, 4:57:54 PM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=22.284807,114.156487&zoom=4) - Based on your past activity

## Search

Searched for | "North<br>Korean<br>Naegohyang<br>bread" | www.google.com/search?
g=%EB%B6%81%ED%95%9C+%EB%82%B4%EA%B3%A0%ED%96%A5+%EB%B9%B5)
Aug 31, 2017, 4:57:15 PM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=22.284807,114.156487&zoom=4) - Based on your past activity

## Search

Searched for | "North<br>Korean<br>Naegohyang<br>Group" | //www.google.com/search?
g=%EB%B6%81%ED%95%9C+%EB%82%B4%EA%B3%A0%ED%96%A5%EA%B7%B8%EB%A3%B9)
Aug 31, 2017, 4:55:14 PM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=22.284807,114.156487&zoom=4) - Based on your past activity

## Search

USA_064898



6/5/25, 7:57 AM

"North Korean Naegohyang Factory"

My Activity History

Searched for ...//www.google.com/search?
q=%EB%B6%81%ED%95%9C+%EB%82%84%EA%B3%A0%ED%96%A5%EA%B3%B5%EC%9E%A5)
Aug 31, 2017, 4:54:09 PM UTC

Products:
Search
Locations:
Around this area (https://www.google.com/maps/@?apj=1&map_action=map&center=22,284807,114,156487&zoom=4) - Based on your past activity

Search

"North Korean Naegohyang Factory"

Searched for ...//www.google.com/search?
q=%EB%B6%81%ED%95%9C+%EB%82%84%EA%B3%A0%ED%96%A5%EA%B3%B5%EC%9E%A5)
Aug 31, 2017, 4:53:48 PM UTC

Products:
Search
Locations:
Around this area (https://www.google.com/maps/@?apj=1&map_action=map&center=22,284807,114,156487&zoom=4) - Based on your past activity

Search

"North Korean Naegohyang Factory"

Searched for ...//www.google.com/search?
q=%EB%B6%81%ED%95%9C+%EB%82%84%EA%B3%A0%ED%96%A5%EA%B3%B5%EC%9E%A5&tbm=nws)
Aug 31, 2017, 4:53:15 PM UTC

Products:
Search
Locations:
Around this area (https://www.google.com/maps/@?apj=1&map_action=map&center=22,284807,114,156487&zoom=4) - Based on your past activity

Sear...

"North Korea Develops New Cigarette Product 'Naegohyang': National Defense/North Korea: Politics: News:Hankyoreh Mobile"

Visited ...https://www.google.com/url?
q=http://www.hani.co.kr/arti/politics/defense/409947.html&usg=AFQjCNEjPKJmVyfGZF0Zl8gUEfeJ8Z7J9w)
Aug 31, 2017, 4:51:14 PM UTC

Products:
Search

Search

"North Korean Naegohyang Factory"

Searched for ...//www.google.com/search?
q=%EB%B6%81%ED%95%9C+%EB%82%84%EA%B3%A0%ED%96%A5%EA%B3%B5%EC%9E%A5)
Aug 31, 2017, 4:51:00 PM UTC

Products:
Search
Locations:
Around this area (https://www.google.com/maps/@?apj=1&map_action=map&center=22,284807,114,156487&zoom=4) - Based on your past activity

Search

"North Korean Naegohyang"

Searched for ...google.com/search?
q=%EB%B6%81%ED%95%9C+%EB%82%84%EA%B3%A0%ED%96%A5)
Aug 31, 2017, 4:47:47 PM UTC

Products:
Search
Locations:
Around this area (https://www.google.com/maps/@?apj=1&map_action=map&center=22,284807,114,156487&zoom=4) - Based on your past activity

Search

USA_064899

6/5/25, 7:57 AM                                                    My Activity History

Visited Google Search (https://www.google.com)
Aug 31, 2017, 4:47:34 PM UTC

**Products:**
  Search

Search     United States sanctions
           on Chinese enterprises
Searched for                             e.com/search?
g=%E7%BE%8E%E5%9B%BD%E5%88%B6%E8%A3%81%E4%B8%AD%E5%9B%BD%E4%BC%81%E4%B8%9A)
Aug 28, 2017, 2:59:37 AM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=22.284807,114.156487&zoom=5) - Based on your past activity

Search     List of United States
           sanctions on Chinese
Searched for enterprises              google.com/search?
g=%E7%BE%8E%E5%9B%BD%E5%88%B6%E8%A3%81%E4%B8%AD%E5%9B%BD%E5%85%AC%E5%8F%B8+%E5%90%8D%E5%8D%95)
Aug 28, 2017, 2:59:10 AM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=22.284807,114.156487&zoom=5) - Based on your past activity

Search     United States sanctions
           on China
Searched for                             m/search?
g=%E7%BE%8E%E5%9B%BD%E5%88%B6%E8%A3%81%E4%B8%AD%E5%9B%BD)
Aug 28, 2017, 2:58:26 AM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=22.284807,114.156487&zoom=5) - Based on your past activity

Search

Visited Google Search (https://www.google.com)
Aug 28, 2017, 2:58:08 AM UTC

**Products:**
  Search

Search

Visited Google Search (https://www.google.com)
Aug 28, 2017, 2:52:08 AM UTC

**Products:**
  Search

USA_064900

6/5/25, 7:57 AM                                    My Activity History

**Products:**
  Search

Search
_____

Searched for Dalian companies facing sanctions
q=%E5%A4%A7%E8%BF%9E%E5%85%AC%E5%8F%B8%E9%81%AD%E5%88%B6%E8%A3%81)
Jul 1, 2017, 7:00:18 AM UTC

**Products:**
  Search

Search
_____

Visited http://www.ftchinese.com/story/001073230 (https://www.google.com/url?
q=http://www.ftchinese.com/story/001073230&usg=AFQjCNH6bqJCde1XScDuxwNtcgkp1EPOgg)
Jul 1, 2017, 6:58:17 AM UTC

**Products:**
  Search

Search
_____

Visited http://www.ftchinese.com/story/001073230 (https://www.google.com/url?
q=http://www.ftchinese.com/story/001073230&usg=AFQjCNH6bqJCde1XScDuxwNtcgkp1EPOgg)
Jul 1, 2017, 4:20:00 AM UTC

**Products:**
  Search

Search
_____

Searched for 丹东银行 (https://www.google.com/search?q=%E4%B8%B9%E4%B8%9C%E9%93%B6%E8%A1%8C)
Jul 1, 2017, 4:19:49 AM UTC

**Products:**
  Search

Search
_____

Visited Google Search (https://www.google.com)
Jul 1, 2017, 4:19:43 AM UTC

**Products:**
  Search

Search
_____

Visited http://www.ftchinese.com/story/001073224 (https://www.google.com/url?
q=http://www.ftchinese.com/story/001073224&usg=AFQjCNGdoyBXXWoB-cXeoiWmngptb46FCw)
Jul 1, 2017, 3:51:47 AM UTC

**Products:**
  Search

Search
_____

USA_064904

Products:
Search

Search

United States sanctions actions escalate: Chinese enterprise accused of helping North Korea launder money, with the amount reaching 13,000,000 – China bannedbook.org

Visited

g=https://www.bannedbook.org/bnews/cnnews/20170616/775587.html&usg=AFQjCNH_dPSsqE0RFXBzXYyVpzx_8jTnPg)

Jun 16, 2017, 9:18:42 PM UTC

Products:
Search

Search

Visited https://www.bannedbook.org/bnews/zh-tw/cnnews/20170616/775587.html (https://www.google.com/url?
q=https://www.bannedbook.org/bnews/zh-
tw/cnnews/20170616/775587.html&usg=AFQjCNHtBJsLQuMFk_Prl6OBWctpFpEg2A)

Jun 16, 2017, 9:15:03 PM UTC

Products:
Search

Search

Visited https://xw.qq.com/news/20170616043818/NEW2017061604381804 (https://www.google.com/url?
q=https://xw.qq.com/news/20170616043818/NEW2017061604381804&usg=AFQjCNFY_7pxzkYlwwUjsE_lxh3vQUVP-w)

Jun 16, 2017, 9:14:45 PM UTC

Products:
Search

Search

Visited http://hk.on.cc/int/bkn/cnt/news/20170616/mobile/bknint-20170616111520055-0616_17011_001.html
(https://www.google.com/url?q=http://hk.on.cc/int/bkn/cnt/news/20170616/mobile/bknint-20170616111520055-
0616_17011_001.html&usg=AFQjCNG_dCLMEjYWqu4LFHV2-JPMWr3qjg)

Jun 16, 2017, 9:11:53 PM UTC

Products:
Search

Search

Searched for 沈阳明正国际贸易有限公司 (https://www.google.com/search?
q=%E6%B2%88%E9%98%B3%E6%98%8E%E6%AD%A3%E5%9B%BD%E9%99%85%E8%B4%B8%E6%98%93%E6%9C%89%E9%99%90%E5%85%AC%E5%8F%B8)

Jun 16, 2017, 9:11:15 PM UTC

Products:
Search

Search

Searched for 沈阳明正国际贸易有限公司 (https://www.google.com/search?
q=%E6%B2%88%E9%98%B3%E6%98%8E%E6%AD%A3%E5%9B%BD%E9%99%85%E8%B4%B8%E6%98%93%E6%9C%89%E9%99%90%E5%85%AC%E5%8F%B8)

Jun 16, 2017, 9:10:26 PM UTC

USA_064907

6/5/25, 7:57 AM                                    My Activity History

### Search

Visited Google Search (https://www.google.com)
Oct 6, 2016, 1:36:43 PM UTC

**Products:**
  Search

---

### Search

Searched for 아사크사 (https://www.google.com/search?q=%EC%95%84%EC%82%AC%ED%81%AC%EC%82%AC)
Oct 6, 2016, 1:27:57 PM UTC

**Products:**
  Search

---

### Search

Visited Google Search (https://www.google.com)
Oct 6, 2016, 1:27:54 PM UTC

**Products:**
  Search

---

### Search

Visited Google Search (https://www.google.com)
Oct 6, 2016, 1:27:51 PM UTC

**Products:**
  Search

---

### Search

Searched for 아사크사 (https://www.google.com/search?q=%EC%95%84%EC%82%AC%ED%81%AC%EC%82%AC)
Oct 6, 2016, 1:25:49 PM UTC

**Products:**
  Search

---

### Search

Visited Google Search (https://www.google.com)
Oct 6, 2016, 1:25:37 PM UTC

**Products:**
  Search

---

### Search

Visited Kim Jong Un | Epoch Times oogle.com/url?
q=http://www.epochtimes.com/gb/tag/%25E9%2587%2591%25E6%25AD%25A3%25E6%2581%25A9.html&usg=AFQjCNHcyfrAUg9G5usThne472lpfbHwyw)
Oct 5, 2016, 3:35:39 PM UTC

**Products:**
  Search

---

file:///C:/Users/danglin/OneDrive - Federal Bureau of Investigation/CITTEEI Share Folder/Winney&CTJ/Trial Prep/Jinguanghua2014/My Activity/S...    237/256

USA_064937

6/5/25, 7:57 AM                                      My Activity History

### Search

Visited http://www.ntdtv.com/xtr/gb/2016/10/05/a1290004.html (https://www.google.com/url?
q=http://www.ntdtv.com/xtr/gb/2016/10/05/a1290004.html&usg=AFQjCNE1fBnZhv1soojeTgIuee9C2egCOQ)
Oct 5, 2016, 3:32:31 PM UTC

**Products:**
  Search

### Search

Visited http://global.dwnews.com/news/2016-10-04/59773214.html (https://www.google.com/url?
q=http://global.dwnews.com/news/2016-10-04/59773214.html&usg=AFQjCNGvMhRNaB-aw1Hz6V-9NKbLFM4mTA)
Oct 5, 2016, 3:30:27 PM UTC

**Products:**
  Search

### Search

Searched for Kim Jong Un s.com/search?q=%E9%87%91%E6%AD%A3%E6%81%A9)
Oct 5, 2016, 3:30:01 PM UTC

**Products:**
  Search

### Search

Visited Google Search (https://www.google.com)
Oct 5, 2016, 3:29:35 PM UTC

**Products:**
  Search

### Search

Visited http://www.ntdtv.com/xtr/b5/tv.html (https://www.google.com/url?
q=http://www.ntdtv.com/xtr/b5/tv.html&usg=AFQjCNEF1-_5nUu3RodKmkh5ne_2UhHwag)
Oct 4, 2016, 3:07:34 PM UTC

**Products:**
  Search

### Search

Searched for 新唐人电视直播 (https://www.google.com/search?
q=%E6%96%B0%E5%94%90%E4%BA%BA%E7%94%B5%E8%A7%86%E7%9B%B4%E6%92%AD)
Oct 4, 2016, 3:05:53 PM UTC

**Products:**
  Search

USA_064938

6/5/25, 7:57 AM                                                                    My Activity History

**Products:**
  Search

Search
_____

Visited Google Search (https://www.google.com)
Jun 20, 2016, 7:07:06 PM UTC

**Products:**
  Search

Search
_____

Visited http://www.backchina.com/infolist/news-463/ (https://www.google.com/url?q=http://www.backchina.com/infolist/news-
463/&usg=AFQjCNE0cfDroZ25_uUssjaxvwtrfMA5SQ)
Jun 20, 2016, 6:22:58 PM UTC

**Products:**
  Search

Search
_____

Visited http://m.dyhjw.com/gold/20160504-57903.html (https://www.google.com/url?q=http://m.dyhjw.com/gold/20160504-
57903.html&usg=AFQjCNGdkHzlB6pzSfXPTufW7YOZrTmKrA)
Jun 20, 2016, 6:22:57 PM UTC

**Products:**
  Search

Search
_____

Searched for Latest information on Kim Jong Un
q=%E9%87%91%E6%AD%A3%E6%81%A9%E6%9C%80%E6%96%B0%E6%B6%88%E6%81%AF)
Jun 20, 2016, 6:21:58 PM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-33,872656,151,204427&zoom=13) - Based on your past activity

Search
_____

Searched for Latest information on North Korea
q=%E6%9C%9D%E9%B2%9C%E6%9C%80%E6%96%B0%E6%B6%88%E6%81%AF&tbm=nws)
Jun 20, 2016, 6:00:06 PM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-33,872656,151,204427&zoom=13) - Based on your past activity

Search
_____

Searched for New information on Kim Jong Un
q=%E9%87%91%E6%AD%A3%E6%81%A9%E6%9C%80%E6%96%B0%E6%B6%88%E6%81%AF&tbm=nws)
Jun 20, 2016, 5:56:24 PM UTC

USA_064945

6/5/25, 7:57 AM                                                           My Activity History

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-33.872656,151.204427&zoom=13) - Based on your past activity

### Search

Searched for **Kim Jong Un** .com/search?q=%E9%87%91%E6%AD%A3%E6%81%A9)

Jun 20, 2016, 5:55:38 PM UTC

**Products:**
  Search
**Locations:**
  Around this area (https://www.google.com/maps/@?api=1&map_action=map&center=-33.872656,151.204427&zoom=13) - Based on your past activity

### Search

Visited Google Search (https://www.google.com)

Jun 20, 2016, 5:55:19 PM UTC

**Products:**
  Search

### Search

Visited Google Search (https://www.google.com)

Jun 18, 2016, 10:28:33 PM UTC

**Products:**
  Search

### Search

Visited https://zh.wikipedia.org/zh/Wi-Fi (https://www.google.com/url?q=https://zh.wikipedia.org/zh/Wi-Fi&usg=AFQjCNEkf0bJrTXwgtxLaKXCuraeQlZ7Sg)

Jun 17, 2016, 5:57:44 PM UTC

**Products:**
  Search

### Search

Searched for Wi-Fi的原理 (https://www.google.com/search?q=Wi-Fi%E7%9A%84%E5%8E%9F%E7%90%86)

Jun 17, 2016, 5:57:34 PM UTC

**Products:**
  Search

### Search

Visited http://article.yeeyan.org/view/170026/473847 (https://www.google.com/url?q=http://article.yeeyan.org/view/170026/473847&usg=AFQjCNExGcKYPaqk0osBuXs-53ADWlLOMQ)

Jun 17, 2016, 5:54:27 PM UTC

**Products:**
  Search

### Search

USA_064946

6/5/25, 7:57 AM                                                    My Activity History

**Products:**
  Search

## Search

Visited Google Search (https://www.google.com)
Jun 10, 2016, 11:09:10 AM UTC

**Products:**
  Search

## Search

Visited http://finance.ifeng.com/a/20160311/14263839_0.shtml (https://www.google.com/url?
q=http://finance.ifeng.com/a/20160311/14263839_0.shtml&usg=AFQjCNHsSF65uMdVMOhYg4x7pY1oGIUUwg)
Jun 9, 2016, 6:44:56 PM UTC

**Products:**
  Search

## Search

Visited http://finance.ifeng.com/a/20160311/14263839_0.shtml (https://www.google.com/url?
q=http://finance.ifeng.com/a/20160311/14263839_0.shtml&usg=AFQjCNHsSF65uMdVMOhYg4x7pY1oGIUUwg)
Jun 9, 2016, 6:44:55 PM UTC

**Products:**
  Search

## Search

Searched for Kim Jong Un com/search?q=%E9%87%91%E6%AD%A3%E6%81%A9)
Jun 9, 2016, 6:44:27 PM UTC

**Products:**
  Search

## Search

Visited Google Search (https://www.google.com)
Jun 9, 2016, 6:43:53 PM UTC

**Products:**
  Search

## Search

Visited Google Search (https://www.google.com)
Jun 9, 2016, 2:10:20 PM UTC

**Products:**
  Search

## Search

Searched for 澳大利亚治疗鼻甲肥大的药 (https://www.google.com/search?
q=%E6%BE%B3%E5%A4%A7%E5%88%A9%E4%BA%9A%E6%B2%BB%E7%96%97%E9%BC%BB%E7%94%B2%E8%82%A5%E5%A4%A7%E7%9A%84%E8%8D%A

USA_064954