```
 1                 IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
 2
                                  ---
 3
      UNITED STATES OF AMERICA,     )
 4                                  )
                                    )  CRIMINAL NO. 22-161
 5           Plaintiff,             )
                                    )
 6      v.                          )  Thursday, May 15, 2025
                                    )
 7      JOLY GERMINE,               )  1:16 p.m. - 5:20 p.m.
                                    )
 8                                  )  Pages 2042 through 2220
             Defendant.            )
 9     _____)

10                    TRANSCRIPT OF JURY TRIAL

11              BEFORE THE HONORABLE JOHN D. BATES
                    UNITED STATES DISTRICT JUDGE
12                               ---

13     APPEARANCES:       UNITED STATES ATTORNEY'S OFFICE
                          BY:  KAREN P. SEIFERT, AUSA
14                             THOMAS N. SAUNDERS, AUSA
                          601 D Street NW
15                        Washington, DC 20530

16                        For the Government

17                        ORENBERG LAW FIRM, LLC
                          BY:  ALLEN H. ORENBERG, ESQ.
18                        200-A Monroe Street, Suite 223
                          Rockville, MD 20850
19
                          ELITA C. AMATO, ESQ.
20                        2111 Wilson Boulevard
                          Suite 8th Floor
21                        Arlington, VA 22201

22                        For the Defendant
                                  ---
23
       COURT REPORTER:    CHANDRA R. KEAN, RMR
24                        Official Court Reporter
                          333 Constitution Avenue, NW
25                        Washington, DC 20001
```

```
                              INDEX
```

CLOSING ARGUMENT BY GOVERNMENT.............2050

CLOSING ARGUMENT BY DEFENSE................2096

REBUTTAL ARGUMENT BY GOVERNMENT............2122

JURY INSTRUCTIONS..........................2142

1          PROCEEDINGS

13:16:04   2          (After recess, 1:16 p.m.)

13:16:09   3          THE COURT:  All right.  We are going to proceed

13:16:10   4    now with any motions.  I'm getting rid of some papers

13:16:15   5    that I don't need up here.

13:16:20   6          And Ms. Amato.

13:16:21   7          MS. AMATO:  Yes.  Thank you, Your Honor.  So,

13:16:23   8    Your Honor, as to Charge --

13:16:23   9          THE COURT:  You're going to be doing it from

13:16:25   10   there or are you going to be doing it from up here?

13:16:26   11         MS. AMATO:  Yeah, I can come up there.

13:16:33   12         Okay.  Your Honor, as to Count 1, the charge of

13:16:37   13   conspiracy, we move for judgment of acquittal, and we

13:16:40   14   will just submit on the record.  As to the individual

13:16:45   15   kidnapping counts, and specifically, I believe Counts 2,

13:16:57   16   3, 4, 5, 9, 10, 11, 12, and 13 and 14, basically the

13:17:10   17   ones that does not include the Noecker -- the Noeckers,

13:17:15   18   Noeckers.  I'm not sure if I'm pronouncing their name

13:17:17   19   right.

13:17:18   20         But, basically, this argument applies to them for

13:17:20   21   the motion for judgment of acquittal; that the

13:17:24   22   government has failed an essential element of the

13:17:26   23   offense; namely, that the alleged hostages were

13:17:30   24   nationals of the United States as required by 18 U.S.C.

13:17:34   25   1203(c) because they failed to prevent -- present

13:17:37  1    sufficient evidence of this element beyond a reasonable

13:17:39  2    doubt.

          3        Let's see.  Let's move down.

13:17:47  4        Okay.  So, again, we heard no evidence with respect

13:17:49  5    to the citizenship of the hostages except for as to --

13:17:52  6    again, the Noeckers, which I believe are 6, 7, 8, 15,

13:17:58  7    16, and 17.

13:18:01  8        So there was an instant when Cheryl Smucker -- or

13:18:07  9    Noecker testified on Page 1219 in which she was asked,

13:18:12  10   "Now is everyone in your family a citizen of the United

13:18:14  11   States?"  That's at Line 10.  And she said yes.

13:18:19  12       But other than that, Your Honor, I don't believe

13:18:21  13   that we heard from any witnesses -- oh, 1298 -- 1219 --

13:18:35  14   excuse me, 1298, Your Honor, the testimony.  And that

13:18:37  15   was on -- on May 12th, during her direct examination.

13:18:43  16       But, Your Honor, I don't believe that we had

13:18:45  17   similar testimony from the other witnesses relative to

13:18:51  18   any of the other hostages.

13:18:54  19       Your Honor will instruct the jury on the elements

13:18:56  20   necessary to prove hostage taking, and I'm going to go

13:19:00  21   through the element, which is the crucial part to this

13:19:03  22   argument, which is -- and I'm reading from the Court's

13:19:07  23   instruction on Page 33, that Element No. 1, first, the

13:19:12  24   hostage was a United States national during the relevant

13:19:15  25   time from on or about October 16, 2021, to on or about,

13:19:20  1    at the latest, December 16, 2021.

13:19:24  2         And then jumping down to Page 35 of the

13:19:28  3    instructions, there's a definition included of a United

13:19:32  4    States national.  And that -- it states, "United States

13:19:36  5    national includes a citizen of the United States."

13:19:39  6         The government is not required to prove that

13:19:41  7    Mr. Germine knew that the intended victim was a United

13:19:44  8    States national.  It is sufficient if the government

13:19:46  9    proves beyond a reasonable doubt that the intended

13:19:48  10   victim was, in fact, a United States national.

13:19:53  11        And we would submit that even as to the Noecker

13:19:55  12   family, the rest of the children, that she testified

13:20:01  13   were her family, there's been an insufficient record

13:20:04  14   made.

13:20:10  15        The government also --

13:20:11  16             THE COURT:  I understand that argument.

13:20:13  17             MS. AMATO:  Sorry?

13:20:14  18             THE COURT:  I understand that argument.

13:20:16  19             MS. AMATO:  Okay.  All right.

13:20:17  20        The government in their initial Rule 29 argument

13:20:20  21   before the Court previously just basically stated, and

13:20:25  22   I'm looking at Page 1785 of the transcript -- Page 1785

13:20:36  23   of the transcript in this trial, basically just made a

13:20:40  24   summary statement that the missionaries were U.S.

13:20:42  25   citizens, but that's it.

13:20:45  1          So that's the argument, Your Honor.

13:20:46  2              THE COURT:  All right.  Thank you.

13:20:50  3      Mr. Saunders, the argument is a failure of proof;

13:20:53  4  that there's been no proof as to several of the

13:20:59  5  victims of the hostage taking and, therefore, the counts

13:21:00  6  relating to those for whom there's been no proof of

13:21:05  7  United States citizenship or being a United States

13:21:09  8  national requires judgment of acquittal on those counts.

13:21:13  9              MR. SAUNDERS:  Yes, Your Honor.  As a

13:21:15  10  preliminary matter, the government's position is that

13:21:16  11  that is a jurisdictional element.  We haven't objected

13:21:21  12  to it being sent to the jury as among the elements.  But

13:21:24  13  our position is it's merely a jurisdictional element

13:21:27  14  that the Court would find.

13:21:28  15              THE COURT:  And, therefore, what?

13:21:30  16              MR. SAUNDERS:  Therefore --

13:21:32  17              THE COURT:  What if you're right that it is a

13:21:34  18  jurisdictional element?

13:21:35  19              MR. SAUNDERS:  I'm more making my record, but

13:21:38  20  let me get to the heart and substance of this.

13:21:39  21              THE COURT:  Okay.

13:21:40  22              MR. SAUNDERS:  We had multiple witnesses

13:21:41  23  testify that of the missionaries, there were 17, one of

13:21:45  24  them was a Canadian named Dale, and the rest were

13:21:49  25  American.

13:21:50  1        Rachel Miller testified that those 16 were United

13:21:54  2    States citizens so did Cherilyn Smucker.  I don't have

13:22:01  3    total recall of Matt Miller and Austin, but I believe

13:22:04  4    that at least one of them also referenced that the group

13:22:06  5    were Americans.  There's -- there's no evidence to the

13:22:13  6    contrary in the record, Your Honor.

13:22:15  7        THE COURT:  Okay.  So your position is that

13:22:16  8    there is evidence with respect to all 16 -- Counts 2

13:22:25  9    through 17, there is evidence of their -- of them being

13:22:29  10   United States nationals, and we can consult the

13:22:34  11   transcript at those particular places for those

13:22:37  12   witnesses.

13:22:39  13       MR. SAUNDERS:  Yes, Your Honor.

13:22:39  14       THE COURT:  All right.

13:22:41  15       MS. AMATO:  Your Honor, I would submit that a

13:22:42  16   jurisdictional element must be found by the jury in this

13:22:46  17   case beyond a reasonable doubt, and the government has

13:22:47  18   not been able -- has provided insufficient evidence as

13:22:50  19   to that element; and it is a substantive element of the

13:22:58  20   federal statute, and it must be proved.

13:23:00  21       THE COURT:  All right.  I'm going to reserve on

13:23:02  22   this motion, and that will give the parties the

13:23:05  23   opportunity to submit in writing when I do reach the

13:23:10  24   motion, the transcript citations, where there is

13:23:15  25   evidence supporting the United States nationality of

13:23:20  1    each of the victims.

13:23:25  2         With that, anything else before we proceed to

13:23:27  3    closings?

13:23:29  4              MR. SAUNDERS:  No, Your Honor.

13:23:30  5              THE COURT:  All right.  We're going to -- we've

13:23:34  6    set -- someone has set the lectern up where it is.

13:23:39  7         There we go.

13:23:40  8         So don't go beyond the lectern.  You don't have to

13:23:44  9    be at the lectern at all times, but I just don't want

13:23:47  10   you to go closer to the jury than the lectern.  Being

13:23:54  11   angled so that you can --

13:23:56  12             MS. SEIFERT:  Is that okay?

13:23:57  13             THE COURT:  As long as you don't go beyond the

13:24:00  14   lectern, I don't care if you're to the side like that.

13:24:02  15   That's fine.

13:24:05  16        Let's go ahead and check on the jury and see if the

13:24:06  17   jury's ready.  We can bring them in a couple minutes

13:24:07  18   early if they are ready as long as counsel are ready to

13:24:13  19   proceed.

13:24:13  20             MS. SEIFERT:  We would ask the Court to wait

13:24:15  21   till 1:30 just because we did say to folks that it would

13:24:19  22   be starting then, and I want to give them time to get

13:24:21  23   here.

13:24:22  24             THE COURT:  So you want your -- this is off the

13:24:28  25   record.

| | | |
|---|---|---|
| 13:25:10 | 1 | (Off-the-record discussion held.) |
| 13:25:14 | 2 | THE COURT:  Can I have back my exhibit list |
| 13:25:16 | 3 | now, whoever has it now? |
| 13:25:18 | 4 | Thank you.  Thanks. |
| 13:26:47 | 5 | MS. AMATO:  We were going to ask if during our |
| 13:26:49 | 6 | closing if we can move this to a place where we can see |
| 13:26:54 | 7 | it when we are -- so that we know where we're at on our |
| 13:26:56 | 8 | slides? |
| 13:26:56 | 9 | THE COURT:  We can do that but don't do it now. |
| | 10 | MS. AMATO:  Okay.  Thank you. |
| 13:26:59 | 11 | THE COURT:  I think we can do it as long as the |
| 13:27:01 | 12 | wiring will permit. |
| 13:30:36 | 13 | (Jury present) |
| 13:30:55 | 14 | THE COURT:  All right.  Welcome back, ladies |
| 13:30:57 | 15 | and gentlemen, and good afternoon. |
| 13:30:58 | 16 | We're ready now for the closing arguments in the |
| 13:31:01 | 17 | case. |
| 13:31:01 | 18 | First, we'll turn to the government, Ms. Seifert. |
| 13:31:03 | 19 | MS. SEIFERT:  Thank you, Your Honor. |
| 13:31:12 | 20 | Good afternoon, ladies and gentlemen. |
| 13:31:16 | 21 | "I swear to God, I'm the king now.  I'm the king of |
| 13:31:20 | 22 | kings.  And what the king wants the king gets." |
| 13:31:29 | 23 | Rachel Miller told you, "We were told that we were |
| 13:31:33 | 24 | not being held because of anything we did, but we were |
| 13:31:37 | 25 | being held because there was a gang member that was in |

2051

13:31:40   1    prison since 2015 and they," 400 Mawozo, "wanted him

13:31:48   2    released."

13:31:50   3        You only heard evidence that there was one person

13:31:54   4    that could have been:  The defendant, Mr. Germine,

13:32:03   5    Yonyon, the founder of the gang.

13:32:09   6        17 Mennonite Christian missionaries, their value as

13:32:17   7    hostages to 400 Mawozo was immense.  Sixteen Americans,

13:32:27   8    five children, an eight-month-old baby, their value to

13:32:37   9    the gang was great.  They were worth a lot of money.

13:32:44  10    But their value to the defendant, Mr. Germine, was even

13:32:47  11    greater.

13:32:53  12        You heard evidence that in April of that year,

13:32:56  13    2021, six months prior to the missionaries' kidnapping,

13:33:00  14    400 Mawozo had kidnapped priests and nuns, and there had

13:33:06  15    been an outcry.  And the defendant brokered a deal:  The

13:33:13  16    gang would release the priest and the nuns if the

13:33:17  17    Haitians would let him out of jail.

13:33:23  18        And then what happened?  The Haitian government

13:33:25  19    reneged and he was mad.  That was his way out.  You

13:33:33  20    heard in his own words:

13:33:35  21        "I asked favor for the priests.  And you remember

13:33:39  22    what the guys did to me."

13:33:46  23        He was going to make sure that never happened to

13:33:48  24    him again.  For these missionaries, for these 17

13:33:58  25    missionaries, the gang hoped for this very high price,

13:34:00   1    but the defendant hoped for more.  He hoped for

13:34:02   2    concessions from the Haitian government and possibly

13:34:05   3    pressure from the American government to get them

13:34:07   4    released so he could get out.

13:34:13   5        You heard evidence that the -- the gang stopped the

13:34:16   6    missionaries at the checkpoint on the way back from the

13:34:21   7    orphanage in Ganthier.  The gang members were wearing

13:34:23   8    masks, they were wearing semiautomatic weapons, and they

13:34:27   9    surrounded the car, they pulled it off the road, and

13:34:30  10    they terrified its occupants.

13:34:32  11        Most of these people, these victims, were held for

13:34:36  12    62 days.  You heard about their discussions that they

13:34:41  13    guarded at almost every moment; and the few times they

13:34:45  14    weren't, they tried to escape.  But the guard would

13:34:47  15    always come back with a gun.

13:34:51  16        You heard that they waived signs in the air at the

13:34:54  17    airplanes, SOS.  Help us.  But they were guarded at all

13:35:00  18    times by 400 Mawozo, guarded with the weapons, the

13:35:06  19    rifles, the firearms the defendant had put in their

13:35:10  20    hands.

13:35:15  21        They were held in deplorable conditions.  There

13:35:19  22    were sores all over Cheryl Noecker's body, as many as 50

13:35:27  23    sores, her daughter said.

13:35:31  24        THE COURT:  Can you take him a cup of water?

13:35:34  25    Just a second.  Go check on him.

```
13:35:58   1              (Juror steps out)
13:36:03   2                   JUROR MEMBER:  Sorry, Your Honor.
13:36:05   3                   THE COURT:  That's all right, sir.  Are you all
13:36:08   4      right?
13:36:09   5              Ms. Seifert, please.
13:36:11   6                   MS. SEIFERT:  Thank you, Your Honor.
13:36:12   7              You heard about those conditions, the 50 sores on
13:36:16   8      Cheryl's body that made it so that she could not walk,
13:36:18   9      about Kay's sores, about Matt Miller's significant
13:36:22   10     health conditions that were not being treated through
13:36:24   11     the medication that he so desperately needed.  You heard
13:36:29   12     that these missionaries were held, and in some cases,
13:36:31   13     their lives were threatened to the point of death.
13:36:36   14              And you also heard that 12 of them hiked in the
13:36:40   15     night under cover of darkness through the Haitian bush,
13:36:45   16     meeting every cactus and bramble along the way in Haiti,
13:36:49   17     around the town so they wouldn't be observed, to get out
13:36:52   18     of the gang's controlled territory, and then finally
13:36:59   19     they were whisked onto this plane so they could get out
13:37:03   20     of Haiti before the gang could find out and do something
13:37:06   21     else.  The defendant was directly involved in this
13:37:14   22     kidnapping.  He was directly involved for all 62 days.
13:37:19   23     That is what the evidence shows.
13:37:23   24              Now, there is no dispute here, he was in jail.  You
13:37:29   25     remember Mr. Saunders opened and said, "Haitian jail is
```

13:37:33  1    not like U.S. jail."  I'm going to say that again.

13:37:37  2    Haitian jail is not like U.S. jail.

13:37:42  3        In Haitian jail, you can order $3,200 of Fendi

13:37:51  4    clothes and have them delivered to you and wear them

13:37:53  5    while celebrating your birthday while smoking and

13:37:57  6    drinking.  And then you can post about it on social

13:38:16  7    media for the whole world to see.  In Haitian jail, you

13:38:20  8    can have multiple cell phones.  The defendant, by his

13:38:26  9    own admission, had at least two at a time.

13:38:33  10       And in Haitian jail, you can control the gang that

13:38:37  11   you founded, the gang that is stacked up by all of your

13:38:44  12   family, people who are devoted to you.  And it's from

13:38:51  13   Haitian jail that the defendant directly participated in

13:38:55  14   the kidnapping of the missionaries.  He was not merely

13:38:58  15   associated with the gang.  He was not merely

13:39:02  16   knowledgeable about the gang's crime, no.  The evidence

13:39:07  17   shows that the defendant intentionally, voluntarily

13:39:11  18   joined this crime with the intent to achieve it.

13:39:17  19       Now, the judge is going to instruct you on the law,

13:39:20  20   and whatever he says is definitely the law.  I'm going

13:39:23  21   to preview some of what he's going to tell you that the

13:39:27  22   government submits is relevant to your inquiry.

13:39:32  23       The law says that a defendant is guilty if he

13:39:36  24   knowingly acts in some way to aid, assist, facilitate,

13:39:43  25   encourage others to commit a crime, that if he willfully

13:39:47  1    causes an act to be done in furtherance of a crime or if

13:39:51  2    he knowingly joins a conspiracy to commit the crime.

13:39:56  3    The government submits that the evidence shows beyond a

13:40:00  4    reasonable doubt that the defendant is guilty under this

13:40:03  5    standard.

13:40:04  6        Let's talk in specific about some really key

13:40:07  7    moments that you heard about in the 62 days and where

13:40:11  8    and how defendant is involved.

13:40:16  9        Now, October 16th, you heard the defendant agreed

13:40:19  10   to kidnap the missionaries.  Let's talk about what

13:40:23  11   happened.  8:00 to 9:30, the missionaries told you they

13:40:27  12   were on a drive on the way to the orphanage on Highway 8

13:40:30  13   in Ganthier.

13:40:32  14       That route took them down the territory of

13:40:35  15   Highway 8 through the 400 Mawozo gang-controlled

13:40:38  16   territory, and the gang controlled the highway, and

13:40:43  17   Jeanty Louis told you he had seen it blocked off and

13:40:47  18   controlled and vehicles being seized.

13:40:49  19       What's happening with the defendant and the gang at

13:40:51  20   that time?  Well, the defendant and Vitel'Homme had a

13:40:54  21   preexisting partnership to kidnap victims.

13:41:03  22       Now, the defendant wasn't identified by any of the

13:41:05  23   missionaries, and I'm confident defense counsel is going

13:41:08  24   to remind you of that, but he was indirectly identified

13:41:14  25   by those missionary victims, wasn't he?  Austin Smucker

13:41:20  1    said, "We did -- it did seem later on, though, a couple

13:41:23  2    of instances that happened that Beanie and Lanmo Sanjou

13:41:26  3    was taking orders from someone else."

13:41:31  4        Matt Miller told you, "Lanmo would always make

13:41:34  5    phone calls or not give us a straight answer until a few

13:41:37  6    days later."  He didn't give straight answers until

13:41:40  7    after he would make the phone calls.

13:41:42  8        And Cherilyn Noecker told you, "But then after the

13:41:46  9    phone calls, something changed Lanmo's mind."  The

13:41:51  10   government admits that it's some "one," some "one" who

13:41:57  11   changed Lanmo's mind.

13:41:59  12       The defendant was in a preexisting conspiracy, a

13:42:03  13   preexisting agreement with Vitel'Homme to kidnap

13:42:08  14   individuals and split the ransom.  And you know

13:42:11  15   Vitel'Homme was involved because Austin Smucker told you

13:42:14  16   that Vitel'Homme was acting as Lanmo Sanjou's bodyguard.

13:42:21  17   He was always there with a long gun while Lanmo Sanjou

13:42:24  18   had his pistol.  And that corroborates what you heard

13:42:27  19   about that partnership.

13:42:32  20       That partnership is corroborated in other ways as

13:42:36  21   well.  In addition to Mr. Isidor told you that, Jean

13:42:42  22   Pelice told you that.  In his grand jury, he stated,

13:42:44  23   "Vitel'Homme and Yonyon had agreed to work together.

13:42:47  24   They had agreed to kidnap people and send them to

13:42:50  25   Lanmo."  And he told the grand jury Vitel'Homme told

13:42:54   1   him, the defendant, about the missionaries.  And

13:42:59   2   Mr. Isidor told you defendant thought the missionaries

13:43:03   3   could get him released from jail.

13:43:06   4       And Mr. Pelice also said the reason why he got them

13:43:10   5   kidnapped is so that he could get out of jail.  The

13:43:13   6   reason why the defendant got them kidnapped, the

13:43:17   7   missionaries kidnapped, is because he wanted out.

13:43:19   8       Now, let's just take a minute and talk about

13:43:22   9   Mr. Pelice.

13:43:22  10       There was a lot going on for Mr. Pelice when he

13:43:27  11   came to testify in front of you.  It was a tornado of

13:43:34  12   pressure upon him.  The defendant is his cousin, and he

13:43:37  13   took the stand and was asked to betray his family.  He

13:43:44  14   was a trusted leader of the gang, Mr. Isidor said that,

13:43:47  15   that the defendant said he really trusted Zo.  He was a

13:43:51  16   straight shooter.

13:43:51  17       And he was taking the stand to betray the gang, the

13:43:55  18   same gang that had killed his brother-in-law, that had

13:43:58  19   threatened to find and kill him.  He told you, "I'm

13:44:04  20   talking to my mom and my sister."  And he told the

13:44:08  21   marshal he was afraid.

13:44:12  22       And he had his own criminal case, and he was

13:44:16  23   required to discuss his own culpability on the stand.

13:44:22  24   And I can't imagine how hard all of those forces coming

13:44:26  25   together must have been for him.  You can and should

13:44:31    1    consider the sworn statements he made to the grand jury

13:44:37    2    that he made at a time closer to when these events

13:44:40    3    happened.  He made them two years ago.

13:44:42    4        Now, I want to note every single thing Mr. Pelice

13:44:49    5    asked -- testified to that the government is asking you

13:44:51    6    to consider is corroborated by someone else.

13:44:55    7        So while we certainly think the jury -- and the

13:44:58    8    jury should think critically about all evidence, you

13:45:01    9    should consider what other evidence corroborates what

13:45:04   10    Mr. Pelice said to the grand jury.  And one of the

13:45:10   11    things that corroborates his statements about the

13:45:14   12    defendant picking the missionaries and the agreement

13:45:17   13    with Vitel'Homme are the phone records.

13:45:20   14        On the morning of October 16th, Lanmo Sanjou calls

13:45:24   15    Koleg.  Then Vitel'Homme calls Lanmo.  And then the

13:45:29   16    defendant calls Lanmo.  And who does Lanmo call after

13:45:33   17    that?  Koleg.  After calling Koleg, Lanmo Sanjou calls

13:45:39   18    the defendant back.

13:45:45   19        And then you heard that from 9:30 to 1:00, the

13:45:49   20    missionaries are at the orphanage.  They leave the

13:45:55   21    orphanage at 1:00 and within five minutes, they're

13:45:58   22    stopped.  What's on the gang side of the -- of the

13:46:01   23    picture?  Koleg.  Koleg controls Ganthier.  You've heard

13:46:05   24    that from Mr. St. Louis.  Tunis told Mr. St. Louis that

13:46:08   25    Koleg was involved in the kidnapping.

13:46:11  1        Mr. Isidor told you Koleg was the one who carried

13:46:13  2    out the kidnapping, and he was very violent.  Zo told

13:46:18  3    the grand jury he sent Koleg to kidnap them.  Koleg

13:46:23  4    brought them to Lanmo with Gaspiyay.  And Koleg was

13:46:26  5    identified by Rachel Miller.  You heard her say he was

13:46:31  6    one of the night guards.  He was very well armed, and

13:46:34  7    she saw him at the circular staging point on the 16th.

13:46:40  8    She recalls seeing him there at the very beginning of

13:46:43  9    all of this.

13:46:50  10       And you heard Jacky Jean come and tell you that

13:46:54  11   Koleg -- this is Koleg and that Koleg was calling him

13:47:00  12   around the same time on that same phone number, the same

13:47:03  13   phone number that at 11:06 after speaking to the

13:47:06  14   defendant, Lanmo calls Koleg on.

13:47:10  15       And note that later that morning, the defendant and

13:47:15  16   Mr. Sanjou talked for 9.7 minutes and then almost

13:47:24  17   8 minutes later, the defendant calls Vitel'Homme and

13:47:27  18   they talked for 32 minutes, 32 minutes.  And you can

13:47:32  19   conclude based on the evidence that you heard that they

13:47:35  20   were talking about this event.

13:47:41  21       Let's fast-forward between 1:05 and 1:30.  The

13:47:45  22   missionaries were at that checkpoint.  The men in the

13:47:47  23   face masks with their guns have surrounded their car,

13:47:50  24   and they forced them off the road.

13:47:52  25       At 1:27 p.m., Sam updates his WhatsApp group chat

13:47:57  1    and says where they are, they're outside of Ganthier,

13:48:01  2    they're being hassled by the gang and asks everyone to

13:48:04  3    pray for them.

13:48:05  4        And what's happening on the defendant's side?

13:48:08  5    Well, Lanmo is calling him.  No one disputes that Lanmo

13:48:18  6    Sanjou, he's -- he's in this crime, right?  Everyone

13:48:22  7    identified him.  Every missionary said, "Yep.  That was

13:48:29  8    Gwo Chef.  And at this critical moment at the very

13:48:33  9    beginning, very beginning of the event, Lanmo is talking

13:48:37  10   to Mr. Germine.  He's talking to Yonyon.  The

13:48:47  11   missionaries take that ride of a lifetime, and then they

13:48:51  12   see Lanmo again in the circular area.

13:48:53  13       And do you remember what Matt said about Lanmo?  He

13:48:59  14   said, "It seemed like he was in charge, but later it

13:49:03  15   just seemed like he was the guy on the ground."  That

13:49:05  16   was his words, on the ground.

13:49:08  17       Let's talk about when they're at the circular

13:49:11  18   staging area.  From 1:45 to 2:45, the gang is at the

13:49:15  19   circular staging area, and they are consulting with the

13:49:18  20   defendant while they are there.

13:49:20  21       The van is directed to that area.  That's what Matt

13:49:22  22   and Austin say.  The doors opened.  And Matt told you

13:49:27  23   the gang members are looking in, and they're checking

13:49:30  24   them out.  And, man, what a sight.  17 Mennonite folks,

13:49:38  25   women in their bonnets, little baby, another -- two

13:49:44  1    little kids, a six-year-old and a three-year-old, some

13:49:48  2    teenage kids.

13:49:49  3         You heard the missionary tell you, "They are like

13:49:52  4    looking around, not sure what to do with us."  And they

13:49:55  5    were in that circle for quite some time.  They said it

13:49:59  6    felt more like 30 to 45 minutes, maybe even an hour,

13:50:01  7    that they are sitting there in the van, windows open.

13:50:04  8    They start singing and praying, and they're not sure

13:50:08  9    what's going to happen, and it seems like the gang bit

13:50:11  10   off a little more than they could chew, doesn't exactly

13:50:15  11   know what to do with them.

13:50:16  12        And the gang members are talking to each other.

13:50:19  13   What did you hear about what the gang members and the

13:50:21  14   defendant are doing in this time frame?

13:50:23  15        Well, you heard that they asked for the wallets and

13:50:30  16   the phones, and they're talking to each other on the

13:50:33  17   phones.  Multiple witnesses said that.

13:50:34  18        You heard Matt and Rachel tell you that one of the

13:50:37  19   gang members comes up to Rachel and says, "My lady."

13:50:41  20   And you recall the fear in Matt's voice when he talked

13:50:47  21   about that man talking about his wife.

13:50:55  22        Rachel told you she saw Koleg.  Gaspiyay was there.

13:51:02  23   Gaspiyay, the defendant's cousin, he's right there in

13:51:04  24   the circle with them in that moment.  He's identified by

13:51:11  25   everybody as Pop-A-Wheelie Chief.

13:51:16   1           And then Lanmo was there.  And not only is he

13:51:19   2   there, but both Matt and Austin told you he is talking

13:51:23   3   on the phone.  They both independently remember seeing

13:51:27   4   him talking at the phone at the circle.  And who in this

13:51:41   5   critical moment when the gang is like, "What are we

13:51:41   6   going to do with this big van full of folks?"  Who are

13:51:43   7   they talking to about it?  Yonyon.

13:51:51   8           At 1:44 p.m., the defendant is on a call with

13:51:57   9   Vitel'Homme.  At 1:48 p.m., Lanmo, who's in the circle

13:52:02  10   on the phone, looking at the missionaries with the gang,

13:52:03  11   trying to figure out what to do, calls him and has a 3.5

13:52:07  12   minute phone call with the defendant and Vitel'Homme.

13:52:12  13           And when he hangs up, who calls next?  Gaspiyay,

13:52:16  14   also there, also looking at those missionaries wanting

13:52:18  15   to know what to do.  And they talked with Vitel'Homme,

13:52:21  16   the defendant, Gaspiyay and Vitel'Homme talked for

13:52:24  17   10 minutes.

13:52:28  18           Now, what in goodness name do you think that

13:52:31  19   Gaspiyay and Lanmo could possibly be talking about?

13:52:36  20           Isn't it most credible to anticipate and believe

13:52:40  21   and find that what they're talking about is the thing

13:52:43  22   going on directly in front of their face; that they have

13:52:47  23   a van full of all of these missionaries, and what are

13:52:50  24   they suppose to do with them?  Where should they take

13:52:52  25   them?  Do they want to take the money?  Are we letting

2063

13:52:55  1    them go?  Are we keeping them forever?

13:52:57  2        Like, there's all kinds of decisions the gang is

13:52:59  3    needing to make in that moment.  They're in that

13:53:03  4    circular staging area looking for direction, and the

13:53:05  5    direction comes from the top.  The direction comes from

13:53:11  6    the king.

13:53:16  7        Fast-forward a little bit more:  3:00.  The

13:53:18  8    missionaries told you, they're taken to Location 1 and

13:53:20  9    they are searched, and their valuables are taken.  And

13:53:24  10   they're put up against the wall while one of the gang

13:53:28  11   members, one of Lanmo's two bodyguard guards -- not

13:53:30  12   Vitel'Homme, the other one -- takes a video of them and

13:53:34  13   says in Creole, "This is the last time you will see

13:53:38  14   these people alive."  And they're singing and praying.

13:53:47  15       And on the gang side, you heard -- Lanmo is right

13:53:50  16   there, right when the video is taken.  Gaspiyay is right

13:53:53  17   there when the video is taken, and Vitel'Homme is

13:53:55  18   standing next to Lanmo watching it all.  And, again, at

13:54:04  19   that critical moment, at 3:00, who do they call?

13:54:10  20       Well, at 3:01, Gaspiyay calls the defendant and at

13:54:16  21   3:13 the defendant calls Vitel'Homme, and then Gaspiyay

13:54:21  22   calls Vitel'Homme.  There's all kinds of conferring

13:54:25  23   going on, and defendant is right in the middle.

13:54:29  24       And you know, October 16th wasn't just a big day

13:54:32  25   for 400 Mawozo.  It was a big day for defendant, right,

13:54:35  1    and Ms. Tunis, because you heard that that was the day

13:54:38  2    that Ms. Tunis was going with Walder St. Louis to that

13:54:42  3    gun store in Florida, to Lucky Pawn.

13:54:45  4        Remember, Mr. St. Louis told you that they were

13:54:47  5    supposed to pick up the weapons that day.  You saw the

13:54:49  6    weapons form.  They did pick up the weapons that day.

13:54:52  7        And what did Mr. St. Louis tell you?  Who brought

13:54:55  8    the money to pick up the guns?  Ms. Tunis.  Who took the

13:54:57  9    guns?  Ms. Tunis.  Right?  So she needs to be there at

13:55:01  10   the store with Mr. St. Louis because she's going to take

13:55:03  11   custody over the guns.

13:55:06  12       And what did Mr. St. Louis tell you?  He went to

13:55:09  13   the store, he called her, he called her, he called her.

13:55:13  14   She didn't answer.  And then she sends that text

13:55:17  15   message.  Go inside.  Remember?  And goes inside and

13:55:20  16   picks up the guns.

13:55:21  17       And why doesn't she answer?  Well, she doesn't

13:55:24  18   answer because at 3:22 the defendant calls her.  And

13:55:29  19   they're having a 20-minute phone call.

13:55:34  20       And, again, what in goodness name could they

13:55:37  21   possibly be talking about at this very important time?

13:55:42  22   So important that Ms. Tunis won't even hang up with him

13:55:45  23   to talk to Mr. St. Louis to tell him go inside and get

13:55:49  24   the guns that they need, these valuable weapons that

13:55:51  25   we've been working so hard to get and procure.

13:55:55  1          And then what did you hear Mr. St. Louis tell you?

13:56:00  2      Right after the missionaries were kidnapped, Tunis said,

13:56:04  3      defendant, Yonyon, was having a meeting to determine

13:56:08  4      where to hold the missionaries.

13:56:19  5          You also heard that later on October 16th around

13:56:24  6      3:00, just after they're at Location 1, they put the

13:56:30  7      missionaries into that one, 10-by-12 foot Haitian house,

13:56:34  8      right?  No windows, the door is secured from the

13:56:38  9      outside.  They walk in there, there's blood splattered

13:56:41 10      on the wall, there's bullets on the wall.  They've just

13:56:45 11      seen two people get taken out by binding and they've

13:56:48 12      heard gunshots, and they locked them in this room.

13:56:51 13          The other half of the room, there's all these other

13:56:54 14      people who are being held.

13:56:55 15          And then Lanmo comes in, he comes inside, he brings

13:56:59 16      Ryan his phone and he says that they need to call

13:57:02 17      someone to negotiate for them.  And they call Barry, and

13:57:06 18      Matt Miller hears Lanmo tell Barry he wants $17

13:57:12 19      million.

13:57:13 20          You heard Austin tell you that that happened

13:57:17 21      approximately 30 minutes to an hour after they arrived.

13:57:19 22          So we know that ransom demand is happening between

13:57:22 23      3:30, 4:00, give or take.

13:57:25 24          The defendant sets that amount.  How do you know?

13:57:30 25      Well, Mr. Isidor told you the defendant told him that he

13:57:36  1    set a huge ransom because he knew it couldn't be paid.

13:57:39  2    He wanted to be released.  The defendant wanted to be

13:57:44  3    released so he was going to pick an astronomical number

13:57:47  4    that nobody could ever pay because then they would have

13:57:51  5    to give -- him out of jail.

13:57:53  6        And Zo told the grand jury the same thing.  Yonyon

13:57:56  7    told Lanmo to ask for that amount so they would not be

13:57:59  8    able to pay it so they would release him, so the Haitian

13:58:02  9    government would release him, just like they promised

13:58:04  10   they would in April and then reneged on.

13:58:09  11       And Isidor told you, Vitel'Homme always told the

13:58:12  12   defendant that this was the only way he could get

13:58:14  13   released.  And Zo said the same thing, Vitel'Homme said

13:58:19  14   that the missionaries would be the ticket for him to be

13:58:20  15   released, and Yonyon said the same thing.

13:58:24  16       And how do you know the defendant is involved in

13:58:26  17   that initial ransom demand in addition to all of this?

13:58:29  18   Because it's corroborated by the phone calls.

13:58:34  19       Between 3:30 -- excuse me, 3:40 -- yeah, 3:30:22

13:58:40  20   seconds and -- let's see -- 4:21, there are all of these

13:58:45  21   calls, right?  Defendant's calling Lanmo, Lanmo is

13:58:48  22   calling the defendant, defendant's calling Lanmo again.

13:58:52  23   Lanmo's calling Gaspiyay.  And then at 4:14, they have

13:58:55  24   this three-way call, and we know this one really is a

13:58:59  25   three-way call, right, because the defendant initiates

13:59:02  1    both of the calls, and they both end at exactly the same

13:59:08  2    time.  And he's on the phone with Gaspiyay for ten

13:59:11  3    minutes and then Lanmo for three minutes.

13:59:12  4         And then later, throughout the day, on the 16th,

13:59:16  5    there's the defendant and Lanmo talking over and over

13:59:19  6    and over and over and over again.  I do not think they

13:59:24  7    are talking about their favorite cookie recipe.  This is

13:59:30  8    the thing that's going on that day with Lanmo, and he

13:59:32  9    needs guidance and advice from the leader of the gang.

13:59:37  10   That's what he needs.

13:59:41  11        Defendant himself acknowledges that 400 Mawozo has

13:59:46  12   kidnapped the missionaries on October 18th.  He sends

13:59:49  13   this screenshot to Ms. Tunis.  And he says, the

13:59:59  14   kidnappers in Haiti are preparing to negotiate the

14:00:02  15   release of seven mercenaries abducted by the gangs.  Can

14:00:06  16   you tell me what's written?  He is asking her to go

14:00:08  17   click on the article or find the article and tell him

14:00:11  18   what's going on.

14:00:12  19        And then the next image that he sends to her, okay,

14:00:15  20   it's not:  Can you believe the guys?  They totally got

14:00:18  21   out of their skis here.  I can't believe they kidnapped

14:00:22  22   these missionaries.  Can you believe they kidnapped a

14:00:24  23   baby?  This is really bad for Haiti.  What's -- this is

14:00:27  24   going to set back our relationship with America?

14:00:29  25        No, no.  It's not about them doing something.  It's

14:00:32  1    not about the gang that he's not a part of committing an

14:00:35  2    act without him.  That's not what he says.

14:00:37  3        The next message, "Tomorrow morning, from

14:00:41  4    4:00 a.m., bullets will start firing.  I'd like to hit

14:00:43  5    the patrol while we're firing.  I'll tell Ti Wilson to

14:00:50  6    block all the streets, block everything."

14:00:58  7        Then he sends Ms. Tunis this screenshot of *The*

14:01:03  8    *Washington Post* with his name underlined, which also

14:01:06  9    references the kidnapping of the priests and the nuns in

14:01:11  10   April.  And he sends another message to her and says --

14:01:14  11   again, it's in English, right -- so he's asking her,

14:01:17  12   "Please explain what it says or call me when you're

14:01:19  13   reading and explain to me what these thieves are saying

14:01:22  14   about me.  I can see that they mention my name.  They

14:01:25  15   mentioned my real name.  These thieves, man."

14:01:28  16       And does he then say to her:  How dare these

14:01:31  17   reporters say I'm involved.  You know I'm not involved,

14:01:34  18   you know this is all Lanmo acting on his own without any

14:01:37  19   of my approval.  I can't believe that once I've been in

14:01:44  20   jail, the gang went this crazy.

14:01:46  21       No.  He never complains about that to her.  This

14:01:50  22   woman that he sends, I mean, 1,200 and -- what was it --

14:01:54  23   80, 90 pages of messages to over a four-month time

14:01:58  24   period.  That is a lot of texting.  Okay?

14:01:59  25       This woman who he calls "babe," "love," "hon,"

14:02:03  1    "wife," this romantic partner, he never complains or

14:02:07  2    makes a big deal about the fact that Lanmo is not acting

14:02:11  3    or giving him a bad name, or taking this organization

14:02:15  4    and -- if he's getting in the press because of all the

14:02:17  5    things Lanmo is doing.  He never says that.

14:02:20  6         You heard Agent Bonura today.  He said he reviewed

14:02:24  7    all of those messages, and at no point does the

14:02:27  8    defendant even disown that he is part of this gang.

14:02:31  9         If you were going to complain about your cousin or

14:02:34  10   your friend or all these relatives doing all these

14:02:36  11   things in your name, wouldn't you tell your girlfriend:

14:02:38  12   Man, I'm pissed at these guys.  They are making me look

14:02:42  13   bad.  I'm taking heat from this?

14:02:43  14        But he never says that to her.

14:02:48  15        What does he say?  That same day:  "I asked Lanmo

14:02:53  16   about their location, and I was told it was Mon Kabrit.

14:02:57  17   I was told it was Mon Kabrit.  That is where Lanmo told

14:03:01  18   me they had a house.  That's where he said to me, he

14:03:04  19   told me they have a house in Mon Kabrit."

14:03:08  20        And remember, Tunis told Mr. St. Louis the

14:03:12  21   defendant was having a meeting to determine where to

14:03:14  22   hold the missionaries.  And what does she say back, his

14:03:18  23   girlfriend, what does she say back?  His wife, right?

14:03:23  24   She's married to someone else, but they call each other

14:03:26  25   husband and wife; she calls him Paa.  She says, "Oh,

14:03:30  1     they're shaken regarding the children, they're shaken

14:03:33  2     because, you know, this group doesn't play around.  Just

14:03:35  3     don't worry about them.  You know what happened is good.

14:03:38  4     It's really good.  They're putting pressure on the

14:03:41  5     government to do what they're suppose to do.  The

14:03:44  6     Haitian government.  Remember, they're suppose to

14:03:46  7     release him.  In the meantime, you will stand tough.

14:03:53  8     You stand tough.

14:03:59  9          The defendant's wife, the wife of the gang leader,

14:04:01  10    by her own admission, is telling him to stand tough?  If

14:04:06  11    he's not involved, what standing does he need to do?

14:04:12  12    He's the one in charge, and she knows it and he knows

14:04:17  13    it, and she is encouraging him to stand his ground and

14:04:21  14    get released.

14:04:29  15         October 22nd, you heard about that 7:09 ransom

14:04:33  16    call.

14:04:33  17         Lanmo demands the release of gang members

14:04:36  18    imprisoned, and he tells TPI1 that they need to call the

14:04:40  19    Haiti prime minister to get $17 million.

14:04:43  20         You heard the call.  Agent Dugue explained how it

14:04:46  21    all happened.  And he says somebody in the background

14:04:49  22    tells Lanmo, Ariel Henry, Ariel Henry, Ariel Henry.

14:04:54  23    They say it a bunch of times.

14:04:57  24         Now who could it be so important that the prime

14:05:00  25    minister of the country need to be involved?  I mean,

14:05:02  1    that's pretty -- that's pretty high, right?  It's not

14:05:05  2    call the governor or call the local police station or

14:05:08  3    whatever.  It's not some low level person.

14:05:14  4         And on October 22nd, what else did you hear?  You

14:05:16  5    heard that Santa Claus came that day, right?  Rachel

14:05:20  6    says he came the first day, and then she writes in her

14:05:23  7    diary, he comes again on October 22nd.

14:05:26  8         And Austin and Matt, what do they remember?

14:05:31  9         Austin says the second time he came, they were just

14:05:35  10   simply using it as leverage -- using us as leverage to

14:05:37  11   get their leader who was sitting in prison in Haiti

          12   released from prison.

14:05:42  13        And Matt says the same thing.  The second time

14:05:44  14   Santa Claus came, he said, "There was some confusion

14:05:46  15   because the gang is asking for money but at the same

14:05:48  16   time, their leader is in prison in the Haitian system.

14:05:51  17   And so they're trying to get -- to negotiate the release

14:05:53  18   of their leader as well as getting ransom for us."

14:05:56  19        And on October 22nd, again, key time, you see in

14:06:01  20   the afternoon around 4:00 and then 7:00, the call with

14:06:06  21   Lanmo and the TPI, and then later that evening, Lanmo,

14:06:10  22   defendant, and Gaspiyay talk again at around 10:30.

14:06:16  23        And then, at 10:44, defendant checks back in with

14:06:21  24   Vitel'Homme, and has an 11-minute phone call.

14:06:27  25        Again, what are they talking about?  The key things

14:06:30    1    happening in the gang at the time.

14:06:33    2        Let's fast-forward to November 10th.  You heard

14:06:36    3    about that 11:53 a.m. ransom call.  TPI2 calls Lanmo and

14:06:43    4    offers a ransom payment of 78,000 U.S. dollars and

14:06:50    5    43,000 Haitian gourdes.  Okay?

14:06:51    6        In the morning you can see the call, right?  And

14:06:52    7    then later in the day, Lanmo talks to Zo, Zo talks to

14:06:56    8    the defendant, Zo talks Gaspiyay, Zo talks to Lanmo, and

14:07:00    9    then Zo tries to talk to Germine.  All of that is

14:07:03    10   consistent with what Zo told the grand jury and what

14:07:06    11   Isidor said the defendant said about Zo.  He trusted

14:07:11    12   him.  He was checking in on the gang for the defendant.

14:07:13    13   He was communicating back to the defendant what was

14:07:16    14   going on.

14:07:19    15       And then on November 11th, TPI gets that offer

14:07:24    16   accepted, right?  Lanmo says, okay, let's do it.

14:07:28    17   $78,000, 43,000 gourdes.

14:07:32    18       Agent Harrison tells you they packaged all that

14:07:35    19   money up.  They put it together.  They have to count it.

14:07:38    20   All the things, just get ready to deliver it.  And then

14:07:42    21   Agent Harrison goes to meet with the defendant.

14:07:45    22       And that night, the hostage takers do not show up

14:07:50    23   to get the money.  They renege.

14:07:53    24       So on November 11th, in the evening, Lanmo calls

14:07:56    25   the TPI, TPI2 and says -- she says, like, what's going

14:08:02  1    on.  I thought we had a deal, right?

14:08:04  2        And Lanmo says in reply, "I didn't take the money.

14:08:06  3    I don't need it.  That's not what's important to me.

14:08:10  4    That's not what matters to me.  I have two or three

14:08:12  5    people on the inside.  It's about setting things up.

14:08:15  6    It's about an exchange.  I'm not in this for the

14:08:21  7    money."

14:08:21  8        And then Agent Harrison told you at 9:32, Lanmo

14:08:25  9    calls TPI3.  Remember, TPI3 had that back channel.  He

14:08:30  10   had that closeness with Vitel'Homme.  And Lanmo calls

14:08:36  11   TPI3, and who does he ask for?  This time, defendant by

14:08:39  12   name.  He says, "We want Yonyon."  No question who it is

14:08:42  13   they want.

14:08:43  14       Let's fast-forward to November 20th, another key

14:08:46  15   date, because that's the date defendant agreed to

14:08:48  16   release Matt and Rachel.

14:08:50  17       Now, that was between 1:00 and 4:00.  Matt became

14:08:55  18   really ill, and he goes and tells the other

14:08:58  19   missionaries, "I think I'm going to die, and maybe

14:09:00  20   that's how we're all going to get released here."

14:09:03  21       He is scared.  The only time this had happened to

14:09:05  22   him before, he was in the hospital for days.

14:09:07  23       Rachel pleads with Emmanuel, "Please, please,

14:09:10  24   please you have to do something."  And he says he's

14:09:13  25   going to make a call.  Matt lies on the bed while the

14:09:16  1    gang leaders come in and check, say what's going on.

14:09:18  2         On the other side, you heard the defendant -- or

14:09:21  3    excuse me, after dark, Gaspiyay, Zo, and Lanmo come.

14:09:25  4    Gaspiyay tells Zo, "There's a sick missionary."  And Zo

14:09:28  5    goes to see the missionary with the small hand.  That's

14:09:31  6    what he told the grand jury, and that's corroborated.

14:09:34  7         All the missionaries --- or sorry, three of the

14:09:37  8    four missionaries recall seeing him there, and Rachel

14:09:40  9    recalls seeing another leader who matches this

14:09:43  10   description.

14:09:43  11        Lanmo goes outside and makes some calls.  And you

14:09:47  12   remember this is when Matt said, "It just seemed like he

14:09:51  13   wasn't really in charge."  And then Lanmo comes back in

14:09:55  14   and says that he -- that they can go.

14:09:58  15        Defendant tells Isidor that he let the sick

14:10:02  16   missionaries go.  Why?  I mean, I think you can deduce

14:10:05  17   for yourselves that a dead missionary is not going to be

14:10:08  18   helpful.

14:10:09  19        And I believe Mr. Isidor -- your recollection

14:10:11  20   controls -- testified that he was worried that if one of

14:10:15  21   the missionaries died, really people -- either U.S.

14:10:19  22   troops or some force, would come in to the gang's

14:10:22  23   territory.

14:10:23  24        And that same night, you see these calls.  You see

14:10:26  25   in the afternoon, defendant is talking with Unknown

14:10:29  1    Male 1, Lanmo is talking with the Unknown Male, Lanmo is

14:10:33  2    talking to the Unknown Male again, and the Unknown Male

14:10:37  3    is talking to the defendant.

14:10:39  4        The defendant is in the middle of all of it.  He is

14:10:41  5    talking with all of them on the days that matter about

14:10:43  6    the things that matter.  He tells Mr. Isidor that.

14:10:50  7        Fast-forward to December 5th, there's three ransom

14:10:53  8    calls between TPI3 and Vitel'Homme, and they agree to

14:10:56  9    this payment, right?  $350,000.  Okay?  Big payday.

14:11:05 10        Vitel'Homme talks to Lanmo in the morning, and then

14:11:07 11    Vitel'Homme talks to TPI3.  And then the night comes.

14:11:13 12    And now the gang is supposed to be releasing all the

14:11:15 13    remaining hostages at this point, right?  All 15 of

14:11:20 14    them.  And what happens?  They only come to get Cheryl

14:11:26 15    and Kay.  That's what Cherilyn Noecker told you, right?

14:11:30 16        She told you that between 6:00 and 9:00, after it

14:11:32 17    was starting to get dark, what was happening?  The gang

14:11:36 18    agrees to release Cheryl and Kay, but then this dispute

14:11:42 19    arises over whether Sheldon is going to be allowed to

14:11:44 20    leave with his mom.  And she tells you Lanmo is there.

14:11:47 21        And man, you heard that heart-wrenching testimony

14:11:49 22    of Cheryl saying, "I'm not going without him," and

14:11:54 23    there's all this back and forth.  And then they say,

14:11:57 24    "Okay, sure.  He can go."  And she goes to put him in

14:12:00 25    the car and the gang members go on the other side and

2076

14:12:03  1    pull him away from her.

14:12:05  2        And Sheldon, six-year-old Sheldon, grabs onto the

14:12:10  3    headrest of the car and is screaming.  And Cheryl is

14:12:15  4    gasping for her son, who they are trying to take away

14:12:18  5    from her.  And then she grabs him, and she goes back to

14:12:22  6    the porch, and Cherilyn and her brothers -- and her

14:12:25  7    brothers and sisters come out and they surround their

14:12:27  8    mom, and they're holding on to them together.

14:12:30  9        And the other missionaries come out, and Sam's

14:12:33  10   there and he's trying to translate, and they're saying

14:12:36  11   to Lanmo, "He has to go with her.  He is only six."  And

14:12:40  12   Cherilyn told you it was like 30 minutes or more.  This

14:12:45  13   is a standoff between the missionaries and their

14:12:51  14   captors.

14:12:51  15       All these days you've heard about, this is the most

14:12:55  16   intense interaction that you heard about.  They are

14:12:59  17   yelling, they are upset, Sheldon was screaming.  And

14:13:06  18   what did Cherilyn tell you happened?

14:13:11  19       On the defendant's side, she said Lanmo makes three

14:13:16  20   calls.  He returns and says Sheldon can go.  In this

14:13:23  21   pivotal moment, who is going to get released?  A really,

14:13:27  22   really important question for the gang:  Who gets to go?

14:13:33  23   Can we let this six-year-old go?  There's all this back

14:13:37  24   and forth.  There's a total standoff.  There's a mutiny

14:13:40  25   of these hostages against their captors.  They are mad.

14:13:45  1      And who does Lanmo call to resolve this situation?

14:13:50  2   Well, he talks with Vitel'Homme, and then he calls

14:13:55  3   Vitel'Homme back.  He calls Vitel'Homme back again.

14:13:58  4   Then Vitel'Homme calls the defendant.  And they talk for

14:14:05  5   13 minutes.

14:14:08  6      And then after that call, about ten minutes later,

14:14:14  7   Lanmo calls Vitel'Homme back and has a quick call.  And

14:14:17  8   the government submits that this confirms what the

14:14:21  9   missionary -- you heard the missionaries tell you this.

14:14:23  10  There was someone else making the decisions.

14:14:27  11     And you know what?  It doesn't even matter if it's

14:14:30  12  Vitel'Homme making the decision or the defendant making

14:14:31  13  the decision.  The point is he is involved in the crime.

14:14:35  14  He's involved in the decision.

14:14:39  15     And another way you know that is because when Jean

14:14:43  16  Pelice went to the grand jury, he was asked this

14:14:46  17  question about whether or not the defendant was going to

14:14:50  18  release anyone else after the payment of money, whether

14:14:54  19  after the missionaries -- sick missionaries got to go,

14:14:57  20  whether anyone else was going to be released.  And he

14:14:59  21  was asked, "What else did Yonyon say about whether

14:15:02  22  anyone else would be released?"

14:15:04  23     And Zo said even if they give him money, he will

14:15:07  24  not let any of them go.  All they will have to do to be

14:15:11  25  released is to release him from jail.

14:15:16    1        And then you know that's true because the whole

14:15:19    2    negotiations break down.  That's what Agent Harrison

14:15:22    3    told you.  They paid the money, they only let the three

14:15:26    4    missionaries go, and then there's like -- the gang goes

14:15:29    5    silent.  Essentially, there's just a stall.  They don't

14:15:34    6    know why -- when they're going to get more.  They don't

14:15:37    7    know what's going on.

14:15:38    8        You heard Zo tell you they do payroll, right?  And

14:15:41    9    there's -- at that point, 11 days of just -- Agent

14:15:46    10   Harrison says we just -- we just don't know what's going

14:15:48    11   on, until December 16th when the missionaries escape.

14:15:53    12   And after they escape, the gang notifies the defendant,

14:15:57    13   and he fires Lanmo.

14:16:00    14       You heard that at 2:30 that morning, the

14:16:03    15   missionaries bravely get themselves out of Location 1.

14:16:09    16   Everything they prayed for, every -- every tiny part of

14:16:14    17   their plan that they needed to go right, went right for

14:16:17    18   them.  That was the morning that they finally all felt

14:16:20    19   resolve that they could do it together, that the little

14:16:23    20   kids could go, right?

14:16:26    21       And they, up until that point, weren't sure they

14:16:29    22   were -- one, they didn't have any opportunities and,

14:16:31    23   two, they had Cheryl with them and she couldn't walk,

14:16:35    24   and they didn't think Sheldon and Cheryl could walk.

14:16:39    25       On the 16th -- sorry, the morning of the 15th, Ryan

14:16:43  1    Korver says, "God told me I need to get my family out of

14:16:47  2    here, and I'm going."  And they all agree.

14:16:50  3        And they sneak out at night at 2:30 in the morning.

14:16:53  4    They go down into that, you know, stream, muddy stream.

14:16:57  5    They come up the other side, and they are making their

14:16:59  6    way through, you know, kind of going around the towns

14:17:03  7    and up the cow path and through the brambles and all of

14:17:06  8    these things that they have to do because they are so

14:17:09  9    scared that they are going to get caught and taken right

14:17:12  10   back to their captor.

14:17:14  11       And they finally get to that hill, and they hide,

14:17:20  12   and they send Sam up to get the phone and they called

14:17:25  13   Barry, and he comes and gets them.  And they had that $5

14:17:28  14   that they had stuck in little Laura's diaper, right?

14:17:32  15   That's all they had when they left.

14:17:35  16       And after they leave, right, Isidor says defendant

14:17:42  17   told him that defendant trusted Zo because Zo would tell

14:17:45  18   him the truth.  So he puts Zo in charge of the gang

14:17:48  19   after the missionaries escaped.  And Zo told the grand

14:17:53  20   jury that the defendant -- that he called the defendant

14:17:56  21   that morning and told him the missionaries were gone,

14:17:59  22   and Yonyon told Lanmo that he was no longer in charge of

14:18:02  23   the gang.

14:18:04  24       And what corroborates that?  All of these calls on

14:18:11  25   the morning of December 16th between Zo and the

14:18:15  1    defendant and the defendant and Vitel'Homme.  And then

14:18:18  2    Zo tries to call Lanmo, and then defendant and

14:18:20  3    Vitel'Homme talk again, and then Zo gets ahold of Lanmo,

14:18:23  4    and then the defendant and Vitel'Homme attempt for a

14:18:26  5    call.  And the defendant, when he can't reach

14:18:29  6    Vitel'Homme, calls Koleg.

14:18:29  7        And then continuing on into the afternoon.

14:18:32  8    Defendant talks to Vitel'Homme, defendant talks to

14:18:34  9    Koleg, Zo talks to Lanmo.  On and on and on all day.

14:18:38  10   And what can all of these gang members, all of these

14:18:41  11   relatives of the defendant, who the defendant says are

14:18:44  12   his cousins and family members, what could they possibly

14:18:47  13   be talking about on the morning and afternoon of the

14:18:50  14   16th?

14:18:53  15       These are all of the ways that we have discussed

14:18:56  16   defendant's direct involvement in this crime.

14:19:07  17       But that is not the only evidence you heard.  You

14:19:10  18   also heard evidence that the defendant was in control of

14:19:12  19   the gang at the time.

14:19:16  20       You heard ample evidence of that fact.  And his

14:19:20  21   control of the gang and that evidence showing the same

14:19:22  22   is able to be used by you, and the Court's going to

14:19:25  23   instruct you on this, the evidence -- you can use all of

14:19:29  24   that evidence to show that the defendant had a motive,

14:19:31  25   that he had opportunity, that he intended to commit the

14:19:35  1    crime, that he participated in the crime, that he
14:19:37  2    planned the crime, that he knew what was going on, that
14:19:40  3    it's his identity, that he's the one involved, that he
14:19:43  4    did not make a mistake, and that it was not an
14:19:47  5    accident.  All of this evidence about the guns and the
14:19:50  6    gang and his control, all goes to all of those things.
14:19:56  7         Let's start with the defendant is the boss.  Now,
14:19:59  8    this is pretty universal.  Almost every witness you
14:20:02  9    heard in the government's case who was within --
14:20:06  10   knowledgeable said this.  You heard Jacky Jean say,
14:20:11  11   Lanmo told him, call the boss.  Who did you think that
14:20:15  12   was?  Yonyon.  What happened when you called Yonyon?  He
14:20:17  13   lowered the price.
14:20:18  14        You heard Tunis say, "The king sent me."  You heard
14:20:21  15   St. Louis say that he knew Yonyon was the leader of 400
14:20:25  16   Mawozo.  You heard Isidor say that Yonyon was the leader
14:20:28  17   of 400 Mawozo.  You heard Santa Claus say that he wants
14:20:33  18   the gang's leader released.  You heard Santa Claus say
14:20:37  19   the gang's leader is in Haitian prison.  You haven't
14:20:40  20   even heard about another person in 400 Mawozo who was in
14:20:43  21   Haitian prison besides him.
14:20:44  22        You heard Tunis say, "I'm the wife of the gang
14:20:47  23   leader."
14:20:47  24        And you heard Zo say, "The leader of the gang is
14:20:51  25   called Joly Germine.  He is the king."

14:20:53  1          And, you know, he said that in the grand jury, and

14:20:59  2     then when he took the stand, before he said he didn't

14:21:01  3     have a memory of what happened, he did say one thing, "I

14:21:05  4     didn't come here to lie.  I am here to tell the truth.

14:21:07  5     What I know is he is the leader of 400 Mawozo."  When he

14:21:12  6     took the stand on last Friday, he said that.  He

14:21:17  7     identified him to you and said he was the leader of the

14:21:20  8     gang.  In fact, the only person who thinks he's not the

14:21:22  9     leader of the gang is apparently the defendant.

14:21:26  10         I ask you, you -- you've heard him testify.  Is

14:21:29  11    that credible?

14:21:33  12         The government submits that all of the other

14:21:35  13    evidence you've heard points to the contrary.  In fact,

14:21:40  14    you know the defendant is the boss because he fires

14:21:43  15    Lanmo and Gaspiyay.  Multiple people told you that.

14:21:46  16    Isidor and Zo says that.  He fires them.  Who can fire

14:21:50  17    people except the boss?

14:21:51  18         And the defendant talks about his control of the

14:21:53  19    gang in his own words.  And you saw that in his text

14:21:58  20    messages.  He tells Ms. Tunis, "We" had to handle

14:22:00  21    another job.  "We" happened to find it.  Then "we" took

14:22:03  22    care of it.  You already know that "we" do it on the

14:22:08  23    spot.  That is the motto.  Do it on the spot.

14:22:12  24         The motto of what, his bean farming business?  Come

14:22:18  25    on.  Is that credible?  The "we" is 400 Mawozo.

14:22:23  1          On June 19th he says, "The -- the depote got

14:22:26  2      released from jail.  I will kill him next week.  I'll

14:22:30  3      give him no chance at all."

14:22:31  4          Not Lanmo, not Gaspiyay, not Zo.  "I," because I'm

14:22:36  5      in charge.

14:22:41  6          On October 10th, six days before the missionaries

14:22:44  7      are kidnapped, "I should buy three guns like this.

14:22:46  8      That's something that I can use to do a lot of bad

14:22:50  9      things while I'm on a motorcycle.

14:22:53  10         "When you -- when you're on a motorcycle with a

14:22:55  11     gun, you can wipe out an area completely.  You only need

14:22:58  12     bullets to wipe out a whole country."

14:23:02  13         Is this the bean business?  No.  And it's not "the

14:23:04  14     gang can use this gun to control."  It's -- it's "I'm

14:23:06  15     going to use this gun to control."  I'm in charge of the

14:23:09  16     territory.  That's what he's talking about.

14:23:14  17         And then on September 15th, he says, "I'm talking

14:23:17  18     to the police officer, the one who works at the palace,"

14:23:19  19     which by the way, Mr. St. Louis told you about that,

14:23:22  20     didn't he?  That he had a friend at the palace who was

14:23:24  21     advising what weapons to buy.

14:23:26  22         He told me, "If you have this weapon, you don't

14:23:29  23     need anything else.  The police knows that I have this

14:23:33  24     gun, I swear to God, they will never come to this

14:23:35  25     territory."

14:23:36  1          Now, come on.  If he's selling that gun to 400

14:23:41  2     Mawozo, then why is he saying "I" have it and "I'm"

14:23:45  3     controlling the territory?  He would say, "they" will

14:23:47  4     have it, "they" can control the territory.

14:23:51  5          You heard about the defendant's business from the

14:23:53  6     defendant, but it's not the same business the defendant

14:23:56  7     had.  According to all the other evidence, the

14:24:00  8     defendant's business was that hostages would be taken

14:24:03  9     for ransom, money would be transferred to the United

14:24:06  10    States, and the United States' guns would be purchased,

14:24:08  11    guns would be smuggled from the United States to Haiti,

14:24:12  12    and then those guns would be used for the hostage

14:24:14  13    taking.

14:24:14  14         You heard that in March and April 2021, Ms. Tunis

14:24:19  15    and Mr. St. Louis purchased weapons.  You saw text

14:24:22  16    messages that those weapons were smuggled into the

14:24:24  17    United States.  You heard the FBI did not recover those

14:24:28  18    weapons, and you heard and saw two witnesses take the

14:24:33  19    stand, look at that video of Lanmo Sanjou, and identify

14:24:37  20    weapons that were similar or the same as the weapons

14:24:41  21    that were not recovered.

14:24:43  22         Defendant put these arms in the hands of the gang.

14:24:49  23    And he needed money to do that.  These are not cheap.

14:24:57  24    You heard all this evidence that Haiti is this extremely

14:25:00  25    poor country.  It is economically ravaged; and yet, the

14:25:06  1    defendant, not only can he afford $3,200 in Fendi, he's

14:25:12  2    also buying an $11,000 gun.  And do you really think he

14:25:17  3    made that off of soybeans?  No.

14:25:22  4        The money from the firearms came from 400 Mawozo.

14:25:25  5    The defendant said that in his own words.  He met with

14:25:29  6    the FBI on the way back from Haiti, and he said,

14:25:33  7    "Whenever we have to buy guns, Lanmo would come up with

14:25:36  8    the money.  I'll give the money to Santia, and Santia

14:25:41  9    will send it to Tise."

14:25:43  10       Lanmo had given Santia money directly.  Lanmo.

14:25:47  11       I would ask Lanmo to give the money to someone else

14:25:49  12   and that someone else would give the money to Santia,

14:25:52  13   and Santia would send it to Tise."

14:25:55  14       That income is coming from the kidnappings.  You

14:25:58  15   heard Jonas Isidor tell you this.  You heard the

14:26:01  16   missionaries tell you this, and you heard Jeanty Louis.

14:26:05  17   Remember Jeanty Louis who was himself in the military

14:26:08  18   told you the gang also well structured.  It's like the

14:26:12  19   military.  This is an established hierarchy.  There was

14:26:14  20   a logistics person who gave me soap and a toothbrush and

14:26:18  21   medicine.  There was a guard force.  They worked in

14:26:19  22   shifts.  They came and they went.  There was an

14:26:20  23   inventory.  The guy had a notebook and said:  When you

14:26:23  24   came here and were kidnapped, you had a phone and you

14:26:24  25   had a belt and you had car keys, and I'm giving these

14:26:26  1    things back to you.  And he checked him out, right?
14:26:28  2    It's a business.
14:26:30  3         And how much to charge in ransom is a business
14:26:32  4    decision.  Right?  For Jeanty St. Louis, the answer was
14:26:38  5    zero.  We're charging nothing.  Oops, we shouldn't have
14:26:41  6    kidnapped that guy.  It turns out his whole family is,
14:26:44  7    like, in politics in Haiti and, man, like, we're going
14:26:46  8    to get in serious trouble.  And we think he's in the
14:26:49  9    military and we're worried they're going to send special
14:26:54  10   forces down to get him.  Let's just let him go.
14:26:55  11        You heard Lanmo said big mistake.  You should have
14:26:57  12   told us you were coming, we wouldn't have bugged you,
14:26:59  13   right?  Like it's a business decision.  We're going to
14:27:02  14   go after people who aren't going to be that much
14:27:04  15   trouble.  Right?
14:27:05  16        So here you have defendant's own words showing he's
14:27:09  17   involved in the kidnapping enterprise, he's part of that
14:27:14  18   part of the business.
14:27:15  19        On April 21st, you heard he agreed to release the
14:27:18  20   priests and the nuns in exchange for getting out of
14:27:22  21   jail, and the Haitian government reneged.  Isidor told
14:27:24  22   you that.
14:27:25  23        On June 18th, he said -- he sends that video,
14:27:29  24   remember, to Ms. Tunis.  And he says:  "This happened at
14:27:31  25   his house.  They took him with his boxers on.  We are in

14:27:34  1    his house right now.  We recorded a video.  The video

14:27:37  2    started when we were in his house.  Do you see the part

14:27:39  3    where they were dragging him out?"

14:27:41  4        "We."  400 Mawozo.  "We."

14:27:45  5        On August 14th of 2021, Tunis says that they

14:27:48  6    kidnapped her brother.  She's talking about this friend

14:27:50  7    she has who called her in a panic.  Her brother's gotten

14:27:55  8    kidnapped.  And then what does Tunis say?  "Hey, did you

14:27:57  9    go to work today?"  Did you guys -- you -- it's you

14:28:00  10   guys, it's you guys, 400 Mawozo, who do the things.

14:28:04  11   "Deco, do you have someone of that profile inside?"

14:28:07  12       And then remember, he says I'll call you later, and

14:28:10  13   then she texts him and thanks him for getting this

14:28:15  14   kidnapping victim released.  That is the power he has.

14:28:20  15       His work today that he went to, it's not the bean

14:28:23  16   farm.

14:28:26  17       On October 14th he says, we found $60,000 [sic] on

14:28:31  18   him, we automatically kidnapped him.  We held him

14:28:35  19   hostage right away.

14:28:37  20       This is two days before the missionaries are

14:28:39  21   kidnapped.  And this is what he tells his girlfriend.

14:28:44  22       And on May 3rd, he comes back from Haiti and Agent

14:28:50  23   Dugue says, "Make a call and see if you can get that DR

14:28:53  24   official released."

14:28:53  25       He calls Gaspiyay.  Gaspiyay says he'll talk to

14:28:58  1    Lanmo.  He calls Gaspiyay back again.  What does

14:29:01  2    Gaspiyay say?

14:29:03  3        "If Lanmo doesn't do it, I will kill him."

14:29:10  4        That is the devotion that the leaders of 400 Mawozo

14:29:13  5    have for their leader, for their king.  And you heard

14:29:21  6    today Agent Dugue admit that part of defendant's

14:29:26  7    interview where he told the FBI, if someone's bothering

14:29:30  8    me, they'll kill him for me.

14:29:36  9        So given this business of the gang, given this

14:29:43  10   payday they could have had, right, here they have these

14:29:48  11   hostages.

          12        (Exhibit published)

14:30:24  13        MS. SEIFERT:  You have Lanmo Sanjou with

14:30:25  14   Vitel'Homme standing next to him saying, "Lightning

14:30:28  15   strikes me, if I don't get what I need, you see these

14:30:31  16   Americans, I would rather kill them.  As I was coming

14:30:35  17   here, I left a big weapon pointed toward each of their

14:30:38  18   heads."

14:30:38  19        He's already demanded the 17 million when he says

14:30:42  20   this and goes on social media, and this goes viral.

14:30:47  21   Okay?  He says he's going to kill them if he doesn't get

14:30:50  22   the money.  Okay?  It's all over the news in Haiti.

14:30:53  23   It's all over the news in the U.S.

14:30:57  24        You heard Mr. St. Louis say that.  You heard

14:31:00  25   Mr. Germine say it was all over the news in Haiti.

14:31:02  1           So what is it, what is it that would cause Lanmo

14:31:06  2    Sanjou when he has this huge payday coming his way,

14:31:10  3    right, for all himself, his gang members, what would

14:31:13  4    make him forego that money?

14:31:17  5           He said, "It's about an exchange.  I'm not in this

14:31:21  6    for the money."

14:31:26  7           Six days before the missionaries are kidnapped, the

14:31:29  8    defendant sends this message to Ms. Tunis.  "They are

14:31:33  9    big guns, baby, big guns.  That's something I can use to

14:31:38  10   do a lot of bad things, man, while I'm on a motorcycle."

14:31:42  11          He is sitting in jail, and he is dreaming about

14:31:46  12   getting out.  In his mind, the wind is in his hair, he's

14:31:50  13   on the back of that motorcycle with that 50-caliber

14:31:54  14   Barrett, and he is taking out whatever he needs and he's

14:31:57  15   back in control on the street.

14:31:58  16          And six days later, who drives into his territory

14:32:03  17   but those 17 missionaries.  And he sees this as his

14:32:08  18   opportunity to make the Haitian government make good on

14:32:12  19   exactly what they promised him before, release from

14:32:17  20   prison.

14:32:21  21          Like I said, the king wants -- the king gets what

14:32:24  22   the king wants.  And he's the king.

14:32:30  23          Let's talk just briefly -- you've been very

14:32:34  24   patient -- about the counts.  You're going to hear from

14:32:38  25   the Court there are 17 counts.  The first count is

14:32:43  1    conspiracy to commit a hostage taking, and then there's

14:32:44  2    one count for every single one of those victims.  Okay?

14:32:49  3        They were all held for a different amount of time,

14:32:51  4    but they were all held against their will.  Let's talk

14:32:55  5    just for a minute about conspiracy.  I'm not going to

14:32:57  6    talk about this too much because, like I said, the Court

14:32:59  7    is going to instruct you on all of this.

14:33:01  8        But a conspiracy is a partnership in crime, and I

14:33:04  9    think there's really not a dispute here that there was a

14:33:06  10   conspiracy to kidnap the missionaries.  I mean, you've

14:33:09  11   heard the missionaries, just based on Matt Miller alone,

14:33:14  12   like, government -- if all we had to do is prove a

14:33:16  13   conspiracy, we could have sat down after Matt Miller,

14:33:16  14   and you would have heard it.  Right?

14:33:17  15       He said -- he identified all the people and how

14:33:19  16   they're working together and all those things.  Right?

14:33:20  17       So the dispute here is not about whether a

14:33:22  18   conspiracy existed.  The dispute is whether the

14:33:25  19   defendant voluntarily joined that conspiracy and acted

14:33:28  20   in a way to bring it about.  Right?

14:33:30  21       And all of the evidence you just heard supports

14:33:33  22   that he did.

14:33:37  23       So let's talk about the elements of hostage taking

14:33:41  24   itself.  There are multiple theories of liability.  We

14:33:44  25   talked about this at the beginning, and now I'll just go

14:33:47  1    through them again.

14:33:47  2        The judge will instruct you, you can find the

14:33:50  3    defendant guilty because he committed an act.  You can

14:33:53  4    find him guilty because he conspired with other people,

14:33:56  5    and the coconspirator committed an act.  You can find

14:33:59  6    him guilty because he willfully caused other people to

14:34:01  7    act, and you can find him guilty because he aided and

14:34:05  8    abetted other actors.

14:34:08  9        Any of those theories are ways that you can find

14:34:11 10    him accountable for those kidnappings.

14:34:19 11        Let's talk about the elements of hostage taking.

14:34:22 12        Now some of these are not really in dispute.  The

14:34:25 13    hostage was a United States national.  Check.

14:34:28 14        You heard, right?  You saw Ms. Miller on the stand.

14:34:31 15    She showed you a list of all of the missionaries.  They

14:34:34 16    said they were all from the United States.  She said she

14:34:36 17    and her husband were from the United States.  You heard

14:34:39 18    Mr. Smucker say he was from the United States.  You

14:34:41 19    heard Ms. Cherilyn tell you her whole family was from

14:34:44 20    the United States.

14:34:44 21        And, in fact, they said there was one guy, the

14:34:47 22    Canadian, Dale.  He's not on your list, we're not --

14:34:50 23    he's not -- there's no charge against the defendant for

14:34:52 24    the Canadian because he is not a U.S. national.

14:34:55 25        But with respect to the other victims, there's

14:34:57   1    literally been no evidence that they're anything other

14:35:00   2    than U.S. nationals.

14:35:01   3        Okay.  A hostage was seized and detained.  Again,

14:35:04   4    that's not really in dispute here.  Matt Miller alone

14:35:07   5    told you that.

14:35:10   6        While the hostages were seized and detained, they

14:35:13   7    were threatened with theft, injury, or continued

14:35:14   8    detention.  Check.

14:35:14   9        Not in dispute.  All four hostages said that

14:35:17  10    happened.

14:35:19  11        The threats were made in order to compel a third

14:35:22  12    person to perform certain acts.  For instance, paying of

14:35:25  13    a ransom or the release of the defendant from prison.

14:35:29  14    And this is the key.  It really doesn't matter which

14:35:33  15    one.  It doesn't matter if they wanted money or they

14:35:35  16    wanted him released.  It just doesn't.  The law does not

14:35:39  17    require one or the other.  They asked for a ransom.

14:35:42  18        So, again, on the first day as soon as they asked

14:35:44  19    for that 17 million, check.  This one's done.

14:35:49  20        And here's the one that is in dispute; that the

14:35:52  21    defendant either himself committed the acts or he caused

14:35:55  22    those acts to be done or he aided and abetted the

14:35:59  23    commission of the acts or he knowingly joined a

14:36:02  24    conspiracy, and it was reasonably foreseeable that a

14:36:04  25    coconspirator would commit such acts in furtherance of

14:36:09  1    the overall conspiracy.

14:36:10  2         And, ladies and gentlemen, for all of the reasons

14:36:13  3    we've discussed, the government submits the evidence

14:36:17  4    points in that element being met beyond a reasonable

14:36:23  5    doubt.

14:36:23  6         And finally, that the defendant acted

14:36:26  7    intentionally, deliberately, and knowingly.  And that is

14:36:28  8    not by mistake, inadvertence, or by accident.

14:36:31  9         And how do you know he was intentionally acting?

14:36:34  10   Well, you have his words.  You have the fact that he

14:36:37  11   controlled the gang in every way possible.  You have the

14:36:40  12   actions and deeds of the other gang members.  You have

14:36:45  13   what the missionaries saw and observed, that there was

14:36:48  14   someone else pulling the strings.  He is intentionally

14:36:53  15   involved.

14:36:59  16        You are required to judge the evidence in this case

14:37:04  17   by the testimony you heard in this case because the

14:37:08  18   victims deserve your fair and impartial consideration.

14:37:14  19   And when you consider all of the evidence before you,

14:37:18  20   the government submits that it has proved every element

14:37:20  21   of the crime beyond a reasonable doubt and that you will

14:37:25  22   find the same.

14:37:29  23        Hold the defendant accountable.  Hold him

14:37:34  24   accountable for what he did to these people and for the

14:37:39  25   crime he committed against them and return a verdict of

14:37:44  1     guilty on all charges.

14:37:48  2          Thank you.

14:37:50  3          THE COURT:  All right.  Let's take a brief

14:37:52  4     break before we go into the defense -- before we go into

14:37:57  5     the defense's closing.  It will be a ten-minute break.

14:38:00  6          (Jury out)

14:38:40  7          MS. AMATO:  Your Honor, I just wanted to bring

14:38:41  8     out one thing, which is -- and I don't -- I try not to

14:38:43  9     object during the parties' arguments, so I didn't

14:38:46  10    object.  But I do want to put on the record that

14:38:48  11    Ms. Seifert said, "I can't imagine how hard," and then I

14:38:52  12    believe she went on -- it is in terms of Pelice

14:38:55  13    testifying against his family.  She later said, "I

14:38:58  14    believe, but your recollection controls."  And then

14:39:01  15    further, "I don't believe there's a dispute about the

14:39:04  16    conspiracy."

14:39:05  17         So I would ask Your Honor to instruct the jury that

14:39:08  18    they are to disregard what the prosecutor believes in

14:39:13  19    her closing argument because it's improper for her to

14:39:17  20    personify herself in closing argument as to what she

14:39:22  21    believes and to comment as to her belief of the

14:39:24  22    evidence.

14:39:25  23          THE COURT:  In some context, that is true.

14:39:27  24     Any response from the prosecution?

14:39:29  25          MS. SEIFERT:  I think I certainly did not

14:39:34  1    intend to use the word "I," but obviously sometimes in

14:39:40  2    speaking things do come out.  I don't think any of those

14:39:42  3    references are actually comments on the evidence and, in

14:39:45  4    fact, one of them said, "I believe he said, but your

14:39:49  5    recollection controls."

14:39:50  6        So it was very clear that I was at that moment not

14:39:54  7    sure if that's what the evidence said and so was telling

14:39:57  8    them their recollection controls, so I don't think

14:39:59  9    that's a comment on the evidence.  But, I mean, whatever

14:40:02  10   Your Honor believes is the appropriate remedy is fine.

14:40:06  11       THE COURT:  I'll look at the -- at the

14:40:09  12   transcript and consider it.  I don't believe -- I don't

14:40:15  13   believe that there was an improper personification, but

14:40:18  14   let me look at it and see.  See you in a couple minutes.

14:40:39  15       (Court in recess, 3:40 p.m. to 3:51 p.m.)

14:51:50  16       THE COURT:  After reflection and consideration,

14:51:52  17   I decided not to give any cautionary instruction or

14:51:56  18   comment to the jury with respect to the concern about

14:52:00  19   the use of "I" in the closing.  I don't think the

14:52:04  20   examples that were cited are examples of concern.

14:52:08  21       MS. AMATO:  Your Honor, I do request, though,

14:52:10  22   that in rebuttal, that the same error does not occur,

14:52:14  23   that the same language is not used.

14:52:16  24       THE COURT:  I'm sure that whoever is doing the

14:52:18  25   rebuttal will take that into account.

| | | |
|---|---|---|
| 14:52:20 | 1 | MS. AMATO:  Thank you. |
| 14:54:00 | 2 | (Jury present) |
| 14:54:01 | 3 | THE COURT:  Welcome back, ladies and gentlemen. |
| 14:54:03 | 4 | Please be seated.  We're now ready for the defense |
| 14:54:12 | 5 | counsel. |
| 14:54:12 | 6 | Mr. Orenberg. |
| 14:54:13 | 7 | MR. ORENBERG:  May it please Court. |
| 14:54:26 | 8 | Good afternoon.  Hello.  It's been a long eight |
| 14:54:29 | 9 | days. |
| 14:54:31 | 10 | I wanted to start off by just clarifying something |
| 14:54:34 | 11 | that I think maybe some of you are thinking.  The |
| 14:54:42 | 12 | missionaries -- we're not saying it was their fault what |
| 14:54:45 | 13 | happened to them.  It was awful.  I think we can all |
| 14:54:49 | 14 | agree about that, that it was awful.  It was a |
| 14:54:52 | 15 | horrible -- it was a tragic event for some of them |
| 14:54:57 | 16 | lasting two months.  It should have never happened. |
| 14:55:00 | 17 | But the point I'm trying to make here and the point |
| 14:55:03 | 18 | of this case is that Mr. Germine was not involved, and |
| 14:55:10 | 19 | I'm going to point out to you different ways to show you |
| 14:55:13 | 20 | why he was not involved, including the fact that he |
| 14:55:16 | 21 | testified that he told you he wasn't involved. |
| 14:55:20 | 22 | Now, as I said, there are things, what we call |
| 14:55:22 | 23 | undisputed evidence, that we can all agree upon.  The |
| 14:55:26 | 24 | missionaries were kidnapped.  It was a horrible event. |
| 14:55:29 | 25 | It happened in Haiti.  We saw lots of maps.  We know |

14:55:35  1    that they endured horrible circumstances, that they were

14:55:39  2    victims, innocents, and didn't deserve what had happened

14:55:41  3    to them.  And their perseverance and faith in God was

14:55:47  4    extraordinary.

14:55:48  5        The people who took them, the group that took them,

14:55:51  6    had a leader.  And the leader -- and you can see this

14:55:57  7    from the evidence in this case -- was Lanmo Sanjou.

14:56:01  8    Lanmo or Sanjou had others in his circle of accomplices

14:56:07  9    which included Pop-A-Wheelie Chief and the day guards

14:56:10  10   and the night guards and others who had helped.  We

14:56:12  11   heard about the people who brought the food and others,

14:56:17  12   okay.

14:56:18  13       The missionaries had spoke to these people.  Saw

14:56:24  14   them and interacted with them.  It was Lanmo Sanjou who

14:56:27  15   negotiated the ransom for these missionaries.  It was

14:56:35  16   Lanmo Sanjou who spoke with the people at CAM and the

14:56:39  17   TPIs and all of that.  And it was all about a sum of

14:56:43  18   money until Barry, Barry Grant, the -- I guess, director

14:56:48  19   of the CAM, okay, said, "We don't have any money.  We

14:56:51  20   don't have money.  But what kind of services can we

14:56:57  21   provide you?"  Okay?

14:57:00  22       At that point -- and it was on Exhibit 703T at

14:57:06  23   Page 4, okay -- Lanmo Sanjou raised the idea that maybe

14:57:10  24   there is something else you can do for us.  It's

14:57:19  25   undisputed.

14:57:20  1          Now, over time the negotiations continued.  There

14:57:24  2     were calls, as we know, many ransom calls between Lanmo

14:57:27  3     Sanjou and the TPIs.  And you're going to have, as I

14:57:30  4     said, this 703T.  It's in evidence.  And you can review

14:57:35  5     it yourselves and make a decision what was said.  And

14:57:38  6     you'll read that it was not Mr. Germine who was asked to

14:57:40  7     be released.  You never hear his name in these calls.

14:57:44  8     You never hear his name, okay?

14:57:46  9          And then we can also agree or it's undisputed,

14:57:49  10    because you heard from Mr. Germine himself, that he had

14:57:53  11    businesses in Haiti.  And let's back up for a second.

14:57:56  12         He also told you about growing up in Haiti, that he

14:58:01  13    made it through the 9th grade and then he decided to

14:58:05  14    start a group, a vigilante group, because he didn't like

14:58:08  15    the conditions of what was happening to the people in

14:58:11  16    his area, in Haiti.  There was a group that was called

14:58:15  17    the Texans or the Texas group.  And at some point,

14:58:22  18    Mr. -- at some point in 2015, Mr. Germine went to jail,

14:58:26  19    okay?  It's undisputed.

14:58:29  20         Now, I also want to say you don't have to -- or you

14:58:33  21    shouldn't judge Mr. Germine based on the fact that he

14:58:38  22    went to jail or he was convicted in another case that we

14:58:40  23    all heard about, okay?  You may not like him, but you

14:58:44  24    have to keep your eye on the evidence and the charges in

14:58:48  25    this case, not what happened previously in Mr. Germine's

14:58:53  1    case.

14:58:55  2         As I told you, he was brought here to the United

14:59:00  3    States to -- to plead guilty to other charges.  He pled

14:59:03  4    guilty to the gun charges.  And you also heard him say

14:59:07  5    that he knows Lanmo Sanjou and Gaspiyay and others

14:59:12  6    because of his family relationships with them.  And he

14:59:17  7    knows that they are gang members or members of the 400

14:59:21  8    Mawozo, but he himself is not a member.

14:59:23  9         And he told you that the 400 Mawozo group started

14:59:27 10    after he went to prison.  He was in charge -- or he was

14:59:30 11    involved and helped create the Texans, but he didn't

14:59:40 12    help create or was in charge of the 400 Mawozo.

14:59:46 13         Now, Judge Bates is going to talk to you about mere

14:59:49 14    association or mere presence is not enough, okay,

14:59:54 15    even -- to -- to find him guilty of the charges.  He's

14:59:57 16    going to -- Mr. Germine is -- can the ladies and

15:00:03 17    gentlemen of the jury see this?

15:00:04 18         Oh, okay.  I just want to make sure.

15:00:06 19         Mere association with a member of a conspiracy,

15:00:08 20    even when that association is coupled with knowledge

15:00:11 21    that a conspiracy is taking place.  Mr. Germine may know

15:00:14 22    or be friendly with another -- with a coconspirator

15:00:17 23    without being a coconspirator -- a conspirator, excuse

15:00:20 24    me -- himself.  Mr. Germine's mere presence at the scene

15:00:23 25    of a crime, even coupled with knowledge that a crime is

15:00:27  1    taking place.

15:00:32  2        Similarity of conduct or the fact that the person

15:00:35  3    may have assembled together and discussed common aims

15:00:38  4    and interests, Mr. Germine's mere knowledge or

15:00:40  5    acquiescence in the unlawful plan without his agreement

15:00:44  6    in it and the fact that Mr. Germine's acts without

15:00:46  7    knowledge merely happened to further the purposes or the

15:00:49  8    objectives of the conspiracy, this is not enough, ladies

15:00:52  9    and gentlemen, and you're going to hear it from Judge

15:00:55  10   Bates.

15:00:55  11       You're also going to hear from Judge Bates in his

15:00:58  12   closing instructions that --

15:01:02  13       Next slide, please.  Thank you.

15:01:03  14       -- however, evidence that Mr. Germine merely

15:01:05  15   associated with persons involved in a criminal venture

15:01:07  16   or was merely present or was merely a knowing spectator

15:01:12  17   during the commission of the offense is not enough for

15:01:14  18   you to find him guilty as an aider and abetter.

15:01:21  19       I don't think there's any doubt that Mr. Germine

15:01:22  20   was a knowing spectator during the commission of the

15:01:27  21   hostage taking of the 17 missionaries in October of

15:01:32  22   2021.  It was all over the news.  He heard about it.  In

15:01:35  23   fact, he heard about it right away because news travels

15:01:41  24   fast, and it was something that was shared not only

15:01:44  25   among himself and the other people in the prison, but he

15:01:46   1    shared it with the others that he knew.

15:01:48   2        And -- and the government makes much of the fact

15:01:51   3    that he was texting back and forth with Ms. Tunis about

15:01:54   4    the articles.  First, it was the French article that

15:01:59   5    you've all seen, and then it was *The Washington Post*

15:02:03   6    article.  But that was the news of the day, and that was

15:02:05   7    pretty big news.  You heard from the witness -- from

15:02:07   8    some of the witnesses, and that was pretty big news in

15:02:10   9    Haiti on October 16, 2021, that 17 missionaries were

15:02:14   10    taken captive.

15:02:15   11        So he was just merely a spectator at that point in

15:02:19   12    time, and throughout, he was merely a spectator because

15:02:23   13    he knew -- and we're not disputing that he knew the

15:02:25   14    others in the case that you heard about, Lanmo Sanjou

15:02:28   15    and Gaspiyay and Koleg and Vitel'Homme.  He knew them,

15:02:33   16    but he was not -- he was not involved with them and what

15:02:39   17    they did.

15:02:44   18        Now, Judge Bates is also going to talk to you

15:02:46   19    about -- and I just sort of talked a little bit about

15:02:50   20    it, that you've heard evidence of acts that were not

15:02:53   21    strictly part of the crimes that Mr. Germine was charged

15:02:56   22    with.  You've heard evidence, for instance, that

15:02:59   23    Mr. Germine may have been involved in the purchase or

15:03:01   24    transfer of firearms to Haiti from the United States and

15:03:05   25    that he may have knowledge of or have been involved with

15:03:09  1     prior hostage takings committed by the 400 Mawozo.

15:03:14  2          Mr. Germine told you that he was in the business of

15:03:18  3     buying and selling guns and that he would buy guns or he

15:03:22  4     would arrange to have guns bought in the United States

15:03:25  5     with the help of Ms. Tunis and through Walder St. Louis,

15:03:30  6     and you heard the name Jocelyn Dor.  And that he would

15:03:34  7     help arrange for the sale of those weapons in Haiti,

15:03:36  8     which often included selling to gangs, including the 400

15:03:43  9     Mawozo.

15:03:44  10         But he's not here on trial for weapon smuggling.

15:03:47  11    He was on -- he pled guilty to that last year, and you

15:03:50  12    heard all about that.

15:03:54  13         Now, I want to move on to the missionaries in this

15:03:55  14    case that testified.  You've heard from Matt Miller, and

15:04:00  15    he told you a lot about what happened and -- but he also

15:04:02  16    told you that he never saw Mr. Germine or he never even

15:04:06  17    heard of his name and that he believed that Lanmo Sanjou

15:04:11  18    was the Big Chief and was the leader of what had

15:04:14  19    happened to them and what was going on while they were

15:04:16  20    in captivity.

15:04:20  21         In fact, when he got sick, Rachel Miller went to

15:04:23  22    Lanmo Sanjou and pleaded for her husband's release

15:04:26  23    because she believed him to be the Big Chief and the

15:04:30  24    leader, and she never heard the name Germine or Joly or

15:04:35  25    Yonyon.

15:04:36  1          And then you heard from Rachel Miller.  Rachel

15:04:39  2     Miller talked to you about her experiences and about her

15:04:43  3     diary, okay?  But she never -- there was never an entry

15:04:48  4     saying that Yonyon, who's Mr. Germine as we know, was

15:04:52  5     involved when they sought the release of Yonyon.

15:05:00  6          She did talk a lot about the ransom calls and --

15:05:04  7     I'm sorry, about the efforts to get him released, but

15:05:11  8     she did mention that she did hear that someone named

15:05:14  9     Senator was perhaps one of the persons who was going to

15:05:18  10    be released.

15:05:19  11         That's not Yonyon, that's not Germine, that's not

15:05:23  12    Joly Germine.

15:05:24  13         Now, with Cherilyn Smucker, the third -- well, she

15:05:29  14    was after her husband, but I'll start with her.

15:05:34  15    Cherilyn Smucker, she told you that she didn't hear any

15:05:36  16    of the calls that Lanmo made and doesn't know whom he

15:05:40  17    called because she believed him, and she called him

15:05:43  18    Beanie to be the Big Chief.

15:05:44  19         And she said to you that he was in charge of

15:05:46  20    telling others what to do.  She doesn't know who, or if

15:05:49  21    at all, that Beanie was reporting to, and she didn't

15:05:54  22    witness any conversations between Beanie and anyone

15:05:59  23    else.

15:06:01  24         Now, Austin Smucker also said to you that Sanjou is

15:06:06  25    the leader, the Big Chief, and that people in their

15:06:12  1    group considered Sanjou to be the leader of the gang.

15:06:23  2        And then you heard from a series of agents.  I'm

15:06:26  3    just going to point out a few things that some of these

15:06:33  4    agents said.  Okay?

15:06:34  5        Most importantly with Agent Harrison, they told you

15:06:37  6    that they took Mr. Germine out of the Haitian prison and

15:06:41  7    over to another Haitian, I guess, police station or

15:06:44  8    facility on November 11th to interview him and see if he

15:06:47  9    could help, help with the situation with the

15:06:50  10   missionaries.  Okay?

15:06:52  11       And that they took him out of jail, and the first

15:06:55  12   call mentioning Yonyon's release -- and it's in the

15:06:59  13   telephone records that you're going to have to review --

15:07:01  14   was at 9:48 that same evening.  And this was after he

15:07:06  15   was taken out of the prison by U.S. law enforcement

15:07:13  16   officers.

15:07:13  17       Ms. Calidonna, who testified about the phones and

15:07:18  18   about how she spent a lot of time examining the

15:07:22  19   telephone evidence and putting together the charts and

15:07:25  20   putting colors and -- to identify various people.  You

15:07:30  21   know, it's a pretty display.  But the reality is, is

15:07:34  22   that there's no recordings.  Okay?

15:07:41  23       It's -- it's one thing, and you heard Mr. Germine

15:07:43  24   tell you and confirm, and he's not denying it, that he

15:07:47  25   was in frequent contact with his family members.  He was

15:07:50    1    in contact with Yonyon -- excuse me, with Sanjou.  He

15:07:57    2    was in contact with Zo, Mr. Pelice, he was in contact

15:08:00    3    with Vitel'Homme.  He's not denying that.  But you don't

15:08:04    4    have the recorded conversations about what they were

15:08:08    5    talking about on various dates.

15:08:10    6         They were cousins.  They were longtime friends and

15:08:14    7    family members.

15:08:15    8         Ms. -- the government is asking you to speculate as

15:08:17    9    to what those conversations were about, and that's

15:08:21   10    something you can't do because you can only consider the

15:08:24   11    evidence that came from that chair right over there next

15:08:27   12    to Judge Bates or that was presented in some sort of

15:08:30   13    documentary fashion through the screens.

15:08:38   14         Now, Agent Fritz Dugue also talked about

15:08:41   15    Mr. Germine and -- and what happened with him.  And --

15:08:48   16    well, let me just tie this together with Mr. Isidor.  He

15:08:54   17    talked a lot about what happened with Mr. Isidor, and

15:08:56   18    it's, you know -- where he confirmed that when he asked

15:09:01   19    Mr. Isidor to make telephone calls that those telephone

15:09:07   20    calls were recorded.  And Mr. Isidor told you from that

15:09:09   21    stand that -- that they were not recorded.

15:09:12   22         So social media that Pelice -- of Pelice confirmed

15:09:18   23    that he gave, you know, to the government something to

15:09:26   24    cause them to come get him, and that he was seeking

15:09:31   25    benefits for being a cooperator.

15:09:36    1           Pelice -- and this is Agent Dugue who told you that

15:09:39    2    he put out on social media stuff about the 400 Mawozo

15:09:43    3    even when it was dangerous to do so, as I said, hoping

15:09:46    4    to gain the attention of the U.S. Government.  And it

15:09:49    5    worked, and they sought him out.

15:09:51    6           But none of these social media recordings that

15:09:55    7    Agent Dugue reviewed, and he said there was a number of

15:09:57    8    them, was there acknowledgment from Mr. Germine that he

15:10:01    9    was involved with the hostage takings.

15:10:08   10           In fact, Mr. Pelice played the recordings of

15:10:11   11    Mr. Germine, and never once was Mr. Germine mentioned in

15:10:15   12    the -- being involved with kidnappings or being involved

15:10:20   13    with 400 Mawozo.

15:10:27   14           Speaking of Mr. Pelice, well, you saw his

15:10:29   15    testimony.  It was all about what -- what you can do for

15:10:31   16    me, you know?  He was a known liar, yet the government

15:10:37   17    brought you this evidence for you to consider.  You

15:10:41   18    know, how do we know that he's --

15:10:44   19           MS. SEIFERT:  Your Honor, object to the use of

15:10:46   20    the term "liar."

15:10:51   21           THE COURT:  You can delete that term and

15:10:54   22    disregard it.

15:10:55   23           MR. ORENBERG:  Okay.

15:10:55   24           THE COURT:  Continue.

15:10:58   25           MR. ORENBERG:  He's less than credible.  He's

15:11:00  1    less than credible for a variety of reasons, and we

15:11:02  2    brought out -- or Ms. Amato, my co-counsel, brought out

15:11:06  3    on cross-examination the various reasons why his

15:11:09  4    credibility is suspect, and that you should not

15:11:14  5    consider -- well, you should consider the fact that he

15:11:22  6    was trying to get something from the U.S. Government to

15:11:24  7    help him but, you know, he wanted some sort of benefit,

15:11:31  8    as I said, and he has an ongoing pattern of doing this.

15:11:35  9    Okay?

15:11:36  10        For example, he wanted to talk to the government --

15:11:39  11   and we heard a lot about this -- he wanted to talk to

15:11:42  12   the government before he testified last Friday in this

15:11:45  13   case, in this trial, but they wouldn't talk to him.  And

15:11:48  14   then he -- after his testimony, he seemed to be upset

15:11:54  15   and said some things to one of the U.S. Marshals on the

15:11:58  16   way back down.

15:12:00  17        I think you can extrapolate or -- or determine for

15:12:04  18   yourselves that Mr. Zo -- or Mr. Pelice, Zo, was a very

15:12:11  19   troubled individual.  In fact, he told you that he was

15:12:14  20   sick and that his brain wasn't right; and that they used

15:12:19  21   him to testify in the grand jury and in another

15:12:26  22   proceeding.

15:12:26  23        He was easy to manipulate, and this was something

15:12:28  24   the government did to get him to testify here in this

15:12:32  25   trial.

2108

15:12:34  1          In fact, while he was testifying, he said to you --
15:12:41  2     here's a picture of Mr. Zo.  He said to you, "Tell me
15:12:45  3     why I am here today.  It will make me comfortable."
15:12:49  4          And the question by Ms. Seifert was, "Mr. Pelice,
15:12:53  5     you're here today to testify against the defendant,
15:12:56  6     Mr. Germine."
15:12:57  7          Judge Bates jumped in and said, Well, let me
15:12:59  8     rephrase that.  Ms. Amato made an objection -- the Court
15:13:03  9     said, "Let me rephrase that.  Just a second."  And Judge
15:13:06  10    Bates said to Mr. Pelice, "You are here to give truthful
15:13:10  11    testimony with respect to Mr. Germine's conduct, not
15:13:15  12    to -- not here to examine your own conduct."
15:13:19  13         But this shows you, ladies and gentlemen of the
15:13:20  14    jury, that Mr. Pelice wanted to know why he was here to
15:13:25  15    testify in this trial.  He wanted to hear it from the
15:13:27  16    government.  And the government said to him, you're here
15:13:30  17    to testify against Mr. Germine.  He's easily
15:13:38  18    manipulated.
15:13:38  19         Now, we also know that Mr. Pelice, his credibility,
15:13:43  20    is suspect because in the grand jury, he told the
15:13:48  21    government he called Mr. Germine on November 20th, 2021,
15:13:53  22    the day after the two hostages were released.
15:13:57  23         Do you remember that?
15:13:58  24         But when you look at Government's Exhibit 251 --
15:14:02  25    and I have it up here on the screen, and you'll have it

15:14:04  1     with you in the back -- you'll see that no calls that

15:14:08  2     day were made from Zo to Mr. Germine.

15:14:11  3         All we have is a call on 11/20/21, at 2:02 p.m., in

15:14:21  4     the afternoon, a call from Germine to an unknown male.

15:14:24  5     And then there's another call at 6:24, later the same

15:14:26  6     day, unknown male calling Germine.  Nothing from Zo.

15:14:39  7         So you know the government, if they had the call,

15:14:40  8     they would have -- or calls, maybe -- they would have

15:14:43  9     shown it to you, but they didn't.

15:14:48  10        But yet Mr. Pelice told the government he had

15:14:51  11    called Mr. Germine on 20 -- told the grand jury he had

15:14:54  12    called Mr. Germine on November 20th.

15:15:01  13        Then we get to Jonas Isidor.  Another cousin

15:15:08  14    with -- with Mr. Germine.  They grew up together.  They

15:15:10  15    spoke frequently.  Mr. Isidor acknowledged that his

15:15:18  16    cousin, Mr. Germine, was sent to prison in Haiti in

15:15:26  17    2015.

15:15:26  18        He already told you that when he was in prison --

15:15:28  19    when Mr. Germine was in prison, he could speak with him

15:15:31  20    and use phones; we know that.  And he also told you how

15:15:34  21    corrupt -- how corrupt the system in Haiti is, and how

15:15:36  22    they hold people in jail without causes.

15:15:38  23        And he claims that when law enforcement wanted --

15:15:46  24    well, they wanted him to make a call to him, but -- and

15:15:51  25    make a recorded call, but he said he didn't remember or

15:15:54  1    he said the call was not recorded.

15:16:00  2        He denied -- this is Isidor.  He denied meeting and

15:16:04  3    speaking with prosecutors.  Yet Agent Dugue told you

15:16:07  4    that they met several times.  And most importantly, why

15:16:14  5    you should consider his credibility suspect is that he,

15:16:18  6    himself, was in jail when somehow a subpoena came down

15:16:23  7    from -- here from the United States to Haiti, and a

15:16:26  8    decision was made to bring him up here to the grand

15:16:31  9    jury.  And he was only going to stay initially for a

15:16:33  10   short period of time, but then he was allowed to stay

15:16:38  11   longer.

15:16:38  12       He said that there were some threats against his

15:16:41  13   family and all of that, but he was allowed to stay

15:16:45  14   longer.  And I think it was Agent Dugue told you that

15:16:50  15   this permission or this procedure by which he could stay

15:16:53  16   had to be renewed every year; and it's up for renewal

15:16:59  17   later this summer; and that it was Agent Dugue's

15:17:07  18   understanding that the permission or this procedure

15:17:11  19   would not be renewed.

15:17:12  20       However, on the day -- and by the way, the

15:17:13  21   government also provided him housing and clothing, and

15:17:16  22   he said he had a job in construction; maybe they helped

15:17:20  23   him get the job.

15:17:20  24            MS. SEIFERT:  Objection, Your Honor.

15:17:22  25            THE COURT:  Sustained.

15:17:23  1            MR. ORENBERG:  Okay.

15:17:27  2        Well, they provided him money and clothing and

15:17:29  3    housing.  And then, just as this trial was getting

15:17:37  4    underway, an immigration lawyer on behalf of Mr. Isidor,

15:17:41  5    sent a letter, a request letter to the FBI, to help him

15:17:45  6    get a special visa so he could continue to stay here in

15:17:49  7    the United States after his current permission expired.

15:17:58  8        So Mr. Isidor realizes that he has it good here in

15:18:04  9    the United States, and he wants to stay here.

15:18:06  10        So when he testifies and tells you about things,

15:18:09  11    you have to take into account the incentives for him to

15:18:12  12    testify the way that he did, including the ongoing

15:18:16  13    permission for him to stay at least through July and the

15:18:20  14    possibility -- and Agent Dugue told you he doesn't know

15:18:24  15    what was going to happen with that letter, that request

15:18:27  16    letter from the immigration lawyer, but the possibility

15:18:30  17    that he may be allowed to stay even longer here in the

15:18:32  18    United States.

15:18:36  19        Now, I've already told you, you can't assume things

15:18:41  20    that are not in evidence.  All right?  And now we get to

15:18:46  21    the phone evidence.  Okay?

15:18:47  22        Now, which phones did Mr. Germine control?  Well,

15:18:54  23    Mr. Germine told you that he worked with two phones.  He

15:18:56  24    had two phones, 5752 and 9101.

15:19:01  25        The government would have you believe that he had

15:19:03  1    up to five phones.  Now, Mr. Germine was in prison,

15:19:11  2    okay, and Mr. Germine -- Mr. Germine told you that it

15:19:12  3    was difficult to maintain even one phone in prison

15:19:15  4    because the guards would sometimes come by and

15:19:18  5    confiscate them or they would be stolen.

15:19:22  6        I mean, use your common sense.  Somebody's in

15:19:26  7    prison, how do -- how do they get use and control of

15:19:28  8    five separate phones?  It just doesn't add up.  It's

15:19:36  9    just not reasonable to have five phones or use of five

15:19:40  10   phones.

15:19:43  11       All the government has shown you -- and I've said

15:19:46  12   this already before, but I have to tell you again -- is

15:19:48  13   that they have phone contacts; that calls were made

15:19:52  14   between Mr. Germine and Lanmo Sanjou and Gaspiyay and

15:19:56  15   others, okay, with respect to the kidnappings.

15:20:04  16       Now, again, Mr. Germine has told you, and he has

15:20:07  17   pled guilty to being a gun dealer, but that has nothing

15:20:13  18   to do with the kidnappings in this case.  The government

15:20:18  19   is asking you to make assumptions out of associations.

15:20:20  20   This is not evidence that you can rely upon.

15:20:26  21       I ask, don't be confused by all the fancy charts

15:20:30  22   and colorful numbers and pictures that Ms. Calidonna --

15:20:34  23   or Agent Calidonna testified about.  This is just mere

15:20:37  24   association.

15:20:38  25       Remember I talked to you about mere association?

2113

15:20:41  1    Judge Bates is going to talk to you about it again

15:20:44  2    also.

15:20:44  3        Nowhere in any of these calls, or these call

15:20:47  4    records, does it beyond a reasonable doubt show that he

15:20:55  5    was part of the conspiracy to commit hostage taking or

15:20:55  6    that he knowingly joined the conspiracy that was run and

15:20:58  7    that was headed by Big Chief Lanmo Sanjou.

15:21:11  8        Now, the government spent a lot of time talking

15:21:13  9    about the guns in this case, lots of text messages and

15:21:15  10   conversations with Tunis and Walder St. Louis.  And we

15:21:19  11   heard -- well, we saw pictures and receipts and all of

15:21:24  12   that about the purchasing of the guns in the United

15:21:27  13   States.  But that doesn't make Mr. Germine a kidnapper.

15:21:33  14   But we agree there was enough to say that he was a gun

15:21:36  15   smuggler, but he's not on trial for that today.  You

15:21:39  16   have to keep that separate and apart from what

15:21:48  17   Mr. Germine is on trial for today.

15:21:52  18       Again, I talked to you a little bit already about

15:21:54  19   Mr. Germine's testimony in this case and that he was a

15:21:58  20   businessowner.  And he had several business interests

15:22:01  21   and the gun selling, and he knew it was illegal.  In

15:22:03  22   fact, he pled guilty to it, okay?  And when -- when

15:22:10  23   asked -- and he was asked twice, once in Haiti and once

15:22:15  24   after he landed here in the United States, in Virginia,

15:22:18  25   to assist authorities in the release of hostages.

2114

15:22:27  1          I mean, think about that for a minute and think

15:22:29  2     about that when you go back to the jury room.  If he was

15:22:35  3     involved, if he was knowingly and intentionally involved

15:22:38  4     in the kidnappings and the conspiracy and the

15:22:40  5     kidnappings in this case, why would he acquiesce or

15:22:45  6     agree to help the United States law enforcement officers

15:22:48  7     in the pursuit of getting other kidnapping victims

15:22:51  8     released?

15:22:57  9          Now, the government -- I'm going to sum it up in

15:23:00 10     this way -- has brought to you a lot of red herrings in

15:23:05 11     this case.  I think you all know what a red herring is.

15:23:08 12     It's a misdirection, okay?

15:23:10 13          Starting with the video about Mr. Germine on his

15:23:14 14     birthday in the Fendi outfit and dancing around a little

15:23:17 15     bit and maybe having a -- having a drink in his hand and

15:23:20 16     having a cigarette, but we heard from Mr. Germine that

15:23:26 17     it was common, and it's almost required.  When you're in

15:23:29 18     jail in Haiti, you have to have people send you clothing

15:23:31 19     and food, otherwise, you wouldn't exist.  And it was his

15:23:36 20     birthday.

15:23:36 21          Okay.  So a friend, somebody sent him an outfit to

15:23:42 22     wear, a special outfit to wear on his birthday.  There's

15:23:46 23     nothing wrong with that.  And then -- as I already said,

15:23:59 24     another red herring in this case is the sending of the

15:24:05 25     two news articles that were -- as a result of the 17

2115

15:24:08　1　　missionaries getting kidnapped on October of 2021.

15:24:12　2　　　　He -- as I said, that was the news of the day.  He

15:24:16　3　　was excited about it.  But that doesn't show that he was

15:24:19　4　　involved with the taking of the 17 missionaries.

15:24:28　5　　　　And then the government, Ms. Seifert, made mention

15:24:30　6　　or actually made more mention about the kidnapping of

15:24:33　7　　the priest.  He wasn't directly involved with the

15:24:36　8　　kidnapping of the priest, ladies and gentlemen of the

15:24:37　9　　jury.  When you -- she showed you a specific piece of

15:24:42　10　　evidence about what -- what transpired.

15:24:43　11　　　　But when you take a look at all the evidence in the

15:24:46　12　　case, there's -- you have to -- you can't find that

15:24:50　13　　just -- even if he was involved, it has nothing do with

15:24:57　14　　the kidnappings on -- in October of 2021.  Those

15:25:00　15　　kidnappings and other kidnappings or other gang

15:25:03　16　　activities happened at different times, and he's not on

15:25:05　17　　trial for that.

15:25:16　18　　　　Next slide, please.

15:25:17　19　　　　So what do we have?  The government has -- is

15:25:21　20　　asking you to connect the dots.  We've already told

15:25:23　21　　you -- I've already told you that Mr. Germine, who has

15:25:27　22　　admitted to gun smuggling and money laundering, you've

15:25:30　23　　heard all about that.  All the dots, all the dozen or so

15:25:34　24　　dots lead to gun smuggling and money laundering.  They

15:25:38　25　　don't lead anywhere near the kidnapping or the hostage

15:25:43  1    taking of the 17 missionaries.

15:26:03  2         Now, again, on the night of November 11 -- and I

15:26:08  3    already mentioned this one because it was the

15:26:09  4    government -- government said that a call was made or --

15:26:14  5    but the call was not exactly made.  The government took

15:26:16  6    him and made a -- it was a very dramatic event.  They

15:26:20  7    took him out of the prison in Haiti, and up till this

15:26:22  8    date, no names had been mentioned by and between Lanmo

15:26:28  9    Sanjou and Barry Grant of -- of CAM.  It was all about

15:26:33  10   money.  There was no mention of names.

15:26:35  11        But I think you can agree or conclude that when

15:26:40  12   somebody is taken out of prison, prison's walls are very

15:26:45  13   thin and, sure, Mr. Germine was a known person in

15:26:49  14   prison.  So when -- when he finally was taken out of the

15:26:52  15   prison that evening to go to the other Haitian police

15:26:55  16   station to help them, that was big news within the

15:27:01  17   prison.

15:27:01  18        And, sure, other prisoners probably have

15:27:05  19   telephones, and the news got out that Yonyon was being

15:27:08  20   released.  And it was at that time or shortly thereafter

15:27:19  21   that the government decided that this was -- this was

15:27:24  22   the person who was in charge of what had happened to the

15:27:29  23   17 missionaries.

15:27:35  24        The government created the incentive for the gang

15:27:40  25   because they thought he had been released.  So the gang

15:27:43  1    heard he had been released, so they thought he had been

15:27:46  2    released.  So the government in its own way created the

15:27:49  3    incentive now to ask for Mr. Germine because they could

15:27:58  4    see it was possible for him to be taken out of prison.

15:28:01  5    In a -- a way, it was a setup.

15:28:07  6         Perhaps if they had taken someone else out that

15:28:11  7    evening to assist them, then we would be hearing about

15:28:15  8    someone else as being the leader of the 400 Mawozo and

15:28:20  9    the leader of -- or the person who orchestrated and was

15:28:25  10   involved with the hostage taking and the events that

15:28:28  11   transpired for 62 days.

15:28:32  12        But we know who committed the hostage taking.  It

15:28:35  13   was Lanmo Sanjou and his minions.  And Lanmo had motive,

15:28:42  14   he had opportunity, he had intent.  He controlled the

15:28:45  15   400 Mawozo.

15:28:47  16        Who didn't have this?  Who didn't have motive,

15:28:51  17   opportunity, intent or control of 400 Mawozo?

15:28:56  18   Mr. Germine.  He was in prison.

15:29:05  19        Now, ladies and gentlemen, the judge is also going

15:29:08  20   to talk -- going to instruct you on reasonable doubt.

15:29:09  21   The government has the burden of proving Mr. Germine

15:29:12  22   guilty beyond a reasonable doubt.

15:29:13  23        Okay.  Reasonable doubt, as the name implies, is a

15:29:17  24   doubt based on reason, a doubt for which you have reason

15:29:21  25   based upon the evidence or lack of evidence in this

15:29:23   1    case.

15:29:27   2         There should be lots of doubts in your minds,

15:29:29   3    ladies and gentlemen.  But the government, as I said, is

15:29:32   4    trying to do here is to connect the dots leading towards

15:29:37   5    the hostage taking when all the dots lead towards buying

15:29:43   6    and selling guns and money laundering.

15:29:52   7         Now, I wanted to talk to you a little bit about the

15:29:56   8    elements of hostage taking and the government's burden.

15:29:59   9    Ms. Seifert brought it up towards the end of her closing

15:30:03  10    argument and that the elements -- thank you.  Okay.

15:30:06  11         That the first element of hostage taking and the

15:30:09  12    government's burden that they have to prove beyond a

15:30:12  13    reasonable doubt is that the hostage was a United States

15:30:15  14    national during the relevant time on or about

15:30:18  15    October 16th, 2021, to on or about at the latest

15:30:24  16    December 16, 2021.

15:30:31  17         Other than Cherilyn Noecker talking about her

15:30:35  18    immediate family and the fact that they were from the

15:30:37  19    United States and other than Matt Miller mentioning that

15:30:44  20    he was from Portland -- Portland, Oregon, there was no

15:30:50  21    other testimony or no other documents to support that

15:30:55  22    the hostage was a United States national during the

15:30:58  23    relevant time.  You're going to get all the evidence.

15:31:03  24    You're going to be able to sift through it yourself.

15:31:06  25         So for the other hostages, other than the Noecker

15:31:11  1    family and Matt Miller, you should find that the

15:31:14  2    government has not -- has not met this burden of proving

15:31:21  3    that they were United States national.

15:31:36  4         Next slide.

15:31:39  5         And this, again, here I listed the different counts

15:31:42  6    and the different hostages.

15:31:45  7         Next slide, please.

15:31:51  8         Well, again -- well, let me -- let me say a couple

15:31:53  9    things.  First of all, Ms. Amato and I, we thank you for

15:31:58  10   your keen attention and patience during the past eight,

15:32:02  11   nine days.  And it's been a privilege for Ms. Amato and

15:32:09  12   myself, with the assistance of our paralegal,

15:32:14  13   Ms. Cubbage, to represent Mr. Germine in this case.

15:32:17  14        And, again, we do not blame the missionaries for

15:32:21  15   going to Haiti, and we do not blame them for being

15:32:24  16   kidnapped, and we are certainly sympathetic with the

15:32:28  17   missionaries for the terrible conditions that they

15:32:30  18   endured.

15:32:32  19        But if you have faith -- and when I say "you,"

15:32:35  20   ladies and gentlemen of the jury -- in our criminal

15:32:38  21   justice system, then you need to follow the instructions

15:32:40  22   of Judge Bates, and you need to carefully go through the

15:32:45  23   evidence that's been provided with respect to the

15:32:49  24   hostage taking.  Don't be bamboozled by the bright

15:32:53  25   lights of the video of dancing in prison or other things

15:32:56  1    or other crimes that went on at other times.  And when

15:33:00  2    you follow the instructions of Judge Bates, and

15:33:04  3    accordingly act with justice, I know you will return

15:33:08  4    verdicts of not guilty.

15:33:09  5        Thank you.

15:33:21  6        THE COURT:  The government's closing on

15:33:23  7    rebuttal.

15:33:24  8        MS. SEIFERT:  Your Honor, could we take a brief

15:33:26  9    five-minute pass to just gather our thoughts and then

15:33:30  10   we'll do the rebuttal?  I think it will go faster if we

15:33:33  11   can confer before we do that.

15:33:34  12       THE COURT:  And the -- my plan is to have the

15:33:36  13   rebuttal closing and then do the instructions today.  So

15:33:39  14   let's take a brief break, and we will resume in six

15:33:45  15   minutes, 20 of.

15:33:47  16       MS. SEIFERT:  Thank you, Your Honor.

15:34:20  17       (Jury out)

15:34:21  18       THE COURT:  Counsel, we probably won't have

15:34:24  19   another break before we go into the instructions.

15:34:26  20       I will tell you that I have considered the

15:34:28  21   positions of both sides and I had decided that the juror

15:34:33  22   who has now raised a concern that he expressed during

15:34:39  23   voir dire with respect to his availability next week and

15:34:44  24   because of the fact that the jury won't begin

15:34:46  25   deliberations in reality until tomorrow, or Friday, I'm

15:34:51   1    going to excuse that juror as our alternate.  That way,

15:34:57   2    we will -- we will avoid having a juror who may be

15:35:01   3    anxious to get things over with tomorrow, unduly anxious

15:35:06   4    and perhaps frustrated as having to be here if it

15:35:13   5    extends into next week.

15:35:14   6         All right.  I'll see you in just a couple minutes.

15:43:29   7         (Court in recess, 3:35 p.m. to 3:45 p.m.)

15:45:26   8              THE COURT:  Have you refined your --

15:45:26   9              MS. SEIFERT:  I just need to send an email to

15:45:28  10    my co-counsel so we can have two computers.  So if you

15:45:36  11    give me one minute, then I'll be ready.

15:46:32  12              THE COURT:  You avoided giving me a time

15:46:35  13    estimate.

15:46:35  14              MS. SEIFERT:  I'm sorry.  I didn't hear you say

15:46:38  15    that, Your Honor.

15:46:41  16         No idea, but --

15:46:45  17              THE COURT:  That's what I usually get from

15:46:48  18    lawyers.

15:46:48  19              MS. SEIFERT:  Yes, but I am avoiding giving you

15:46:51  20    a time.

          21         (Laughter)

15:46:53  22              MS. SEIFERT:  20 minutes?  I want to finish

15:46:58  23    today as much as you do, Your Honor.  So I will try not

15:47:02  24    to talk so fast that the court reporter yells at me.

15:47:04  25         How about that?

2122

15:47:05  1            THE COURT:  All right.

15:47:33  2        (Jury present)

15:47:38  3            THE COURT:  Welcome back, ladies and

15:47:40  4    gentlemen.

15:47:40  5        For the government closing in rebuttal,

15:47:44  6    Ms. Seifert.

15:47:44  7            MS. SEIFERT:  Thank you, Your Honor.

15:47:46  8        Good afternoon again, ladies and gentlemen.

15:47:50  9        You heard defense counsel talk to you about a lot

15:47:53  10   of things that pretty much wholly rely on the

15:47:57  11   defendant's statements, the ones he made to you

15:48:00  12   yesterday.  And the government submits those statements

15:48:04  13   are just not credible.

15:48:06  14       You are the finder of fact.  You sat here all week

15:48:11  15   and you heard all the evidence come out.  And guess who

15:48:15  16   else sat here all week?  The defendant.  So he could say

15:48:18  17   whatever he wanted on the stand to try to weave and bob

15:48:22  18   around whatever the evidence that already came out so

15:48:27  19   that he could make his story fit.  And you should

15:48:29  20   consider that when you evaluate the credibility.

15:48:33  21       And he says, "Oh, I never even told the FBI that I

15:48:36  22   had this gun business.  So, I mean, imagine this:  He's

15:48:40  23   on the plane coming from Haiti, and he agrees to talk to

15:48:43  24   them after being Mirandized, and he -- he says that he's

15:48:47  25   buying the guns, but he doesn't say it's for, like, a

15:48:51  1    business that he has, right?  He just leaves that out

15:48:53  2    entirely.  Like, why wouldn't you tell them at the time?

15:48:56  3    And supposedly, as he says on the stand, that business

15:48:58  4    has nothing to do with the gang.

15:49:00  5        Again, why wouldn't you -- if you're going to make

15:49:02  6    that statement, wouldn't you say that when you're on

15:49:05  7    your way to go to jail in America?  Like, that seems to

15:49:08  8    be when you would tell the FBI that, but he doesn't say

15:49:10  9    that at all.

15:49:11  10        In fact, what he says is that, "When we needed to

15:49:14  11    buy guns, Lanmo gave me the money."

15:49:16  12        And you heard me ask him yesterday, "Did Lanmo give

15:49:19  13    you the money for the guns?"

15:49:20  14        And what did he say?  No.

15:49:21  15        I mean, is it even credible at this point for him

15:49:24  16    to get on the stand and say that after all of the

15:49:27  17    evidence you have seen?  He is directly contradicted by

15:49:30  18    his own statement to law enforcement.

15:49:33  19        You heard today Agent Dugue put in all of those

15:49:37  20    statements that he made that contradict what he said on

15:49:41  21    the stand.

15:49:42  22        So let's talk about the many ways that the

15:49:46  23    government submits that's not credible evidence for you

15:49:48  24    to consider.

15:49:50  25        Again, he says Lanmo never sent him money, but he

2124

15:49:54  1    told the FBI whenever they needed guns, Lanmo did.

15:49:57  2        He said he was just friends with Tunis.  But you

15:49:59  3    heard Agent Bonura tell you that 1292 pages of text

15:50:06  4    messages said something very different.

15:50:07  5        He said he lost his phone and his SIM with the

15:50:11  6    phone number 9101, and he didn't have that on him at the

15:50:14  7    same time he had the 5752 number.  But you heard this

15:50:18  8    morning that he was chastising Ms. Tunis for adding

15:50:21  9    money to the wrong phone because the 9101 number he

15:50:24  10   still has access to, but that's just for WhatsApp.  So

15:50:27  11   don't put money on 9101.  You're supposed to be putting

15:50:31  12   money on 5752.  He clearly has access to both devices at

15:50:35  13   the same time.

15:50:35  14       And then let's talk about when he's on the stand

15:50:37  15   yesterday and he's saying:  Oh, well, I had that phone

15:50:40  16   but at some point I lost it.  I think that message is

15:50:43  17   from me, but I don't think it's on that device.  This

15:50:46  18   evidence must be doctored.

15:50:49  19       And then he says that someone else on October 10th

15:50:54  20   must have picked up his phone and someone else on

15:50:56  21   October 10th must have sent that message to Ms. Tunis

15:50:59  22   and called her baby.

15:51:02  23       I mean, come on.  Is that credible?

15:51:11  24       Then he says he didn't even know Koleg.  And that

15:51:15  25   the FBI wrote -- never mind, I'm having a few computer

15:51:23  1    problems -- that the FBI wrote -- I'm going to hand that

15:51:24  2    to my co-counsel -- that the FBI wrote the name Koleg on

15:51:29  3    the piece of paper.

15:51:30  4        I mean, that is so incredible not only because of

15:51:31  5    everything Agent Dugue told you, but it's not even on

15:51:34  6    the piece of paper that you saw.  Like, the FBI made

15:51:38  7    actual copies of the piece of papers he looked at, and

15:51:42  8    there's not names anywhere on there.  Not even the

15:51:42  9    defendant wrote the names in his own handwriting.

15:51:45  10        Like, where is this coming from?

15:51:46  11        He says that the firearms weren't purchased with

15:51:48  12   the gang's money, but everything else contradicts that,

15:51:52  13   including all of those message from Santia Jean to Tunis

15:51:56  14   where they're talking about sending the money and all

15:51:58  15   the evidence you heard that Santia was the cashier.

15:52:00  16        And, man, you even heard -- was it -- I believe

15:52:03  17   Austin Smucker say she showed up midway through the time

15:52:08  18   he's being held.  She's there at Location 1 flirting

15:52:11  19   with the guards.  I mean, she's in the gang.

15:52:16  20        He says he didn't go to prison for killing someone.

15:52:20  21   And that's what he said on the stand, but then you heard

15:52:24  22   this morning that he told the FBI that he killed

15:52:28  23   someone.

15:52:28  24        He said he doesn't know whether Zo is in fact even

15:52:31  25   a member of 400 Mawozo, but he told the FBI that Zo not

15:52:37  1    only was a member but that he was third in command.  And

15:52:40  2    when he met with the command, he knew the whole

15:52:43  3    hierarchy.

15:52:43  4         So for someone who is not in the gang anymore, he

15:52:46  5    sure has a lot of information about how the gang

15:52:48  6    operates.

15:52:48  7         And he said he wasn't himself a member of 400

15:52:51  8    Mawozo, which as we have already discussed, is

15:52:52  9    essentially controverted by every single other witness

15:52:56  10   with knowledge that you heard in this case.  Literally

15:52:59  11   everyone else said that, except him.

15:53:01  12        And, finally, he said he wasn't involved in the

15:53:03  13   hostage taking of the missionaries.  But that would be

15:53:06  14   the only hostage taking you heard about really that

15:53:10  15   he -- that there -- that he wasn't involved in.  I mean,

15:53:13  16   all of the other -- you saw all those messages he sent

15:53:16  17   where he's talking about people being kidnapped, and

15:53:18  18   he's talking about "we" and "I."

15:53:21  19        And so all of the evidence, when taken in full, is

15:53:25  20   what you need to consider when you ask yourself whether

15:53:28  21   that is truthful.  The government submits that he is not

15:53:32  22   a credible witness.  And you should disregard his

15:53:36  23   statements.

15:53:37  24        And the other reason you should disregard his

15:53:40  25   statements is he told you on the stand yesterday that he

2127

15:53:42   1    lied to the FBI.

15:53:44   2         Okay.  Well, was he lying then or is he lying now?

15:53:47   3    Which one is it?  He's already told you he's not -- he

15:53:50   4    hasn't been truthful.

15:53:54   5         Ladies and gentlemen, if you truly believe that he

15:54:01   6    bought those guns without any money from the gang and

15:54:07   7    bought them and he didn't intend to necessarily sell

15:54:11   8    them to the gang, that -- that's fine.  The government

15:54:14   9    is not pressing its proof on the -- on the guns.  We're

15:54:20  10    not.

15:54:22  11         And in my closing, I discussed with you what the

15:54:26  12    Court is going -- what the Court is going to instruct

15:54:27  13    you about the reason you can use that gun evidence, and

15:54:29  14    it is to show motive, control, lack of mistake, all of

15:54:34  15    those reasons.

15:54:35  16         We're not asking you to find him guilty of the

15:54:38  17    missionaries because of the guns.  We're not.  What

15:54:41  18    we're asking you to do is to consider that evidence in

15:54:44  19    the way in which the Court will instruct you.  And it

15:54:47  20    shows he's in charge, he's obtaining it, it's not a gun

15:54:51  21    business, it's a business of the gang.

15:54:58  22         All right.  Next slide, please.

15:55:00  23         Let's talk about these phone numbers and just get

15:55:02  24    this out of the way.  Okay.

15:55:04  25         The idea that these are not his phones -- and by

15:55:06  1    the way, in the slides we looked at in closing together,

15:55:09  2    these are the phone numbers that matter.  Okay?  There's

15:55:11  3    a lot of other phone numbers that were in the case at

15:55:13  4    other times, but in the ones that we looked at together

15:55:15  5    today, these are the phone numbers associated with the

15:55:17  6    defendant that matter.

15:55:19  7         5752.  First of all, that's in Ms. Tunis' phone.

15:55:21  8    That's the phone number she calls on October 16th when

15:55:25  9    she's waiting outside the gun store.

15:55:27  10        That's also the phone number that the defendant is

15:55:30  11   called on when Kerline Mathieu call -- calls Shedner

15:55:35  12   Germine, calls Yonyon because his cousin, Shedner

15:55:41  13   Germine, asks her to.  Right?  That's undisputed that

15:55:43  14   she, in fact, told the FBI that that's the number that

15:55:47  15   she called.  Okay?

15:55:48  16        And remember the cousin said, oh, that's the cousin

15:55:50  17   that's in jail.  You called the wrong cousin.  Yeah.

15:55:53  18   The cousin that's in jail.  This one right here.

15:55:55  19        And then you heard Agent Dugue listen to a portion

15:55:58  20   of that same recorded call this morning and identify

15:56:01  21   defendant on the phone.

15:56:02  22        So we know 5752 is his number, and we know it's his

15:56:06  23   number on October 21st of 2021.  Okay?

15:56:09  24        And, finally, you saw that voice message that he

15:56:13  25   sent to Ms. Tunis talking about the different phone

15:56:15    1    numbers.  And he references the 52 number.

15:56:18    2        Okay.  9101, again, if someone else is using the

15:56:22    3    phone, the WhatsApp phone number with 9101 with the

15:56:25    4    name, Joly M, on it throughout the time period of this

15:56:31    5    conspiracy, well, Agent Bonura will tell you otherwise

15:56:33    6    because he reviewed all those text messages, and they

15:56:36    7    are all coming from the same person, the defendant.

15:56:38    8        And, again, it's in the voice memo.

15:56:40    9        And, finally, 2140.  Okay.  Defendant's cousin,

15:56:44   10    Isidor, who you heard from, said this is the phone

15:56:47   11    number he called me on.  And you know what?  He was not

15:56:50   12    impeached on that in any way.

15:56:53   13        So these are his phone numbers.  Okay?  I'm not

15:56:56   14    asking you -- we are not asking you to convict someone

15:57:01   15    on the basis of a phone call.  But what we are going to

15:57:04   16    talk about in a little bit is how the evidence

15:57:06   17    cumulatively shows what was going on and the defendant's

15:57:10   18    involvement, and those phone calls are evidence of the

15:57:13   19    same.

15:57:16   20        Okay.  Next slide, please.

15:57:18   21        Okay.  Let's talk about this U.S. nationals issue.

15:57:22   22    And I'm -- frankly, we're going to do this really

15:57:24   23    quickly because I really don't think -- we really don't

15:57:27   24    think that the evidence is in dispute here, but we want

15:57:29   25    to clear it up for you.

15:57:30  1           Your recollection of the evidence controls.

15:57:33  2           Next slide, please.

15:57:34  3           What we recall, what the government submits what

15:57:36  4     happened at trail was Rachel Miller said all of these

15:57:39  5     people are from U.S. except for Dale.  Multiple people

15:57:42  6     referred to Dale as "the Canadian."  Right?

15:57:45  7           Cherilyn said her whole family is from America.

15:57:50  8           Agent Harrison said we're investigating 16

15:57:51  9     Americans who were kidnapped.

15:57:53  10          Lanmo called them "the Americans."

15:57:55  11          Sam Stoltzfus in his WhatsApp message said

15:57:59  12    "Americans."

15:57:59  13          Matt Miller told you he's from Ohio.

15:58:02  14          Austin Smucker told you he's from Oregon.

15:58:04  15          And in the defense's opening, they told you that

15:58:06  16    this element of the offense is not in dispute.

15:58:11  17          So we're here today and you can have your -- you --

15:58:12  18    your recollection controls, but the government submits

15:58:13  19    that there is no evidence to the contrary; that the 16

15:58:18  20    charges are all with respect to U.S. nationals.

          21          Next slide.

15:58:24  22          Let's talk about Mr. Pelice.  Now, you can discount

15:58:29  23    his testimony altogether as we discussed in -- in

15:58:33  24    closing; everything we're asking you to credit is

15:58:38  25    corroborated another way.

15:58:39  1          But I do think -- or we do submit that it's quite

15:58:43  2    important to think about the background of how

15:58:46  3    Mr. Pelice comes to the attention of the FBI.  Right?

15:58:49  4    He goes on social media and all on his own, he makes a

15:58:53  5    whole bunch of statements.  And you heard Agent Dugue

15:58:56  6    tell you about those yesterday.

15:59:00  7          And let's go through them now.

15:59:03  8          First, let's talk about how he's corroborated.  He

15:59:07  9    says, Yonyon entered into an agreement with Vitel'Homme

15:59:09  10   to conduct kidnappings.

15:59:13  11         Who else said that?  Isidor.

15:59:18  12         Zo told the grand jury Yonyon sent Koleg to kidnap

15:59:19  13   them.  Koleg brought them to Lanmo -- the missionaries

15:59:20  14   to Lanmo with Gaspiyay.

15:59:22  15         Zo also said that in his social media.

15:59:25  16         Isidor said that.  The missionaries saw Koleg

15:59:28  17   there, and the phone records show the calls to Koleg.

15:59:31  18         Zo says he went and checked on the missionary with

15:59:33  19   the small hand.  Who said that?  Matt Miller said that.

15:59:36  20   And actually Austin and Cherilyn also remember Zo being

15:59:40  21   there that night.

15:59:41  22         And, you know, Zo's a pretty identifiable person.

15:59:43  23   Right?  Like, he's -- you wouldn't forget seeing his

15:59:47  24   face.  And three of those missionaries saw him on that

15:59:50  25   day when Matt Miller was released and said he was there.

15:59:53   1          So is there really a dispute that he was there?

15:59:56   2          Defense is trying to tell you that we don't have a

15:59:58   3   phone call where -- to corroborate that he said he made

16:00:01   4   the call.

16:00:01   5          Well, you heard from Agent Calidonna, don't -- he

16:00:05   6   just -- don't necessarily have all the phone numbers.

16:00:08   7   Okay?  But is it a core fact that Zo called the

16:00:12   8   defendant?  We would submit it's not.  And, certainly,

16:00:14   9   there's lots of calls between them that we do have that

16:00:18   10  generally corroborate what Zo had told the grand jury

16:00:21   11  and what you should consider, which is that he was sort

16:00:24   12  of the eyes and ears for the defendant.  He was

16:00:27   13  reporting back on what was going on.

16:00:30   14         Zo told the grand jury, Lanmo would give the money

16:00:33   15  to Santia -- or sorry, that Lanmo would give him money

16:00:36   16  and he would give it to Santia.  And he says he told

16:00:39   17  Santia it was from the kidnappings.

16:00:40   18         You know who else said that?  The defendant.  He

16:00:43   19  told the FBI on May 3rd that when they needed guns,

16:00:47   20  Lanmo would give it to someone else and the someone else

16:00:49   21  would give it to Santia, and Santia would send it to

16:00:52   22  Tunis.

16:00:53   23         Zo is the someone else.  They both agreed that's

16:00:56   24  one of the things he was doing.

16:00:59   25         And, finally, that the defendant fired Lanmo and

16:01:02  1    replaced him with Zo.  That's what Zo told the grand

16:01:06  2    jury.  And that's what Mr. Isidor said happened as

16:01:10  3    well.

16:01:10  4        Let's go to the next slide.

16:01:12  5        Even before Mr. Pelice comes to the focus of FBI,

16:01:20  6    he identifies Yonyon as being involved in the kidnapping

16:01:23  7    of the missionaries.  He tells that to Le Moniteur

16:01:29  8    publication, or online publication.  And then you

16:01:31  9    received into evidence these four exhibits:  A social

16:01:34  10   media posting, 932T where he said, "Yonyon is the king

16:01:38  11   of the gang.  Once the king speaks, it's not a command.

16:01:41  12   No one can disobey the king's orders."

16:01:44  13       939T, he said, "I spent 59 days watching over the

16:01:47  14   Americans, passing them, telling them about God.  The

16:01:49  15   Americans, they always asked about Lanmo.  Why was he

16:01:52  16   such a thief?"

16:01:53  17       He also said that in the grand jury, right?  That's

16:01:57  18   part of his testimony.

16:01:59  19       940T, Pelice posts on social media, "The king, the

16:02:03  20   king."  Yonyon, who is the head of the 400 Mawozo gang.

16:02:06  21       937T, Pelice posts on social media, "I only know

16:02:11  22   Koleg.  I only knew that Vitel'Homme called Yonyon,

16:02:15  23   Yonyon sent Koleg.  Koleg ... Yonyon told me to take

16:02:20  24   charge of their security," the missionaries' security.

16:02:21  25   "I did 59 days.  I gave them a fan to get air because,

16:02:26  1    you know, they were children, and I'm here from time to

16:02:28  2    time, I visit them, and I tell them that -- to believe

16:02:31  3    in the God of Shadrach, Meshach and Abednego."

16:02:38  4        That fan, you heard that, the missionaries told you

16:02:42  5    that happened.  They said a couple days in, Gaspiyay

16:02:48  6    brought them a fan.  And you know who says that

16:02:50  7    happened?  Zo.

16:02:51  8        He went to the grand jury and he said, "I brought

16:02:53  9    the fan to Gaspiyay.  I looked in, but I couldn't see

16:02:56  10   them very well."  He says, "I brought them the fan

16:03:01  11   because there were children, and I was worried about

16:03:03  12   them."  And the missionaries say they got that fan from

16:03:07  13   Gaspiyay.

16:03:07  14       These are all things that he's corroborated with

16:03:11  15   elsewise [sic].  But, again, you're the finder of fact.

16:03:14  16   You decide what to find credible.  And the government

16:03:17  17   submits that you can -- if you want to discount his

16:03:21  18   testimony, if you feel that you didn't get enough

16:03:23  19   understanding about his motivation and why he's here,

16:03:26  20   that's fine.  He is corroborated on all of the facts

16:03:30  21   that are relevant to your inquiry.

16:03:32  22       Next slide, please.

16:03:33  23       I do want to talk just a minute about manipulation,

16:03:37  24   because defense brought it up again.

16:03:41  25       The only evidence that you heard that Mr. Pelice

2135

| | | |
|---|---|---|
| 16:03:44 | 1 | was manipulated was the fact that the gang killed his |
| 16:03:52 | 2 | brother-in-law and sent people to threaten his family; |
| 16:03:57 | 3 | called him and told him they were going to find and kill |
| 16:04:00 | 4 | him.  That's what he said to the grand jury.  He agreed |
| 16:04:03 | 5 | with that on the stand.  When Ms. Amato asked him if he |
| 16:04:08 | 6 | felt manipulated, he said -- he said he felt he got |
| 16:04:14 | 7 | played. |
| 16:04:14 | 8 | And you heard then Agent Dugue get on the stand and |
| 16:04:17 | 9 | tell you every single time he was here in the U.S. |
| 16:04:21 | 10 | meeting with the FBI, meeting with the prosecution, he |
| 16:04:26 | 11 | had a lawyer every time, every single time. |
| 16:04:28 | 12 | And he told the same version of events every single |
| 16:04:32 | 13 | time except one time.  The first time he was supposed to |
| 16:04:36 | 14 | go in the grand jury, and he said, "I don't remember |
| 16:04:39 | 15 | what happened, and I wasn't there."  Right?  And then he |
| 16:04:42 | 16 | went after the fact and told Agent Dugue, "I was scared. |
| 16:04:47 | 17 | I didn't want to go in.  I didn't want to testify that |
| 16:04:52 | 18 | day." |
| 16:04:53 | 19 | That sounds a lot like what he said on the stand |
| 16:04:55 | 20 | last Friday.  And he told DUSM Foy that he was worried |
| 16:05:02 | 21 | about his family, and he told Agent Dugue that morning |
| 16:05:05 | 22 | that he didn't want to testify but that everything he |
| 16:05:07 | 23 | had told them was true. |
| 16:05:12 | 24 | Next slide.  Let's talk a minute about Mr. Isidor. |
| 16:05:19 | 25 | Now, you heard that the FBI attempted to pay him for |

16:05:23  1    information on a couple of occasions, and he turned them

16:05:26  2    down.  He said that, Agent Dugue said that.  So

16:05:29  3    that's -- that's really not in dispute.

16:05:31  4         He had a successful business down in Haiti, and he

16:05:35  5    was supposed to come up to testify in the grand jury and

16:05:38  6    be back in three days.  And he came with nothing, like,

16:05:42  7    no clothes on his back, just the clothes on his back

16:05:44  8    because it was a quick trip and he was supposed to go

16:05:46  9    right back, and that is what the plan was.

16:05:49  10        And then we heard this unfortunate situation of

16:05:54  11   information getting on social media.  His wife drinks

16:05:57  12   the bleach and goes to the hospital.  He goes on social

16:06:00  13   media and does an interview to try to defend himself and

16:06:03  14   say, "No, I'm not involved in 400 Mawozo."  He wants to

16:06:06  15   set the record clear.  And then because he explains that

16:06:10  16   he actually isn't involved and now everyone knows he's

16:06:13  17   in the U.S. assisting the FBI, it's determined it's not

16:06:17  18   safe for him to go back.

16:06:20  19        And, you know, he really -- when we talk about the

16:06:26  20   information he gave on the stand, the defense didn't

16:06:28  21   really impeach that.  It's not that he said anything

16:06:33  22   differently than he told the FBI in the past.  They're

16:06:36  23   just trying to impeach him because they say he has this

16:06:39  24   motive.  He has this immigration motive.

16:06:42  25        And I don't know.  I think you need to ask

16:06:46  1    yourselves, you should consider for yourselves whether

16:06:50  2    that is a motive for him to take the stand and to say

16:06:53  3    things that are untrue about his family member and

16:06:57  4    whether or not staying in the United States is -- is

16:07:02  5    because he's going to say anything he wants on the stand

16:07:05  6    or is it because he's now outed himself as someone

16:07:08  7    willing to testify against the defendant, testify

16:07:11  8    against the gang, and he has serious concerns about

16:07:15  9    going back to Haiti.  And that's what he told you.

16:07:19  10   That's why he does not want to go back.

16:07:24  11        And he did get -- did get a thousand dollars.  And

16:07:29  12   if you think -- I don't know.  You know, I think you

16:07:32  13   have to consider whether a thousand dollars is -- to go

16:07:35  14   buy some clothes and get yourself started when you've

16:07:37  15   now been told that you're going to live in America for

16:07:39  16   an indeterminate amount of time is such a reward that

16:07:44  17   that would co-opt him.  And, mind you, it's after he

16:07:48  18   goes in the grand jury that he gets that money for

16:07:50  19   clothing and to get himself started, that that's such a

16:07:53  20   motivation that he would make all of this up.

16:08:06  21        And let's talk a little bit about mere

16:08:09  22   association.  Well, you know defendant is not a mere

16:08:12  23   spectator in this crime.  He is not watching on the

16:08:16  24   sidelines.  And you know that because you've seen his

16:08:19  25   messages.  And he doesn't say words like "they," "them,"

2138

16:08:25  1    "those guys," "400 Mawozo," "those people."  No.  He is

16:08:30  2    right in the middle.  All of the words he used are right

16:08:34  3    about him being in the middle.

16:08:36  4         And you don't know what he said on the phone, and

16:08:40  5    that's fine.  And defense says they want -- the

16:08:44  6    government is asking you to speculate.  And the

16:08:48  7    government, to be clear, is not asking for that, and I

16:08:50  8    want to focus on this for one minute.

16:08:52  9         The Court is going to instruct you about the

16:08:54  10   difference between direct evidence and circumstantial

16:08:57  11   evidence.  And the Court's instruction says:  Evidence

16:09:00  12   of the facts and circumstances from which reasonable

16:09:03  13   inferences may be drawn is called circumstantial

16:09:05  14   evidence.  And the Court will give you an example of

16:09:08  15   what that's like.  If you go to sleep at night and you

16:09:12  16   look outside and now there's snow on the ground, you

16:09:13  17   didn't watch it snow, but now you know there's snow on

16:09:16  18   the ground, so your circumstantial evidence is telling

16:09:18  19   you it actually did snow.

16:09:20  20        And the Court will instruct you the law says that

16:09:23  21   both direct and circumstantial evidence are acceptable

16:09:26  22   as a means of proving a fact.  The law does not favor

16:09:29  23   one form of evidence over another.

16:09:32  24        Defense is right.  We don't know exactly what was

16:09:35  25   said between Lanmo Sanjou and the defendant.  We don't

16:09:40  1    know exactly what was said between the defendant and

16:09:43  2    Vitel'Homme.  We can make some pretty good conclusions

16:09:48  3    from the circumstantial facts, like the fact that the

16:09:51  4    phone call is taking place at a key time and because

16:09:56  5    other witnesses told you they had a relationship and

16:09:59  6    what their relationship was, including the defendant who

16:10:03  7    told the FBI that the gang was so devoted to them that

16:10:07  8    they would kill someone for him.

16:10:15  9        Next slide.

16:10:16  10       So let's just -- again, we're not going to go

16:10:18  11   through all these.  We're just quickly:  10/16,

16:10:22  12   9:30 a.m. when Koleg's kidnapping the missionaries,

16:10:26  13   there's those calls.  Defendant's right there.

16:10:30  14       Next slide.

16:10:31  15       The kidnapping occurs at 1:05.  Then they're at the

16:10:35  16   circular staging area at 1:45.  There's those calls.

16:10:39  17       We know.  You know.  The missionaries told you that

16:10:43  18   Lanmo and Gaspiyay are right there, and they're calling

16:10:45  19   someone and they're talking about what to do.  And the

16:10:47  20   records show they're calling the defendant.

16:10:49  21       Next slide.

16:10:51  22       They're held at Location 1.  They're calling the

16:10:55  23   defendant right at that time.

16:10:56  24       Next slide.

16:10:57  25       Defendant is calling Ms. Tunis on the 5752 number

16:11:02  1    at 3:20.  The initial ransom demand at about 3:30 to

16:11:08  2    4:00, who were the gang members talking to?  The

16:11:13  3    defendant.

16:11:13  4         Next slide.

16:11:15  5         Cheryl, Kay, and Sheldon are released.  Vitel'Homme

16:11:19  6    and the defendant talking back with Lanmo, who you know

16:11:22  7    is there.  Cherilyn told you three calls, it took three

16:11:28  8    calls to get her brother released.

16:11:29  9         Next slide.

16:11:32  10        They escaped, and that morning, all kinds of calls

16:11:36  11   to the defendant.

16:11:37  12        You can infer from the circumstantial evidence of

16:11:41  13   these phone calls that are at the very key time

16:11:45  14   throughout the conspiracy that the defendant is not

16:11:49  15   chit-chatting with his relatives on the phone at these

16:11:52  16   times, right?  That they are in person ongoing gang

16:11:58  17   activities happening at the time that you know the other

16:12:00  18   gang members are at, and he is on the phone with them at

16:12:03  19   the time.  And from that, you can infer that he is

16:12:07  20   involved in the conspiracy.

16:12:12  21        Let's talk about conspiracy.  Conspiracy, as we

16:12:17  22   said, is a partnership in crime.  If you don't agree

16:12:21  23   that he is the leader of the gang, that's fine.  He

16:12:25  24   doesn't need to be the leader of the gang to be found

16:12:30  25   responsible for these crimes.

16:12:32  1          All he has to do is join a conspiracy to kidnap the

16:12:39  2     missionaries, right?  He has to intentionally join that

16:12:42  3     conspiracy.  You know a conspiracy existed.  You heard

16:12:46  4     it from all of those missionaries.

16:12:49  5          And so if all -- if you don't believe he -- if you

16:12:52  6     trust his testimony and you don't believe that he really

16:12:55  7     is the leader of that gang, the government submits

16:12:57  8     that's not credible testimony, but it's up to you.  You

16:13:02  9     can ask yourselves:  You know what, let's forget about

16:13:05  10    all that leadership stuff.  We're not sure the

16:13:08  11    government really showed that.  That's okay.

16:13:11  12         You still have to ask yourself:  Do we have

16:13:15  13    evidence beyond a reasonable doubt that he intentionally

16:13:18  14    joined this conspiracy.

16:13:22  15         He knew there was a partnership in crime, he wanted

16:13:26  16    in.  Maybe he's not in charge.  Maybe he's just the guy

16:13:32  17    they call to get all the good advice:  How much to ask

16:13:34  18    for; where should we hold them; who should we let go,

16:13:38  19    what do we do with this one that's sick; what do we do

16:13:41  20    with the six-year-old?

16:13:43  21         Maybe that's all he's doing, telling them, giving

16:13:46  22    them, you know, "you should do this, you should do

16:13:49  23    that."

16:13:50  24         As long as he joins the conspiracy with the intent

16:13:52  25    to bring about this crime, that's it.  He's guilty

2142

16:13:56  1    beyond a reasonable doubt.  Doesn't need to be the boss,

16:14:00  2    doesn't even matter if he's in the gang at that point.

16:14:03  3    He just has to join the conspiracy.  It doesn't matter

16:14:08  4    if he's the boss.  It just doesn't matter.  That's the

16:14:12  5    red herring here.

16:14:14  6        They want you to say, "Oh, we didn't prove he's the

16:14:18  7    boss.  Therefore, he's not guilty."  Nope.  That's not

16:14:22  8    what the law says, and that's not how the Court will

16:14:25  9    instruct you.  It doesn't matter.  He just has to be

16:14:28  10   part of the crime.  He just has to be involved in the

16:14:30  11   conspiracy intentionally and knowingly.

16:14:33  12       The government submits that he is.  All of the

16:14:37  13   evidence points that he is.  And the government submits

16:14:43  14   that he -- the government has proved beyond a reasonable

16:14:45  15   doubt that he is in the middle of this crime, and we ask

16:14:51  16   you to hold him accountable for the crime that he

16:14:56  17   committed against these people and return a verdict of

16:15:00  18   guilty on all charges.

16:15:12  19            THE COURT:  All right.  Thank you to both

16:15:14  20   counsel.

16:15:22  21       The instructions will take a while.  It may push us

16:15:25  22   a little beyond 5:00.  I hope you'll bear with me.

16:15:29  23       Ladies and gentlemen, the time has now come when

16:15:31  24   all the evidence is in.  It is now up to me to instruct

16:15:34  25   you on the law that should control your deliberations in

16:15:36  1    this case.  My instructions will be roughly divided into

16:15:41  2    four parts.

16:15:42  3        First, I will talk with you about some general

16:15:44  4    principles of the law.  Second, I will instruct you on

16:15:47  5    evaluating the evidence.  Third, I will provide

16:15:50  6    instructions that apply to the particular offenses

16:15:53  7    charged in this case.  And finally, I will give some

16:15:56  8    closing remarks about your deliberations.

16:16:01  9        It's going to take some time, as I said.  For those

16:16:03 10    of you taking notes, I want to let you know -- know that

16:16:05 11    a written copy of these instructions will be available

16:16:08 12    to you as you begin your deliberations.

16:16:14 13        Let me begin with some general principles.  First,

16:16:17 14    I'm sure you understand by now that the jury and the

16:16:19 15    Court, you and I, have quite different responsibilities

16:16:22 16    in a trial.

16:16:22 17        My function is to conduct this trial in an orderly,

16:16:26 18    fair, and efficient manner, to rule on questions of law,

16:16:29 19    and to instruct you on the law that applies in this

16:16:32 20    case.

16:16:32 21        It is your duty to accept the law as I instruct

16:16:36 22    you.  You should consider all the instructions as a

16:16:39 23    whole.  You may not ignore or refuse to follow any of

16:16:43 24    them.

16:16:43 25        Your function as the jury is to determine what the

16:16:46  1    facts are in this case.  You are the sole judges of the

16:16:50  2    facts.

16:16:51  3        While it is my responsibility to decide what is

16:16:54  4    admitted as evidence during the trial, you alone decide

16:16:57  5    what weight, if any, to give to the evidence.

16:17:00  6        You alone decide the credibility or believability

16:17:02  7    of the witnesses.

16:17:07  8        As I explained earlier, as human beings, we all

16:17:09  9    have personal likes and dislikes, opinions, prejudices,

16:17:13  10   and biases.  Generally, we're aware of these things.

16:17:17  11   But you should also consider the possibility that you

16:17:19  12   have implicit biases; that is, biases of which you may

16:17:23  13   not be consciously aware.

16:17:26  14       Personal prejudices, preferences, or biases have no

16:17:30  15   place in a courtroom where the goal is to arrive at a

16:17:33  16   just and impartial verdict.

16:17:35  17       All people deserve fair treatment in the legal

16:17:38  18   system regardless of any personal characteristic, such

16:17:41  19   as race, national or ethic origin, religion, age,

16:17:46  20   disability, sex, gender, identity or expression, sexual

16:17:49  21   orientation, education, or income level, or any other

16:17:52  22   personal characteristic.

16:17:54  23       You should determine the facts solely from a fair

16:17:56  24   consideration of the evidence.

16:17:58  25       You may not take anything I may have said or done

16:18:01  1    as indicating how I think you should decide this case.

16:18:05  2    If you believe that I have expressed or indicated any

16:18:08  3    such opinion, you should ignore it.  The verdict in this

16:18:12  4    case is your sole and exclusive responsibility.

16:18:16  5        If any reference by me or the attorneys to the

16:18:19  6    evidence is different from your own memory of the

16:18:22  7    evidence, it is your memory that should control during

16:18:25  8    your deliberations.

16:18:27  9        During the trial, I have permitted those jurors who

16:18:30  10   wanted to do so to take notes.  You may take your

16:18:33  11   notebooks with you to the jury room and use them during

16:18:36  12   your deliberations if you wish.  As I told you at the

16:18:40  13   beginning of the trial, your notes are only to be an aid

16:18:42  14   to your memory.

16:18:45  15       They are not evidence in the case, and they should

16:18:47  16   not replace your own memory of the evidence.  Those

16:18:50  17   jurors who have not taken notes should rely on their own

16:18:53  18   memory of the evidence.  The notes are intended to be

16:18:56  19   for the notetaker's own personal use.

16:18:59  20       During your deliberations, you may consider only

16:19:03  21   the evidence properly admitted in this trial.  The

16:19:05  22   evidence in this case consists of the sworn testimony of

16:19:07  23   the witnesses, the exhibits that were admitted into

16:19:11  24   evidence, the facts of which I took judicial notice, and

16:19:14  25   the facts and testimony stipulated to by the parties.

16:19:19  1          I may take what is called judicial notice of public

16:19:22  2     acts, places, facts, and events that I considered to be

16:19:26  3     matters of common knowledge or matters that can be

16:19:29  4     determined easily through undisputed sources.

16:19:34  5          In this case, I took judicial notice of several

16:19:36  6     facts.  When I take judicial notice of a particular

16:19:39  7     fact, you may, if you choose to do so, regard that fact

16:19:43  8     as proven evidence.  Because you are the sole judges of

16:19:47  9     the facts, however, you are not required to accept any

16:19:50  10    fact that is judicially noted.

16:19:54  11         During the trial, you were told that the party had

16:19:56  12    stipulated, that is agreed, to certain facts.  You

16:20:01  13    should consider any stipulation of fact to be undisputed

16:20:04  14    evidence.

16:20:05  15         During the trial, you were also told that the

16:20:07  16    parties had stipulated, again agreed, to what testimony

16:20:10  17    retired Special Agent Robert Herbster, Special Agent

16:20:15  18    Alexander Montilla, Special Agent Timothy Augustyniak,

16:20:23  19    and Carlos Guillen Tatis would have given if each of

16:20:28  20    them had testified in this case.

16:20:29  21         You should consider this stipulated testimony to be

16:20:32  22    exactly what the witnesses would have said had they

16:20:35  23    testified here in court.

16:20:37  24         When you consider the evidence, you are permitted

16:20:40  25    to draw from the facts that you find have been proven

16:20:45  1    such reasonable inferences as you feel are justified in

16:20:49  2    the light of your experience.  You should give any

16:20:52  3    evidence such weight as in your judgment it is fairly

16:20:54  4    entitled to receive.

16:20:56  5        There are two types of evidence from which you may

16:20:58  6    determine what the facts are in this case.  Direct

16:21:01  7    evidence and circumstantial evidence.

16:21:03  8        When a witness, such as an eyewitness, asserts

16:21:07  9    actual knowledge of a fact, that witness's testimony is

16:21:09  10   direct evidence.  On the other hand, evidence of facts

16:21:14  11   and circumstances from which reasonable inferences may

16:21:17  12   be drawn is circumstantial evidence.

16:21:18  13       Let me give you an example.

16:21:20  14       Assume a person looked out a window and saw that

16:21:23  15   snow was falling.  If he later testified in court about

16:21:26  16   what he had seen, his testimony would be direct evidence

16:21:29  17   that snow was falling at the time he saw it happen.

16:21:33  18       Assume, however, that he looked out a window and

16:21:36  19   saw no snow on the ground and then went to sleep and saw

16:21:41  20   snow on the ground after he woke up.  His testimony

16:21:44  21   about what he had seen would be circumstantial evidence

16:21:47  22   that it had snowed while he was asleep.

16:21:51  23       The law says that both direct and circumstantial

16:21:53  24   evidence are acceptable as a means of proving a fact.

16:21:56  25   The law does not favor one form of evidence over

16:21:58    1    another.  It is for you to decide how much weight to

16:22:01    2    give to any particular evidence, whether it is direct or

16:22:08    3    circumstantial.  You are permitted to give equal weight

16:22:12    4    to both.  Circumstantial evidence does not require a

16:22:14    5    greater degree of certainty than direct evidence.  In

16:22:17    6    reaching a verdict in this case, you should consider all

16:22:18    7    of the evidence presented, both direct and

16:22:21    8    circumstantial.

16:22:24    9        Statements and arguments of the lawyers are not

16:22:28    10    evidence.  They are only intended to assist you in

16:22:30    11    understanding the evidence.  Similarly, the questions of

16:22:32    12    the lawyers are not evidence.

16:22:36    13        The indictment in this case is merely the formal

16:22:38    14    way of accusing a person of a crime.  You must not

16:22:41    15    consider the indictment as evidence of any kind.  You

16:22:44    16    may not consider it as any evidence of Mr. Germine's

16:22:48    17    guilt or draw any inference of guilt from it.

16:22:52    18        The lawyers in this case sometimes objected when

16:22:54    19    the other side asked a question, made an argument, or

16:22:58    20    offered evidence that the objecting lawyer believed was

16:23:00    21    not proper.  You must not hold such objections against

16:23:04    22    the lawyer who made them or the party he or she

16:23:08    23    represents.  It is the lawyer's responsibility to object

16:23:10    24    to evidence that they believe is not admissible.

16:23:13    25        If during the course of the trial I sustained an

16:23:16 1    objection to a lawyer's question, you should ignore the

16:23:19 2    question, and you must not speculate as to what the

16:23:22 3    answer would have been.  If after a witness answered a

16:23:25 4    question, I ruled that the answer should be stricken,

16:23:27 5    you should ignore both the question and the answer, and

16:23:30 6    they should play no part in your deliberations.

16:23:35 7        Every defendant in a criminal case is presumed to

16:23:37 8    be innocent.  This presumption of innocence remains with

16:23:41 9    the defendant throughout the trial unless and until the

16:23:43 10   government has proven he is guilty beyond a reasonable

16:23:47 11   doubt.

16:23:47 12       This burden never shifts throughout the trial.  The

16:23:50 13   law does not require Mr. Germine to prove his innocence

16:23:53 14   or to produce any evidence at all.  If you find that the

16:23:57 15   government has proven beyond a reasonable doubt every

16:24:01 16   element of a particular offense with which Mr. Germine

16:24:04 17   is charged, it is your duty to find him guilty of that

16:24:09 18   offense.  On the other hand, if you find the government

16:24:11 19   has failed to prove any element of a particular offense

16:24:16 20   beyond a reasonable doubt, it is your duty to find

16:24:18 21   Mr. Germine not guilty of that offense.

16:24:23 22        The government has the burden of proving

16:24:25 23   Mr. Germine guilty beyond a reasonable doubt.  Some of

16:24:28 24   you may have served as jurors in civil cases where you

16:24:32 25   were told that it's only necessary to prove that a fact

16:24:35  1    is more likely true than not, which we call the

16:24:38  2    preponderance of the evidence.

16:24:41  3         In criminal cases such as this one, the

16:24:43  4    government's proof must be more powerful than that.  It

16:24:47  5    must be beyond a reasonable doubt.

16:24:49  6         Reasonable doubt, as the name implies, is a doubt

16:24:52  7    based on reason, a doubt for which you have a reason

16:24:54  8    based upon the evidence or lack of evidence in the

16:24:58  9    case.  If, after careful, honest, and impartial

16:25:03  10   consideration of all the evidence you cannot say that

16:25:05  11   you are firmly convinced of the defendant's guilt, then

16:25:09  12   you have a reasonable doubt.

16:25:11  13        Reasonable doubt is the kind of doubt that would

16:25:12  14   cause a reasonable person after careful and thoughtful

16:25:15  15   reflection to hesitate to act in the graver or more

16:25:18  16   important matters in life.  However, it's not an

16:25:22  17   imaginary doubt, nor a doubt based on speculation or

16:25:25  18   guesswork.  It is a doubt based on reason.

16:25:29  19        The government is not required to prove guilt

16:25:33  20   beyond all doubt or to a mathematical or scientific

16:25:37  21   certainty.  The government's burden is to prove guilt

16:25:40  22   beyond a reasonable doubt.

16:25:41  23        One of the questions you were asked when we were

16:25:44  24   selecting this jury is whether the nature of the charges

16:25:46  25   themselves would affect your ability to reach a fair and

16:25:51  1    impartial verdict.  We asked you that question because

16:25:54  2    you must not allow the nature of the charge to affect

16:25:57  3    your verdict.  You must consider only the evidence that

16:26:01  4    has been presented in this case in reaching a fair and

16:26:03  5    impartial verdict.

16:26:06  6        The weight of the evidence is not necessarily

16:26:08  7    determined by the number of witnesses testifying for

16:26:11  8    each side.  Rather, you should consider all the facts

16:26:15  9    and circumstances in evidence to determine which of the

16:26:17  10   witnesses you believe.

16:26:19  11       You might find that the testimony of a smaller

16:26:22  12   number of witnesses on one side is more believable than

16:26:24  13   the testimony of a greater number of witnesses on the

16:26:28  14   other side.  Or you might find the opposite.

16:26:31  15       In determining whether the government has proved

16:26:33  16   the charges against Mr. Germine beyond a reasonable

16:26:37  17   doubt, you must consider and weigh the testimony of all

16:26:39  18   the witnesses who have testified.  You are the sole

16:26:43  19   judges of the credibility of the witnesses.  You alone

16:26:46  20   determine whether to believe any witness and the extent

16:26:50  21   to which a witness should be believed.  Judging the

16:26:53  22   witness's credibility means evaluating whether the

16:26:56  23   witness has testified truthfully and also whether the

16:26:59  24   witness accurately observed, recalled, and described the

16:27:02  25   matters about which the witness testified.

16:27:05  1          You may consider anything then in your judgment

16:27:08  2    affects the credibility of any witness.  For example,

16:27:10  3    you may consider the demeanor and the behavior of the

16:27:14  4    witness on the witness stand, the witness's manner of

16:27:17  5    testifying, whether the witness impresses you as having

16:27:20  6    an accurate memory, whether the witness has any reason

16:27:23  7    for not telling the truth, whether the witness had a

16:27:27  8    meaningful opportunity to observe the matters about

16:27:30  9    which he or she has testified, whether the witness has

16:27:33  10   any interest in the outcome of the case, stands to gain

16:27:37  11   anything by testifying, or has a friendship or hostility

16:27:41  12   toward other people concerned with the case.

16:27:47  13         In evaluating the accuracy of a witness's memory,

16:27:50  14   you may consider the circumstances surrounding the

16:27:52  15   event, including the time that elapsed between the event

16:27:56  16   and any later recollection of the event, and the

16:28:00  17   circumstances under which the witness was asked to

16:28:03  18   recall details of the event.

16:28:07  19         You may consider whether there are any

16:28:10  20   consistencies or inconsistencies in a witness's

16:28:13  21   testimony or between the witness's testimony and any

16:28:16  22   previous statements made by the witness.  You may also

16:28:19  23   consider any consistencies or inconsistencies between

16:28:23  24   the witness's testimony and any other evidence that you

16:28:26  25   credit.

16:28:27  1          You may consider whether any inconsistencies are

16:28:30  2     the result of lapses in memory, mistake,

16:28:34  3     misunderstanding, intentional falsehood, or differences

16:28:37  4     in perception.

16:28:38  5          You may consider the reasonableness or

16:28:40  6     unreasonableness, the probability or improbability of

16:28:43  7     the testimony of a witness in determining whether to

16:28:47  8     accept it as true and accurate.  You may consider

16:28:51  9     whether the witness has been contradicted or supported

16:28:54  10    by other evidence that you credit.

16:28:56  11         If you believe that any witness has shown him or

16:28:59  12    herself to be biased or prejudiced for or against either

16:29:03  13    side in the case or motivated by self-interest, you may

16:29:06  14    consider and determine whether such bias or prejudice

16:29:09  15    has colored the testimony of the witness so as to affect

16:29:11  16    the desire and capability of that witness to tell the

16:29:15  17    truth.

16:29:16  18         You should give the testimony of each witness such

16:29:19  19    weight as in your judgment it is fairly entitled to

16:29:22  20    receive.  The law treats prior inconsistent statements

16:29:28  21    differently depending on the nature of the statements

16:29:30  22    and the circumstances in which they were made.  You have

16:29:33  23    heard evidence that Jean Pelice and Mr. Germine made

16:29:38  24    statements on an earlier occasion or occasions, and the

16:29:41  25    earlier statement or statements of Mr. Pelice and

16:29:44  1    Mr. Germine may be inconsistent with that witness's

16:29:50  2    respective testimony here at trial.

16:29:51  3        It is for you to decide whether Mr. Pelice or

16:29:54  4    Mr. Germine made any such statements and whether, in

16:29:57  5    fact, any of Mr. Pelice's statements were inconsistent

16:30:01  6    with his testimony here at trial or any of Mr. Germine's

16:30:05  7    statements were inconsistent with his testimony here in

16:30:09  8    trial.

16:30:10  9        If you find such an inconsistency, you may consider

16:30:13  10   these earlier statements by Mr. Pelice or Mr. Germine in

16:30:18  11   judging that witness's credibility, but you may not

16:30:21  12   consider them as evidence that what was said in the

16:30:23  13   earlier statements was true.

16:30:27  14       You have also heard evidence that both Mr. Pelice

16:30:30  15   and Mr. Germine made an earlier statement or statements

16:30:33  16   under oath subject to the penalty of perjury, and the

16:30:37  17   earlier statement or statements of Mr. Pelice or

16:30:40  18   Mr. Germine may be inconsistent with that witness's

16:30:43  19   testimony here at trial.

16:30:46  20       If you find that any of these earlier statements

16:30:49  21   made by Mr. Pelice under oath are inconsistent with his

16:30:53  22   testimony here in court or that any of Mr. Germine's

16:30:56  23   earlier statements made under oath are inconsistent with

16:30:59  24   his testimony here in court, you may consider the

16:31:03  25   inconsistencies in that witness's statements in judging

16:31:07  1    that same witness's credibility as a witness.  You may

16:31:12  2    also consider the earlier statement or statements as

16:31:14  3    evidence that what was said in the earlier statement or

16:31:18  4    statements was true.

16:31:26  5        You have heard evidence that Walder St. Louis made

16:31:29  6    a statement or statements on an earlier occasion and

16:31:32  7    that these statements may be consistent with his

16:31:34  8    testimony here in court -- here in trial.  These earlier

16:31:39  9    statements were brought to your attention both to help

16:31:42  10   you in evaluating the credibility of the witness and as

16:31:44  11   evidence in this case.

16:31:45  12       If you find that any of the earlier statements are

16:31:48  13   consistent with Mr. St. Louis' present testimony in

16:31:52  14   court, you may consider this consistency both in judging

16:31:55  15   the credibility of the witness here at trial and as

16:31:58  16   proof that what was said in the earlier statement or

16:32:01  17   statements was true.  It is for you to decide whether

16:32:06  18   Mr. St. Louis made any statements on an earlier occasion

16:32:08  19   and whether any of the statements were, in fact,

16:32:11  20   consistent with his in-court testimony here.

16:32:15  21       You have heard evidence that Mr. Germine has

16:32:17  22   previously been convicted of a crime.  This prior

16:32:20  23   conviction is admitted into evidence solely for your

16:32:24  24   consideration in evaluating his credibility as a

16:32:27  25   witness.

16:32:27  1          The evidence that he was convicted of a crime in

16:32:30  2     the past is not evidence that he is guilty of the

16:32:33  3     offenses charged in this case, and you must not draw

16:32:36  4     such an inference.

16:32:38  5          Additionally, the fact of the prior conviction and

16:32:41  6     any punishment imposed should not be taken into

16:32:44  7     consideration by you in determining whether the elements

16:32:48  8     of the offenses that Mr. Germine is charged with here

16:32:51  9     have been met.

16:32:52  10         You have heard evidence that Jean Pelice has

16:32:56  11    received immunity.  This means that the testimony of

16:32:58  12    Mr. Pelice may not be used against him in any criminal

16:33:01  13    case.  You should consider whether a witness who

16:33:05  14    realizes that he may receive a benefit by incriminating

16:33:09  15    another may have a motive to lie.  However, you may also

16:33:14  16    consider that the witness is under the same obligation

16:33:16  17    to tell the truth as any other witness because the grant

16:33:21  18    of immunity does not protect him against the prosecution

16:33:26  19    for perjury or false statement should he lie under

16:33:29  20    oath.

16:33:29  21         The testimony of a witness to whom immunity has

16:33:32  22    been granted should be considered with caution.  You

16:33:35  23    should give the testimony as much weight as in your

16:33:38  24    judgment it deserves.

16:33:40  25         You've heard testimony from several law enforcement

16:33:43    1    officers.  A law enforcement officer's testimony should

16:33:45    2    be evaluated by you just as any other evidence in the

16:33:49    3    case.  In evaluating the officer's credibility, you

16:33:52    4    should use the same guidelines that you apply to the

16:33:55    5    testimony of any witness.  In no event should you give

16:33:59    6    either greater or lesser weight to the testimony of any

16:34:02    7    witness merely because he or she is a law enforcement

16:34:05    8    officer.

16:34:07    9        Mr. Germine has a right to become a witness on his

16:34:11   10    own behalf.  His testimony should not be disbelieved

16:34:15   11    merely because he is the defendant.  In evaluating his

16:34:17   12    testimony, however, you may consider the fact that

16:34:21   13    Mr. Germine has a vital interest in the outcome of this

16:34:25   14    trial.  As with the testimony of any other witness, you

16:34:28   15    should give Mr. Germine's testimony as much weight as in

16:34:32   16    your judgment it deserves.

16:34:34   17        Motive is not an element of the offenses charged.

16:34:38   18    And the government is not required to prove motive in

16:34:41   19    this case.  You may, however, consider evidence of

16:34:43   20    motive or lack of evidence of motive in deciding whether

16:34:47   21    or not the government has proved the charges beyond a

16:34:51   22    reasonable doubt.

16:34:51   23        You've heard evidence of acts that were not

16:34:53   24    strictly part of the crimes Mr. Germine is charged with.

16:34:58   25    For example, you've heard evidence that Mr. Germine may

16:35:00  1    have been involved in the purchase and transfer of

16:35:04  2    firearms to Haiti from the United States, that he may

16:35:06  3    have had knowledge of or been involved with prior

16:35:09  4    hostage takings committed by 400 Mawozo, and that he may

16:35:14  5    have been involved in May 2022 phone calls related to

16:35:18  6    the release of a 400 Mawozo hostage.

16:35:22  7         It is up to you to decide whether to accept any of

16:35:25  8    that evidence.  If you accept it, then you may only use

16:35:29  9    the evidence for the limited purpose of showing motive,

16:35:32  10   opportunity, intent, preparation, plan, knowledge,

16:35:36  11   identity, absence of mistake, or lack of accident by

16:35:41  12   Mr. Germine as it relates to the charged offenses.

16:35:45  13        You may not use this evidence for any other

16:35:48  14   purpose.  You may not use this evidence to conclude that

16:35:50  15   Mr. Germine has a bad character or that he has a

16:35:54  16   criminal personality.  The law does not allow you to

16:35:58  17   convict him simply because you believe he may have done

16:36:01  18   bad things not specifically charged as crimes in this

16:36:05  19   case.  Mr. Germine is on trial only for the crimes

16:36:09  20   charged in the indictment.

16:36:15  21        I've admitted multiple documents that are in

16:36:18  22   Haitian Creole or French, along with English

16:36:19  23   translations.  Although some of you may know Haitian

16:36:22  24   Creole or French, it's important that all jurors

16:36:24  25   consider the same evidence.  Therefore, you must accept

16:36:27   1    the English translation.

16:36:30   2        If, however, you have a question as to the accuracy

16:36:32   3    of any English translation, you should bring this matter

16:36:35   4    to my attention immediately.  You should not ask your

16:36:38   5    question or make any comment about the translation in

16:36:42   6    the presence of the other jurors or otherwise share your

16:36:45   7    question or concern with any of them.  I will take steps

16:36:48   8    to see if your question can be answered and any

16:36:51   9    discrepancy resolved.  If, however, after such efforts

16:36:55   10   or discrepancy remains, you must rely only upon the

16:36:59   11   official English translation provided by the court

16:37:04   12   interpreter and not on your own translation.

16:37:06   13       You heard testimony from Walder St. Louis, Jean

16:37:10   14   Pelice, Jonas Isidor, and the defendant, Mr. Germine,

16:37:13   15   who communicated through an interpreter.  You are to

16:37:15   16   consider only the evidence provided through the official

16:37:19   17   court interpreters.

16:37:20   18       Although some of you, again, may know Haitian

16:37:23   19   Creole, it's important that all jurors consider the same

16:37:26   20   evidence.  Therefore, you must base your decision on the

16:37:31   21   evidence presented in the English interpretation.  You

16:37:34   22   must disregard any different meaning.

16:37:36   23       As I have previously instructed you, you should not

16:37:39   24   by biased for or against anyone who uses an

16:37:42   25   interpreter.  Do not permit the fact that Mr. St. Louis,

16:37:45  1    Mr. Pelice, Mr. Isidor, and Mr. Germine used the

16:37:48  2    services of an interpreter to influence you in any way.

16:37:51  3    You should not consider the mere fact that these four

16:37:54  4    witnesses were provided an interpreter in evaluating

16:37:56  5    their credibility.  You must evaluate interpreted

16:38:00  6    testimony as you would any other testimony.  That is,

16:38:04  7    you must not give interpreted testimony any greater or

16:38:07  8    lesser weight than you would if the witness had spoken

16:38:10  9    in English.

16:38:12  10        If you observed that any of these witnesses nodded

16:38:15  11   their head during interpretation, you should consider

16:38:18  12   that this did not necessarily indicate agreement or an

16:38:22  13   affirmative answer but may have only indicated that the

16:38:25  14   witness was following the translation.

16:38:28  15        The fact that the Court has provided an interpreter

16:38:31  16   to these four witnesses, including Mr. Germine, does not

16:38:33  17   mean that the Court has made a ruling on the extent of

16:38:37  18   their ability to speak or understand the English

16:38:40  19   language.  Use of an interpreter should not be

16:38:42  20   considered evidence in this case.

16:38:43  21        Now, we're going to get into some of the more

16:38:47  22   substantive instructions.  In a few minutes, I'll give

16:38:51  23   you instructions on the theories of liability that you

16:38:53  24   may apply to Mr. Germine and then the substantive law

16:38:57  25   governing each count with which Mr. Germine is charged.

16:39:00  1    But first I will tell you a few things to keep in mind.

16:39:04  2        Each count in the indictment charges a separate

16:39:06  3    offense.  You should consider each offense and the

16:39:09  4    evidence which applies to it separately, and you should

16:39:13  5    return separate verdicts as to each count.  The fact

16:39:16  6    that you may find Germine -- Mr. Germine guilty or not

16:39:22  7    guilty on any one count of the indictment should not

16:39:24  8    influence your verdict with respect to any other count

16:39:26  9    of the indictment.

16:39:27  10        The indictment charges that Mr. Germine committed

16:39:29  11    the offense of conspiracy to commit a hostage taking

16:39:34  12    during a time period commencing on or about October 16,

16:39:38  13    2021, and continuing until on or about, at the latest,

16:39:44  14    December 16, 2021.  The proof need not establish that a

16:39:47  15    conspiracy began and ended on an exact date.

16:39:51  16        Similarly, the proof need not establish that a

16:39:53  17    conspiracy existed for any particular length of time.

16:39:56  18    It is sufficient that the evidence in the case

16:39:59  19    establishes beyond a reasonable doubt that the

16:40:02  20    conspiracy existed at any time in the time period

16:40:06  21    alleged.

16:40:07  22        The indictment charges the defendant with 16 counts

16:40:10  23    of hostage taking that were committed on or about

16:40:14  24    certain dates.  Again, the proof need not establish with

16:40:17  25    certainty the exact date of each alleged offense.  It is

16:40:20  1      sufficient if the evidence in the case establishes

16:40:24  2      beyond a reasonable doubt that the offense was committed

16:40:26  3      on a date reasonably near the date alleged.

16:40:30  4          As I will explain, the charges in this case depend

16:40:33  5      in part on Mr. Germine's state of mind.  That is,

16:40:36  6      whether he acted knowingly and intentionally.  Someone's

16:40:42  7      intent or knowledge ordinarily cannot be proved directly

16:40:45  8      because there's no way of knowing what a person is

16:40:47  9      actually thinking.  But you may infer someone's intent

16:40:51  10     or knowledge from the surrounding circumstances.

16:40:53  11         You may consider any statement made or acts done or

16:40:57  12     omitted by Mr. Germine and all other facts and

16:41:03  13     circumstances received in evidence which indicate his

16:41:05  14     knowledge or intent.  You may infer but you are not

16:41:08  15     required to infer that a person intends the natural and

16:41:11  16     probable consequences of acts they intentionally did or

16:41:15  17     did not do.

16:41:16  18         It is entirely up to you, however, to decide what

16:41:19  19     facts to find from the evidence received during trial.

16:41:22  20     You should consider all the circumstances in evidence

16:41:24  21     that you think are relevant in determining whether the

16:41:27  22     government has proved beyond a reasonable doubt that

16:41:30  23     Mr. Germine acted with the necessary state of mind.

16:41:35  24         While a defendant must act with the intent I

16:41:37  25     described below for each charged crime, this need not be

16:41:42  1    the defendant's sole purpose.  A defendant's unlawful

16:41:44  2    intent is not negated by the simultaneous presence of

16:41:48  3    another purpose for the defendant's conduct.

16:41:54  4         This is going to take us a little bit beyond 5:00.

16:41:57  5    Are you all comfortable remaining for perhaps 15 minutes

16:42:01  6    beyond 5:00?

16:42:05  7         I see no one indicating otherwise.

16:42:08  8         You want me to talk faster, but I need to be

16:42:11  9    appreciative of her obligation to report when I'm

16:42:13  10   talking.

16:42:14  11        With these preliminary instructions in mind, let us

16:42:17  12   turn to the charges against Mr. Germine as stated in the

16:42:19  13   indictment.  I remind you once again that the indictment

16:42:22  14   itself is not evidence.  It merely describes the charges

16:42:24  15   made against Mr. Germine and is the means by which he

16:42:27  16   was formally notified of the charges.

16:42:30  17        The indictment is merely an accusation.  It may not

16:42:33  18   be considered by you as evidence of the guilt of

16:42:36  19   Mr. Germine, and you must not draw any inference of

16:42:40  20   guilt from it.

16:42:41  21        The indictment in this case contains a conspiracy

16:42:43  22   charge and 16 counts of hostage taking with respect to

16:42:47  23   the individuals taken hostage within Haiti from on or

16:42:51  24   about October 16, 2021, through until on or about at the

16:42:55  25   latest December 16, 2021.

16:42:58  1        I will first instruct you on Count 1, conspiracy to

16:43:02  2   commit hostage taking.  I will then instruct you on

16:43:07  3   Counts 2 through 17 -- hostage taking as to each of the

16:43:10  4   16 individuals and the theories of liability that apply

16:43:12  5   to those charges.

16:43:15  6        Count 1 charges Mr. Germine with conspiracy to

16:43:18  7   commit hostage taking.  It charges that beginning no

16:43:21  8   later than October 16, 2021, and continuing until at the

16:43:25  9   latest December 16, 2021, within the country of Haiti,

16:43:29 10   Mr. Germine did conspire and agree with other persons to

16:43:33 11   seize and detain and threaten to kill, to injure, and to

16:43:36 12   continue to detain the 16 hostages, all United States

16:43:41 13   nationals, in order to compel a third person to pay a

16:43:45 14   ransom for the release of the hostage or to secure from

16:43:48 15   the Haitian government Mr. Germine's release from

16:43:51 16   prison.

16:43:51 17        It is against the law to agree with someone to

16:43:54 18   commit the crime of hostage taking.  The crime of

16:43:57 19   hostage taking has three elements that the government

16:44:00 20   must prove beyond a reasonable doubt.  I will discuss

16:44:03 21   those three elements later.

16:44:07 22        A conspiracy is an agreement by two or more persons

16:44:10 23   to join together to accomplish some unlawful purpose.

16:44:13 24   To prove a conspiracy to commit hostage taking as

16:44:16 25   charged in Count 1, the government must prove two

16:44:20  1    elements beyond a reasonable doubt.

16:44:21  2        They are, first, beginning no later than on or

16:44:26  3    about October 16, 2021, until on or about at the latest

16:44:30  4    December 16, 2021, an agreement existed between two or

16:44:33  5    more people to commit the crime of hostage taking of

16:44:37  6    United States nationals in order to compel a third

16:44:39  7    person to pay ransom for the release of the hostages or

16:44:42  8    to secure from the Haitian government Mr. Germine's

16:44:45  9    release from prison.

16:44:46  10        Second, Mr. Germine intentionally, knowingly, and

16:44:50  11    voluntarily, joined that agreement with the intent to

16:44:53  12    achieve the illegal objects of compelling a third person

16:44:56  13    to pay ransom for the release of the hostages or to

16:44:59  14    secure his own release from prison.

16:45:02  15        I'm going to discuss each of these elements in a

16:45:04  16    little more detail.

16:45:05  17        The first element of the crime of conspiracy, as I

16:45:07  18    said, is the existence of a conspiracy.  The government

16:45:10  19    must prove beyond a reasonable doubt that two or more

16:45:13  20    persons knowingly and intentionally arrived at a mutual

16:45:17  21    understanding or agreement either explicitly or

16:45:20  22    implicitly to work together to achieve the overall

16:45:24  23    objectives of a conspiracy.  The government does not

16:45:26  24    have to prove the existence of a formal or written

16:45:30  25    agreement or an express oral agreement spelling out the

details of the understanding.

    The government also does not have to prove that all members of the conspiracy directly met or discussed between themselves their unlawful objectives or agreed to all the details or agreed to what the means were by which the objectives would be accomplished.

    On the other hand, merely because people get together and talk about common interests or do similar things does not necessarily show that an agreement exists to commit the crime that is the subject of the charged conspiracy.

    The government must prove beyond a reasonable doubt that two or more persons in some way or manner arrived at some type of agreement, mutual understanding, or meeting of the minds to try to accomplish the common and unlawful objective of taking persons hostage for the purpose of compelling a third party to pay a ransom or to secure Mr. Germine's release from prison as implicit or explicit conditions for the release of the hostages.

    You may consider both direct evidence and circumstantial evidence in deciding whether the government has proved beyond a reasonable doubt that an agreement or mutual understanding existed.  You may find the existence of a conspiracy based on reasonable inferences drawn from the actions and statements of the

alleged members of the conspiracy, from the

circumstances surrounding the scheme, and from evidence

of related facts and circumstances which prove that the

activities of the participants in a criminal venture

could not have been carried out except as the result of

a preconceived agreement, scheme, or understanding.

It does not matter whether the persons who formed

the agreement actually carried out their plans or

whether the agreement ultimately was successful,

although proof concerning the accomplishment of the

object -- of the object of a conspiracy may be evidence

of the existence of the conspiracy itself.

In other words, success in carrying out an act, if

you believe it was carried out, may be proof of the

agreement itself.  But as I just said, it is not

necessary that a conspiracy actually succeed in its

purpose for you to conclude that it existed.

If you conclude that the government has proven

beyond a reasonable doubt that the conspiracy you're

considering existed, then you must next determine

whether Mr. Germine intentionally participated in that

conspiracy with knowledge of its unlawful purpose and

with the intent to further those unlawful objectives.

The government must prove beyond a reasonable doubt

that Mr. Germine knowingly and intentionally entered

into the conspiracy with criminal intent; that is, with

a purpose to violate the law, and that he agreed to take

part in the conspiracy to promote and cooperate in its

unlawful objectives.

Unlawfully simply means contrary to law.  A

defendant does not need to have known that he was

breaking any particular law, but he must have been aware

of the generally unlawful nature of his acts.

The terms knowingly and intentionally mean that to

find Mr. Germine joined the conspiracy, you must

conclude beyond a reasonable doubt that in doing so he

knew that -- what he was doing.  In other words, you

must conclude that Mr. Germine took the actions in

question deliberately, purposely, and voluntarily; that

is, Mr. Germine's acts must have been the product of his

conscious objective rather than the product of a mistake

or accident or mere negligence or some other innocent

reason.  It is not necessary for the government to show

that Mr. Germine was fully informed as to all the

details of the conspiracy for you to infer knowledge on

his part.

To have guilty knowledge, Mr. Germine need not know

the full extent of the conspiracy or all of the

activities of all of its participants.  It is not

necessary for Mr. Germine to know every other member of

16:49:25  1    the conspiracy.  In fact, he may know only one other

16:49:28  2    member of the conspiracy and still be a coconspirator.

16:49:33  3    It is enough if he or she participated as a conspirator

16:49:38  4    unlawfully, intentionally, and knowingly as I have

16:49:41  5    defined those terms.

16:49:43  6        The duration and extent of Mr. Germine's joining in

16:49:45  7    the agreement also has no bearing on the issue of guilt.

16:49:48  8    He need not have joined the conspiracy at the outset.

16:49:51  9        With regard to liability for conspiracy, although

16:49:54  10   not substantive offenses, Mr. Germine may have joined

16:49:58  11   the conspiracy at any time in its progress, and will

16:50:02  12   still be held responsible for all that was done before

16:50:04  13   he joined if those acts were reasonably foreseeable and

16:50:09  14   within the scope of the agreement, and for all that was

16:50:12  15   done during the conspiracy's existence while he or she

16:50:16  16   was a member.

16:50:17  17       Each member of the conspiracy may perform separate

16:50:20  18   and distinct acts or no acts at all.  Some conspirators

16:50:24  19   may play major roles while others play only minor roles

16:50:28  20   in the scheme.  An equal role is not what the law

16:50:31  21   requires, and the defendant does not need to perform any

16:50:33  22   specific act beyond joining the conspiratorial

16:50:37  23   agreement.

16:50:37  24       You've heard evidence of certain acts and

16:50:41  25   conversations that are alleged to have taken place with

16:50:44  1    Mr. Germine.  You may, but are not required to, consider

16:50:46  2    this evidence in determining whether these acts and

16:50:49  3    conversations show beyond a reasonable doubt

16:50:51  4    Mr. Germine's knowledge of the unlawful purposes of the

16:50:54  5    conspiracy.

16:50:55  6         You may consider this evidence along with other

16:50:58  7    evidence in the case and give it as much weight as you

16:51:00  8    think you think it deserves.

16:51:02  9         I'm going to caution you, however, that the

16:51:04  10   following types of connections are not sufficient to

16:51:08  11   establish a person's membership in a conspiracy.

16:51:11  12        Mr. Germine's mere association with a member of the

16:51:14  13   conspiracy, even when that association is coupled with

16:51:17  14   knowledge that a conspiracy is taking place.

16:51:20  15   Mr. Germine may know or be friendly with a conspirator

16:51:27  16   without being a conspirator himself;

16:51:29  17        Mr. Germine's mere presence at the scene of a crime

16:51:32  18   even coupled with knowledge that a crime is taking

16:51:35  19   place;

16:51:35  20        Similarity of conduct or the fact that persons may

16:51:38  21   have assembled together and discussed common names and

16:51:42  22   interests;

16:51:42  23        Mr. Germine's mere knowledge of or acquiescence in

16:51:46  24   the unlawful plan without his agreement in it;

16:51:48  25        And the fact that Mr. Germine's acts without

16:51:51  1    knowledge merely happen to further the purposes or

16:51:54  2    objectives of the conspiracy.

16:51:58  3        More is required into the law to establish a

16:52:00  4    person's membership in a conspiracy.

16:52:04  5        Mr. Germine must have joined the agreement with

16:52:06  6    knowledge of at least some of the unlawful purposes or

16:52:09  7    objectives of the conspiracy and with the intention of

16:52:11  8    aiding in the accomplishment of these unlawful

16:52:14  9    objectives.

16:52:16  10        Finally, a conspiracy once formed is presumed to

16:52:20  11    continue until either its objective is accomplished or

16:52:24  12    there is some affirmative act of termination by its

16:52:27  13    members.

16:52:28  14        Once a person is found to be a member of a

16:52:29  15    conspiracy, he is presumed to continue his membership in

16:52:32  16    the venture until it's determined -- until its

16:52:35  17    termination.

16:52:36  18        It is not essential that the government prove that

16:52:38  19    a particular conspiracy alleged in the indictment

16:52:41  20    started or ended on any of the specific dates described

16:52:44  21    for that conspiracy.

16:52:47  22        It is sufficient if you find that the conspiracy

16:52:49  23    was formed, and that it existed within the time set

16:52:53  24    forth in the indictment.

16:52:54  25        In sum, you must find beyond a reasonable doubt

16:52:57  1    that Mr. Germine, with an understanding of the unlawful

16:53:00  2    nature of the conspiracy, intentionally engaged,

16:53:04  3    advised, or assisted in the conspiracy for the purpose

16:53:07  4    of furthering its illegal understanding -- undertaking,

16:53:14  5    that is to say Mr. Germine became a conspirator.

16:53:20  6         Excuse me.

16:53:21  7         I will now instruct you on Counts 2 through 17,

16:53:26  8    each of which charges Mr. Germine with hostage taking.

16:53:29  9         Each count charges that from on or about

16:53:32  10   October 16th, 2021, to on or about at the latest

16:53:36  11   December 16, 2021, within the country of Haiti,

16:53:40  12   Mr. Germine, together with others, did seize and detain

16:53:43  13   and threaten to kill, to injure, and to continue to

16:53:46  14   detain a hostage who was a United States national in

16:53:50  15   order to compel a third person to pay ransom for the

16:53:54  16   release of the hostage or to secure from the Haitian

16:53:59  17   government Mr. Germine's release from prison.

16:54:01  18        Mr. Germine may be found guilty of committing

16:54:03  19   hostage taking under several theories of liability.

16:54:05  20        First, I will instruct you on these theories of

16:54:08  21   liability.  Then I will instruct you on the elements of

16:54:10  22   hostage taking.

16:54:14  23        You may find Mr. Germine guilty of the crimes

16:54:16  24   charged in the indictment without finding that he

16:54:19  25   personally committed each of the acts constituting the

16:54:22  1    offense or was personally present at the commission of

16:54:24  2    the offense.  Mr. Germine is responsible for an act

16:54:28  3    which he willfully causes to be done if the act would be

16:54:33  4    criminal if performed by him directly or by another.

16:54:37  5        To cause an act to be done means to bring it about.

16:54:39  6    You may convict Mr. Germine of the offense charged if

16:54:42  7    you find that the government has proven beyond a

16:54:46  8    reasonable doubt each element of the offense and that

16:54:48  9    Mr. Germine willfully caused such an act to be done with

16:54:51  10   the intent to commit the crime.

16:54:54  11       Next, you may find Mr. Germine guilty of Counts 2

16:54:58  12   through 17 without finding that he personally committed

16:55:01  13   each of the acts that make up the charge hostage takings

16:55:05  14   or that he was present while the crimes were being

16:55:07  15   committed if he aided and abetted the commission of the

16:55:11  16   crimes.

16:55:11  17       Any person who in some way intentionally

16:55:14  18   participates in the commission of a crime can be found

16:55:17  19   guilty either as an aider and abetter or as a principal

16:55:21  20   offender.  A person who aided and abetted another in

16:55:27  21   committing an offense or attempted to do so is sometimes

16:55:28  22   also called an accomplice.  It makes no difference which

16:55:32  23   label you attach.

16:55:33  24       If you find beyond a reasonable doubt that the

16:55:35  25   crime was committed by someone, even if that person is

2174

16:55:38  1    not identified or caught, and that Mr. Germine knowingly

16:55:42  2    associated himself with the commission of the crime,

16:55:45  3    participated in the crime as something he wish to bring

16:55:49  4    about and intended by his actions to make it succeed,

16:55:53  5    then Mr. Germine is as guilty of the crime as he would

16:55:55  6    be if he had personally committed each of the acts that

16:55:58  7    make up the crime.

16:56:00  8        This theory of liability breaks down into five

16:56:03  9    requirements, each of which the government must prove

16:56:06 10    beyond a reasonable doubt.

16:56:06 11        First, that others committed or attempted to commit

16:56:09 12    each of the three elements of the offense of hostage

16:56:12 13    taking.

16:56:12 14        Second, that Mr. Germine knew that the hostage

16:56:14 15    taking was going to be committed or was being committed

16:56:17 16    by others.

16:56:19 17        Third, that Mr. Germine performed an act or acts in

16:56:22 18    furtherance of the hostage taking.

16:56:24 19        Fourth, that Mr. Germine knowingly performed that

16:56:27 20    act or those acts for the purpose of bringing about the

16:56:30 21    hostage taking.

16:56:32 22        And fifth, that Mr. Germine performed that act

16:56:35 23    or -- or acts with the intent that the hostage taking

16:56:38 24    succeed.

16:56:39 25        The government must show some affirmative conduct

16:56:42  1    by Mr. Germine in planning or carrying out the crime.

16:56:47  2    That is, you must find that Mr. Germine's act or acts

16:56:49  3    did in some way aid, assist, facilitate, or encourage

16:56:53  4    others to commit this -- the offense.  It is not

16:56:56  5    necessary that you find that Mr. Germine's act or acts

16:56:59  6    were themselves unlawful.

16:57:01  7         In deciding whether Mr. Germine had the required

16:57:04  8    knowledge and intent to satisfy the fourth requirement

16:57:07  9    of aiding and abetting, you may again consider both

16:57:11  10   direct and circumstantial evidence, including

16:57:15  11   Mr. Germine's words and actions, and other facts and

16:57:19  12   circumstances.

16:57:20  13        However, evidence that Mr. Germine merely

16:57:22  14   associated with persons involved in a criminal venture

16:57:25  15   or is merely present or was merely a knowing spectator

16:57:29  16   during the commission of the offense is not enough for

16:57:31  17   you to find him guilty as an aider and abetter.

16:57:35  18        If the evidence shows that Mr. Germine knew that

16:57:37  19   the hostage taking was being committed or was about to

16:57:39  20   be committed but does not prove, in addition, beyond a

16:57:44  21   reasonable doubt that it was Mr. Germine's intent and

16:57:47  22   purpose to bring about the hostage taking, you may not

16:57:50  23   find him guilty as an aider and abetter.

16:57:53  24        Regardless of whether Mr. Germine is an aider and

16:57:56  25   abettor or a principal offender, the -- the government

16:57:59    1    must prove beyond a reasonable doubt that Mr. Germine

16:58:02    2    personally acted knowingly and intentionally.

16:58:05    3        The final theory of liability is coconspirator

16:58:09    4    liability.  As I previously explained, a conspiracy is a

16:58:12    5    kind of partnership in crime.  The members of the

16:58:16    6    conspiracy may be responsible for each other's actions.

16:58:18    7    Mr. Germine is responsible for an offense committed by

16:58:22    8    another member of the conspiracy.  If Mr. Germine was a

16:58:26    9    member of the conspiracy when the offense was committed

16:58:28    10   and if the offense was committed in furtherance of

16:58:31    11   and -- and as -- as a natural consequence of the

16:58:36    12   conspiracy.

16:58:37    13       To find Mr. Germine guilty of hostage taking under

16:58:39    14   this theory of liability, you must find that the

16:58:42    15   government proved beyond a reasonable doubt the

16:58:45    16   following six requirements:

16:58:47    17       Number one, from on or about October 16, 2021, to

16:58:52    18   on or about at the latest December 16, 2021, there was a

16:58:56    19   conspiracy to commit hostage taking of U.S. nationals to

16:59:00    20   compel a third party or government to pay ransom for the

16:59:04    21   release of the hostages or to secure Mr. Germine's

16:59:07    22   release from prison.

16:59:08    23       Number two, the offense of hostage taking was

16:59:10    24   committed by a coconspirator of Mr. Germine.

16:59:13    25       Number three, Mr. Germine had knowingly joined the

2177

16:59:17  1    conspiracy and was a member of the conspiracy to commit
16:59:20  2    hostage taking at the time of the hostage taking.
16:59:22  3         Number four, the hostage taking was committed
16:59:24  4    during the existence of the conspiracy.
16:59:27  5         Number five, the hostage taking was committed in
16:59:30  6    furtherance of the conspiracy.
16:59:31  7         And number six, the hostage taking was a reasonably
16:59:35  8    foreseeable consequence of the conspiracy.
16:59:37  9         It is not necessary to find that the hostage taking
16:59:40  10   was intended as part of the original plan, only that it
16:59:44  11   was a foreseeable consequence of the original plan.  The
16:59:48  12   principles governing the crime of conspiracy charged in
16:59:52  13   Count 1 that I explained earlier apply here as well.
16:59:56  14        I'll now instruct you on the elements of the
16:59:58  15   offense of hostage taking.
16:59:59  16        Counts 2 through 17 of the indictment charge
17:00:02  17   Mr. Germine with hostage taking.  The counts, as
17:00:06  18   summarized by victims and date of captivity, are as
17:00:10  19   follows:
17:00:10  20        Counts 2, 3, 6, 7, 9, 10, 11 -- I'm sorry, 9, 10,
17:00:16  21   12, 13, 14, 15, and 16 charge Mr. Germine with hostage
17:00:22  22   takings of the following individuals from on or about
17:00:26  23   October 16, 2021, to on or about at the latest
17:00:29  24   December 16, 2021.
17:00:33  25        Melodi Korver, Ryan Korver, Cherilyn Noecker,

17:00:37   1   Cheryl Noecker, Austin Smucker, Samuel Stoltzfus,

17:00:45   2   Westley Yoder, and the minors, A.K., L.K., B.N., and

17:00:52   3   K.N.

17:00:52   4        Counts 4 and 5 charge Mr. Germine with the hostage

17:00:57   5   takings of Matthew Miller and Rachel Miller on or about

17:01:01   6   October 16, 2021, to on or about November 20, 2021.

17:01:05   7        Counts 8, 11, and 17 charge Mr. Germine with the

17:01:09   8   hostage takings of Courtney Noecker, Katie Yoder, and

17:01:13   9   minor S.N. from on or about October 16, 2021, to on or

17:01:18  10   about December 5, 2021.

17:01:20  11        For each of the 16 counts of hostage taking, the

17:01:25  12   government must establish each of the following three

17:01:27  13   elements beyond a reasonable doubt:

17:01:29  14        First, the hostage was a United States national

17:01:32  15   during the relevant time from on or about October 16,

17:01:36  16   2021, to on or about at the latest December 16, 2021.

17:01:40  17        Second, between on or about October 16, 2021, and

17:01:45  18   on or about at the latest December 16, 2021, the hostage

17:01:49  19   was seized and detained.

17:01:52  20        Third, while the hostage was seized or detained, he

17:01:55  21   or she was threatened with death, injury, or continued

17:01:58  22   detention.

17:01:59  23        Fourth, the hostage was seized and detained and his

17:02:03  24   or her death, injury, or continued detention was

17:02:06  25   threatened in order to compel a third party to perform

17:02:10  1    certain acts, namely to pay ransom for the release of

17:02:13  2    the hostage or to secure Mr. Germine's release from

17:02:15  3    prison as an explicit and implicit condition for the

17:02:18  4    release of the hostage.

17:02:20  5        Fifth, that Mr. Germine either himself committed

17:02:24  6    those acts, the seizing or detaining of the hostage, and

17:02:27  7    the threatened death, injury, or continued detention to

17:02:30  8    compel a third party to act in a certain way or caused

17:02:35  9    the acts -- those acts to be done or aided and abetted

17:02:38  10   the commission of those acts or knowingly joined a

17:02:41  11   conspiracy and it was reasonably foreseeable that a

17:02:45  12   coconspirator would commit such acts in furtherance of

17:02:47  13   the overall conspiracy.

17:02:49  14       And six, that Mr. Germine acted intentionally,

17:02:52  15   deliberately, and knowingly, that is, not by accident,

17:02:55  16   inadvertence, or mistake.

17:02:57  17       I'm now going to provide a few definitions relative

17:03:01  18   to these elements.

17:03:02  19       To seize or detain means to restrain, hold, or

17:03:06  20   confine a person against that person's will and without

17:03:09  21   that person's consent.  In order to satisfy this

17:03:12  22   element, the government must prove that Mr. Germine --

17:03:14  23   and when I refer to Mr. Germine in this definition, I'm

17:03:17  24   also referring to a person who he aided and abetted or a

17:03:22  25   coconspirator, that one of those persons mentally or

physically restrained the hostage for a period of time against the hostage's will.

The government does not have to prove physical force or violence was used to restrain the hostage. It is sufficient that one of those persons threatened, frightened, deceived, or coerced the hostage so as to cause the hostage to remain under the control of one of those persons. It is not required that the seizure or detention of a person be against that person's will from inception if the hostage was later detained against his or her will.

A statement is a threat if it was made under such circumstances that a reasonable person hearing or reading the statement would understand it as a serious expression of intent to inflict harm on the person detained.

A United States national includes a citizen of the United States. The government is not required to prove that Mr. Germine knew that the intended victim was a United States national. It's sufficient the government proves beyond a reasonable doubt that the intended victim was, in fact, a United States national.

Before I excuse you to deliberate -- or actually for the evening and then to come back in the morning to deliberate, I want to discuss a few final matters with

17:04:40    1    you.

17:04:40    2         When you return to the jury room, you should first

17:04:44    3    select a foreperson to preside over your deliberations

17:04:46    4    and to be your spokesperson here in court.  There are no

17:04:50    5    specific rules regarding how you should select a

17:04:54    6    foreperson.  That is up to you.

17:04:55    7         However, as you go about the task, be mindful of

17:04:59    8    your mission to reach a fair and just verdict based on

17:05:02    9    the evidence.  Consider selecting a foreperson who will

17:05:04   10    be able to facilitate your discussions, who can help you

17:05:08   11    organize the evidence, who will encourage stability and

17:05:12   12    mutual respect among all of you, who will invite each

17:05:16   13    juror to speak up regarding his or her views about the

17:05:18   14    evidence, and who will promote a full and fair

17:05:21   15    consideration of that evidence.

17:05:23   16         Once again, I will provide you with a copy of these

17:05:26   17    instructions.  During your deliberations you may, if you

17:05:30   18    want, refer to these instructions.  While you may refer

17:05:33   19    to any particular portion of the instructions, you are

17:05:35   20    to consider the instructions as a whole and you may not

17:05:39   21    follow some and ignore others.  If you have any

17:05:42   22    questions about the instructions, you should feel free

17:05:44   23    to send me a note.  Please return the instructions to me

17:05:48   24    when your verdict is rendered, and we'll probably give

17:05:52   25    you more than one copy just to make it easy for you.

17:05:54  1          I will be sending into the jury room with you the

17:05:57  2     exhibits that have been admitted into evidence.  You may

17:06:01  3     examine any or all of them as you consider your

17:06:04  4     verdicts.  Please keep in mind that exhibits were only

17:06:06  5     marked for identification but were not admitted into

17:06:09  6     evidence -- let me repeat this.

17:06:12  7          Please keep in mind that exhibits that were only

17:06:14  8     marked for identification but were not admitted into

17:06:17  9     evidence will not be given to you to examine or consider

17:06:20 10     in reaching your verdict.

17:06:22 11          If you wish to review those portions of any videos

17:06:25 12     that I have admitted into evidence, please notify the

17:06:29 13     clerk by a written note and we will assemble in the

17:06:32 14     courtroom with the appropriate equipment.

17:06:35 15          During the course of the trial, a number of

17:06:37 16     exhibits were admitted into evidence.  Sometimes only

17:06:39 17     portions of an exhibit were admitted, such as portions

17:06:42 18     of a longer video, a document with some -- with some

17:06:47 19     words or pictures blacked out or otherwise removed, or a

17:06:50 20     video played without audio.  There are a variety of

17:06:53 21     reasons why only a portion of an exhibit is admitted,

17:06:57 22     including that the other portions are inadmissible or

17:07:01 23     implicate an individual's privacy.

17:07:02 24          As you examine the exhibits and you see or hear

17:07:05 25     portions where there appear to be omissions, you should

consider only the portions that were admitted.  You should not guess as to what has been taken out or why, and you should not hold it against either party.  You are to decide the facts only from the evidence that is before you.

The question of possible punishment of the defendant in the event of a conviction is not a concern of yours and should not enter into or influence your deliberations in any way.

The duty of imposing sentence in the event of a conviction rests exclusively with me.

Your verdict should be based solely on the evidence in the case, and you should not consider the matter of punishment at all.

I would like to remind you that in some cases, although not necessarily this one, there may be reports in the newspaper or on the radio, internet, or television concerning the case.  If there should be such media coverage in this case, you may be tempted to read, listen to, or watch it.  You must not read, listen to, or watch such reports because you must decide this case solely on the evidence presented in the courtroom.

Any publicity about this trial inadvertently comes to your attention, do not discuss it with other jurors or anyone else.  Just let me or my clerk or the marshal

17:08:23  1    know as soon after it happens as you can, and I will

17:08:26  2    then briefly discuss it with you.

17:08:27  3        As you retire to the jury room to deliberate, I

17:08:29  4    also wish to remind you of an instruction I gave you at

17:08:32  5    the beginning of the trial.

17:08:33  6        During deliberations you may not communicate with

17:08:36  7    anyone not on the jury about the case.  This includes

17:08:39  8    any electronic communication, such as email, or text or

17:08:43  9    blogging about the case.  In addition, you may not

17:08:46  10   conduct any independent investigation during

17:08:50  11   deliberations.  This means you may not conduct any

17:08:52  12   research in person or electronically via the internet or

17:08:57  13   any other way.

17:08:58  14       If it becomes necessary during your deliberations

17:09:01  15   to communicate with me, you may send a note by the clerk

17:09:03  16   or marshal, signed by your foreperson or by any other

17:09:08  17   member of the jury.

17:09:09  18       No member of the jury should try to communicate

17:09:11  19   with me except by such a signed note.  And I will never

17:09:15  20   communicate with any member of the jury on any matter

17:09:18  21   concerning the merits of this case, except in writing,

17:09:21  22   or orally here in open court.

17:09:24  23       Bear in mind, also, that you are never under any

17:09:27  24   circumstances to reveal to any person, not to the clerk,

17:09:30  25   to the marshal, or to me, how jurors are voting until

17:09:35  1    after you have reached a unanimous verdict.

17:09:38  2        This means that you should never tell me in writing

17:09:41  3    or in open court how the jury is divided on any

17:09:46  4    matter -- for example, 6-6 or 7-5 or 11-1, or in any

17:09:52  5    other fashion -- whether the vote is for conviction or

17:09:54  6    acquittal or on any other issue in the case.

17:09:57  7        A verdict must represent the considered judgment of

17:10:01  8    each juror, and in order to return a verdict, each juror

17:10:04  9    must agree on the verdict.  In other words, your

17:10:07 10    verdicts must be unanimous.

17:10:11 11        You'll be provided with a verdict form for use when

17:10:13 12    you have concluded your deliberations.  This is the

17:10:16 13    verdict form.  It is lengthy because of the number of

17:10:20 14    counts in the charges.  So it extends for five pages in

17:10:25 15    order to cover all 17 counts.

17:10:28 16        The form is not evidence in this case, and nothing

17:10:30 17    in it should be taken to suggest or convey any opinion

17:10:33 18    by me as to what the verdict should be.  Nothing in the

17:10:37 19    form replaces the instructions of law I have already

17:10:40 20    given you, and nothing in it replaces or modifies the

17:10:44 21    instructions about the elements, which the government

17:10:45 22    must prove beyond a reasonable doubt.

17:10:47 23        The form is meant only to assist you in recording

17:10:50 24    your verdict.

17:10:53 25        The attitude and conduct of jurors at the beginning

17:10:57  1    of deliberations are matters of considerable importance.

17:10:59  2    It may not be useful for a juror upon entering the jury

17:11:04  3    room to voice a strong expression of an opinion on the

17:11:06  4    case or to announce a determination to stand for a

17:11:09  5    certain verdict.

17:11:11  6        When one does that at the outset, a sense of pride

17:11:16  7    may cause that juror to hesitate to back away from an

17:11:19  8    announced position after a discussion of the case.

17:11:22  9    Furthermore, many jurors find it useful to avoid an

17:11:27 10    initial vote upon retiring to the jury room.  Calmly

17:11:31 11    reviewing and discussing the case at the beginning of

17:11:34 12    deliberations is often a more useful way to proceed.

17:11:37 13    Remember, that you are not partisans or advocates in

17:11:40 14    this matter, you are judges of the facts.

17:11:44 15        The last thing I must do before you begin your

17:11:47 16    deliberations, after you retire for the evening, is to

17:11:51 17    excuse the alternate juror.  And this can be a sad

17:11:57 18    event.  As I told you before, the selection of

17:11:59 19    alternates was a random process; it's nothing personal.

17:12:03 20    We selected two alternates before any of you entered the

17:12:06 21    courtroom.  We've since lost one juror.

17:12:08 22        Since the rest of you remain healthy and attentive,

17:12:12 23    and one juror has indicated an availability issue, I am

17:12:18 24    now going to excuse the juror in Seat 11.

17:12:22 25        Before you leave, I'm going to ask you to tear out

17:12:25  1    a page from your notebook and to write down your name

17:12:29  2    and daytime phone number and hand this to the clerk.  I

17:12:34  3    do this because it is possible, but not likely, that we

17:12:38  4    will need to summon you back to rejoin the jury in case

17:12:42  5    something happens to a regular juror.

17:12:44  6         Since that possibility exists, I'm also going to

17:12:46  7    instruct you not to discuss the case with anyone until

17:12:49  8    we call you.  My earlier instruction on use of the

17:12:54  9    internet still applies.  Please do not research this

17:12:57  10   case or communicate about it on the internet.

17:13:00  11        In all likelihood, we'll be calling you to tell you

17:13:02  12   there's been a verdict, and you are now free to discuss

17:13:05  13   the case.  There is, however that small chance that we

17:13:11  14   will need to bring you back on to the jury.

17:13:13  15        Thank you very much for your service, and please

17:13:15  16   report back -- I don't think you have to report to the

17:13:18  17   jury office.  You can give your badge, if you have a

17:13:21  18   badge, to the deputy clerk.

17:13:23  19        Lastly, and that's the best word that you've heard

17:13:26  20   this afternoon, I'm sure.  I want to mention one or two

17:13:30  21   matters before you begin your deliberations.

17:13:32  22        These concern how your verdict will be returned,

17:13:34  23   will be delivered.  When you have reached your verdict

17:13:38  24   just send me a note telling me you have reached a

17:13:41  25   verdict, and have your foreperson sign the note.

17:13:43  1          Don't tell me what your verdict is, and do not sign

17:13:46  2     your verdict form out.  I will find out your verdict by

17:13:49  3     asking your foreperson to provide the verdict form, and

17:13:52  4     the verdict will then be stated in open court after you

17:13:55  5     have finished your deliberations and returned to court.

17:13:58  6          Don't be surprised when your verdict is returned if

17:14:00  7     one of the parties asks that the jury be polled.  The

17:14:04  8     reason for polling the jury is because each party has a

17:14:07  9     right to be sure that your verdict is unanimous.

17:14:10  10         Polling means that after the -- after your verdict

17:14:13  11    is stated, I will ask each of you individually whether

17:14:17  12    your verdict agrees with that announced.  Your job is

17:14:21  13    easy.  If you agree with the verdict, you should simply

17:14:24  14    say yes when I call the number of your jury seat.  If

17:14:27  15    you disagree in any way, you should simply say no.

17:14:31  16         Do not say anything other than yes or no in

17:14:34  17    response to a poll of a jury, and do not say anything

17:14:37  18    during the poll unless and until your seat number is

17:14:40  19    called.

17:14:40  20         Now, ladies and gentlemen, at this time I'm going

17:14:44  21    to excuse you for the evening, and you should return

17:14:47  22    tomorrow morning, again, at the 9:30 hour to begin your

17:14:52  23    deliberations.

17:14:53  24         Let me explain one thing to you.  When you come in

17:14:56  25    in the morning, you should not start to discuss the case

17:15:01  1    as one or two or three of you arrive.  Wait until

17:15:05  2    everyone is there so all the jurors are participating in

17:15:09  3    all discussions that you have.

17:15:10  4        When all the jurors are there, take that first step

17:15:14  5    of electing a foreperson, and then begin your

17:15:18  6    deliberations consistent with the instructions I have

17:15:21  7    given you.

17:15:22  8        Thank you very much for your patience, your

17:15:24  9    attention, and have a pleasant evening.  We'll see you

17:15:29  10   again in the morning.  I will not call you in here to

17:15:33  11   begin.  You simply need to report to the jury room and

17:15:37  12   then begin your deliberations when all of you have

17:15:40  13   arrived.

17:15:41  14       Yes, ma'am.

17:15:42  15          JUROR MEMBER:  I have a question.  If we have

17:15:43  16   questions, how do we alert you that we have a question?

17:15:46  17          THE COURT:  You alert me that you have

17:15:47  18   questions by sending a note.

17:15:55  19          JUROR MEMBER:  Do we press a button?

17:15:56  20          THE COURT:  There will be a marshal right

17:16:00  21   out -- right there outside, and you can just knock on

17:16:02  22   the door or open the door, and they'll take the

          23   question.

17:16:04  24       If someone is not there -- we'll make sure we get

17:16:07  25   to you quickly.  All right?

| | | |
|---|---|---|
| 17:16:09 | 1 | JUROR MEMBER:  One question. |
| 17:16:10 | 2 | THE COURT:  All right.  Have a good evening. |
| | 3 | JUROR MEMBER:  I did have a question. |
| 17:16:14 | 4 | THE COURT:  One more question? |
| 17:16:16 | 5 | All right.  Please everybody be quiet.  We have one |
| 17:16:18 | 6 | more question. |
| 17:16:19 | 7 | JUROR MEMBER:  So starting tomorrow for lunch, |
| 17:16:21 | 8 | do we bring our own -- |
| 17:16:22 | 9 | THE COURT:  Lunch should be -- I'm sorry, I |
| 17:16:25 | 10 | should have told you that.  Lunch will be provided |
| 17:16:28 | 11 | tomorrow for you, and you need not bring your lunch. |
| 17:16:31 | 12 | DEPUTY COURTROOM CLERK:  That's correct, Your |
| 17:16:32 | 13 | Honor. |
| 17:16:32 | 14 | THE COURT:  All right.  Thank you.  Thank you |
| 17:16:34 | 15 | for asking.  You probably would have been told that by |
| 17:16:46 | 16 | my alter ego in any event. |
| 17:16:49 | 17 | (Jury out) |
| 17:17:08 | 18 | THE COURT:  All right.  We will make sure there |
| 17:17:10 | 19 | are at least -- I'll give them three copies of the |
| 17:17:17 | 20 | instructions. |
| 17:17:17 | 21 | MS. AMATO:  Your Honor, before the instructions |
| 17:17:18 | 22 | are given to the jury -- and, excuse me, Your Honor, I |
| 17:17:19 | 23 | didn't realize this earlier, but on Page 12 where we |
| 17:17:22 | 24 | talk about prior inconsistent statements, I don't |
| 17:17:24 | 25 | believe that Mr. Germine made any prior inconsistent |

17:17:27  1    statements under -- subject to penalty of perjury.

17:17:34  2         It was these statements that he made previously

17:17:36  3    were in interviews, but he wasn't subject to perjury.

17:17:38  4    So I would just ask --

17:17:39  5              THE COURT:  Mr. Pelice?

17:17:42  6              MS. AMATO:  Mr. Germine.  Did I say Pelice,

17:17:44  7    Your Honor?

17:17:46  8         So as to Mr. Germine, I would just ask that before

17:17:48  9    the instructions are given to the jury that

17:17:50  10   Mr. Germine's name is taken out of that -- actually,

17:17:53  11   it's the third paragraph, the last paragraph.

17:17:55  12             THE COURT:  It's the last paragraph?

17:17:56  13             MS. AMATO:  Yes.  So he did not make any

17:18:00  14   statements under oath, except for, of course, the ones

17:18:04  15   that were here.

17:18:04  16             THE COURT:  Does the government agree with

17:18:06  17   that?

17:18:06  18             MR. SAUNDERS:  Yes, Your Honor.

17:18:07  19             THE COURT:  All right.  We'll make that small

17:18:10  20   change.

17:18:10  21             MS. AMATO:  Thank you.

17:18:11  22             THE COURT:  All right.  Anything else?

17:18:15  23        Make sure we have the exhibits in order.  Do you

17:18:17  24   need my copy of the exhibit list or do you --

17:18:22  25   coordinated everything?

17:18:23   1                MR. SAUNDERS:  It would be helpful just to

17:18:29   2       double-check, Your Honor.

17:18:30   3                THE COURT:  Just make sure I get it back.

17:18:33   4            And anything else, Mr. Orenberg?

17:18:35   5                MR. ORENBERG:  Other than -- I know the Court

17:18:37   6       instructed the jury to be here at 9:30.  What would the

17:18:41   7       Court like us to be, 20-minute 30-minute call --

17:18:44   8                THE COURT:  You don't have to be here at 9:30

17:18:46   9       because I'm not bringing the jury in, but you have to be

17:18:49   10      available quickly for any note that requires us to get

17:18:54   11      together.

17:18:54   12               MR. ORENBERG:  So in the vicinity?

17:18:55   13               THE COURT:  Yeah, in the vicinity.

17:18:57   14               MR. ORENBERG:  Okay.

17:18:59   15               THE COURT:  I don't like to keep the jury

17:19:02   16      waiting 20, 25 minutes, a half an hour, so if you can be

17:19:06   17      quick to get here as needed.

17:19:08   18               MR. ORENBERG:  We'll leave our numbers with

17:19:10   19      Mr. Coates.

17:19:11   20               THE COURT:  Absolutely.  All right.

17:19:14   21               MR. SAUNDERS:  Your Honor, during the

17:19:15   22      discussion of the MJOA, there was -- the Court asked for

17:19:19   23      citations to the record.

17:19:24   24            In the closing, Ms. Seifert discussed some of that

17:19:28   25      evidence.  If you'd still like some citations, is lunch

```
17:19:32   1   time tomorrow a good enough time frame?
17:19:34   2               THE COURT:  Yeah.  I don't -- I don't need it
17:19:35   3   until I have to decide the motion.
17:19:38   4               MR. SAUNDERS:  Okay.
17:19:39   5               THE COURT:  It may be that the defense requests
17:19:42   6   to file a written motion.  I imagine I wouldn't need it
17:19:48   7   until the written motions are briefed, but certainly
17:19:51   8   lunch time tomorrow would be plenty sufficient, and I
17:19:54   9   will accept it at that time.
17:19:56  10               MR. SAUNDERS:  Thank you, Your Honor.
17:19:58  11               THE COURT:  All right.  Anything else?
17:20:04  12        Ms. Seifert has a pained look on her face -- or a
17:20:08  13   puzzled look on her face.
17:20:10  14               MS. SEIFERT:  How would the Court like us to
17:20:12  15   submit that?
17:20:12  16               THE COURT:  I'm sorry?
17:20:13  17               MS. SEIFERT:  How would the Court like it
17:20:15  18   submitted?  A notice?
17:20:21  19               THE COURT:  I think you should submit it so it
17:20:23  20   goes on the record.  So you should submit it as a -- a
17:20:28  21   notice but with the caption and filed on the record.
17:20:31  22               MS. SEIFERT:  Thank you, Your Honor.
17:20:32  23               THE COURT:  All right.  Anything else?
17:20:39  24               MR. ORENBERG:  No.  We were just discussing the
17:20:42  25   mechanics of doing that tomorrow, Your Honor.
```

17:20:43   1                THE COURT:  All right.  Have a good evening,

17:20:45   2       and we'll see you at some point tomorrow.

17:20:47   3                (Court in recess, 5:20 p.m.)

17:22:00   4                            - - -

           5

           6

           7

           8                        CERTIFICATE

           9

          10           I, Chandra Kean, RMR, hereby certify that the

          11       foregoing transcript is a true and correct transcription

          12       of the proceedings held in the above-titled matter.

          13

          14

          15       _____        May 16, 2025
                     Chandra Kean, RMR                  DATE
          16

          17

          18

          19

          20

          21

          22

          23

          24

          25

## $

**$11,000** [1] - 2085:2
**$17** [2] - 2065:18, 2070:19
**$3,200** [2] - 2054:3, 2085:1
**$350,000** [1] - 2075:9
**$60,000** [1] - 2087:17
**$78,000** [1] - 2072:17

## 1

**1** [12] - 2044:12, 2045:23, 2063:8, 2065:6, 2075:1, 2078:15, 2125:18, 2139:22, 2164:1, 2164:6, 2164:25, 2177:13
**1,200** [1] - 2068:22
**10** [5] - 2044:16, 2045:11, 2062:17, 2177:20
**10-by-12** [1] - 2065:7
**10/16** [1] - 2139:11
**10:30** [1] - 2071:22
**10:44** [1] - 2071:23
**10th** [4] - 2072:2, 2083:6, 2124:19, 2124:21
**11** [6] - 2044:16, 2078:9, 2116:2, 2177:20, 2178:7, 2186:24
**11-1** [1] - 2185:4
**11-minute** [1] - 2071:24
**11/20/21** [1] - 2109:3
**11:06** [1] - 2059:13
**11:53** [1] - 2072:3
**11th** [3] - 2072:15, 2072:24, 2104:8
**12** [4] - 2044:16, 2053:14, 2177:21, 2190:23
**1203(c** [1] - 2044:25
**1219** [2] - 2045:9, 2045:13
**1292** [1] - 2124:3
**1298** [2] - 2045:13, 2045:14
**12th** [1] - 2045:15
**13** [3] - 2044:16, 2077:5, 2177:21
**14** [2] - 2044:16, 2177:21
**14th** [2] - 2087:5, 2087:17
**15** [4] - 2045:6,

2075:13, 2163:5, 2177:21
**15th** [2] - 2078:25, 2083:17
**16** [35] - 2045:7, 2045:25, 2046:1, 2048:1, 2048:8, 2101:9, 2118:16, 2130:8, 2130:19, 2161:12, 2161:14, 2161:22, 2163:22, 2163:24, 2163:25, 2164:4, 2164:8, 2164:9, 2164:12, 2165:3, 2165:4, 2172:11, 2176:17, 2176:18, 2177:21, 2177:23, 2177:24, 2178:6, 2178:9, 2178:11, 2178:15, 2178:16, 2178:17, 2178:18, 2194:15
**16th** [13] - 2055:9, 2058:14, 2059:7, 2063:24, 2065:5, 2067:4, 2078:11, 2078:25, 2079:25, 2080:14, 2118:15, 2128:8, 2172:10
**17** [22] - 2045:7, 2047:23, 2048:9, 2051:6, 2051:24, 2060:24, 2088:19, 2089:17, 2089:25, 2092:19, 2100:21, 2101:9, 2114:25, 2115:4, 2116:1, 2116:23, 2164:3, 2172:7, 2173:12, 2177:16, 2178:7, 2185:15
**1785** [2] - 2046:22
**18** [1] - 2044:24
**18th** [2] - 2067:12, 2086:23
**19th** [1] - 2083:1
**1:00** [3] - 2058:19, 2058:21, 2073:17
**1:05** [2] - 2059:21, 2139:15
**1:16** [1] - 2044:2
**1:27** [1] - 2059:25
**1:30** [2] - 2049:21, 2059:21
**1:44** [1] - 2062:8
**1:45** [2] - 2060:18, 2139:16
**1:48** [1] - 2062:9

## 2

**2** [7] - 2044:15, 2048:8, 2164:3, 2172:7, 2173:11, 2177:16, 2177:20
**20** [5] - 2109:11, 2120:15, 2121:22, 2178:6, 2192:16
**20-minute** [2] - 2064:19, 2192:7
**2015** [3] - 2051:1, 2098:18, 2109:17
**2021** [35] - 2045:25, 2046:1, 2051:13, 2084:14, 2087:5, 2100:22, 2101:9, 2108:21, 2115:1, 2115:14, 2118:15, 2118:16, 2128:23, 2161:13, 2161:14, 2163:24, 2163:25, 2164:8, 2164:9, 2165:3, 2165:4, 2172:10, 2172:11, 2176:17, 2176:18, 2177:23, 2177:24, 2178:6, 2178:9, 2178:10, 2178:16, 2178:17, 2178:18
**2022** [1] - 2158:5
**2025** [1] - 2194:15
**20th** [3] - 2073:14, 2108:21, 2109:12
**2140** [1] - 2129:9
**21st** [2] - 2086:19, 2128:23
**22nd** [4] - 2070:15, 2071:4, 2071:7, 2071:19
**25** [1] - 2192:16
**251** [1] - 2108:24
**29** [1] - 2046:20
**2:02** [1] - 2109:3
**2:30** [2] - 2078:14, 2079:3
**2:45** [1] - 2060:18

## 3

**3** [2] - 2044:16, 2177:20
**3.5** [1] - 2062:11
**30** [1] - 2061:6, 2065:21, 2076:12
**30-minute** [1] - 2192:7
**32** [1] - 2059:18
**33** [1] - 2045:23
**35** [1] - 2046:2
**3:00** [3] - 2063:7, 2063:19, 2065:6

**3:01** [1] - 2063:20
**3:13** [1] - 2063:21
**3:20** [1] - 2140:1
**3:22** [1] - 2064:18
**3:30** [3] - 2065:23, 2066:19, 2140:1
**3:30:22** [1] - 2066:19
**3:35** [1] - 2121:7
**3:40** [2] - 2066:19, 2095:15
**3:45** [1] - 2121:7
**3:51** [1] - 2095:15
**3rd** [2] - 2087:22, 2132:19

## 4

**4** [3] - 2044:16, 2097:23, 2178:4
**400** [34] - 2051:1, 2051:7, 2051:14, 2052:18, 2055:15, 2063:25, 2067:11, 2081:15, 2081:17, 2081:20, 2082:5, 2082:25, 2084:1, 2085:4, 2087:4, 2087:10, 2088:4, 2099:7, 2099:9, 2099:12, 2102:1, 2102:8, 2106:2, 2106:13, 2117:8, 2117:15, 2117:17, 2125:25, 2126:7, 2133:20, 2136:14, 2138:1, 2158:4, 2158:6
**43,000** [2] - 2072:5, 2072:17
**45** [1] - 2061:6
**4:00** [3] - 2065:23, 2068:4, 2071:20, 2073:17, 2140:2
**4:14** [1] - 2066:23
**4:21** [1] - 2066:20

## 5

**5** [4] - 2044:16, 2079:13, 2178:4, 2178:10
**50** [2] - 2052:22, 2053:7
**50-caliber** [1] - 2089:13
**52** [1] - 2129:1
**5752** [6] - 2111:24, 2124:7, 2124:12, 2128:7, 2128:22, 2139:25
**59** [2] - 2133:13,

2133:25
**5:00** [3] - 2142:22, 2163:4, 2163:6
**5:20** [1] - 2194:3
**5th** [1] - 2075:7

## 6

**6** [2] - 2045:6, 2177:20
**6-6** [1] - 2185:4
**62** [4] - 2052:12, 2053:22, 2055:7, 2117:11
**6:00** [1] - 2075:16
**6:24** [1] - 2109:5

## 7

**7** [2] - 2045:6, 2177:20
**7-5** [1] - 2185:4
**703T** [2] - 2097:22, 2098:4
**78,000** [1] - 2072:4
**7:00** [1] - 2071:20
**7:09** [1] - 2070:15

## 8

**8** [5] - 2045:6, 2055:12, 2055:15, 2059:17, 2178:7
**80** [1] - 2068:23
**8:00** [1] - 2055:11

## 9

**9** [3] - 2044:16, 2177:20
**9.7** [1] - 2059:16
**90** [1] - 2068:23
**9101** [6] - 2111:24, 2124:6, 2124:9, 2124:11, 2129:2, 2129:3
**932T** [1] - 2133:10
**937T** [1] - 2133:21
**939T** [1] - 2133:13
**940T** [1] - 2133:19
**9:00** [1] - 2075:16
**9:30** [6] - 2055:11, 2058:19, 2139:12, 2188:22, 2192:6, 2192:8
**9:32** [1] - 2073:8
**9:48** [1] - 2104:14
**9th** [1] - 2098:13

## A

**A.K** [1] - 2178:2
**a.m** [3] - 2068:4, 2072:3, 2139:12

**abducted** [1] - 2067:15
**Abednego** [1] - 2134:3
**abetted** [6] - 2091:8, 2092:22, 2173:15, 2173:20, 2179:9, 2179:24
**abetter** [4] - 2100:18, 2173:19, 2175:17, 2175:23
**abetting** [1] - 2175:9
**abettor** [1] - 2175:25
**ability** [2] - 2150:25, 2160:18
**able** [5] - 2048:18, 2066:8, 2080:22, 2118:24, 2181:10
**above-titled** [1] - 2194:12
**absence** [1] - 2158:11
**absolutely** [1] - 2192:20
**accept** [7] - 2143:21, 2146:9, 2153:8, 2158:7, 2158:8, 2158:25, 2193:9
**acceptable** [2] - 2138:21, 2147:24
**accepted** [1] - 2072:16
**access** [2] - 2124:10, 2124:12
**accident** [5] - 2081:5, 2093:8, 2158:11, 2168:17, 2179:15
**accomplice** [1] - 2173:22
**accomplices** [1] - 2097:8
**accomplish** [2] - 2164:23, 2166:15
**accomplished** [2] - 2166:6, 2171:11
**accomplishment** [2] - 2167:10, 2171:8
**according** [1] - 2084:7
**accordingly** [1] - 2120:3
**account** [2] - 2095:25, 2111:11
**accountable** [4] - 2091:10, 2093:23, 2093:24, 2142:16
**accuracy** [2] - 2152:13, 2159:2
**accurate** [2] - 2152:6, 2153:8
**accurately** [1] - 2151:24
**accusation** [1] - 2163:17

**accusing** [1] - 2148:14
**achieve** [3] - 2054:18, 2165:12, 2165:22
**acknowledged** [1] - 2109:15
**acknowledges** [1] - 2067:11
**acknowledgment** [1] - 2106:8
**acquiesce** [1] - 2114:5
**acquiescence** [2] - 2100:5, 2170:23
**acquittal** [4] - 2044:13, 2044:21, 2047:8, 2185:6
**act** [21] - 2055:1, 2068:2, 2091:3, 2091:5, 2091:7, 2120:3, 2150:15, 2162:24, 2167:13, 2169:22, 2171:12, 2173:2, 2173:3, 2173:5, 2173:9, 2174:17, 2174:20, 2174:22, 2175:2, 2175:5, 2179:8
**acted** [6] - 2090:19, 2093:6, 2162:6, 2162:23, 2176:2, 2179:14
**acting** [4] - 2056:16, 2068:18, 2069:2, 2093:9
**actions** [6] - 2093:12, 2166:25, 2168:13, 2174:4, 2175:11, 2176:6
**activities** [4] - 2115:16, 2140:17, 2167:4, 2168:24
**actors** [1] - 2091:8
**acts** [34] - 2054:24, 2092:12, 2092:21, 2092:22, 2092:23, 2092:25, 2100:6, 2101:20, 2146:2, 2157:23, 2162:11, 2162:16, 2168:8, 2165:18, 2169:13, 2169:18, 2169:24, 2170:2, 2170:25, 2172:25, 2173:13, 2174:6, 2174:17, 2174:20, 2174:23, 2175:2, 2175:5, 2179:1, 2179:6, 2179:9, 2179:10, 2179:12
**actual** [2] - 2125:7,

2147:9
**add** [1] - 2112:8
**adding** [1] - 2124:8
**addition** [4] - 2056:21, 2066:17, 2175:20, 2184:9
**additionally** [1] - 2156:5
**admissible** [1] - 2148:24
**admission** [2] - 2054:9, 2070:10
**admit** [1] - 2088:6
**admits** [1] - 2056:10
**admitted** [14] - 2115:22, 2144:4, 2145:21, 2145:23, 2155:23, 2158:21, 2182:2, 2182:5, 2182:8, 2182:12, 2182:16, 2182:17, 2182:21, 2183:1
**advice** [2] - 2067:9, 2141:17
**advised** [1] - 2172:3
**advising** [1] - 2083:21
**advocates** [1] - 2186:13
**affect** [3] - 2150:25, 2151:2, 2153:15
**affects** [1] - 2152:2
**afford** [1] - 2085:1
**afraid** [1] - 2057:21
**afternoon** [10] - 2050:15, 2050:20, 2071:20, 2072:18, 2080:7, 2080:13, 2096:8, 2109:4, 2122:8, 2187:20
**age** [1] - 2144:19
**Agent** [33] - 2069:6, 2070:20, 2072:18, 2072:21, 2073:8, 2078:2, 2078:9, 2087:22, 2088:6, 2104:5, 2105:14, 2106:1, 2106:7, 2110:3, 2110:14, 2110:17, 2111:14, 2112:23, 2123:19, 2124:3, 2125:5, 2128:19, 2129:5, 2130:8, 2131:5, 2132:5, 2135:8, 2135:16, 2135:21, 2136:2, 2146:17, 2146:18
**agents** [2] - 2104:2, 2104:4
**ago** [1] - 2058:3

**agree** [14] - 2075:8, 2079:2, 2096:14, 2096:23, 2098:9, 2113:14, 2114:6, 2116:11, 2140:22, 2164:10, 2164:17, 2185:9, 2188:13, 2191:16
**agreed** [12] - 2055:9, 2056:23, 2056:24, 2073:15, 2086:19, 2132:23, 2135:4, 2146:12, 2146:16, 2166:4, 2166:5, 2168:2
**agreement** [23] - 2056:13, 2058:12, 2100:5, 2131:9, 2160:12, 2164:22, 2165:4, 2165:11, 2165:21, 2165:25, 2166:9, 2166:14, 2166:23, 2167:6, 2167:8, 2167:9, 2167:15, 2169:7, 2169:14, 2169:23, 2170:24, 2171:5
**agrees** [3] - 2075:18, 2122:23, 2188:12
**ahead** [1] - 2049:16
**ahold** [1] - 2080:3
**aid** [3] - 2054:24, 2145:13, 2175:3
**aided** [6] - 2091:7, 2092:22, 2173:15, 2173:20, 2179:9, 2179:24
**aider** [5] - 2100:18, 2173:19, 2175:17, 2175:23, 2175:24
**aiding** [2] - 2171:8, 2175:9
**aims** [1] - 2100:3
**air** [2] - 2052:16, 2133:25
**airplanes** [1] - 2052:17
**alert** [2] - 2189:16, 2189:17
**Alexander** [1] - 2146:18
**alive** [1] - 2063:14
**alleged** [7] - 2044:23, 2161:21, 2161:25, 2162:3, 2167:1, 2169:25, 2171:19
**allow** [2] - 2151:2, 2158:16
**allowed** [4] - 2075:19, 2110:10, 2110:13,

2111:17
**almost** [4] - 2052:13, 2059:16, 2081:8, 2114:17
**alone** [5] - 2090:11, 2092:4, 2144:4, 2144:6, 2151:19
**alter** [1] - 2190:16
**alternate** [2] - 2121:1, 2186:17
**alternates** [2] - 2186:19, 2186:20
**altogether** [1] - 2130:23
**Amato** [6] - 2044:6, 2107:2, 2108:8, 2119:9, 2119:11, 2135:5
**AMATO** [14] - 2044:7, 2044:11, 2046:17, 2046:19, 2048:15, 2050:5, 2050:10, 2094:7, 2095:21, 2096:1, 2190:21, 2191:6, 2191:13, 2191:21
**America** [4] - 2067:24, 2123:7, 2130:7, 2137:15
**American** [2] - 2047:25, 2052:3
**Americans** [8] - 2048:5, 2051:7, 2088:16, 2130:9, 2130:10, 2130:12, 2133:14, 2133:15
**amount** [4] - 2065:24, 2066:7, 2090:3, 2137:16
**ample** [1] - 2080:20
**angled** [1] - 2049:11
**announce** [1] - 2186:4
**announced** [2] - 2186:8, 2188:12
**answer** [9] - 2056:5, 2064:14, 2064:17, 2064:18, 2086:4, 2149:3, 2149:4, 2149:5, 2160:13
**answered** [2] - 2149:3, 2159:8
**answers** [1] - 2056:6
**anticipate** [1] - 2062:20
**anxious** [2] - 2121:3
**apart** [1] - 2113:16
**appear** [1] - 2182:25
**applies** [4] - 2044:20, 2143:19, 2161:4, 2187:9

**apply** [5] - 2143:6, 2157:4, 2160:24, 2164:4, 2177:13
**appreciative** [1] - 2163:9
**appropriate** [2] - 2095:10, 2182:14
**approval** [1] - 2068:19
**April** [5] - 2051:12, 2066:10, 2068:10, 2084:14, 2086:19
**area** [8] - 2060:12, 2060:18, 2060:19, 2060:21, 2063:4, 2083:11, 2098:16, 2139:16
**argument** [11] - 2044:20, 2045:22, 2046:16, 2046:18, 2046:20, 2047:1, 2047:3, 2094:19, 2094:20, 2118:10, 2148:19
**arguments** [3] - 2050:16, 2094:9, 2148:9
**Ariel** [3] - 2070:22
**arises** [1] - 2075:19
**armed** [1] - 2059:6
**arms** [1] - 2084:22
**arrange** [2] - 2102:4, 2102:7
**arrive** [2] - 2144:15, 2189:1
**arrived** [4] - 2065:21, 2165:20, 2166:13, 2189:13
**article** [4] - 2067:17, 2101:4, 2101:6
**articles** [2] - 2101:4, 2114:25
**asleep** [1] - 2147:22
**assemble** [1] - 2182:13
**assembled** [2] - 2100:3, 2170:21
**asserts** [1] - 2147:8
**assist** [6] - 2054:24, 2113:25, 2117:7, 2148:10, 2175:3, 2185:23
**assistance** [1] - 2119:12
**assisted** [1] - 2172:3
**assisting** [1] - 2136:17
**associated** [5] - 2054:15, 2100:15, 2128:5, 2174:2, 2175:14

**association** [8] - 2099:14, 2099:19, 2099:20, 2112:24, 2112:25, 2137:22, 2170:12, 2170:13
**associations** [1] - 2112:19
**assume** [3] - 2111:19, 2147:14, 2147:18
**assumptions** [1] - 2112:19
**astronomical** [1] - 2066:3
**attach** [1] - 2173:23
**attempt** [1] - 2080:4
**attempted** [3] - 2135:25, 2173:21, 2174:11
**attention** [7] - 2106:4, 2119:10, 2131:3, 2155:9, 2159:4, 2183:24, 2189:9
**attentive** [1] - 2186:22
**attitude** [1] - 2185:25
**attorneys** [1] - 2145:5
**audio** [1] - 2182:20
**August** [1] - 2087:5
**Augustyniak** [1] - 2146:18
**Austin** [13] - 2048:3, 2055:25, 2056:15, 2060:22, 2062:2, 2065:20, 2071:8, 2071:9, 2103:24, 2125:17, 2130:14, 2131:20, 2178:1
**authorities** [1] - 2113:25
**automatically** [1] - 2087:18
**availability** [2] - 2120:23, 2186:23
**available** [2] - 2143:11, 2192:10
**avoid** [2] - 2121:2, 2186:9
**avoided** [1] - 2121:12
**avoiding** [1] - 2121:19
**aware** [3] - 2144:10, 2144:13, 2168:7
**awful** [2] - 2096:13, 2096:14

### B

**B.N** [1] - 2178:2
**babe** [1] - 2068:25
**baby** [5] - 2051:8, 2060:25, 2067:23, 2089:9, 2124:22

2144:6
**believable** [1] - 2151:12
**believes** [3] - 2094:18, 2094:21, 2095:10
**below** [1] - 2162:25
**belt** [1] - 2085:25
**benefit** [2] - 2107:7, 2156:14
**benefits** [1] - 2105:25
**best** [1] - 2187:19
**betray** [2] - 2057:13, 2057:17
**between** [22] - 2059:21, 2065:22, 2066:19, 2073:17, 2075:8, 2075:16, 2076:13, 2079:25, 2098:2, 2103:22, 2112:14, 2116:8, 2132:9, 2138:10, 2138:25, 2139:1, 2152:15, 2152:21, 2152:23, 2165:4, 2166:4, 2178:17
**beyond** [49] - 2045:1, 2046:9, 2048:17, 2049:8, 2049:13, 2055:3, 2093:4, 2093:21, 2113:4, 2117:22, 2118:12, 2141:13, 2142:1, 2142:14, 2142:22, 2149:10, 2149:15, 2149:20, 2149:23, 2150:5, 2150:20, 2150:22, 2151:16, 2157:21, 2161:19, 2162:2, 2162:22, 2163:4, 2163:6, 2164:20, 2165:1, 2165:19, 2166:12, 2166:22, 2167:19, 2167:24, 2168:11, 2169:22, 2170:3, 2171:25, 2173:7, 2173:24, 2174:10, 2175:20, 2176:1, 2176:15, 2178:13, 2180:21, 2185:22
**bias** [1] - 2153:14
**biased** [2] - 2153:12, 2159:24
**biases** [4] - 2144:10, 2144:12, 2144:14
**big** [12] - 2062:6, 2063:24, 2063:25, 2069:2, 2075:9, 2086:11, 2088:17, 2089:9, 2101:7,

**background** [2] - 2070:21, 2131:2
**bad** [7] - 2067:23, 2069:3, 2069:13, 2083:8, 2089:10, 2158:15, 2158:18
**badge** [2] - 2187:17, 2187:18
**bamboozled** [1] - 2119:24
**Barrett** [1] - 2089:14
**Barry** [6] - 2065:17, 2065:18, 2079:13, 2097:18, 2116:9
**base** [1] - 2159:20
**based** [12] - 2059:19, 2090:11, 2098:21, 2117:24, 2117:25, 2150:7, 2150:8, 2150:17, 2150:18, 2166:24, 2181:8, 2183:12
**basis** [1] - 2129:15
**Bates** [10] - 2099:13, 2100:10, 2100:11, 2101:18, 2105:12, 2108:7, 2108:10, 2113:1, 2119:22, 2120:2
**bean** [2] - 2082:24, 2083:13, 2087:15
**Beanie** [4] - 2056:2, 2103:18, 2103:21, 2103:22
**bear** [2] - 2142:22, 2184:23
**bearing** [1] - 2169:7
**became** [2] - 2073:17, 2172:5
**become** [1] - 2157:9
**becomes** [1] - 2184:14
**bed** [1] - 2073:25
**began** [1] - 2161:15
**begin** [9] - 2120:24, 2143:12, 2143:13, 2186:15, 2187:21, 2188:22, 2189:5, 2189:11, 2189:12
**beginning** [10] - 2059:8, 2060:9, 2090:25, 2145:13, 2164:7, 2165:2, 2184:5, 2185:25, 2186:11
**behalf** [2] - 2111:4, 2157:10
**behavior** [1] - 2152:3
**beings** [1] - 2144:8
**belief** [1] - 2094:21
**believability** [1] -

2101:8, 2116:16
**Big** [5] - 2102:18, 2102:23, 2103:18, 2103:25, 2113:7
**binding** [1] - 2065:11
**birthday** [4] - 2054:5, 2114:14, 2114:20, 2114:22
**bit** [9] - 2061:9, 2063:7, 2101:19, 2113:18, 2114:15, 2118:7, 2129:16, 2137:21, 2163:4
**blacked** [1] - 2182:19
**blame** [2] - 2119:14, 2119:15
**bleach** [1] - 2136:12
**block** [2] - 2068:6
**blocked** [1] - 2055:17
**blogging** [1] - 2184:9
**blood** [1] - 2065:9
**bob** [1] - 2122:17
**body** [2] - 2052:22, 2053:8
**bodyguard** [2] - 2056:16, 2063:11
**bonnets** [1] - 2060:25
**Bonura** [5] - 2069:6, 2124:3, 2129:5
**boss** [7] - 2081:7, 2081:11, 2082:14, 2082:17, 2142:1, 2142:4, 2142:7
**bothering** [1] - 2088:7
**bought** [3] - 2102:4, 2127:6, 2127:7
**boxers** [1] - 2086:25
**brain** [1] - 2107:20
**bramble** [1] - 2053:16
**brambles** [1] - 2079:7
**bravely** [1] - 2078:15
**break** [5] - 2078:2, 2094:4, 2094:5, 2120:14, 2120:19
**breaking** [1] - 2168:7
**breaks** [1] - 2174:8
**brief** [3] - 2094:3, 2120:8, 2120:14
**briefed** [1] - 2193:7
**briefly** [2] - 2089:23, 2184:2
**bright** [1] - 2119:24
**bring** [12] - 2049:17, 2090:20, 2094:7, 2110:8, 2141:25, 2159:3, 2173:5, 2174:3, 2175:22, 2187:14, 2190:8, 2190:11
**bringing** [2] - 2174:20,

2192:9
**brings** [1] - 2065:15
**brokered** [1] - 2051:15
**brother** [4] - 2057:18, 2087:6, 2135:2, 2140:8
**brother's** [1] - 2087:7
**brother-in-law** [2] - 2057:18, 2135:2
**brothers** [2] - 2076:6, 2076:7
**brought** [15] - 2059:4, 2064:7, 2097:11, 2099:2, 2106:17, 2107:2, 2114:10, 2118:9, 2131:13, 2134:6, 2134:8, 2134:10, 2134:24, 2155:9
**bugged** [1] - 2086:12
**bullets** [3] - 2065:10, 2068:4, 2083:12
**bunch** [2] - 2070:23, 2131:5
**burden** [7] - 2117:21, 2118:8, 2118:12, 2119:2, 2149:12, 2149:22, 2150:21
**bush** [1] - 2053:15
**business** [18] - 2082:24, 2083:13, 2084:5, 2084:6, 2084:8, 2086:2, 2086:3, 2086:13, 2086:18, 2088:9, 2102:2, 2113:20, 2122:22, 2123:1, 2123:3, 2127:21, 2136:4
**businesses** [1] - 2098:11
**businessowner** [1] - 2113:20
**button** [1] - 2189:19
**buy** [6] - 2083:7, 2083:21, 2085:7, 2102:3, 2123:11, 2137:14
**buying** [4] - 2085:2, 2102:3, 2118:5, 2122:25

**C**

**cactus** [1] - 2053:16
**Calidonna** [4] - 2104:17, 2112:22, 2112:23, 2132:5
**calmly** [1] - 2186:10
**CAM** [3] - 2097:16,

2097:19, 2116:9
**Canadian** [4] - 2047:24, 2091:22, 2091:24, 2130:6
**cannot** [2] - 2150:10, 2162:7
**capability** [1] - 2153:16
**caption** [1] - 2193:21
**captive** [1] - 2101:10
**captivity** [2] - 2102:20, 2177:18
**captor** [1] - 2079:10
**captors** [2] - 2076:14, 2076:25
**car** [5] - 2052:9, 2059:23, 2075:25, 2076:3, 2085:25
**care** [2] - 2049:14, 2082:22
**careful** [2] - 2150:9, 2150:14
**carefully** [1] - 2119:22
**Carlos** [1] - 2146:19
**carried** [4] - 2059:1, 2167:5, 2167:8, 2167:14
**carrying** [2] - 2167:13, 2175:1
**case** [74] - 2048:17, 2050:17, 2057:22, 2081:9, 2093:16, 2093:17, 2096:18, 2097:7, 2098:22, 2098:25, 2099:1, 2101:14, 2102:14, 2107:13, 2112:18, 2113:9, 2113:19, 2114:5, 2114:11, 2114:24, 2115:12, 2118:1, 2119:13, 2126:10, 2128:3, 2143:1, 2143:7, 2143:20, 2144:1, 2145:1, 2145:4, 2145:15, 2145:22, 2146:5, 2146:20, 2147:6, 2148:6, 2148:13, 2148:18, 2149:7, 2150:9, 2151:4, 2152:10, 2152:12, 2153:13, 2155:11, 2156:3, 2156:13, 2157:3, 2157:19, 2158:19, 2160:20, 2161:18, 2162:1, 2162:4, 2163:21, 2170:7, 2183:13, 2183:18, 2183:19, 2183:21,

2184:7, 2184:9, 2184:21, 2185:6, 2185:16, 2186:4, 2186:8, 2186:11, 2187:4, 2187:7, 2187:10, 2187:13, 2188:25
**cases** [4] - 2053:12, 2149:24, 2150:3, 2183:15
**cashier** [1] - 2125:15
**caught** [2] - 2079:9, 2174:1
**caused** [4] - 2091:6, 2092:21, 2173:9, 2179:8
**causes** [3] - 2055:1, 2109:22, 2173:3
**caution** [2] - 2156:22, 2170:9
**cautionary** [1] - 2095:17
**celebrating** [1] - 2054:5
**cell** [1] - 2054:8
**certain** [7] - 2092:12, 2146:12, 2161:24, 2169:24, 2179:1, 2179:8, 2186:5
**certainly** [5] - 2058:7, 2094:25, 2119:16, 2132:8, 2193:7
**certainty** [3] - 2148:5, 2150:21, 2161:25
**CERTIFICATE** [1] - 2194:8
**certify** [1] - 2194:10
**chair** [1] - 2105:11
**chance** [2] - 2083:3, 2187:13
**Chandra** [2] - 2194:10, 2194:15
**change** [1] - 2191:20
**changed** [2] - 2056:9, 2056:11
**channel** [1] - 2073:9
**character** [1] - 2158:15
**characteristic** [2] - 2144:18, 2144:22
**Charge** [1] - 2044:8
**charge** [24] - 2044:12, 2060:14, 2070:12, 2074:13, 2079:18, 2079:22, 2083:5, 2083:15, 2086:3, 2091:23, 2099:10, 2099:12, 2103:19, 2116:22, 2127:20, 2133:24, 2141:16,

2151:2, 2163:22, 2173:13, 2177:16, 2177:21, 2178:4, 2178:7
**charged** [17] - 2101:21, 2143:7, 2149:17, 2156:3, 2156:8, 2157:17, 2157:24, 2158:12, 2158:18, 2158:20, 2160:25, 2162:25, 2164:25, 2166:11, 2172:24, 2173:6, 2177:12
**charges** [23] - 2094:1, 2098:24, 2099:3, 2099:4, 2099:15, 2130:20, 2142:18, 2150:24, 2151:16, 2157:21, 2161:2, 2161:10, 2161:22, 2162:4, 2163:12, 2163:14, 2163:16, 2164:5, 2164:6, 2164:7, 2172:8, 2172:9, 2185:14
**charging** [1] - 2086:5
**charts** [2] - 2104:19, 2112:21
**chastising** [1] - 2124:8
**chat** [1] - 2059:25
**chatting** [1] - 2140:15
**cheap** [1] - 2084:23
**check** [7] - 2049:16, 2052:25, 2074:1, 2091:13, 2092:8, 2092:19, 2192:2
**checked** [2] - 2086:1, 2131:18
**checking** [2] - 2060:23, 2072:12
**checkpoint** [2] - 2052:6, 2059:22
**checks** [1] - 2071:23
**Chef** [1] - 2060:8
**Cherilyn** [14] - 2048:2, 2056:8, 2075:15, 2076:6, 2076:12, 2076:18, 2091:19, 2103:13, 2103:15, 2118:17, 2130:7, 2131:20, 2140:7, 2177:25
**Cheryl** [10] - 2045:8, 2052:22, 2075:14, 2075:18, 2075:22, 2076:3, 2078:23, 2078:24, 2140:5, 2178:1

**Cheryl's** [1] - 2053:8
**chew** [1] - 2061:10
**Chief** [7] - 2061:25, 2097:9, 2102:18, 2102:23, 2103:18, 2103:25, 2113:7
**children** [5] - 2046:12, 2051:8, 2070:1, 2134:1, 2134:11
**chit** [1] - 2140:15
**chit-chatting** [1] - 2140:15
**choose** [1] - 2146:7
**Christian** [1] - 2051:6
**cigarette** [1] - 2114:16
**circle** [5] - 2061:5, 2061:24, 2062:4, 2062:9, 2097:9
**circular** [6] - 2059:7, 2060:12, 2060:17, 2060:19, 2063:4, 2139:16
**circumstances** [15] - 2097:1, 2138:12, 2147:11, 2151:9, 2152:14, 2152:17, 2153:22, 2162:10, 2162:13, 2162:20, 2167:2, 2167:3, 2175:12, 2180:13, 2184:24
**circumstantial** [15] - 2138:10, 2138:13, 2138:18, 2138:21, 2139:3, 2140:12, 2147:7, 2147:12, 2147:21, 2147:23, 2148:3, 2148:4, 2148:8, 2166:21, 2175:10
**citations** [3] - 2048:24, 2192:23, 2192:25
**cited** [1] - 2095:20
**citizen** [3] - 2045:10, 2046:5, 2180:17
**citizens** [2] - 2046:25, 2048:2
**citizenship** [2] - 2045:5, 2047:7
**civil** [1] - 2149:24
**claims** [1] - 2109:23
**clarifying** [1] - 2096:10
**Claus** [4] - 2071:5, 2071:14, 2081:17, 2081:18
**clear** [4] - 2095:6, 2129:25, 2136:15, 2138:7

**clearly** [1] - 2124:12
**clerk** [6] - 2182:13, 2183:25, 2184:15, 2184:24, 2187:2, 2187:18
**CLERK** [1] - 2190:12
**click** [1] - 2067:17
**closeness** [1] - 2073:10
**closer** [2] - 2049:10, 2058:2
**closing** [16] - 2050:6, 2050:16, 2094:5, 2094:19, 2094:20, 2095:19, 2100:12, 2118:9, 2120:6, 2120:13, 2122:5, 2127:11, 2128:1, 2130:24, 2143:8, 2192:24
**closings** [1] - 2049:3
**clothes** [4] - 2054:4, 2136:7, 2137:14
**clothing** [4] - 2110:21, 2111:2, 2114:18, 2137:19
**co** [4] - 2107:2, 2121:10, 2125:2, 2137:17
**co-counsel** [3] - 2107:2, 2121:10, 2125:2
**co-opt** [1] - 2137:17
**Coates** [1] - 2192:19
**coconspirator** [9] - 2091:5, 2092:25, 2099:22, 2099:23, 2169:2, 2176:3, 2176:24, 2179:12, 2179:25
**coerced** [1] - 2180:6
**colored** [1] - 2153:15
**colorful** [1] - 2112:22
**colors** [1] - 2104:20
**comfortable** [2] - 2108:3, 2163:5
**coming** [8] - 2057:24, 2085:14, 2086:12, 2088:16, 2089:2, 2122:23, 2125:10, 2129:7
**command** [3] - 2126:1, 2126:2, 2133:11
**commencing** [1] - 2161:12
**comment** [4] - 2094:21, 2095:9, 2095:18, 2159:5
**comments** [1] -

2095:3
**commission** [9] - 2092:23, 2100:17, 2100:20, 2173:1, 2173:15, 2173:18, 2174:2, 2175:16, 2179:10
**commit** [19] - 2054:25, 2055:2, 2080:25, 2090:1, 2092:25, 2113:5, 2161:11, 2164:2, 2164:7, 2164:18, 2164:24, 2165:5, 2166:10, 2173:10, 2174:11, 2175:4, 2176:19, 2177:1, 2179:12
**committed** [28] - 2091:3, 2091:5, 2092:21, 2093:25, 2102:1, 2117:12, 2142:17, 2158:4, 2161:10, 2161:23, 2162:2, 2172:25, 2173:12, 2173:15, 2173:25, 2174:6, 2174:11, 2174:15, 2175:19, 2175:20, 2176:7, 2176:9, 2176:10, 2176:24, 2177:3, 2177:5, 2179:5
**committing** [3] - 2068:1, 2172:18, 2173:21
**common** [7] - 2100:3, 2112:6, 2114:17, 2146:3, 2166:8, 2166:15, 2170:21
**communicate** [5] - 2184:6, 2184:15, 2184:18, 2184:20, 2187:10
**communicated** [1] - 2159:15
**communicating** [1] - 2072:13
**communication** [1] - 2184:8
**compel** [7] - 2092:11, 2164:13, 2165:6, 2172:15, 2176:20, 2178:25, 2179:8
**compelling** [2] - 2165:12, 2166:17
**complain** [1] - 2069:9
**complains** [2] - 2068:21, 2069:1
**completely** [1] - 2083:11

**computer** [1] - 2124:25
**computers** [1] - 2121:10
**concern** [6] - 2095:18, 2095:20, 2120:22, 2159:7, 2183:7, 2187:22
**concerned** [1] - 2152:12
**concerning** [3] - 2167:10, 2183:18, 2184:21
**concerns** [1] - 2137:8
**concessions** [1] - 2052:2
**conclude** [7] - 2059:19, 2116:11, 2158:14, 2167:17, 2167:18, 2168:11, 2168:13
**concluded** [1] - 2185:12
**conclusions** [1] - 2139:2
**condition** [1] - 2179:3
**conditions** [6] - 2052:21, 2053:7, 2053:10, 2098:15, 2119:17, 2166:19
**conduct** [11] - 2100:2, 2108:11, 2108:12, 2131:10, 2143:17, 2163:3, 2170:20, 2174:25, 2184:10, 2184:11, 2185:25
**confer** [1] - 2120:11
**conferring** [1] - 2063:22
**confident** [1] - 2055:23
**confine** [1] - 2179:20
**confirm** [1] - 2104:24
**confirmed** [2] - 2105:18, 2105:22
**confirms** [1] - 2077:8
**confiscate** [1] - 2112:5
**confused** [1] - 2112:21
**confusion** [1] - 2071:14
**connect** [2] - 2115:20, 2118:4
**connections** [1] - 2170:10
**conscious** [1] - 2168:16
**consciously** [1] - 2144:13

**consent** [1] - 2179:21
**consequence** [3] - 2176:11, 2177:8, 2177:11
**consequences** [1] - 2162:16
**consider** [65] - 2058:1, 2058:6, 2058:9, 2093:19, 2095:12, 2105:10, 2106:17, 2107:5, 2110:5, 2122:20, 2123:24, 2126:20, 2127:18, 2132:11, 2137:1, 2137:13, 2143:22, 2144:11, 2145:20, 2146:13, 2146:21, 2146:24, 2148:6, 2148:15, 2148:16, 2151:3, 2151:8, 2151:17, 2152:1, 2152:3, 2152:14, 2152:19, 2152:23, 2153:1, 2153:5, 2153:8, 2153:14, 2154:9, 2154:12, 2154:24, 2155:2, 2155:14, 2156:13, 2156:16, 2157:12, 2157:19, 2158:25, 2159:16, 2159:19, 2160:3, 2160:11, 2161:3, 2162:11, 2162:20, 2166:20, 2170:1, 2170:6, 2175:9, 2181:9, 2181:20, 2182:3, 2182:9, 2183:1, 2183:13
**considerable** [1] - 2186:1
**consideration** [7] - 2093:18, 2095:16, 2144:24, 2150:10, 2155:24, 2156:7, 2181:15
**considered** [7] - 2104:1, 2120:20, 2146:2, 2156:22, 2160:20, 2163:18, 2185:7
**considering** [1] - 2167:20
**consistencies** [2] - 2152:20, 2152:23
**consistency** [1] - 2155:14
**consistent** [5] - 2072:10, 2155:7, 2155:13, 2155:20,

2189:6
**consists** [1] - 2145:22
**conspiracy** [91] - 2044:13, 2055:2, 2056:12, 2090:1, 2090:5, 2090:8, 2090:10, 2090:13, 2090:18, 2090:19, 2092:24, 2093:1, 2094:16, 2099:19, 2099:21, 2100:8, 2113:5, 2113:6, 2114:4, 2129:5, 2140:14, 2140:20, 2140:21, 2141:1, 2141:3, 2141:14, 2141:24, 2142:3, 2142:11, 2161:11, 2161:15, 2161:17, 2161:20, 2163:21, 2164:1, 2164:6, 2164:22, 2164:24, 2165:17, 2165:18, 2165:23, 2166:3, 2166:11, 2166:24, 2167:1, 2167:11, 2167:12, 2167:16, 2167:19, 2167:22, 2168:1, 2168:3, 2168:10, 2168:20, 2168:23, 2169:1, 2169:2, 2169:8, 2169:9, 2169:11, 2169:17, 2170:5, 2170:11, 2170:13, 2170:14, 2171:2, 2171:4, 2171:7, 2171:10, 2171:15, 2171:19, 2171:21, 2171:22, 2172:2, 2172:3, 2176:4, 2176:6, 2176:8, 2176:9, 2176:12, 2176:19, 2177:1, 2177:4, 2177:6, 2177:8, 2177:12, 2179:11, 2179:13
**conspiracy's** [1] - 2169:15
**conspirator** [5] - 2099:23, 2169:3, 2170:15, 2170:16, 2172:5
**conspiratorial** [1] - 2169:22
**conspirators** [1] - 2169:18
**conspire** [1] - 2164:10
**conspired** [1] - 2091:4
**constituting** [1] -

2172:25
**construction** [1] -
2110:22
**consult** [1] - 2048:10
**consulting** [1] -
2060:19
**contact** [4] - 2104:25,
2105:1, 2105:2
**contacts** [1] - 2112:13
**contains** [1] - 2163:21
**context** [1] - 2094:23
**continue** [6] -
2106:24, 2111:6,
2164:12, 2171:11,
2171:15, 2172:13
**continued** [5] -
2092:7, 2098:1,
2178:21, 2178:24,
2179:7
**continuing** [3] -
2080:7, 2161:13,
2164:8
**contradict** [1] -
2123:20
**contradicted** [2] -
2123:17, 2153:9
**contradicts** [1] -
2125:12
**contrary** [4] - 2048:6,
2082:13, 2130:19,
2168:5
**control** [16] - 2054:10,
2080:18, 2080:21,
2081:6, 2082:18,
2083:14, 2083:15,
2084:4, 2089:15,
2111:22, 2112:7,
2117:17, 2127:14,
2142:25, 2145:7,
2180:7
**controlled** [6] -
2053:18, 2055:15,
2055:16, 2055:18,
2093:11, 2117:14
**controlling** [1] -
2084:3
**controls** [7] - 2058:23,
2074:20, 2094:14,
2095:5, 2095:8,
2130:1, 2130:18
**controverted** [1] -
2126:9
**conversations** [6] -
2103:22, 2105:4,
2105:9, 2113:10,
2169:25, 2170:3
**convey** [1] - 2185:17
**convict** [3] - 2129:14,
2158:17, 2173:6
**convicted** [3] -

2098:22, 2155:22,
2156:1
**conviction** [5] -
2155:23, 2156:5,
2183:7, 2183:11,
2185:5
**convinced** [1] -
2150:11
**cookie** [1] - 2067:7
**cooperate** [1] - 2168:3
**cooperator** [1] -
2105:25
**coordinated** [1] -
2191:25
**copies** [2] - 2125:7,
2190:19
**copy** [4] - 2143:11,
2181:16, 2181:25,
2191:24
**core** [1] - 2132:7
**correct** [2] - 2190:12,
2194:11
**corroborate** [2] -
2132:3, 2132:10
**corroborated** [8] -
2056:20, 2058:6,
2066:18, 2074:6,
2130:25, 2131:8,
2134:14, 2134:20
**corroborates** [4] -
2056:18, 2058:9,
2058:11, 2079:24
**corrupt** [2] - 2109:21
**counsel** [9] - 2049:18,
2055:23, 2096:5,
2107:2, 2120:18,
2121:10, 2122:9,
2125:2, 2142:20
**count** [9] - 2072:19,
2089:25, 2090:2,
2160:25, 2161:2,
2161:5, 2161:7,
2161:8, 2172:9
**Count** [5] - 2044:12,
2164:1, 2164:6,
2164:25, 2177:13
**country** [5] - 2070:25,
2083:12, 2084:25,
2164:9, 2172:11
**counts** [14] - 2044:15,
2047:5, 2047:8,
2089:24, 2089:25,
2119:5, 2161:22,
2163:22, 2177:17,
2177:20, 2178:7,
2178:11, 2185:14,
2185:15
**Counts** [7] - 2044:15,
2048:8, 2164:3,
2172:7, 2173:11,

2177:16, 2178:4
**couple** [7] - 2049:17,
2056:1, 2095:14,
2119:8, 2121:6,
2134:5, 2136:1
**coupled** [4] - 2099:20,
2099:25, 2170:13,
2170:18
**course** [3] - 2148:25,
2182:15, 2191:14
**court** [15] - 2121:24,
2146:23, 2147:15,
2154:22, 2154:24,
2155:8, 2155:14,
2155:20, 2159:11,
2159:17, 2181:4,
2184:22, 2185:3,
2188:4, 2188:5
**Court** [25] - 2046:21,
2047:14, 2049:20,
2089:25, 2090:6,
2095:15, 2096:7,
2108:8, 2121:7,
2127:12, 2127:19,
2138:9, 2138:14,
2138:20, 2142:8,
2143:15, 2160:15,
2160:17, 2192:5,
2192:7, 2192:22,
2193:14, 2193:17,
2194:3
**COURT** [62] - 2044:3,
2044:9, 2046:16,
2046:18, 2047:2,
2047:15, 2047:17,
2047:21, 2048:7,
2048:14, 2048:21,
2049:5, 2049:13,
2049:24, 2050:2,
2050:9, 2050:11,
2050:14, 2052:24,
2053:3, 2094:3,
2094:23, 2095:11,
2095:16, 2095:24,
2096:3, 2106:21,
2106:24, 2110:25,
2120:6, 2120:12,
2120:18, 2121:8,
2121:12, 2121:17,
2122:1, 2122:3,
2142:19, 2189:17,
2189:20, 2190:2,
2190:4, 2190:9,
2190:14, 2190:18,
2191:5, 2191:12,
2191:16, 2191:19,
2191:22, 2192:3,
2192:8, 2192:13,
2192:15, 2192:20,
2193:2, 2193:5,

2193:11, 2193:16,
2193:19, 2193:23,
2194:1
**Court's** [3] - 2045:22,
2080:22, 2138:11
**Courtney** [1] - 2178:8
**courtroom** [4] -
2144:15, 2182:14,
2183:22, 2186:21
**COURTROOM** [1] -
2190:12
**cousin** [11] - 2057:12,
2061:23, 2069:9,
2109:13, 2109:16,
2128:12, 2128:16,
2128:17, 2128:18,
2129:9
**cousins** [2] - 2080:12,
2105:6
**cover** [2] - 2053:15,
2185:15
**coverage** [1] -
2183:19
**cow** [1] - 2079:7
**crazy** [1] - 2068:20
**create** [2] - 2099:11,
2099:12
**created** [2] - 2116:24,
2117:2
**credibility** [15] -
2107:4, 2108:19,
2110:5, 2122:20,
2144:6, 2151:19,
2151:22, 2152:2,
2154:11, 2155:1,
2155:10, 2155:15,
2155:24, 2157:3,
2160:5
**credible** [12] -
2062:20, 2082:11,
2082:25, 2106:25,
2107:1, 2122:13,
2123:15, 2123:23,
2124:23, 2126:22,
2134:16, 2141:8
**credit** [3] - 2130:24,
2152:25, 2153:10
**Creole** [4] - 2063:13,
2158:22, 2158:24,
2159:19
**crime** [44] - 2054:16,
2054:18, 2054:25,
2055:1, 2055:2,
2060:6, 2077:13,
2080:16, 2081:1,
2081:2, 2090:8,
2093:21, 2093:25,
2099:25, 2137:23,
2140:22, 2141:15,
2141:25, 2142:10,

2142:15, 2142:16,
2148:14, 2155:22,
2156:1, 2162:25,
2164:18, 2165:5,
2165:17, 2166:10,
2170:17, 2170:18,
2173:10, 2173:18,
2173:25, 2174:2,
2174:3, 2174:5,
2174:7, 2175:1,
2176:5, 2177:12
**crimes** [9] - 2101:21,
2120:1, 2140:25,
2157:24, 2158:18,
2158:19, 2172:23,
2173:14, 2173:16
**criminal** [11] -
2057:22, 2100:15,
2119:20, 2149:7,
2150:3, 2156:12,
2158:16, 2167:4,
2168:1, 2173:4,
2175:14
**critical** [3] - 2060:8,
2062:5, 2063:19
**critically** [1] - 2058:8
**cross** [1] - 2107:3
**cross-examination** [1]
- 2107:3
**crucial** [1] - 2045:21
**cubbage** [1] - 2119:13
**culpability** [1] -
2057:23
**cumulatively** [1] -
2129:17
**cup** [1] - 2052:24
**current** [1] - 2111:7
**custody** [1] - 2064:11

**D**

**Dale** [4] - 2047:24,
2091:22, 2130:5,
2130:6
**dancing** [2] - 2114:14,
2119:25
**dangerous** [2] -
2106:3
**dare** [1] - 2068:16
**dark** [2] - 2074:3,
2075:17
**darkness** [1] -
2053:15
**date** [8] - 2073:15,
2116:8, 2161:15,
2161:25, 2162:3,
2177:18
**DATE** [1] - 2194:15
**dates** [3] - 2105:5,
2161:24, 2171:20

**daughter** [1] - 2052:23
**days** [19] - 2052:12, 2053:22, 2055:7, 2056:6, 2073:22, 2075:5, 2076:15, 2078:9, 2083:6, 2087:20, 2089:7, 2089:16, 2096:9, 2117:11, 2119:11, 2133:13, 2133:25, 2134:5, 2136:6
**daytime** [1] - 2187:2
**dead** [1] - 2074:17
**deal** [3] - 2051:15, 2069:2, 2073:1
**dealer** [1] - 2112:17
**death** [4] - 2053:13, 2178:21, 2178:24, 2179:7
**deceived** [1] - 2180:6
**December** [15] - 2046:1, 2075:7, 2078:11, 2079:22, 2118:16, 2161:14, 2163:25, 2164:9, 2165:4, 2172:11, 2176:18, 2177:24, 2178:10, 2178:16, 2178:18
**decide** [13] - 2134:16, 2144:3, 2144:4, 2144:6, 2145:1, 2148:1, 2154:3, 2155:17, 2158:7, 2162:18, 2183:4, 2183:21, 2193:3
**decided** [4] - 2095:17, 2098:13, 2116:21, 2120:21
**deciding** [3] - 2157:20, 2166:21, 2175:7
**decision** [8] - 2077:12, 2077:13, 2077:14, 2086:4, 2086:13, 2098:5, 2110:8, 2159:20
**decisions** [2] - 2063:2, 2077:10
**Deco** [1] - 2087:11
**deduce** [1] - 2074:16
**deeds** [1] - 2093:12
**defend** [1] - 2136:13
**defendant** [132] - 2051:4, 2051:10, 2051:15, 2052:1, 2052:19, 2053:21, 2054:8, 2054:13, 2054:17, 2054:23, 2055:4, 2055:8,

2055:9, 2055:19, 2055:20, 2055:22, 2056:12, 2057:1, 2057:2, 2057:6, 2057:12, 2057:15, 2058:12, 2058:16, 2058:18, 2059:14, 2059:15, 2059:17, 2060:20, 2061:14, 2062:8, 2062:12, 2062:16, 2063:20, 2063:21, 2063:23, 2063:25, 2064:18, 2065:3, 2065:24, 2065:25, 2066:2, 2066:12, 2066:16, 2066:22, 2066:25, 2067:5, 2067:11, 2069:8, 2069:21, 2071:22, 2071:23, 2072:8, 2072:11, 2072:12, 2072:13, 2072:21, 2073:11, 2073:15, 2074:2, 2074:15, 2074:25, 2075:3, 2075:4, 2077:4, 2077:12, 2077:17, 2078:12, 2079:16, 2079:17, 2079:20, 2080:1, 2080:2, 2080:4, 2080:5, 2080:8, 2080:11, 2080:18, 2080:24, 2081:7, 2082:9, 2082:14, 2082:18, 2084:6, 2084:22, 2085:1, 2085:5, 2089:8, 2090:19, 2091:3, 2091:23, 2092:13, 2092:21, 2093:6, 2093:23, 2108:5, 2122:16, 2125:9, 2128:6, 2128:10, 2128:21, 2129:7, 2132:8, 2132:12, 2132:18, 2132:25, 2137:7, 2137:22, 2138:25, 2139:1, 2139:6, 2139:20, 2139:23, 2139:25, 2140:3, 2140:6, 2140:11, 2140:14, 2149:7, 2149:9, 2157:11, 2159:14, 2161:22, 2162:24, 2168:6, 2169:21, 2183:7
**defendant's** [19] - 2060:4, 2061:23, 2066:21, 2066:22,

2070:9, 2076:19, 2080:16, 2084:5, 2084:8, 2086:16, 2088:6, 2122:11, 2129:9, 2129:17, 2139:13, 2150:11, 2163:1, 2163:3
**defense** [10] - 2055:23, 2094:4, 2096:4, 2122:9, 2132:2, 2134:24, 2136:20, 2138:5, 2138:24, 2193:5
**defense's** [2] - 2094:5, 2130:15
**defined** [1] - 2169:5
**definitely** [1] - 2054:20
**definition** [2] - 2046:3, 2179:23
**definitions** [1] - 2179:17
**degree** [1] - 2148:5
**delete** [1] - 2106:21
**deliberate** [3] - 2180:23, 2180:25, 2184:3
**deliberately** [3] - 2093:7, 2168:14, 2179:15
**deliberations** [23] - 2120:25, 2142:25, 2143:8, 2143:12, 2145:8, 2145:12, 2145:20, 2149:6, 2181:3, 2181:17, 2183:9, 2184:6, 2184:11, 2184:14, 2185:12, 2186:1, 2186:12, 2186:16, 2187:21, 2188:5, 2188:23, 2189:6, 2189:12
**deliver** [1] - 2072:20
**delivered** [2] - 2054:4, 2187:23
**demand** [3] - 2065:22, 2066:17, 2140:1
**demanded** [1] - 2088:19
**demands** [1] - 2070:17
**demeanor** [1] - 2152:3
**denied** [2] - 2110:2
**denying** [2] - 2104:24, 2105:3
**deplorable** [1] - 2052:21
**depote** [1] - 2083:1
**deputy** [1] - 2187:18

**DEPUTY** [1] - 2190:12
**described** [3] - 2151:24, 2162:25, 2171:20
**describes** [1] - 2163:14
**description** [1] - 2074:10
**deserve** [3] - 2093:18, 2097:2, 2144:17
**deserves** [3] - 2156:24, 2157:16, 2170:8
**desire** [2] - 2153:16
**desperately** [1] - 2053:11
**detail** [1] - 2165:16
**details** [4] - 2152:18, 2166:1, 2166:5, 2168:20
**detain** [5] - 2164:11, 2164:12, 2172:12, 2172:14, 2179:19
**detained** [7] - 2092:3, 2092:6, 2178:19, 2178:20, 2178:23, 2180:10, 2180:16
**detaining** [1] - 2179:6
**detention** [5] - 2092:8, 2178:22, 2178:24, 2179:7, 2180:9
**determination** [1] - 2186:4
**determine** [10] - 2065:3, 2069:21, 2107:17, 2143:25, 2144:23, 2147:6, 2151:9, 2151:20, 2153:14, 2167:20
**determined** [4] - 2136:17, 2146:4, 2151:7, 2171:16
**determining** [5] - 2151:15, 2153:7, 2156:7, 2162:21, 2170:2
**device** [1] - 2124:17
**devices** [1] - 2124:12
**devoted** [2] - 2054:12, 2139:7
**devotion** [1] - 2088:4
**diaper** [1] - 2079:14
**diary** [2] - 2071:7, 2103:3
**die** [1] - 2073:19
**died** [1] - 2074:21
**difference** [2] - 2138:10, 2173:22
**differences** [1] - 2153:3

**different** [10] - 2090:3, 2096:19, 2115:16, 2119:5, 2119:6, 2124:4, 2128:25, 2143:15, 2145:6, 2159:22
**differently** [2] - 2136:22, 2153:21
**difficult** [1] - 2112:3
**dire** [1] - 2120:23
**direct** [13] - 2045:15, 2080:16, 2138:10, 2138:21, 2147:6, 2147:10, 2147:16, 2147:23, 2148:2, 2148:5, 2148:7, 2166:20, 2175:10
**directed** [1] - 2060:21
**direction** [2] - 2063:4, 2063:5
**directly** [10] - 2053:21, 2053:22, 2054:13, 2062:22, 2085:10, 2115:7, 2123:17, 2162:7, 2166:3, 2173:4
**director** [1] - 2097:18
**disability** [1] - 2144:20
**disagree** [1] - 2188:15
**disbelieved** [1] - 2157:10
**discount** [2] - 2130:22, 2134:17
**discrepancy** [2] - 2159:9, 2159:10
**discuss** [9] - 2057:23, 2164:20, 2165:15, 2180:25, 2183:24, 2184:2, 2187:7, 2187:12, 2188:25
**discussed** [9] - 2080:15, 2093:3, 2100:3, 2126:8, 2127:11, 2130:23, 2166:3, 2170:21, 2192:24
**discussing** [2] - 2186:11, 2193:24
**discussion** [3] - 2050:1, 2186:8, 2192:22
**discussions** [3] - 2052:12, 2181:10, 2189:3
**dislikes** [1] - 2144:9
**disobey** [1] - 2133:12
**disown** [1] - 2069:8
**display** [1] - 2104:21
**dispute** [14] - 2053:24, 2075:18, 2090:9,

2090:17, 2090:18, 2091:12, 2092:4, 2092:9, 2092:20, 2094:15, 2129:24, 2130:16, 2132:1, 2136:3
**disputes** [1] - 2060:5
**disputing** [1] - 2101:13
**disregard** [5] - 2094:18, 2106:22, 2126:22, 2126:24, 2159:22
**distinct** [1] - 2169:18
**divided** [2] - 2143:1, 2185:3
**doctored** [1] - 2124:18
**document** [1] - 2182:18
**documentary** [1] - 2105:13
**documents** [2] - 2118:21, 2158:21
**dollars** [3] - 2072:4, 2137:11, 2137:13
**done** [12] - 2055:1, 2092:19, 2092:22, 2144:25, 2158:17, 2162:11, 2169:12, 2169:15, 2173:3, 2173:5, 2173:9, 2179:9
**door** [3] - 2065:8, 2189:22
**doors** [1] - 2060:22
**Dor** [1] - 2102:6
**dots** [5] - 2115:20, 2115:23, 2115:24, 2118:4, 2118:5
**double** [1] - 2192:2
**double-check** [1] - 2192:2
**doubt** [57] - 2045:2, 2046:9, 2048:17, 2055:4, 2093:5, 2093:21, 2100:19, 2113:4, 2117:20, 2117:22, 2117:23, 2117:24, 2118:13, 2141:13, 2142:1, 2142:15, 2149:11, 2149:15, 2149:20, 2149:23, 2150:5, 2150:6, 2150:7, 2150:12, 2150:13, 2150:17, 2150:18, 2150:20, 2150:22, 2151:17, 2157:22, 2161:19, 2162:2, 2162:22, 2164:20,

2165:1, 2165:19, 2166:12, 2166:22, 2167:19, 2167:24, 2168:11, 2170:3, 2171:25, 2173:8, 2173:24, 2174:10, 2175:21, 2176:1, 2176:15, 2178:13, 2180:21, 2185:22
**doubts** [1] - 2118:2
**down** [13] - 2045:3, 2046:2, 2055:14, 2078:2, 2079:4, 2086:10, 2090:13, 2107:16, 2110:6, 2136:2, 2136:4, 2174:8, 2187:1
**dozen** [1] - 2115:23
**DR** [1] - 2087:23
**dragging** [1] - 2087:3
**dramatic** [1] - 2116:6
**draw** [4] - 2146:25, 2148:17, 2156:3, 2163:19
**drawn** [3] - 2138:13, 2147:12, 2166:25
**dreaming** [1] - 2089:11
**drink** [1] - 2114:15
**drinking** [1] - 2054:6
**drinks** [1] - 2136:11
**drive** [1] - 2055:12
**drives** [1] - 2089:16
**Duque** [17] - 2070:20, 2087:23, 2088:6, 2105:14, 2106:1, 2106:7, 2110:3, 2110:14, 2111:14, 2123:19, 2125:5, 2128:19, 2131:5, 2135:8, 2135:16, 2135:21, 2136:2
**Duque's** [1] - 2110:17
**duration** [1] - 2169:6
**during** [32] - 2045:15, 2045:24, 2050:5, 2094:9, 2100:17, 2100:20, 2118:14, 2118:22, 2119:10, 2120:22, 2144:4, 2145:7, 2145:9, 2145:11, 2145:20, 2146:11, 2146:15, 2148:25, 2160:11, 2161:12, 2162:19, 2169:15, 2175:16, 2177:4, 2178:15, 2181:17, 2182:15, 2184:6, 2184:10, 2184:14, 2188:18,

2192:21
**DUSM** [1] - 2135:20
**duty** [4] - 2143:21, 2149:17, 2149:20, 2183:10

## E

**early** [1] - 2049:18
**ears** [1] - 2132:12
**easily** [2] - 2108:17, 2146:4
**easy** [3] - 2107:23, 2181:25, 2188:13
**economically** [1] - 2084:25
**education** [1] - 2144:21
**efficient** [1] - 2143:18
**efforts** [2] - 2103:7, 2159:9
**ego** [1] - 2190:16
**eight** [3] - 2051:8, 2096:8, 2119:10
**eight-month-old** [1] - 2051:8
**either** [9] - 2074:21, 2092:21, 2153:12, 2157:6, 2165:21, 2171:11, 2173:19, 2179:5, 2183:3
**elapsed** [1] - 2152:15
**electing** [1] - 2189:5
**electronic** [1] - 2184:8
**electronically** [1] - 2184:12
**Element** [1] - 2045:23
**element** [19] - 2044:22, 2045:1, 2045:21, 2047:11, 2047:13, 2047:18, 2048:16, 2048:19, 2093:4, 2093:20, 2118:11, 2130:16, 2149:16, 2149:19, 2157:17, 2165:17, 2173:8, 2179:22
**elements** [17] - 2045:19, 2047:12, 2090:23, 2091:11, 2118:8, 2118:10, 2156:7, 2164:19, 2164:21, 2165:1, 2165:15, 2172:21, 2174:12, 2177:14, 2178:13, 2179:18, 2185:21
**elsewise** [1] - 2134:15
**email** [2] - 2121:9, 2184:8

**Emmanuel** [1] - 2073:23
**encourage** [3] - 2054:25, 2175:3, 2181:11
**encouraging** [1] - 2070:13
**end** [2] - 2067:1, 2118:9
**ended** [2] - 2161:15, 2171:20
**endured** [2] - 2097:1, 2119:18
**enforcement** [7] - 2104:15, 2109:23, 2114:6, 2123:18, 2156:25, 2157:1, 2157:7
**engaged** [1] - 2172:2
**English** [8] - 2068:11, 2158:22, 2159:1, 2159:3, 2159:11, 2159:21, 2160:9, 2160:18
**enter** [1] - 2183:8
**entered** [3] - 2131:9, 2167:25, 2186:20
**entering** [1] - 2186:2
**enterprise** [1] - 2086:17
**entirely** [2] - 2123:2, 2162:18
**entitled** [2] - 2147:4, 2153:19
**entry** [1] - 2103:3
**equal** [2] - 2148:3, 2169:20
**equipment** [1] - 2182:14
**error** [1] - 2095:22
**escape** [3] - 2052:14, 2078:11, 2078:12
**escaped** [2] - 2079:19, 2140:10
**essential** [2] - 2044:22, 2171:18
**essentially** [2] - 2078:5, 2126:9
**establish** [6] - 2161:14, 2161:16, 2161:24, 2170:11, 2171:3, 2178:12
**established** [1] - 2085:19
**establishes** [2] - 2161:19, 2162:1
**estimate** [1] - 2121:13
**ethic** [1] - 2144:19
**evaluate** [2] - 2122:20, 2160:5

**evaluated** [1] - 2157:2
**evaluating** [8] - 2143:5, 2151:22, 2152:13, 2155:10, 2155:24, 2157:3, 2157:11, 2160:4
**evening** [11] - 2071:21, 2072:24, 2104:14, 2116:15, 2117:7, 2180:24, 2186:16, 2188:21, 2189:9, 2190:2, 2194:1
**event** [14] - 2059:20, 2060:9, 2096:15, 2096:24, 2116:6, 2152:15, 2152:16, 2152:18, 2157:5, 2183:7, 2183:10, 2186:18, 2190:16
**events** [4] - 2058:2, 2117:10, 2135:12, 2146:2
**evidence** [186] - 2045:1, 2045:4, 2048:5, 2048:8, 2048:9, 2048:18, 2048:25, 2051:3, 2051:12, 2052:5, 2053:23, 2054:16, 2055:3, 2058:8, 2058:9, 2059:19, 2080:17, 2080:18, 2080:20, 2080:21, 2080:23, 2080:24, 2081:5, 2082:13, 2090:21, 2092:1, 2093:3, 2093:16, 2093:19, 2094:22, 2095:3, 2095:7, 2095:9, 2096:23, 2097:7, 2098:4, 2098:24, 2100:14, 2101:20, 2101:22, 2104:19, 2105:11, 2106:17, 2111:20, 2111:21, 2112:20, 2115:10, 2115:11, 2117:25, 2118:23, 2119:23, 2122:15, 2122:18, 2123:17, 2123:23, 2124:18, 2125:15, 2126:19, 2127:13, 2127:18, 2129:16, 2129:18, 2129:24, 2130:1, 2130:19, 2133:9, 2134:25, 2138:10, 2138:11, 2138:14,

2138:18, 2138:21,
2138:23, 2140:12,
2141:13, 2142:13,
2142:24, 2143:5,
2144:4, 2144:5,
2144:24, 2145:6,
2145:7, 2145:15,
2145:16, 2145:18,
2145:21, 2145:22,
2145:24, 2146:8,
2146:14, 2146:24,
2147:3, 2147:5,
2147:7, 2147:10,
2147:12, 2147:16,
2147:21, 2147:24,
2147:25, 2148:2,
2148:4, 2148:5,
2148:7, 2148:10,
2148:11, 2148:12,
2148:15, 2148:16,
2148:20, 2148:24,
2149:14, 2150:2,
2150:8, 2150:10,
2151:3, 2151:6,
2151:9, 2152:24,
2153:10, 2153:23,
2154:12, 2154:14,
2155:3, 2155:5,
2155:11, 2155:21,
2155:23, 2156:1,
2156:2, 2156:10,
2157:2, 2157:19,
2157:20, 2157:23,
2157:25, 2158:8,
2158:9, 2158:13,
2158:14, 2158:25,
2159:16, 2159:20,
2159:21, 2160:20,
2161:4, 2161:18,
2162:1, 2162:13,
2162:19, 2162:20,
2163:14, 2163:18,
2166:20, 2166:21,
2167:2, 2167:11,
2169:24, 2170:2,
2170:6, 2170:7,
2175:10, 2175:13,
2175:18, 2181:9,
2181:11, 2181:14,
2181:15, 2182:2,
2182:6, 2182:9,
2182:12, 2182:16,
2183:4, 2183:12,
2183:22, 2185:16,
2192:25
**exact** [2] - 2161:15,
2161:25
**exactly** [7] - 2061:10,
2067:1, 2089:19,
2116:5, 2138:24,
2139:1, 2146:22

**examination** [2] -
2045:15, 2107:3
**examine** [4] - 2108:12,
2182:3, 2182:9,
2182:24
**examining** [1] -
2104:18
**example** [6] - 2107:10,
2138:14, 2147:13,
2152:2, 2157:25,
2185:4
**examples** [2] -
2095:20
**except** [9] - 2045:5,
2082:17, 2126:11,
2130:5, 2133:18,
2167:5, 2184:19,
2184:21, 2191:14
**exchange** [3] -
2073:6, 2086:20,
2089:5
**excited** [1] - 2115:3
**exclusive** [1] - 2145:4
**exclusively** [1] -
2183:11
**excuse** [12] - 2045:14,
2066:19, 2074:3,
2099:23, 2105:1,
2121:1, 2172:6,
2180:23, 2186:17,
2186:24, 2188:21,
2190:22
**exhibit** [4] - 2050:2,
2182:17, 2182:21,
2191:24
**Exhibit** [3] - 2088:12,
2097:22, 2108:24
**exhibits** [8] - 2133:9,
2145:23, 2182:2,
2182:4, 2182:7,
2182:16, 2182:24,
2191:23
**exist** [1] - 2114:19
**existed** [9] - 2090:18,
2141:3, 2161:17,
2161:20, 2165:4,
2166:23, 2167:17,
2167:20, 2171:23
**existence** [6] -
2165:18, 2165:24,
2166:24, 2167:12,
2169:15, 2177:4
**exists** [2] - 2166:10,
2187:6
**experience** [1] -
2147:2
**experiences** [1] -
2103:2
**expired** [1] - 2111:7
**explain** [4] - 2068:12,

2068:13, 2162:4,
2188:24
**explained** [4] -
2070:20, 2144:8,
2176:4, 2177:13
**explains** [1] - 2136:15
**explicit** [2] - 2166:19,
2179:3
**explicitly** [1] - 2165:21
**express** [1] - 2165:25
**expressed** [2] -
2120:22, 2145:2
**expression** [3] -
2144:20, 2180:15,
2186:3
**extends** [2] - 2121:5,
2185:14
**extent** [4] - 2151:20,
2160:17, 2168:23,
2169:6
**extraordinary** [1] -
2097:4
**extrapolate** [1] -
2107:17
**extremely** [1] -
2084:24
**eye** [1] - 2098:24
**eyes** [1] - 2132:12
**eyewitness** [1] -
2147:8

## F

**face** [5] - 2059:23,
2062:22, 2131:24,
2193:12, 2193:13
**facilitate** [3] -
2054:24, 2175:3,
2181:10
**facility** [1] - 2104:8
**fact** [51] - 2046:10,
2069:2, 2080:20,
2082:8, 2082:13,
2091:21, 2093:10,
2095:4, 2096:20,
2098:21, 2100:2,
2100:6, 2100:23,
2101:2, 2102:21,
2106:10, 2107:5,
2107:19, 2108:1,
2113:22, 2118:18,
2120:24, 2122:14,
2123:10, 2125:24,
2128:14, 2132:7,
2134:15, 2135:1,
2135:16, 2138:22,
2139:3, 2146:7,
2146:10, 2146:13,
2147:9, 2147:24,
2149:25, 2154:5,
2155:19, 2156:5,

2157:12, 2159:25,
2160:3, 2160:15,
2161:5, 2169:1,
2170:20, 2170:25,
2180:22
**facts** [22] - 2134:20,
2138:12, 2139:3,
2144:1, 2144:2,
2144:23, 2145:24,
2145:25, 2146:2,
2146:6, 2146:9,
2146:12, 2146:25,
2147:6, 2147:10,
2151:8, 2162:12,
2162:19, 2167:3,
2175:11, 2183:4,
2186:14
**failed** [3] - 2044:22,
2044:25, 2149:19
**failure** [1] - 2047:3
**fair** [8] - 2093:18,
2143:18, 2144:17,
2144:23, 2150:25,
2151:4, 2181:8,
2181:14
**fairly** [2] - 2147:3,
2153:19
**faith** [2] - 2097:3,
2119:19
**falling** [2] - 2147:15,
2147:17
**false** [1] - 2156:19
**falsehood** [1] - 2153:3
**family** [20] - 2045:10,
2046:12, 2046:13,
2054:12, 2057:13,
2079:1, 2080:12,
2086:6, 2091:19,
2094:13, 2099:6,
2104:25, 2105:7,
2110:13, 2118:18,
2119:1, 2130:7,
2135:2, 2135:21,
2137:3
**fan** [6] - 2133:25,
2134:4, 2134:6,
2134:9, 2134:10,
2134:12
**fancy** [1] - 2112:21
**farm** [1] - 2087:16
**farming** [1] - 2082:24
**fashion** [2] - 2105:13,
2185:5
**fast** [7] - 2059:21,
2063:7, 2072:2,
2073:14, 2075:7,
2100:24, 2121:24
**fast-forward** [5] -
2059:21, 2063:7,
2072:2, 2073:14,

2075:7
**faster** [2] - 2120:10,
2163:8
**fault** [1] - 2096:12
**favor** [3] - 2051:21,
2138:22, 2147:25
**favorite** [1] - 2067:7
**FBI** [23] - 2084:17,
2085:6, 2088:7,
2111:5, 2122:21,
2123:8, 2124:1,
2124:25, 2125:1,
2125:2, 2125:6,
2125:22, 2125:25,
2127:1, 2128:14,
2131:3, 2132:19,
2133:5, 2135:10,
2135:25, 2136:17,
2136:22, 2139:7
**fear** [1] - 2061:20
**federal** [1] - 2048:20
**felt** [4] - 2061:6,
2078:18, 2135:6
**Fendi** [3] - 2054:3,
2085:1, 2114:14
**few** [8] - 2052:13,
2056:5, 2104:3,
2124:25, 2160:22,
2161:1, 2179:17,
2180:25
**fifth** [2] - 2174:22,
2179:5
**figure** [1] - 2062:11
**file** [1] - 2193:6
**filed** [1] - 2193:21
**final** [2] - 2176:3,
2180:25
**finally** [11] - 2053:18,
2078:18, 2079:11,
2093:6, 2116:14,
2126:12, 2128:24,
2129:9, 2132:25,
2143:7, 2171:10
**finder** [2] - 2122:14,
2134:15
**fine** [6] - 2049:15,
2095:10, 2127:8,
2134:20, 2138:5,
2140:23
**finish** [1] - 2121:22
**finished** [1] - 2188:5
**fire** [1] - 2082:16
**firearms** [5] - 2052:19,
2085:4, 2101:24,
2125:11, 2158:2
**fired** [1] - 2132:25
**fires** [3] - 2078:13,
2082:14, 2082:16
**firing** [2] - 2068:4,
2068:5

**firmly** [1] - 2150:11
**first** [23] - 2045:23,
2050:18, 2071:6,
2089:25, 2092:18,
2101:4, 2104:11,
2118:11, 2119:9,
2128:7, 2131:8,
2135:13, 2143:3,
2143:13, 2161:1,
2164:1, 2165:2,
2165:17, 2172:20,
2174:11, 2178:14,
2181:2, 2189:4
**fit** [1] - 2122:19
**five** [10] - 2051:8,
2058:21, 2112:1,
2112:8, 2112:9,
2120:9, 2174:8,
2177:5, 2185:14
**five-minute** [1] -
2120:9
**flirting** [1] - 2125:18
**Florida** [1] - 2064:3
**focus** [2] - 2133:5,
2138:8
**folks** [3] - 2049:21,
2060:24, 2062:6
**follow** [4] - 2119:21,
2120:2, 2143:23,
2181:21
**following** [5] -
2160:14, 2170:10,
2176:16, 2177:22,
2178:12
**follows** [1] - 2177:19
**food** [2] - 2097:11,
2114:19
**foot** [1] - 2065:7
**force** [3] - 2074:22,
2085:21, 2180:4
**forced** [1] - 2059:24
**forces** [2] - 2057:24,
2086:10
**forego** [1] - 2089:4
**foregoing** [1] -
2194:11
**foreperson** [7] -
2181:3, 2181:6,
2181:9, 2184:16,
2187:25, 2188:3,
2189:5
**foreseeable** [5] -
2092:24, 2169:13,
2177:8, 2177:11,
2179:11
**forever** [1] - 2063:1
**forget** [2] - 2131:23,
2141:9
**form** [10] - 2064:6,
2138:23, 2147:25,

2185:11, 2185:13,
2185:16, 2185:19,
2185:23, 2188:2,
2188:3
**formal** [2] - 2148:13,
2165:24
**formally** [1] - 2163:16
**formed** [3] - 2167:7,
2171:10, 2171:23
**forth** [4] - 2075:23,
2076:24, 2101:3,
2171:24
**forward** [1] - 2059:21,
2063:7, 2072:2,
2073:14, 2075:7
**founded** [1] - 2054:11
**founder** [1] - 2051:5
**four** [8] - 2068:23,
2074:8, 2092:9,
2133:9, 2143:2,
2160:3, 2160:16,
2177:3
**four-month** [1] -
2068:23
**fourth** [3] - 2174:19,
2175:8, 2178:23
**Foy** [1] - 2135:20
**frame** [2] - 2061:14,
2193:1
**frankly** [1] - 2129:22
**free** [2] - 2181:22,
2187:12
**French** [3] - 2101:4,
2158:22, 2158:24
**frequent** [1] - 2104:25
**frequently** [1] -
2109:15
**Friday** [4] - 2082:6,
2107:12, 2120:25,
2135:20
**friend** [4] - 2069:10,
2083:20, 2087:6,
2114:21
**friendly** [2] - 2099:22,
2170:15
**friends** [2] - 2105:6,
2124:2
**friendship** [1] -
2152:11
**frightened** [1] -
2180:6
**Fritz** [1] - 2105:14
**front** [2] - 2057:11,
2062:22
**frustrated** [1] - 2121:4
**full** [5] - 2062:6,
2062:23, 2126:19,
2168:23, 2181:14
**fully** [1] - 2168:19
**function** [2] - 2143:17,

2143:25
**furtherance** [6] -
2055:1, 2092:25,
2174:18, 2176:10,
2177:6, 2179:12
**furthering** [1] - 2172:4
**furthermore** [1] -
2186:9

## G

**gain** [2] - 2106:4,
2152:10
**gang** [88] - 2050:25,
2051:5, 2051:9,
2051:16, 2051:25,
2052:5, 2052:7,
2053:20, 2054:10,
2054:11, 2054:15,
2055:15, 2055:16,
2055:19, 2057:14,
2057:17, 2057:18,
2058:22, 2060:2,
2060:18, 2060:23,
2061:9, 2061:12,
2061:13, 2061:19,
2062:5, 2062:10,
2063:2, 2063:10,
2063:15, 2067:9,
2068:1, 2068:20,
2069:8, 2070:9,
2070:17, 2071:15,
2072:1, 2072:12,
2075:17, 2075:25,
2076:22, 2078:4,
2078:12, 2079:18,
2079:23, 2080:10,
2080:19, 2080:21,
2081:6, 2081:22,
2081:24, 2082:8,
2082:9, 2082:19,
2083:14, 2084:22,
2085:18, 2088:9,
2089:3, 2093:11,
2093:12, 2099:7,
2104:1, 2115:15,
2116:24, 2116:25,
2123:4, 2125:19,
2126:4, 2126:5,
2127:6, 2127:8,
2127:21, 2133:11,
2133:20, 2135:1,
2137:8, 2139:7,
2140:2, 2140:16,
2140:18, 2140:23,
2140:24, 2141:7,
2142:2
**gang's** [6] - 2053:18,
2054:16, 2074:22,
2081:18, 2081:19,

2125:12
**gang-controlled** [1] -
2055:15
**gangs** [2] - 2067:15,
2102:8
**Ganthier** [4] - 2052:7,
2055:13, 2058:23,
2060:1
**gasping** [1] - 2076:4
**Gaspivay** [29] -
2059:4, 2061:22,
2061:23, 2062:13,
2062:16, 2062:19,
2063:16, 2063:20,
2063:21, 2066:23,
2067:2, 2071:22,
2072:8, 2074:3,
2074:4, 2082:15,
2083:4, 2087:25,
2088:1, 2088:2,
2099:5, 2101:15,
2112:14, 2131:14,
2134:5, 2134:9,
2134:13, 2139:18
**gather** [1] - 2120:9
**gender** [1] - 2144:20
**general** [2] - 2143:3,
2143:13
**generally** [3] -
2132:10, 2144:10,
2168:8
**gentlemen** [16] -
2050:15, 2050:20,
2093:2, 2096:3,
2099:17, 2100:9,
2108:13, 2115:8,
2117:19, 2118:3,
2119:20, 2122:4,
2122:8, 2127:5,
2142:23, 2188:20
**Germine** [146] -
2046:7, 2051:4,
2051:10, 2060:10,
2072:9, 2081:25,
2088:25, 2096:18,
2098:6, 2098:10,
2098:18, 2098:21,
2099:16, 2099:21,
2100:14, 2100:19,
2101:21, 2101:23,
2102:2, 2102:16,
2102:24, 2103:4,
2103:11, 2103:12,
2104:6, 2104:23,
2105:15, 2106:8,
2106:11, 2108:6,
2108:17, 2108:21,
2109:2, 2109:4,
2109:6, 2109:11,
2109:12, 2109:14,

2109:16, 2109:19,
2111:22, 2111:23,
2112:1, 2112:2,
2112:14, 2112:16,
2113:13, 2113:17,
2114:13, 2114:16,
2115:21, 2116:13,
2117:3, 2117:18,
2117:21, 2119:13,
2128:12, 2128:13,
2149:13, 2149:16,
2149:21, 2149:23,
2151:16, 2153:23,
2154:1, 2154:4,
2154:10, 2154:15,
2154:18, 2155:21,
2156:8, 2157:9,
2157:13, 2157:24,
2157:25, 2158:12,
2158:15, 2158:19,
2159:14, 2160:1,
2160:16, 2160:24,
2160:25, 2161:6,
2161:10, 2162:12,
2162:23, 2163:12,
2163:15, 2163:19,
2164:6, 2164:10,
2165:10, 2167:21,
2167:25, 2168:10,
2168:13, 2168:19,
2168:22, 2168:25,
2169:10, 2170:1,
2170:15, 2171:5,
2172:1, 2172:5,
2172:8, 2172:12,
2172:18, 2172:23,
2173:2, 2173:6,
2173:9, 2173:11,
2174:1, 2174:5,
2174:14, 2174:17,
2174:19, 2174:22,
2175:1, 2175:7,
2175:13, 2175:18,
2175:24, 2176:1,
2176:7, 2176:8,
2176:13, 2176:24,
2176:25, 2177:17,
2177:21, 2178:4,
2178:7, 2179:5,
2179:14, 2179:22,
2179:23, 2180:19,
2190:25, 2191:6,
2191:8
**Germine's** [29] -
2098:25, 2099:24,
2100:4, 2100:6,
2108:11, 2113:19,
2148:16, 2154:6,
2154:22, 2157:15,
2162:5, 2164:15,
2165:8, 2166:18,

2168:15, 2169:6,
2170:4, 2170:12,
2170:17, 2170:23,
2170:25, 2172:17,
2175:2, 2175:5,
2175:11, 2175:21,
2176:21, 2179:2,
2191:10
**girlfriend** [3] -
2069:11, 2069:23,
2087:21
**given** [9] - 2085:10,
2088:9, 2146:19,
2182:9, 2185:20,
2189:7, 2190:22,
2191:9
**goal** [1] - 2144:15
**God** [6] - 2050:21,
2079:1, 2083:24,
2097:3, 2133:14,
2134:3
**goodness** [2] -
2062:18, 2064:20
**gourdes** [2] - 2072:5,
2072:17
**governing** [2] -
2160:25, 2177:12
**government** [104] -
2044:22, 2046:6,
2046:8, 2046:15,
2046:20, 2048:17,
2050:18, 2051:18,
2052:2, 2052:3,
2054:22, 2055:3,
2056:10, 2058:5,
2066:9, 2070:5,
2070:6, 2077:8,
2082:12, 2086:21,
2089:18, 2090:12,
2093:3, 2093:20,
2101:2, 2105:8,
2105:23, 2106:16,
2107:10, 2107:12,
2107:24, 2108:16,
2108:21, 2109:7,
2109:10, 2110:21,
2111:25, 2112:11,
2112:18, 2113:8,
2114:9, 2115:5,
2115:19, 2116:4,
2116:5, 2116:21,
2116:24, 2117:2,
2117:21, 2118:3,
2119:2, 2122:5,
2122:12, 2123:23,
2126:21, 2127:8,
2130:3, 2130:18,
2134:16, 2138:6,
2138:7, 2141:7,
2141:11, 2142:12,

2142:13, 2142:14,
2149:10, 2149:15,
2149:18, 2149:22,
2150:19, 2151:15,
2157:18, 2157:21,
2162:22, 2164:15,
2164:19, 2164:25,
2165:8, 2165:18,
2165:23, 2166:2,
2166:12, 2166:22,
2167:18, 2167:24,
2168:18, 2171:18,
2172:17, 2173:7,
2174:9, 2174:25,
2175:25, 2176:15,
2176:20, 2178:12,
2179:22, 2180:3,
2180:18, 2180:20,
2185:21, 2191:16
**Government** [2] -
2106:4, 2107:6
**government's** [7] -
2047:10, 2081:9,
2118:8, 2118:12,
2120:6, 2150:4,
2150:21
**Government's** [1] -
2108:24
**governor** [1] - 2071:2
**grabs** [2] - 2076:2,
2076:5
**grade** [1] - 2098:13
**grand** [25] - 2056:22,
2056:25, 2058:1,
2058:10, 2059:3,
2066:6, 2072:10,
2074:6, 2077:16,
2079:19, 2082:1,
2107:21, 2108:20,
2109:11, 2110:8,
2131:12, 2132:10,
2132:14, 2133:1,
2133:17, 2134:8,
2135:4, 2135:14,
2136:5, 2137:18
**grant** [1] - 2156:17
**Grant** [2] - 2097:18,
2116:9
**granted** [1] - 2156:22
**graver** [1] - 2150:15
**great** [1] - 2051:9
**greater** [5] - 2051:11,
2148:5, 2151:13,
2157:6, 2160:7
**grew** [1] - 2109:14
**ground** [7] - 2060:15,
2060:16, 2070:13,
2138:16, 2138:18,
2147:19, 2147:20
**group** [10] - 2048:4,

2059:25, 2070:2,
2097:5, 2098:14,
2098:16, 2098:17,
2099:9, 2104:1
**growing** [1] - 2098:12
**guard** [2] - 2052:14,
2085:21
**guarded** [3] - 2052:13,
2052:17, 2052:18
**guards** [6] - 2059:6,
2063:11, 2097:9,
2097:10, 2112:4,
2125:19
**guess** [4] - 2097:18,
2104:7, 2122:15,
2183:2
**guesswork** [1] -
2150:18
**guidance** [1] - 2067:9
**guidelines** [1] -
2157:4
**Guillen** [1] - 2146:19
**guilt** [8] - 2148:17,
2150:11, 2150:19,
2150:21, 2163:18,
2163:20, 2169:7
**guilty** [36] - 2054:23,
2055:4, 2091:3,
2091:4, 2091:6,
2091:7, 2094:1,
2099:3, 2099:4,
2099:15, 2100:18,
2102:11, 2112:17,
2113:22, 2117:22,
2120:4, 2127:16,
2141:25, 2142:7,
2142:18, 2149:10,
2149:17, 2149:21,
2149:23, 2156:2,
2161:6, 2161:7,
2168:22, 2172:18,
2172:23, 2173:11,
2173:19, 2174:5,
2175:17, 2175:23,
2176:13
**gun** [19] - 2052:15,
2056:17, 2064:3,
2083:11, 2083:14,
2083:15, 2083:24,
2084:1, 2085:2,
2099:4, 2112:17,
2113:14, 2113:21,
2115:22, 2115:24,
2122:22, 2127:13,
2127:20, 2128:9
**guns** [28] - 2059:23,
2064:8, 2064:9,
2064:11, 2064:16,
2064:24, 2081:5,
2083:7, 2084:10,

2084:11, 2084:12,
2085:7, 2089:9,
2102:3, 2102:4,
2113:9, 2113:12,
2118:6, 2122:25,
2123:11, 2123:13,
2124:1, 2127:6,
2127:9, 2127:17,
2132:19
**gunshots** [1] -
2065:12
**guy** [5] - 2060:15,
2085:23, 2086:6,
2091:21, 2141:16
**guys** [7] - 2051:22,
2067:20, 2069:12,
2087:9, 2087:10,
2138:1
**Gwo** [1] - 2060:8

---

# H

**hair** [1] - 2089:12
**Haiti** [34] - 2053:16,
2053:20, 2067:14,
2067:23, 2070:19,
2071:11, 2084:11,
2084:24, 2085:6,
2086:7, 2087:22,
2088:22, 2088:25,
2096:25, 2098:11,
2098:12, 2098:16,
2101:9, 2101:24,
2102:7, 2109:16,
2109:21, 2110:7,
2113:23, 2114:18,
2116:7, 2119:15,
2122:23, 2136:4,
2137:9, 2158:2,
2163:23, 2164:9,
2172:11
**Haitian** [27] - 2051:18,
2052:2, 2053:15,
2053:25, 2054:2,
2054:3, 2054:7,
2054:10, 2054:13,
2065:7, 2066:8,
2070:6, 2071:16,
2072:5, 2081:19,
2081:21, 2086:21,
2089:18, 2104:6,
2104:7, 2116:15,
2158:22, 2158:23,
2159:18, 2164:15,
2165:8, 2172:16
**Haitians** [1] - 2051:17
**half** [2] - 2065:13,
2192:16
**hand** [8] - 2074:5,
2114:15, 2125:1,
2131:19, 2147:10,

2149:18, 2166:7,
2187:2
**handle** [1] - 2082:20
**hands** [2] - 2052:20,
2084:22
**handwriting** [1] -
2125:9
**hang** [1] - 2064:22
**hangs** [1] - 2062:13
**hard** [3] - 2057:24,
2064:25, 2094:11
**harm** [1] - 2180:15
**Harrison** [7] -
2072:18, 2072:21,
2073:8, 2078:2,
2078:10, 2104:5,
2130:8
**hassled** [1] - 2060:2
2160:11
**headed** [1] - 2113:7
**headrest** [1] - 2076:3
**heads** [1] - 2088:18
**health** [1] - 2053:10
**healthy** [1] - 2186:22
**hear** [13] - 2061:13,
2065:1, 2071:4,
2089:24, 2098:7,
2098:8, 2100:9,
2100:11, 2103:8,
2103:15, 2108:15,
2121:14, 2182:24
**heard** [129] - 2045:4,
2045:13, 2051:3,
2051:12, 2051:20,
2052:5, 2052:12,
2052:16, 2053:7,
2053:11, 2053:14,
2055:7, 2055:9,
2056:18, 2058:19,
2058:23, 2059:5,
2059:10, 2059:19,
2061:3, 2061:15,
2061:18, 2063:15,
2064:1, 2065:5,
2065:12, 2065:20,
2069:6, 2070:15,
2070:20, 2071:5,
2072:2, 2074:2,
2075:21, 2076:15,
2076:16, 2077:9,
2078:8, 2078:14,
2080:17, 2080:18,
2080:20, 2081:9,
2081:10, 2081:14,
2081:16, 2081:17,
2081:18, 2081:20,
2081:22, 2081:24,
2082:10, 2082:13,
2084:5, 2084:14,

2084:17, 2084:18, 2084:24, 2085:15, 2085:16, 2086:11, 2086:19, 2088:5, 2088:24, 2090:11, 2090:14, 2090:21, 2091:14, 2091:17, 2091:19, 2093:17, 2097:11, 2098:10, 2098:23, 2099:4, 2100:22, 2100:23, 2101:7, 2101:14, 2101:20, 2101:22, 2102:6, 2102:12, 2102:14, 2102:17, 2102:24, 2103:1, 2104:2, 2104:23, 2107:11, 2113:11, 2114:16, 2115:23, 2117:1, 2122:9, 2122:15, 2123:12, 2123:19, 2124:3, 2124:7, 2125:15, 2125:16, 2125:21, 2126:10, 2126:14, 2128:19, 2129:10, 2131:5, 2132:5, 2134:4, 2134:25, 2135:8, 2135:25, 2136:10, 2141:3, 2153:23, 2154:14, 2155:5, 2155:21, 2156:10, 2156:25, 2157:23, 2157:25, 2159:13, 2169:24, 2187:19
**hearing** [1] - 2117:7, 2180:13
**hears** [1] - 2065:18
**heart** [2] - 2047:20, 2075:21
**heart-wrenching** [1] - 2075:21
**heat** [1] - 2069:13
**held** [14] - 2050:1, 2050:24, 2050:25, 2052:11, 2052:21, 2053:12, 2065:14, 2087:18, 2090:3, 2090:4, 2125:18, 2139:22, 2169:12, 2194:12
**hello** [1] - 2096:8
**help** [12] - 2052:17, 2099:12, 2102:5, 2102:7, 2104:9, 2107:7, 2111:5, 2114:6, 2116:16, 2155:9, 2181:10
**helped** [3] - 2097:10,

2099:11, 2110:22
**helpful** [2] - 2074:18, 2192:1
**Henry** [3] - 2070:22
**Herbster** [1] - 2146:17
**hereby** [1] - 2194:10
**herring** [3] - 2114:11, 2114:24, 2142:5
**herrings** [1] - 2114:10
**herself** [2] - 2094:20, 2153:12
**hesitate** [2] - 2150:15, 2186:7
**hide** [1] - 2079:11
**hierarchy** [2] - 2085:19, 2126:3
**high** [2] - 2051:25, 2071:1
**Highway** [2] - 2055:12, 2055:15
**highway** [1] - 2055:16
**hiked** [1] - 2053:14
**hill** [1] - 2079:11
**himself** [16] - 2067:11, 2085:17, 2089:3, 2092:21, 2098:10, 2099:8, 2099:24, 2100:25, 2110:6, 2126:7, 2136:13, 2137:6, 2137:19, 2170:16, 2174:2, 2179:5
**hit** [1] - 2068:4
**hold** [10] - 2065:4, 2069:22, 2093:23, 2109:22, 2141:18, 2142:16, 2148:21, 2179:19, 2183:3
**holding** [1] - 2076:8
**hon** [1] - 2068:25
**honest** [1] - 2150:9
**Honor** [37] - 2044:7, 2044:8, 2044:12, 2045:12, 2045:14, 2045:16, 2045:19, 2047:1, 2047:9, 2048:6, 2048:13, 2050:19, 2053:2, 2053:6, 2094:7, 2094:17, 2095:10, 2095:21, 2106:19, 2110:24, 2120:8, 2120:16, 2121:15, 2121:23, 2122:7, 2190:13, 2190:21, 2190:22, 2191:7, 2191:18, 2192:2, 2192:21, 2193:10, 2193:22, 2193:25

**hope** [1] - 2142:22
**hoped** [3] - 2051:25, 2052:1
**hoping** [1] - 2106:3
**horrible** [3] - 2096:15, 2096:24, 2097:1
**hospital** [2] - 2073:22, 2136:12
**hostage** [81] - 2045:20, 2045:24, 2047:5, 2072:22, 2084:12, 2087:19, 2090:1, 2090:23, 2091:11, 2091:13, 2092:3, 2100:21, 2102:1, 2106:9, 2113:5, 2115:25, 2117:10, 2117:12, 2118:5, 2118:8, 2118:11, 2118:13, 2118:22, 2119:24, 2126:13, 2126:14, 2158:4, 2158:6, 2161:11, 2161:23, 2163:22, 2163:23, 2164:2, 2164:3, 2164:7, 2164:14, 2164:18, 2164:19, 2164:24, 2165:5, 2166:16, 2172:8, 2172:14, 2172:16, 2172:19, 2172:22, 2173:13, 2174:12, 2174:14, 2174:18, 2174:21, 2174:23, 2175:19, 2175:22, 2176:13, 2176:19, 2176:23, 2177:2, 2177:3, 2177:5, 2177:7, 2177:9, 2177:15, 2177:17, 2177:21, 2178:4, 2178:8, 2178:11, 2178:14, 2178:18, 2178:20, 2178:23, 2179:2, 2179:4, 2179:6, 2180:1, 2180:4, 2180:6, 2180:7, 2180:10
**hostage's** [1] - 2180:2
**hostages** [19] - 2044:23, 2045:5, 2045:18, 2051:7, 2075:13, 2076:25, 2084:8, 2088:11, 2092:6, 2092:9, 2108:22, 2113:25, 2118:25, 2119:6, 2164:12, 2165:7, 2165:13, 2166:19,

2176:21
**hostility** [1] - 2152:11
**hour** [4] - 2061:6, 2065:21, 2188:22, 2192:16
**house** [6] - 2065:7, 2069:18, 2069:19, 2086:25, 2087:1, 2087:2
**housing** [2] - 2110:21, 2111:3
**huge** [2] - 2066:1, 2089:2
**human** [1] - 2144:8
**husband** [3] - 2069:25, 2091:17, 2103:14
**husband's** [1] - 2102:22

**I**

**idea** [3] - 2097:23, 2121:16, 2127:25
**identifiable** [1] - 2131:22
**identification** [2] - 2182:5, 2182:8
**identified** [8] - 2055:22, 2055:24, 2059:5, 2060:7, 2061:24, 2082:7, 2090:15, 2174:1
**identifies** [1] - 2133:6
**identify** [3] - 2084:19, 2104:20, 2128:20
**identity** [3] - 2081:3, 2144:20, 2158:11
**ignore** [5] - 2143:23, 2145:3, 2149:1, 2149:5, 2181:21
**ill** [1] - 2073:18
**illegal** [3] - 2113:21, 2165:12, 2172:4
**image** [1] - 2067:19
**imaginary** [1] - 2150:17
**imagine** [4] - 2057:24, 2094:11, 2122:22, 2193:6
**immediate** [1] - 2118:18
**immediately** [1] - 2159:4
**immense** [1] - 2051:7
**immigration** [3] - 2111:4, 2111:16, 2136:24
**immunity** [3] - 2156:11, 2156:18,

2156:21
**impartial** [5] - 2093:18, 2144:16, 2150:9, 2151:1, 2151:5
**impeach** [2] - 2136:21, 2136:23
**impeached** [1] - 2129:12
**implicate** [1] - 2182:23
**implicit** [3] - 2144:12, 2166:18, 2179:3
**implicitly** [1] - 2165:22
**implies** [2] - 2117:23, 2150:6
**importance** [1] - 2186:1
**important** [9] - 2064:21, 2064:22, 2070:24, 2073:3, 2076:22, 2131:2, 2150:16, 2158:24, 2159:19
**importantly** [2] - 2104:5, 2110:4
**imposed** [1] - 2156:6
**imposing** [1] - 2183:10
**impresses** [1] - 2152:5
**imprisoned** [1] - 2070:18
**improbability** [1] - 2153:6
**improper** [2] - 2094:19, 2095:13
**in-court** [1] - 2155:20
**inadmissible** [1] - 2182:22
**inadvertence** [2] - 2093:8, 2179:16
**inadvertently** [1] - 2183:23
**incentive** [2] - 2116:24, 2117:3
**incentives** [1] - 2111:11
**inception** [1] - 2180:10
**include** [1] - 2044:17
**included** [3] - 2046:3, 2097:9, 2102:8
**includes** [2] - 2046:5, 2180:17, 2184:7
**including** [9] - 2096:20, 2102:8, 2111:12, 2125:13, 2139:6, 2152:15, 2160:16, 2175:10,

2182:22
**income** [2] - 2085:14, 2144:21
**inconsistencies** [4] - 2152:20, 2152:23, 2153:1, 2154:25
**inconsistency** [1] - 2154:9
**inconsistent** [9] - 2153:20, 2154:1, 2154:5, 2154:7, 2154:18, 2154:21, 2154:23, 2190:24, 2190:25
**incredible** [1] - 2125:4
**incriminating** [1] - 2156:14
**independent** [1] - 2184:10
**independently** [1] - 2062:3
**indeterminate** [1] - 2137:16
**indicate** [2] - 2160:12, 2162:13
**indicated** [3] - 2145:2, 2160:13, 2186:23
**indicating** [2] - 2145:1, 2163:7
**indictment** [16] - 2148:13, 2148:15, 2158:20, 2161:2, 2161:7, 2161:9, 2161:10, 2161:22, 2163:13, 2163:17, 2163:21, 2171:19, 2171:24, 2172:24, 2177:16
**indirectly** [1] - 2055:24
**individual** [2] - 2044:14, 2107:19
**individual's** [1] - 2182:23
**individually** [1] - 2188:11
**individuals** [4] - 2056:14, 2163:23, 2164:4, 2177:22
**infer** [6] - 2140:12, 2140:19, 2162:9, 2162:14, 2162:15, 2168:20
**inference** [3] - 2148:17, 2156:4, 2163:19
**inferences** [4] - 2138:13, 2147:1, 2147:11, 2166:25
**inflict** [1] - 2180:15

**influence** [3] - 2160:2, 2161:8, 2183:8
**information** [4] - 2126:5, 2136:1, 2136:11, 2136:20
**informed** [1] - 2168:19
**initial** [4] - 2046:20, 2066:17, 2140:1, 2186:10
**initiates** [1] - 2066:25
**injure** [2] - 2164:11, 2172:13
**injury** [4] - 2092:7, 2178:21, 2178:24, 2179:7
**innocence** [2] - 2149:8, 2149:13
**innocent** [2] - 2149:8, 2168:17
**innocents** [1] - 2097:2
**inquiry** [2] - 2054:22, 2134:21
**inside** [6] - 2064:15, 2064:23, 2065:15, 2073:5, 2087:11
**instance** [2] - 2092:12, 2101:22
**instances** [1] - 2056:2
**instant** [1] - 2045:8
**instruct** [23] - 2045:19, 2054:19, 2080:23, 2090:7, 2091:2, 2094:17, 2117:20, 2127:12, 2127:19, 2138:9, 2138:20, 2142:9, 2142:24, 2143:4, 2143:19, 2143:21, 2164:1, 2164:2, 2172:7, 2172:20, 2172:21, 2177:14, 2187:7
**instructed** [2] - 2159:23, 2192:6
**instruction** [5] - 2045:23, 2095:17, 2138:11, 2184:4, 2187:8
**instructions** [26] - 2046:3, 2100:12, 2119:21, 2120:2, 2120:13, 2120:19, 2142:21, 2143:1, 2143:6, 2143:11, 2143:22, 2160:22, 2160:23, 2163:11, 2181:17, 2181:18, 2181:19, 2181:20, 2181:22, 2181:23, 2185:19, 2185:21,

2189:6, 2190:20, 2190:21, 2191:9
**insufficient** [2] - 2046:13, 2048:18
**intend** [2] - 2095:1, 2127:7
**intended** [9] - 2046:7, 2046:9, 2080:25, 2145:18, 2148:10, 2174:4, 2177:10, 2180:19, 2180:21
**intends** [1] - 2162:15
**intense** [1] - 2076:16
**intent** [18] - 2054:18, 2117:14, 2117:17, 2141:24, 2158:10, 2162:7, 2162:9, 2162:14, 2162:24, 2163:2, 2165:11, 2167:23, 2168:1, 2173:10, 2174:23, 2175:8, 2175:21, 2180:15
**intention** [1] - 2171:7
**intentional** [1] - 2153:3
**intentionally** [20] - 2054:17, 2093:7, 2093:9, 2093:14, 2114:3, 2141:2, 2141:13, 2142:11, 2162:6, 2162:16, 2165:10, 2165:20, 2167:21, 2167:25, 2168:9, 2169:4, 2172:2, 2173:17, 2176:2, 2179:14
**interacted** [1] - 2097:14
**interaction** [1] - 2076:16
**interest** [3] - 2152:10, 2153:13, 2157:13
**interests** [4] - 2100:4, 2113:20, 2166:8, 2170:22
**internet** [4] - 2183:17, 2184:12, 2187:9, 2187:10
**interpretation** [2] - 2159:21, 2160:11
**interpreted** [2] - 2160:5, 2160:7
**interpreter** [7] - 2159:12, 2159:15, 2159:25, 2160:2, 2160:4, 2160:15, 2160:19
**interpreters** [1] - 2159:17

**interview** [3] - 2088:7, 2104:8, 2136:13
**interviews** [1] - 2191:3
**inventory** [1] - 2085:23
**investigating** [1] - 2130:8
**investigation** [1] - 2184:10
**invite** [1] - 2181:12
**involved** [44] - 2053:21, 2053:22, 2055:8, 2056:15, 2058:25, 2066:16, 2068:17, 2070:11, 2070:25, 2077:13, 2077:14, 2081:3, 2086:17, 2093:15, 2096:18, 2096:20, 2096:21, 2099:11, 2100:15, 2101:16, 2101:23, 2101:25, 2103:5, 2106:9, 2106:12, 2114:3, 2115:4, 2115:7, 2115:13, 2117:10, 2126:12, 2126:15, 2133:6, 2136:14, 2136:16, 2140:20, 2142:10, 2158:1, 2158:3, 2158:5, 2175:14
**involvement** [2] - 2080:16, 2129:18
**Isidor** [31] - 2056:21, 2057:2, 2057:14, 2059:1, 2065:25, 2066:11, 2072:11, 2074:15, 2074:19, 2075:6, 2079:16, 2081:16, 2082:16, 2085:15, 2086:21, 2105:16, 2105:17, 2105:19, 2105:20, 2109:13, 2109:15, 2110:2, 2111:4, 2111:8, 2129:10, 2131:11, 2131:16, 2133:2, 2135:24, 2159:14, 2160:1
**issue** [4] - 2129:21, 2169:7, 2185:6, 2186:23
**itself** [4] - 2090:24, 2163:14, 2167:12, 2167:15

### J

**Jacky** [2] - 2059:10, 2081:10

**jail** [27] - 2051:17, 2053:24, 2053:25, 2054:1, 2054:2, 2054:3, 2054:7, 2054:10, 2054:13, 2057:3, 2057:5, 2066:5, 2068:20, 2077:25, 2083:2, 2086:21, 2089:11, 2098:18, 2098:22, 2104:11, 2109:22, 2110:6, 2114:18, 2123:7, 2128:17, 2128:18
**Jean** [8] - 2056:21, 2059:10, 2077:15, 2081:10, 2125:13, 2153:23, 2156:10, 2159:13
**Jeanty** [4] - 2055:17, 2085:16, 2085:17, 2086:4
**job** [4] - 2082:21, 2110:22, 2110:23, 2188:12
**Jocelyn** [1] - 2102:6
**join** [4] - 2141:1, 2141:2, 2142:3, 2164:23
**joined** [13] - 2054:18, 2090:19, 2092:23, 2113:6, 2141:14, 2165:11, 2168:10, 2169:8, 2169:10, 2169:13, 2171:5, 2176:25, 2179:10
**joining** [2] - 2169:6, 2169:22
**joins** [2] - 2055:2, 2141:24
**Joly** [4] - 2081:25, 2102:24, 2103:12, 2129:4
**Jonas** [3] - 2085:15, 2109:13, 2159:14
**judge** [5] - 2054:19, 2091:2, 2093:16, 2098:21, 2117:19
**Judge** [10] - 2099:13, 2100:9, 2100:11, 2101:18, 2105:12, 2108:7, 2108:9, 2113:1, 2119:22, 2120:2
**judges** [4] - 2144:1, 2146:8, 2151:19, 2186:14
**judging** [4] - 2151:21, 2154:11, 2154:25, 2155:14

**judgment** [9] - 2044:13, 2044:21, 2047:8, 2147:3, 2152:1, 2153:19, 2156:24, 2157:16, 2185:7
**judicial** [4] - 2145:24, 2146:1, 2146:5, 2146:6
**judicially** [1] - 2146:10
**July** [1] - 2111:13
**jumped** [1] - 2108:7
**jumping** [1] - 2046:2
**June** [2] - 2083:1, 2086:23
**jurisdictional** [4] - 2047:11, 2047:13, 2047:18, 2048:16
**juror** [14] - 2053:1, 2120:21, 2121:1, 2121:2, 2181:13, 2185:8, 2186:2, 2186:7, 2186:17, 2186:21, 2186:23, 2186:24, 2187:5
**JUROR** [6] - 2053:2, 2189:15, 2189:19, 2190:1, 2190:3, 2190:7
**jurors** [12] - 2145:9, 2145:17, 2149:24, 2158:24, 2159:6, 2159:19, 2183:24, 2184:25, 2185:25, 2186:9, 2189:2, 2189:4
**jury** [73] - 2045:19, 2047:12, 2048:16, 2049:10, 2049:16, 2050:13, 2056:22, 2056:25, 2058:1, 2058:7, 2058:8, 2058:10, 2059:3, 2066:6, 2072:10, 2074:6, 2077:16, 2079:20, 2082:1, 2094:6, 2094:17, 2095:18, 2096:2, 2099:17, 2107:21, 2108:14, 2108:20, 2109:11, 2110:9, 2114:2, 2115:9, 2119:20, 2120:17, 2120:24, 2122:2, 2131:12, 2132:10, 2132:14, 2133:2, 2133:17, 2134:8, 2135:4, 2135:14, 2136:5, 2137:18, 2143:14, 2143:25,

2145:11, 2150:24, 2181:2, 2182:1, 2184:3, 2184:7, 2184:17, 2184:18, 2184:20, 2185:3, 2186:2, 2186:10, 2187:4, 2187:14, 2187:17, 2188:7, 2188:8, 2188:14, 2188:17, 2189:11, 2190:17, 2190:22, 2191:9, 2192:6, 2192:9, 2192:15
**jury's** [1] - 2049:17
**justice** [2] - 2119:21, 2120:3
**justified** [1] - 2147:1

**K**

**K.N** [1] - 2178:3
**Kabrit** [3] - 2069:16, 2069:17, 2069:19
**Katie** [1] - 2178:8
**Kay** [3] - 2075:15, 2075:18, 2140:5
**Kay's** [1] - 2053:9
**Kean** [2] - 2194:10, 2194:15
**keen** [1] - 2119:10
**keep** [6] - 2098:24, 2113:16, 2161:1, 2182:4, 2182:7, 2192:15
**keeping** [1] - 2063:1
**Kerline** [1] - 2128:11
**key** [7] - 2055:6, 2071:19, 2071:25, 2073:14, 2092:14, 2139:4, 2140:13
**keys** [1] - 2085:25
**kidnap** [8] - 2055:10, 2055:21, 2056:13, 2056:24, 2059:3, 2090:10, 2131:12, 2141:1
**kidnapped** [21] - 2051:14, 2057:5, 2057:6, 2057:7, 2065:2, 2067:12, 2067:21, 2067:22, 2083:7, 2085:24, 2086:6, 2087:6, 2087:8, 2087:18, 2087:21, 2089:7, 2096:24, 2115:1, 2119:16, 2126:17, 2130:9
**kidnapper** [1] - 2113:13
**kidnappers** [1] -

2067:14
**kidnapping** [16] - 2044:15, 2051:13, 2053:22, 2054:14, 2058:25, 2059:2, 2068:9, 2086:17, 2087:14, 2114:7, 2115:6, 2115:8, 2115:25, 2133:6, 2139:12, 2139:15
**kidnappings** [12] - 2085:14, 2091:10, 2106:12, 2112:15, 2112:18, 2114:4, 2114:5, 2115:14, 2115:15, 2131:10, 2132:17
**kids** [3] - 2061:1, 2061:2, 2078:20
**kill** [10] - 2057:19, 2083:2, 2088:3, 2088:8, 2088:16, 2088:21, 2135:3, 2139:8, 2164:11, 2172:13
**killed** [3] - 2057:18, 2125:22, 2135:1
**killing** [3] - 2125:20
**kind** [5] - 2079:6, 2097:20, 2148:15, 2150:13, 2176:5
**kinds** [3] - 2063:2, 2063:22, 2140:10
**king** [16] - 2050:21, 2050:22, 2063:6, 2081:14, 2081:25, 2088:5, 2089:21, 2089:22, 2133:10, 2133:11, 2133:19, 2133:20
**king's** [1] - 2133:12
**kings** [1] - 2050:22
**knock** [1] - 2189:21
**knowing** [4] - 2100:16, 2100:20, 2162:8, 2175:15
**knowingly** [19] - 2054:24, 2055:2, 2092:23, 2093:7, 2113:6, 2114:3, 2142:11, 2162:6, 2165:10, 2165:20, 2167:25, 2168:9, 2169:4, 2174:1, 2174:19, 2176:2, 2176:25, 2179:10, 2179:15
**knowledge** [23] - 2099:20, 2099:25, 2100:4, 2100:7,

2101:25, 2126:10, 2146:3, 2147:9, 2158:3, 2158:10, 2162:7, 2162:10, 2162:14, 2167:22, 2168:20, 2168:22, 2170:4, 2170:14, 2170:18, 2170:23, 2171:1, 2171:6, 2175:8
**knowledgeable** [2] - 2054:16, 2081:10
**known** [2] - 2106:16, 2116:13, 2168:6
**knows** [6] - 2070:12, 2083:23, 2099:5, 2099:7, 2136:16
**Koleg** [27] - 2058:15, 2058:17, 2058:23, 2058:25, 2059:1, 2059:3, 2059:4, 2059:11, 2059:14, 2061:22, 2080:6, 2080:9, 2101:15, 2124:24, 2125:2, 2131:12, 2131:13, 2131:16, 2131:17, 2133:22, 2133:23
**Koleg's** [1] - 2139:12
**Korver** [3] - 2079:1, 2177:25

**L**

**L.K** [1] - 2178:2
**label** [1] - 2173:23
**lack** [5] - 2117:25, 2127:14, 2150:8, 2157:20, 2158:11
**ladies** [16] - 2050:14, 2050:20, 2093:2, 2096:3, 2099:16, 2100:8, 2108:13, 2115:8, 2117:19, 2118:3, 2119:20, 2122:3, 2122:8, 2127:5, 2142:23, 2188:20
**lady** [1] - 2061:19
**landed** [1] - 2113:24
**language** [2] - 2095:23, 2160:19
**Lanmo** [108] - 2056:2, 2056:4, 2056:16, 2056:17, 2056:25, 2058:14, 2058:15, 2058:16, 2058:17, 2059:4, 2059:14, 2060:5, 2060:9, 2060:12, 2060:13, 2062:1, 2062:9,

2062:19, 2063:15, 2063:18, 2065:15, 2065:18, 2066:7, 2066:21, 2066:22, 2067:3, 2067:5, 2067:8, 2068:18, 2069:2, 2069:5, 2069:15, 2069:17, 2070:17, 2070:22, 2071:21, 2072:3, 2072:7, 2072:8, 2072:16, 2072:24, 2073:2, 2073:8, 2073:10, 2074:3, 2074:11, 2074:13, 2075:1, 2075:10, 2075:20, 2076:11, 2076:19, 2077:1, 2077:7, 2078:13, 2079:22, 2080:2, 2080:3, 2080:9, 2081:11, 2082:15, 2083:4, 2084:19, 2085:7, 2085:10, 2085:11, 2086:11, 2088:1, 2088:3, 2088:13, 2089:1, 2097:7, 2097:8, 2097:14, 2097:16, 2097:23, 2098:2, 2099:5, 2101:14, 2102:17, 2102:22, 2103:16, 2112:14, 2113:7, 2116:8, 2117:13, 2123:11, 2123:12, 2123:25, 2124:1, 2130:10, 2131:13, 2131:14, 2132:14, 2132:15, 2132:20, 2132:25, 2133:15, 2138:25, 2139:18, 2140:6
**Lanmo's** [4] - 2056:9, 2056:11, 2063:11, 2066:23
**lapses** [1] - 2153:2
**last** [8] - 2063:13, 2082:6, 2102:11, 2107:12, 2135:20, 2186:15, 2191:11, 2191:12
**lasting** [1] - 2096:16
**lastly** [1] - 2187:19
**latest** [11] - 2046:1, 2118:15, 2161:13, 2163:25, 2164:9, 2165:3, 2172:10, 2176:18, 2177:23, 2178:16, 2178:18
**laughter** [1] - 2121:21

**laundering** [3] - 2115:22, 2115:24, 2118:6
**Laura's** [1] - 2079:14
**law** [34] - 2054:19, 2054:20, 2054:23, 2057:18, 2092:16, 2104:15, 2109:23, 2114:6, 2123:18, 2135:2, 2138:20, 2138:22, 2142:8, 2142:25, 2143:4, 2143:18, 2143:19, 2143:21, 2147:23, 2147:25, 2149:13, 2153:20, 2156:25, 2157:1, 2157:7, 2158:16, 2160:24, 2164:17, 2168:2, 2168:5, 2168:7, 2169:20, 2171:3, 2185:19
**lawyer** [5] - 2111:4, 2111:16, 2135:11, 2148:20, 2148:22
**lawyer's** [2] - 2148:23, 2149:1
**lawyers** [4] - 2121:18, 2148:9, 2148:12, 2148:18
**Le** [1] - 2133:7
**lead** [3] - 2115:24, 2115:25, 2118:5
**leader** [28] - 2057:14, 2067:9, 2070:9, 2071:11, 2071:16, 2071:18, 2074:9, 2081:15, 2081:16, 2081:18, 2081:19, 2081:23, 2081:24, 2082:5, 2082:7, 2082:9, 2088:5, 2097:6, 2102:18, 2102:24, 2103:25, 2104:1, 2117:8, 2117:9, 2140:23, 2140:24, 2141:7
**leaders** [2] - 2074:1, 2088:4
**leadership** [1] - 2141:10
**leading** [1] - 2118:4
**least** [5] - 2048:4, 2054:9, 2111:13, 2171:6, 2190:19
**leave** [5] - 2058:20, 2075:20, 2079:16, 2186:25, 2192:18
**leaves** [1] - 2123:1
**lectern** [1] - 2049:6,

2049:8, 2049:9, 2049:10, 2049:14
**left** [2] - 2079:15, 2088:17
**legal** [1] - 2144:17
**length** [1] - 2161:17
**lengthy** [1] - 2185:13
**less** [2] - 2106:25, 2107:1
**lesser** [2] - 2157:6, 2160:8
**letter** [4] - 2111:5, 2111:15, 2111:16
**letting** [1] - 2062:25
**level** [2] - 2071:3, 2144:21
**leverage** [2] - 2071:10
**liability** [10] - 2090:24, 2160:23, 2164:4, 2169:9, 2172:19, 2172:21, 2174:8, 2176:3, 2176:4, 2176:14
**liar** [2] - 2106:16, 2106:20
**lie** [3] - 2082:4, 2156:15, 2156:19
**lied** [1] - 2127:1
**lies** [1] - 2073:25
**life** [1] - 2150:16
**lifetime** [1] - 2060:11
**light** [1] - 2147:2
**Lightning** [1] - 2088:14
**lights** [1] - 2119:25
**likelihood** [1] - 2187:11
**likely** [2] - 2150:1, 2187:3
**limited** [1] - 2158:9
**Line** [1] - 2045:11
**list** [4] - 2050:2, 2091:15, 2091:22, 2191:24
**listed** [1] - 2119:5
**listen** [3] - 2128:19, 2183:20
**literally** [2] - 2092:1, 2126:10
**live** [1] - 2137:15
**lives** [1] - 2053:13
**local** [1] - 2071:2
**Location** [5] - 2063:8, 2065:6, 2078:15, 2125:18, 2139:22
**location** [1] - 2069:16
**locked** [1] - 2065:12
**logistics** [1] - 2085:20
**longtime** [1] - 2105:6
**look** [9] - 2069:12,

2084:19, 2095:11, 2095:14, 2108:24, 2115:11, 2138:16, 2193:12, 2193:13
**looked** [6] - 2125:7, 2128:1, 2128:4, 2134:9, 2147:14, 2147:18
**looking** [6] - 2046:22, 2060:23, 2061:4, 2062:10, 2062:14, 2063:4
**lost** [3] - 2124:5, 2124:16, 2186:21
**Louis** [24] - 2055:17, 2058:24, 2064:2, 2064:4, 2064:7, 2064:10, 2064:12, 2064:23, 2065:1, 2069:20, 2081:15, 2083:19, 2084:15, 2085:16, 2085:17, 2086:4, 2088:24, 2102:5, 2113:10, 2155:5, 2155:18, 2159:13, 2159:25
**Louis'** [1] - 2155:13
**love** [1] - 2068:25
**low** [1] - 2071:3
**lowered** [1] - 2081:13
**Lucky** [1] - 2064:3
**lunch** [6] - 2190:7, 2190:9, 2190:10, 2190:11, 2192:25, 2193:8
**lying** [2] - 2127:2

## M

**ma'am** [1] - 2189:14
**mad** [2] - 2051:19, 2076:25
**maintain** [1] - 2112:3
**major** [1] - 2169:19
**Male** [4] - 2075:1, 2075:2
**male** [2] - 2109:4, 2109:6
**man** [8] - 2060:24, 2061:21, 2068:15, 2069:12, 2075:21, 2086:7, 2089:10, 2125:16
**manipulate** [1] - 2107:23
**manipulated** [3] - 2108:18, 2135:1, 2135:6
**manipulation** [1] - 2134:23

**manner** [3] - 2143:18, 2152:4, 2166:13
**maps** [1] - 2096:25
**March** [1] - 2084:14
**marked** [2] - 2182:5, 2182:8
**married** [1] - 2069:24
**marshal** [5] - 2057:21, 2183:25, 2184:16, 2184:25, 2189:20
**Marshals** [1] - 2107:15
**masks** [2] - 2052:8, 2059:23
**matches** [1] - 2074:9
**mathematical** [1] - 2150:20
**Mathieu** [1] - 2128:11
**Matt** [24] - 2048:3, 2053:9, 2056:4, 2060:13, 2060:21, 2060:22, 2061:18, 2062:2, 2065:18, 2071:8, 2071:13, 2073:16, 2073:17, 2073:25, 2074:12, 2090:11, 2090:13, 2092:4, 2102:14, 2118:19, 2119:1, 2130:13, 2131:19, 2131:25
**Matt's** [1] - 2061:20
**matter** [19] - 2047:10, 2075:5, 2075:6, 2077:11, 2092:14, 2092:15, 2128:2, 2128:6, 2142:2, 2142:3, 2142:4, 2142:9, 2159:3, 2167:7, 2183:13, 2184:20, 2185:4, 2186:14, 2194:12
**matters** [9] - 2073:4, 2146:3, 2150:16, 2151:25, 2152:8, 2180:25, 2186:1, 2187:21
**Matthew** [1] - 2178:5
**Mawozo** [34] - 2051:1, 2051:7, 2051:14, 2052:18, 2055:15, 2063:25, 2067:11, 2081:16, 2081:17, 2081:20, 2082:5, 2082:25, 2084:2, 2085:4, 2087:4, 2087:10, 2088:4, 2099:8, 2099:9, 2099:12, 2102:1, 2102:9, 2106:2, 2106:13, 2117:8,

2117:15, 2117:17, 2125:25, 2126:8, 2133:20, 2136:14, 2138:1, 2158:4, 2158:6
**mean** [15] - 2068:22, 2070:25, 2074:16, 2090:10, 2095:9, 2112:6, 2114:1, 2122:22, 2123:15, 2124:23, 2125:4, 2125:19, 2126:15, 2160:17, 2168:9
**meaning** [1] - 2159:22
**meaningful** [1] - 2152:8
**means** [12] - 2138:22, 2147:24, 2151:22, 2156:11, 2163:15, 2166:5, 2168:5, 2173:5, 2179:19, 2184:11, 2185:2, 2188:10
**meant** [1] - 2185:23
**meantime** [1] - 2070:7
**mechanics** [1] - 2193:25
**media** [1] - 2054:7, 2088:20, 2105:22, 2106:2, 2106:6, 2131:4, 2131:15, 2133:10, 2133:19, 2133:21, 2136:11, 2136:13, 2183:19
**medication** [1] - 2053:11
**medicine** [1] - 2085:21
**meet** [1] - 2072:21
**meeting** [7] - 2053:16, 2065:3, 2069:21, 2110:2, 2135:10, 2166:15
**Melodi** [1] - 2177:25
**member** [19] - 2050:25, 2099:8, 2099:19, 2125:25, 2126:1, 2126:7, 2137:3, 2168:25, 2169:2, 2169:16, 2169:17, 2170:12, 2171:14, 2176:8, 2176:9, 2177:1, 2184:17, 2184:18, 2184:20
**MEMBER** [6] - 2053:2, 2189:15, 2189:19, 2190:1, 2190:3, 2190:7
**members** [22] -

2052:7, 2060:23,
2061:12, 2061:13,
2061:19, 2063:11,
2070:17, 2075:25,
2080:10, 2080:12,
2089:3, 2093:12,
2099:7, 2104:25,
2105:7, 2140:2,
2140:18, 2166:3,
2167:1, 2171:13,
2176:5
**membership** [3] -
2170:11, 2171:4,
2171:15
**memo** [1] - 2129:8
**memory** [9] - 2082:3,
2145:6, 2145:7,
2145:14, 2145:16,
2145:18, 2152:6,
2152:13, 2153:2
**men** [1] - 2059:22
**Mennonite** [2] -
2051:6, 2060:24
**mentally** [1] - 2179:25
**mention** [6] - 2068:14,
2103:8, 2115:5,
2115:6, 2116:10,
2187:20
**mentioned** [4] -
2068:15, 2106:11,
2116:3, 2116:8
**mentioning** [2] -
2104:12, 2118:19
**mercenaries** [1] -
2067:15
**mere** [14] - 2099:13,
2099:14, 2099:19,
2099:24, 2100:4,
2112:23, 2112:25,
2137:21, 2137:22,
2160:3, 2168:17,
2170:12, 2170:17,
2170:23
**merely** [19] - 2047:13,
2054:14, 2054:15,
2100:7, 2100:14,
2100:16, 2101:11,
2101:12, 2148:13,
2157:7, 2157:11,
2163:14, 2163:17,
2166:7, 2171:1,
2175:13, 2175:15
**merits** [1] - 2184:21
**Meshach** [1] - 2134:3
**message** [9] -
2064:15, 2068:3,
2068:10, 2089:8,
2124:16, 2124:21,
2125:13, 2128:24,
2130:11

**messages** [9] -
2068:23, 2069:7,
2082:20, 2084:16,
2113:9, 2124:4,
2126:16, 2129:6,
2137:25
**met** [7] - 2085:5,
2093:4, 2110:4,
2119:2, 2126:2,
2156:9, 2166:3
**middle** [5] - 2063:23,
2075:4, 2138:2,
2138:3, 2142:15
**midway** [1] - 2125:17
**might** [2] - 2151:11,
2151:14
**military** [3] - 2085:17,
2085:19, 2086:9
**Miller** [22] - 2048:1,
2048:3, 2050:23,
2056:4, 2059:5,
2065:18, 2090:11,
2090:13, 2091:14,
2092:4, 2102:14,
2102:21, 2103:1,
2103:2, 2118:19,
2119:1, 2130:4,
2130:13, 2131:19,
2131:25, 2178:5
**Miller's** [1] - 2053:9
**million** [4] - 2065:19,
2070:19, 2088:19,
2092:19
**mind** [12] - 2056:9,
2056:11, 2089:12,
2124:25, 2137:17,
2161:1, 2162:5,
2162:23, 2163:11,
2182:4, 2182:7,
2184:23
**mindful** [1] - 2181:7
**minds** [2] - 2118:2,
2166:15
**minions** [1] - 2117:13
**minister** [2] - 2070:19,
2070:25
**minor** [2] - 2169:19,
2178:9
**minors** [1] - 2178:2
**minute** [10] - 2057:8,
2062:12, 2090:5,
2094:5, 2114:1,
2120:9, 2121:11,
2134:23, 2135:24,
2138:8
**minutes** [21] -
2049:17, 2058:21,
2059:16, 2059:17,
2059:18, 2061:6,
2062:17, 2065:21,

2067:3, 2076:12,
2077:5, 2077:6,
2095:14, 2120:15,
2121:6, 2121:22,
2160:22, 2163:5,
2192:16
**Mirandized** [1] -
2122:24
**misdirection** [1] -
2114:12
**mission** [1] - 2181:8
**missionaries** [79] -
2046:24, 2047:23,
2051:6, 2051:24,
2051:25, 2052:6,
2053:12, 2054:14,
2055:10, 2055:11,
2055:23, 2057:1,
2057:2, 2057:7,
2058:12, 2058:20,
2059:22, 2060:11,
2062:10, 2062:14,
2062:23, 2063:8,
2065:2, 2065:4,
2065:7, 2066:14,
2067:12, 2067:22,
2069:22, 2073:19,
2074:7, 2074:8,
2074:16, 2074:21,
2076:9, 2076:13,
2077:9, 2077:19,
2078:4, 2078:11,
2078:15, 2079:19,
2079:21, 2083:6,
2085:16, 2087:20,
2089:7, 2089:17,
2090:10, 2090:11,
2091:15, 2093:13,
2096:12, 2096:24,
2097:13, 2097:15,
2100:21, 2101:9,
2102:13, 2104:10,
2115:1, 2115:4,
2116:1, 2116:23,
2119:14, 2119:17,
2126:13, 2127:17,
2131:13, 2131:16,
2131:24, 2133:7,
2134:4, 2134:12,
2139:12, 2139:17,
2141:2, 2141:4
**missionaries'** [2] -
2051:13, 2133:24
**missionary** [8] -
2055:25, 2060:7,
2061:3, 2074:4,
2074:5, 2074:17,
2077:9, 2131:18
**mistake** [8] - 2081:4,
2086:11, 2093:8,

2127:14, 2153:2,
2158:11, 2168:16,
2179:16
**misunderstanding** [1]
- 2153:3
**MJOA** [1] - 2192:22
**modifies** [1] - 2185:20
**mom** [3] - 2057:20,
2075:20, 2076:8
**moment** [8] - 2052:13,
2060:8, 2061:24,
2062:5, 2063:3,
2063:19, 2076:21,
2095:6
**moments** [1] - 2055:7
**Mon** [3] - 2069:16,
2069:17, 2069:19
**money** [43] - 2051:9,
2062:25, 2064:8,
2071:15, 2072:19,
2072:23, 2073:2,
2073:7, 2077:18,
2077:23, 2078:3,
2084:9, 2084:23,
2085:4, 2085:8,
2085:10, 2085:11,
2085:12, 2088:22,
2089:4, 2089:6,
2092:15, 2097:18,
2097:19, 2097:20,
2111:2, 2115:22,
2115:24, 2116:10,
2118:6, 2123:11,
2123:13, 2123:25,
2124:9, 2124:11,
2124:12, 2125:12,
2125:14, 2127:6,
2132:14, 2132:15,
2137:18
**Moniteur** [1] - 2133:7
**month** [2] - 2051:8,
2068:23
**months** [2] - 2051:13,
2096:16
**Montilla** [1] - 2146:18
**morning** [21] -
2058:14, 2059:15,
2068:3, 2072:6,
2075:10, 2078:14,
2078:18, 2078:25,
2079:3, 2079:21,
2079:25, 2080:13,
2124:8, 2125:22,
2128:20, 2135:21,
2140:10, 2180:24,
2188:22, 2188:25,
2189:10
**most** [5] - 2052:11,
2062:20, 2076:15,
2104:5, 2110:4

**motion** [5] - 2044:21,
2048:22, 2048:24,
2193:3, 2193:6
**motions** [2] - 2044:4,
2193:7
**motivated** [1] -
2153:13
**motivation** [2] -
2134:19, 2137:20
**motive** [13] - 2080:24,
2117:13, 2117:16,
2127:14, 2136:24,
2137:2, 2156:15,
2157:17, 2157:18,
2157:20, 2158:9
**motorcycle** [4] -
2083:9, 2083:10,
2089:10, 2089:13
**motto** [2] - 2082:23,
2082:24
**move** [4] - 2044:13,
2045:3, 2050:6,
2102:13
**MR** [20] - 2047:9,
2047:16, 2047:19,
2047:22, 2048:13,
2049:4, 2096:7,
2106:23, 2106:25,
2111:1, 2191:18,
2192:1, 2192:5,
2192:12, 2192:14,
2192:18, 2192:21,
2193:4, 2193:10,
2193:24
**MS** [32] - 2044:7,
2044:11, 2046:17,
2046:19, 2048:15,
2049:12, 2049:20,
2050:5, 2050:10,
2050:19, 2053:6,
2088:13, 2094:7,
2094:25, 2095:21,
2096:1, 2106:19,
2110:24, 2120:8,
2120:16, 2121:9,
2121:14, 2121:19,
2121:22, 2122:7,
2190:21, 2191:6,
2191:13, 2191:21,
2193:14, 2193:17,
2193:22
**muddy** [1] - 2079:4
**multiple** [7] - 2047:22,
2054:8, 2061:17,
2082:15, 2090:24,
2130:5, 2158:21
**must** [49] - 2048:16,
2048:20, 2057:25,
2124:18, 2124:20,
2124:21, 2148:14,

2148:21, 2149:2,
2150:4, 2150:5,
2151:2, 2151:3,
2151:17, 2156:3,
2158:25, 2159:10,
2159:20, 2159:22,
2160:5, 2160:7,
2162:24, 2163:19,
2164:20, 2164:25,
2165:19, 2166:12,
2167:20, 2167:24,
2168:7, 2168:10,
2168:13, 2168:15,
2171:5, 2171:25,
2174:9, 2174:25,
2175:2, 2176:1,
2176:14, 2178:12,
2179:22, 2183:20,
2183:21, 2185:7,
2185:9, 2185:10,
2185:22, 2186:15
**mutiny** [1] - 2076:24
**mutual** [4] - 2165:20,
2166:14, 2166:23,
2181:12

## N

**name** [20] - 2044:18,
2062:18, 2064:20,
2068:8, 2068:14,
2068:15, 2069:3,
2069:11, 2073:12,
2098:7, 2098:8,
2102:6, 2102:17,
2102:24, 2117:23,
2125:2, 2129:4,
2150:6, 2187:1,
2191:10
**named** [2] - 2047:24,
2103:8
**namely** [2] - 2044:23,
2179:1
**names** [5] - 2116:8,
2116:10, 2125:8,
2125:9, 2170:21
**national** [17] -
2045:24, 2046:4,
2046:5, 2046:8,
2046:10, 2047:8,
2091:13, 2091:24,
2118:14, 2118:22,
2119:3, 2144:19,
2172:14, 2178:14,
2180:17, 2180:20,
2180:22
**nationality** [1] -
2048:25
**nationals** [8] -
2044:24, 2048:10,
2092:2, 2129:21,

2130:20, 2164:13,
2165:6, 2176:19
**natural** [2] - 2162:15,
2176:11
**nature** [5] - 2150:24,
2151:2, 2153:21,
2168:8, 2172:2
**near** [2] - 2115:25,
2162:3
**necessarily** [6] -
2127:7, 2132:6,
2151:6, 2160:12,
2166:9, 2183:16
**necessary** [9] -
2045:20, 2149:25,
2162:23, 2167:16,
2168:18, 2168:25,
2175:5, 2177:9,
2184:14
**need** [34] - 2044:5,
2064:24, 2065:16,
2070:11, 2070:18,
2070:25, 2073:3,
2079:1, 2083:11,
2083:23, 2088:15,
2119:21, 2119:22,
2121:9, 2126:20,
2136:25, 2140:24,
2142:1, 2161:14,
2161:16, 2161:24,
2162:25, 2163:8,
2168:6, 2168:22,
2169:8, 2169:21,
2187:4, 2187:14,
2189:11, 2190:11,
2191:24, 2193:2,
2193:6
**needed** [7] - 2053:11,
2078:17, 2084:23,
2123:10, 2124:1,
2132:19, 2192:17
**needing** [1] - 2063:3
**needs** [4] - 2064:9,
2067:9, 2067:10,
2089:14
**negated** [1] - 2163:2
**negligence** [1] -
2168:17
**negotiate** [3] -
2065:17, 2067:14,
2071:17
**negotiated** [1] -
2097:15
**negotiations** [2] -
2078:2, 2098:1
**never** [22] - 2051:23,
2068:21, 2069:1,
2069:5, 2069:14,
2083:24, 2096:16,
2098:7, 2098:8,

2102:16, 2102:24,
2103:3, 2106:11,
2122:21, 2123:25,
2124:25, 2149:12,
2184:19, 2184:23,
2185:2
**news** [12] - 2088:22,
2088:23, 2088:25,
2100:22, 2100:23,
2101:6, 2101:7,
2101:8, 2114:25,
2115:2, 2116:16,
2116:19
**newspaper** [1] -
2183:17
**next** [28] - 2062:13,
2063:18, 2067:19,
2068:3, 2083:2,
2088:14, 2100:13,
2105:11, 2115:18,
2119:4, 2119:7,
2120:23, 2121:5,
2127:22, 2129:20,
2130:2, 2130:21,
2133:4, 2134:22,
2135:24, 2139:9,
2139:14, 2139:21,
2139:24, 2140:4,
2140:9, 2167:20,
2173:11
**night** [10] - 2053:15,
2059:6, 2072:22,
2074:24, 2075:11,
2079:3, 2097:10,
2116:2, 2131:21,
2138:15
**nine** [1] - 2119:11
**nobody** [1] - 2066:4
**Noecker** [10] -
2044:17, 2045:9,
2046:11, 2056:8,
2075:15, 2118:17,
2118:25, 2177:25,
2178:1, 2178:8
**Noecker's** [1] -
2052:22
**Noeckers** [3] -
2044:17, 2044:18,
2045:6
**none** [1] - 2106:6
**note** [10] - 2058:4,
2059:15, 2181:23,
2182:13, 2184:15,
2184:19, 2187:24,
2187:25, 2189:18,
2192:10
**notebook** [2] -
2085:23, 2187:1
**notebooks** [1] -
2145:11

**noted** [1] - 2146:10
**notes** [5] - 2143:10,
2145:10, 2145:13,
2145:17, 2145:18
**notetaker's** [1] -
2145:19
**nothing** [11] - 2086:5,
2109:6, 2112:17,
2114:23, 2115:13,
2123:4, 2136:6,
2185:16, 2185:18,
2185:20, 2186:19
**notice** [6] - 2145:24,
2146:1, 2146:5,
2146:6, 2193:18,
2193:21
**notified** [1] - 2163:16
**notifies** [1] - 2078:12
**notify** [1] - 2182:12
**November** [9] -
2072:2, 2072:15,
2072:24, 2073:14,
2104:8, 2108:21,
2109:12, 2116:2,
2178:6
**nowhere** [1] - 2113:3
**number** [30] -
2059:12, 2059:13,
2066:3, 2106:7,
2124:6, 2124:7,
2124:9, 2128:8,
2128:10, 2128:14,
2128:22, 2128:23,
2129:1, 2129:3,
2129:11, 2139:25,
2151:7, 2151:12,
2151:13, 2176:17,
2176:23, 2176:25,
2177:3, 2177:5,
2177:7, 2182:15,
2185:13, 2187:2,
2188:14, 2188:18
**numbers** [9] -
2112:22, 2127:23,
2128:2, 2128:3,
2128:5, 2129:1,
2129:13, 2132:6,
2192:18
**nuns** [4] - 2051:14,
2051:16, 2068:9,
2086:20

## O

**oath** [5] - 2154:16,
2154:21, 2154:23,
2156:20, 2191:14
**object** [6] - 2094:9,
2094:10, 2106:19,
2148:23, 2167:11
**objected** [2] -

2047:11, 2148:18
**objecting** [1] -
2148:20
**objection** [3] - 2108:8,
2110:24, 2149:1
**objections** [1] -
2148:21
**objective** [3] -
2166:16, 2168:16,
2171:11
**objectives** [9] -
2100:8, 2165:23,
2166:4, 2166:6,
2167:23, 2168:4,
2171:2, 2171:7,
2171:9
**objects** [1] - 2165:12
**obligation** [2] -
2156:16, 2163:9
**observe** [1] - 2152:8
**observed** [4] -
2053:17, 2093:13,
2151:24, 2160:10
**obtaining** [1] -
2127:20
**obviously** [1] - 2095:1
**occasion** [3] -
2153:24, 2155:6,
2155:18
**occasions** [2] -
2136:1, 2153:24
**occupants** [1] -
2052:10
**occur** [1] - 2095:22
**occurs** [1] - 2139:15
**October** [32] -
2045:25, 2055:9,
2058:14, 2063:24,
2065:5, 2067:12,
2070:15, 2071:4,
2071:7, 2071:19,
2083:6, 2087:17,
2100:21, 2101:9,
2115:1, 2115:14,
2118:15, 2124:19,
2124:21, 2128:8,
2128:23, 2161:12,
2163:24, 2164:8,
2165:3, 2172:10,
2176:17, 2177:23,
2178:6, 2178:9,
2178:15, 2178:17
**off-the-record** [1] -
2050:1
**offender** [2] - 2173:20,
2175:25
**offense** [25] - 2044:23,
2100:17, 2130:16,
2149:16, 2149:18,
2149:19, 2149:21,

2161:3, 2161:11, 2161:25, 2162:2, 2173:1, 2173:2, 2173:6, 2173:8, 2173:21, 2174:12, 2175:4, 2175:16, 2176:7, 2176:9, 2176:10, 2176:23, 2177:15
**offenses** [6] - 2143:6, 2156:3, 2156:8, 2157:17, 2158:12, 2169:10
**offer** [1] - 2072:15
**offered** [1] - 2148:20
**offers** [1] - 2072:4
**office** [1] - 2187:17
**officer** [2] - 2083:18, 2157:8
**officer's** [2] - 2157:1, 2157:3
**officers** [3] - 2104:16, 2114:6, 2157:1
**official** [3] - 2087:24, 2159:11, 2159:16
**often** [2] - 2102:8, 2186:12
**Ohio** [1] - 2130:13
**old** [6] - 2051:8, 2061:1, 2076:2, 2076:23, 2141:20
**omissions** [1] - 2182:25
**omitted** [1] - 2162:12
**once** [9] - 2068:19, 2106:11, 2113:23, 2133:11, 2163:13, 2171:10, 2171:14, 2181:16
**one** [66] - 2047:23, 2048:4, 2051:3, 2056:10, 2058:10, 2059:1, 2059:6, 2060:5, 2061:18, 2063:10, 2063:11, 2063:12, 2065:7, 2066:24, 2070:12, 2074:20, 2078:22, 2081:3, 2082:3, 2083:18, 2090:2, 2091:21, 2092:15, 2092:17, 2092:20, 2094:8, 2095:4, 2103:9, 2104:23, 2107:15, 2112:3, 2116:3, 2121:11, 2127:3, 2128:18, 2132:24, 2133:12, 2135:13, 2138:8, 2138:23, 2141:19,

2147:25, 2150:3, 2150:23, 2151:12, 2161:7, 2163:7, 2169:1, 2176:17, 2179:25, 2180:5, 2180:7, 2181:25, 2183:16, 2186:6, 2186:21, 2186:23, 2187:20, 2188:7, 2188:24, 2189:1, 2190:1, 2190:4, 2190:5
**one's** [1] - 2092:19
**ones** [4] - 2044:17, 2122:11, 2128:4, 2191:14
**ongoing** [3] - 2107:8, 2111:12, 2140:16
**online** [1] - 2133:8
**oops** [1] - 2086:5
**open** [5] - 2061:7, 2184:22, 2185:3, 2188:4, 2189:22
**opened** [2] - 2053:25, 2060:22
**opening** [1] - 2130:15
**operates** [1] - 2126:6
**opinion** [3] - 2145:3, 2185:17, 2186:3
**opinions** [1] - 2144:9
**opportunities** [1] - 2078:22
**opportunity** [7] - 2048:23, 2080:25, 2089:18, 2117:14, 2117:17, 2152:8, 2158:10
**opposite** [1] - 2151:14
**opt** [1] - 2137:17
**oral** [1] - 2165:25
**orally** [1] - 2184:22
**orchestrated** [1] - 2117:9
**order** [10] - 2054:3, 2092:11, 2164:13, 2165:6, 2172:15, 2178:25, 2179:21, 2185:8, 2185:15, 2191:23
**orderly** [1] - 2143:17
**orders** [2] - 2056:3, 2133:12
**ordinarily** [1] - 2162:7
**Oregon** [2] - 2118:20, 2130:14
**Orenberg** [2] - 2096:6, 2192:4
**ORENBERG** [9] - 2096:7, 2106:23, 2106:25, 2111:1,

2192:5, 2192:12, 2192:14, 2192:18, 2193:24
**organization** [1] - 2069:3
**organize** [1] - 2181:11
**orientation** [1] - 2144:21
**origin** [1] - 2144:19
**original** [2] - 2177:10, 2177:11
**orphanage** [4] - 2052:7, 2055:12, 2058:20, 2058:21
**otherwise** [5] - 2114:19, 2129:5, 2159:6, 2163:7, 2182:19
**outcome** [2] - 2152:10, 2157:13
**outcry** [1] - 2051:15
**outed** [1] - 2137:6
**outfit** [3] - 2114:14, 2114:21, 2114:22
**outset** [2] - 2169:8, 2186:6
**outside** [6] - 2060:1, 2065:9, 2074:11, 2128:9, 2138:16, 2189:21
**overall** [3] - 2093:1, 2165:22, 2179:13
**own** [22] - 2051:20, 2054:9, 2057:22, 2057:23, 2068:18, 2070:10, 2082:19, 2085:5, 2086:16, 2108:12, 2117:2, 2123:18, 2125:9, 2131:4, 2145:6, 2145:16, 2145:17, 2145:19, 2157:10, 2159:12, 2165:14, 2190:8

## P

**p.m** [10] - 2044:2, 2059:25, 2062:8, 2062:9, 2095:15, 2109:3, 2121:7, 2194:3
**Paa** [1] - 2069:25
**packaged** [1] - 2072:18
**Page** [7] - 2045:9, 2045:23, 2046:2, 2046:22, 2097:23, 2190:23
**page** [2] - 2187:1

**pages** [3] - 2068:23, 2124:3, 2185:14
**paid** [2] - 2066:1, 2078:3
**pained** [1] - 2193:12
**palace** [2] - 2083:18, 2083:20
**panic** [1] - 2087:7
**paper** [2] - 2125:3, 2125:6
**papers** [2] - 2044:4, 2125:7
**paragraph** [3] - 2191:11, 2191:12
**paralegal** [1] - 2119:12
**part** [18] - 2045:21, 2068:1, 2069:8, 2078:16, 2086:17, 2086:18, 2087:2, 2088:6, 2101:21, 2113:5, 2133:18, 2142:10, 2149:6, 2157:24, 2162:5, 2168:3, 2168:21, 2177:10
**participants** [2] - 2167:4, 2168:24
**participated** [5] - 2054:13, 2081:1, 2167:21, 2169:3, 2174:3
**participates** [1] - 2173:18
**participating** [1] - 2189:2
**particular** [10] - 2048:11, 2143:6, 2146:6, 2148:2, 2149:16, 2149:19, 2161:17, 2168:7, 2171:19, 2181:19
**parties** [4] - 2048:22, 2145:25, 2146:16, 2188:7
**parties'** [1] - 2094:9
**partisans** [1] - 2186:13
**partner** [1] - 2069:1
**partnership** [7] - 2055:21, 2056:19, 2056:20, 2090:8, 2140:22, 2141:15, 2176:5
**parts** [1] - 2143:2
**party** [8] - 2146:11, 2148:22, 2166:17, 2176:20, 2178:25, 2179:8, 2183:3, 2188:8

**pass** [1] - 2120:9
**passing** [1] - 2133:14
**past** [3] - 2119:10, 2136:22, 2156:2
**path** [1] - 2079:7
**patience** [2] - 2119:10, 2189:8
**patient** [1] - 2089:24
**patrol** [1] - 2068:5
**pattern** [1] - 2107:8
**Pawn** [1] - 2064:3
**pay** [10] - 2066:4, 2066:8, 2135:25, 2164:13, 2165:7, 2165:13, 2166:17, 2172:15, 2176:20, 2179:1
**payday** [1] - 2075:9, 2088:10, 2089:2
**paying** [1] - 2092:12
**payment** [3] - 2072:4, 2075:9, 2077:18
**payroll** [1] - 2078:8
**Pelice** [39] - 2056:22, 2057:4, 2057:9, 2057:10, 2058:4, 2058:10, 2077:16, 2094:12, 2105:2, 2105:22, 2106:1, 2106:10, 2106:14, 2107:18, 2108:4, 2108:10, 2108:14, 2108:19, 2109:10, 2130:22, 2131:3, 2133:5, 2133:19, 2133:21, 2134:25, 2153:23, 2153:25, 2154:3, 2154:10, 2154:14, 2154:17, 2154:21, 2156:10, 2156:12, 2159:14, 2160:1, 2191:5, 2191:6
**Pelice's** [1] - 2154:5
**penalty** [2] - 2154:16, 2191:1
**people** [35] - 2052:11, 2054:12, 2056:24, 2063:14, 2065:11, 2065:14, 2073:5, 2074:21, 2082:15, 2082:17, 2086:14, 2090:15, 2091:4, 2091:6, 2093:24, 2097:5, 2097:11, 2097:13, 2097:16, 2098:15, 2100:25, 2103:25, 2104:20, 2109:22, 2114:18, 2126:17, 2130:5,

2135:2, 2138:1,
2142:17, 2144:17,
2152:12, 2165:5,
2166:7
**perception** [1] -
2153:4
**perform** [4] - 2092:12,
2169:17, 2169:21,
2178:25
**performed** [4] -
2173:4, 2174:17,
2174:19, 2174:22
**perhaps** [4] - 2103:9,
2117:6, 2121:4,
2163:5
**period** [6] - 2068:24,
2110:10, 2129:4,
2161:12, 2161:20,
2180:1
**perjury** [4] - 2154:16,
2156:19, 2191:1,
2191:3
**permission** [4] -
2110:15, 2110:18,
2111:7, 2111:13
**permit** [2] - 2050:12,
2159:25
**permitted** [3] - 2145:9,
2146:24, 2148:3
**perseverance** [1] -
2097:3
**person** [33] - 2051:3,
2071:3, 2081:20,
2082:8, 2085:20,
2092:12, 2100:2,
2116:13, 2116:22,
2117:9, 2129:7,
2131:22, 2140:16,
2147:14, 2148:14,
2150:14, 2162:8,
2162:15, 2164:13,
2165:7, 2165:12,
2171:14, 2172:15,
2173:17, 2173:20,
2173:25, 2179:20,
2179:24, 2180:9,
2180:13, 2180:15,
2184:12, 2184:24
**person's** [5] -
2170:11, 2171:4,
2179:20, 2179:21,
2180:9
**personal** [6] - 2144:9,
2144:14, 2144:18,
2144:22, 2145:19,
2186:19
**personality** [1] -
2158:16
**personally** [5] -
2172:25, 2173:1,

2173:12, 2174:6,
2176:2
**personification** [1] -
2095:13
**personify** [1] -
2094:20
**persons** [13] -
2100:15, 2103:9,
2164:10, 2164:22,
2165:20, 2166:13,
2166:16, 2167:7,
2170:20, 2175:14,
2179:25, 2180:5,
2180:8
**phone** [50] - 2056:5,
2056:7, 2056:9,
2058:13, 2059:12,
2059:13, 2062:3,
2062:4, 2062:10,
2062:12, 2064:19,
2065:16, 2066:18,
2067:2, 2071:24,
2079:12, 2085:24,
2111:21, 2112:3,
2112:13, 2124:5,
2124:6, 2124:9,
2124:15, 2124:20,
2127:23, 2128:2,
2128:3, 2128:5,
2128:7, 2128:8,
2128:10, 2128:21,
2128:25, 2129:3,
2129:10, 2129:13,
2129:15, 2129:18,
2131:17, 2132:3,
2132:6, 2138:4,
2139:4, 2140:13,
2140:15, 2140:18,
2158:5, 2187:2
**phones** [13] - 2054:8,
2061:16, 2061:17,
2104:17, 2109:20,
2111:22, 2111:23,
2111:24, 2112:1,
2112:8, 2112:9,
2112:10, 2127:25
**physical** [1] - 2180:3
**physically** [1] - 2180:1
**pick** [4] - 2064:5,
2064:6, 2064:8,
2066:3
**picked** [1] - 2124:20
**picking** [1] - 2058:12
**picks** [1] - 2064:16
**picture** [2] - 2058:23,
2108:2
**pictures** [3] - 2112:22,
2113:11, 2182:19
**piece** [4] - 2115:9,
2125:3, 2125:6,

2125:7
**pissed** [1] - 2069:12
**pistol** [1] - 2056:18
**pivotal** [1] - 2076:21
**place** [8] - 2050:6,
2099:21, 2100:1,
2139:4, 2144:15,
2169:25, 2170:14,
2170:19
**places** [2] - 2048:11,
2146:2
**plan** [8] - 2078:17,
2100:5, 2120:12,
2136:9, 2158:10,
2170:24, 2177:10,
2177:11
**plane** [2] - 2053:19,
2122:23
**planned** [1] - 2081:2
**planning** [1] - 2175:1
**plans** [1] - 2167:8
**play** [4] - 2070:2,
2149:6, 2169:19
**played** [3] - 2106:10,
2135:7, 2182:20
**plead** [1] - 2099:3
**pleaded** [1] - 2102:22
**pleads** [1] - 2073:23
**pleasant** [1] - 2189:9
**pled** [4] - 2099:3,
2102:11, 2112:17,
2113:22
**plenty** [1] - 2193:8
**point** [19] - 2053:13,
2059:7, 2069:7,
2075:13, 2077:13,
2078:9, 2078:21,
2096:17, 2096:19,
2097:22, 2098:17,
2098:18, 2101:11,
2104:3, 2123:15,
2124:16, 2142:2,
2194:2
**pointed** [1] - 2088:17
**points** [3] - 2082:13,
2093:4, 2142:13
**police** [5] - 2071:2,
2083:18, 2083:23,
2104:7, 2116:15
**politics** [1] - 2086:7
**poll** [2] - 2188:17,
2188:18
**polled** [1] - 2188:7
**polling** [2] - 2188:8,
2188:10
**poor** [1] - 2084:25
**Pop** [2] - 2061:25,
2097:9
**Pop-A-Wheelie** [2] -
2061:25, 2097:9

**porch** [1] - 2076:6
**portion** [3] - 2128:19,
2181:19, 2182:21
**portions** [6] - 2182:11,
2182:17, 2182:22,
2182:25, 2183:1
**Portland** [2] - 2118:20
**position** [4] - 2047:10,
2047:13, 2048:7,
2186:8
**positions** [1] -
2120:21
**possibility** [4] -
2111:14, 2111:16,
2144:11, 2187:6
**possible** [4] -
2093:11, 2117:4,
2183:6, 2187:3
**possibly** [4] - 2052:2,
2062:19, 2064:21,
2080:12
**post** [1] - 2054:6
**Post** [2] - 2068:8,
2101:5
**posting** [1] - 2133:10
**posts** [2] - 2133:19,
2133:21
**power** [1] - 2087:14
**powerful** [2] - 2150:4
**pray** [1] - 2060:3
**prayed** [1] - 2078:16
**praying** [2] - 2061:8,
2063:14
**preconceived** [1] -
2167:6
**preexisting** [3] -
2055:21, 2056:12,
2056:13
**preferences** [1] -
2144:14
**prejudice** [1] -
2153:14
**prejudiced** [1] -
2153:12
**prejudices** [2] -
2144:9, 2144:14
**preliminary** [2] -
2047:10, 2163:11
**preparation** [1] -
2158:10
**preparing** [1] -
2067:14
**preponderance** [1] -
2150:2
**presence** [5] -
2099:14, 2099:24,
2159:6, 2163:2,
2170:17
**present** [9] - 2044:25,
2050:13, 2096:2,

2100:16, 2122:2,
2155:13, 2173:1,
2173:14, 2175:15
**presented** [5] -
2105:12, 2148:7,
2151:4, 2159:21,
2183:22
**preside** [1] - 2181:3
**press** [2] - 2069:4,
2189:19
**pressing** [1] - 2127:9
**pressure** [3] - 2052:3,
2057:12, 2070:4
**presumed** [3] -
2149:7, 2171:10,
2171:15
**presumption** [1] -
2149:8
**pretty** [9] - 2071:1,
2081:8, 2101:7,
2101:8, 2104:21,
2122:10, 2131:22,
2139:2
**prevent** [1] - 2044:25
**preview** [1] - 2054:21
**previous** [1] - 2152:22
**previously** [6] -
2046:21, 2098:25,
2155:22, 2159:23,
2176:4, 2191:2
**price** [2] - 2051:25,
2081:13
**pride** [1] - 2186:6
**priest** [3] - 2051:16,
2115:7, 2115:8
**priests** [4] - 2051:14,
2051:21, 2068:9,
2086:20
**prime** [2] - 2070:19,
2070:24
**principal** [2] -
2173:19, 2175:25
**principles** [3] -
2143:4, 2143:13,
2177:12
**prison** [34] - 2051:1,
2071:11, 2071:12,
2071:16, 2081:19,
2081:21, 2089:20,
2092:13, 2099:10,
2100:25, 2104:6,
2104:15, 2109:16,
2109:18, 2109:19,
2112:1, 2112:3,
2112:7, 2116:7,
2116:12, 2116:14,
2116:15, 2116:17,
2117:4, 2117:18,
2119:25, 2125:20,
2164:16, 2165:9,

2214

2165:14, 2166:18,
2172:17, 2176:22,
2179:3
**prison's** [1] - 2116:12
**prisoners** [1] -
2116:18
**privacy** [1] - 2182:23
**privilege** [1] - 2119:11
**probability** [1] -
2153:6
**probable** [1] - 2162:16
**problems** [1] - 2125:1
**procedure** [2] -
2110:15, 2110:18
**proceed** [4] - 2044:3,
2049:2, 2049:19,
2186:12
**proceeding** [1] -
2107:22
**PROCEEDINGS** [1] -
2044:1
**proceedings** [1] -
2194:12
**process** [1] - 2186:19
**procure** [1] - 2064:25
**produce** [1] - 2149:14
**product** [2] - 2168:15,
2168:16
**profile** [1] - 2087:11
**progress** [1] - 2169:11
**promised** [2] - 2066:9,
2089:19
**promote** [2] - 2168:3,
2181:14
**pronouncing** [1] -
2044:18
**proof** [11] - 2047:3,
2047:4, 2047:6,
2127:9, 2150:4,
2155:16, 2161:14,
2161:16, 2161:24,
2167:10, 2167:14
**proper** [1] - 2148:21
**properly** [1] - 2145:21
**prosecution** [3] -
2094:24, 2135:10,
2156:18
**prosecutor** [1] -
2094:18
**prosecutors** [1] -
2110:3
**protect** [1] - 2156:18
**prove** [28] - 2045:20,
2046:6, 2090:12,
2118:12, 2142:6,
2149:13, 2149:19,
2149:25, 2150:19,
2150:21, 2157:18,
2164:20, 2164:24,
2164:25, 2165:19,

2165:24, 2166:2,
2166:12, 2167:3,
2167:24, 2171:18,
2174:9, 2175:20,
2176:1, 2179:22,
2180:3, 2180:18,
2185:22
**proved** [9] - 2048:20,
2093:20, 2142:14,
2151:15, 2157:21,
2162:7, 2162:22,
2166:22, 2176:15
**proven** [6] - 2146:8,
2146:25, 2149:10,
2149:15, 2167:18,
2173:7
**proves** [2] - 2046:9,
2180:21
**provide** [5] - 2097:21,
2143:5, 2179:17,
2181:16, 2188:3
**provided** [10] -
2048:18, 2110:21,
2111:2, 2119:23,
2159:11, 2159:16,
2160:4, 2160:15,
2185:11, 2190:10
**proving** [5] - 2117:21,
2119:2, 2138:22,
2147:24, 2149:22
**public** [1] - 2146:1
**publication** [2] -
2133:8
**publicity** [1] - 2183:23
**published** [1] -
2088:12
**pull** [1] - 2076:1
**pulled** [1] - 2052:9
**pulling** [1] - 2093:14
**punishment** [3] -
2156:6, 2183:6,
2183:14
**purchase** [2] -
2101:23, 2158:1
**purchased** [3] -
2084:10, 2084:15,
2125:11
**purchasing** [1] -
2113:12
**purpose** [12] - 2158:9,
2158:14, 2163:1,
2163:3, 2164:23,
2166:17, 2167:17,
2167:22, 2168:2,
2172:3, 2174:20,
2175:22
**purposely** [1] -
2168:14
**purposes** [4] - 2100:7,
2170:4, 2171:1,

2171:6
**pursuit** [1] - 2114:7
**push** [1] - 2142:21
**put** [10] - 2052:19,
2063:10, 2065:6,
2072:19, 2075:24,
2084:22, 2094:10,
2106:2, 2123:19,
2124:11
**puts** [1] - 2079:18
**putting** [4] - 2070:4,
2104:19, 2104:20,
2124:11
**puzzled** [1] - 2193:13

# Q

**questions** [6] -
2143:18, 2148:11,
2150:23, 2181:22,
2189:16, 2189:18
**quick** [3] - 2077:7,
2136:8, 2192:17
**quickly** [4] - 2129:23,
2139:11, 2189:25,
2192:10
**quiet** [1] - 2190:5
**quite** [3] - 2061:5,
2131:1, 2143:15

# R

**race** [1] - 2144:19
**Rachel** [15] - 2048:1,
2050:23, 2059:5,
2061:18, 2061:19,
2061:22, 2071:5,
2073:16, 2073:23,
2074:8, 2102:21,
2103:1, 2130:4,
2178:5
**radio** [1] - 2183:17
**raised** [2] - 2097:23,
2120:22
**random** [1] - 2186:19
**ransom** [24] - 2056:14,
2065:22, 2066:1,
2066:17, 2070:15,
2071:18, 2072:3,
2072:4, 2075:7,
2084:9, 2086:3,
2092:13, 2092:17,
2097:15, 2098:2,
2103:6, 2140:1,
2164:14, 2165:7,
2165:13, 2166:17,
2172:15, 2176:20,
2179:1
**rather** [3] - 2088:16,
2151:8, 2168:16
**ravaged** [1] - 2084:25

**reach** [4] - 2048:23,
2080:5, 2150:25,
2181:8
**reached** [3] - 2185:1,
2187:23, 2187:24
**reaching** [3] - 2148:6,
2151:4, 2182:10
**read** [3] - 2098:6,
2183:19, 2183:20
**reading** [3] - 2045:22,
2068:13, 2180:14
**ready** [7] - 2049:17,
2049:18, 2050:16,
2072:20, 2096:4,
2121:11
**real** [1] - 2068:15
**reality** [2] - 2104:21,
2120:25
**realize** [1] - 2190:23
**realizes** [2] - 2111:8,
2156:14
**really** [25] - 2055:6,
2057:15, 2066:24,
2067:23, 2070:4,
2073:18, 2074:13,
2074:21, 2076:21,
2076:22, 2085:2,
2090:9, 2091:12,
2092:4, 2092:14,
2126:14, 2129:22,
2129:23, 2132:1,
2136:3, 2136:19,
2136:21, 2141:6,
2141:11
**reason** [12] - 2057:4,
2057:6, 2117:24,
2126:24, 2127:13,
2150:7, 2150:18,
2152:6, 2168:18,
2188:8
**reasonable** [54] -
2045:1, 2046:9,
2048:17, 2055:4,
2093:4, 2093:21,
2112:9, 2113:4,
2117:20, 2117:22,
2117:23, 2118:13,
2138:12, 2141:13,
2142:1, 2142:14,
2147:1, 2147:11,
2149:10, 2149:15,
2149:20, 2149:23,
2150:5, 2150:6,
2150:12, 2150:13,
2150:14, 2150:22,
2151:16, 2157:22,
2161:19, 2162:2,
2162:22, 2164:20,
2165:1, 2165:19,
2166:12, 2166:22,

2166:24, 2167:19,
2167:24, 2168:11,
2170:3, 2171:25,
2173:8, 2173:24,
2174:10, 2175:21,
2176:1, 2176:15,
2178:13, 2180:13,
2180:21, 2185:22
**reasonableness** [1] -
2153:5
**reasonably** [5] -
2092:24, 2162:3,
2169:13, 2177:7,
2179:11
**reasons** [5] - 2093:2,
2107:1, 2107:3,
2127:15, 2182:21
**rebuttal** [6] - 2095:22,
2095:25, 2120:7,
2120:10, 2120:13,
2122:5
**recalled** [1] - 2151:24
**receipts** [1] - 2113:11
**receive** [3] - 2147:4,
2153:20, 2156:14
**received** [4] - 2133:9,
2156:11, 2162:13,
2162:19
**recess** [4] - 2044:2,
2095:15, 2121:7,
2194:3
**recipe** [1] - 2067:7
**recollection** [7] -
2074:19, 2094:14,
2095:5, 2095:8,
2130:1, 2130:18,
2152:16
**record** [12] - 2044:14,
2046:13, 2047:19,
2048:6, 2049:25,
2050:1, 2094:10,
2136:15, 2192:23,
2193:20, 2193:21
**recorded** [7] - 2087:1,
2105:4, 2105:20,
2105:21, 2109:25,
2110:1, 2128:20
**recording** [1] -
2185:23
**recordings** [3] -
2104:22, 2106:6,
2106:10
**records** [5] - 2058:13,
2104:13, 2113:4,
2131:17, 2139:20
**recover** [1] - 2084:17
**recovered** [1] -
2084:21
**red** [4] - 2114:10,
2114:11, 2114:24,

2142:5
**refer** [3] - 2179:23, 2181:18
**reference** [1] - 2145:5
**referenced** [1] - 2048:4
**references** [1] - 2068:9, 2095:3, 2129:1
**referred** [1] - 2130:6
**referring** [1] - 2179:24
**refined** [1] - 2121:8
**reflection** [2] - 2095:16, 2150:15
**refuse** [1] - 2143:23
**regard** [2] - 2146:7, 2169:9
**regarding** [3] - 2070:1, 2181:5, 2181:13
**regardless** [2] - 2144:18, 2175:24
**regular** [1] - 2187:5
**rejoin** [1] - 2187:2
**related** [2] - 2158:5, 2167:3
**relates** [1] - 2158:12
**relating** [1] - 2047:6
**relationship** [3] - 2067:24, 2139:5, 2139:6
**relationships** [1] - 2099:6
**relative** [2] - 2045:17, 2179:17
**relatives** [3] - 2069:10, 2080:11, 2140:15
**release** [34] - 2051:16, 2066:8, 2066:9, 2067:15, 2070:7, 2070:17, 2071:17, 2073:16, 2075:18, 2077:18, 2077:25, 2086:19, 2089:19, 2092:13, 2102:22, 2103:5, 2104:12, 2113:25, 2158:6, 2164:14, 2164:15, 2165:7, 2165:9, 2165:13, 2165:14, 2166:18, 2166:19, 2172:16, 2172:17, 2176:21, 2176:22, 2179:1, 2179:2, 2179:4
**released** [31] - 2051:2, 2052:4, 2057:3, 2066:2, 2066:3, 2066:13, 2066:15, 2070:14, 2071:12,

2073:20, 2076:21, 2077:20, 2077:22, 2077:25, 2081:18, 2083:2, 2087:14, 2087:24, 2092:16, 2098:7, 2103:7, 2103:10, 2108:22, 2114:8, 2116:20, 2116:25, 2117:1, 2117:2, 2131:25, 2140:5, 2140:8
**releasing** [1] - 2075:12
**relevant** [7] - 2045:24, 2054:22, 2118:14, 2118:23, 2134:21, 2162:21, 2178:15
**religion** [1] - 2144:19
**rely** [4] - 2112:20, 2122:10, 2145:17, 2159:10
**remain** [2] - 2180:7, 2186:22
**remaining** [2] - 2075:13, 2163:5
**remains** [2] - 2149:8, 2159:10
**remarks** [1] - 2143:8
**remedy** [1] - 2095:10
**remember** [21] - 2051:21, 2053:25, 2060:13, 2062:3, 2064:4, 2064:15, 2069:20, 2070:6, 2071:8, 2073:9, 2074:12, 2085:17, 2086:24, 2087:12, 2108:23, 2109:25, 2112:25, 2128:16, 2131:20, 2135:14, 2186:13
**remind** [4] - 2055:24, 2163:13, 2183:15, 2184:4
**removed** [1] - 2182:19
**rendered** [1] - 2181:24
**renege** [1] - 2072:23
**reneged** [3] - 2051:19, 2066:10, 2086:21
**renewal** [1] - 2110:16
**renewed** [2] - 2110:16, 2110:19
**repeat** [1] - 2147:9
**rephrase** [2] - 2108:8, 2108:9
**replace** [1] - 2145:16
**replaced** [1] - 2133:1
**replaces** [2] - 2185:19, 2185:20
**reply** [1] - 2073:2

**report** [4] - 2163:9, 2187:16, 2189:11
**reporter** [1] - 2121:24
**reporters** [1] - 2068:17
**reporting** [2] - 2103:21, 2132:13
**reports** [2] - 2183:16, 2183:21
**represent** [2] - 2119:13, 2185:7
**represents** [1] - 2148:23
**request** [3] - 2095:21, 2111:5, 2111:15
**requests** [1] - 2193:5
**require** [3] - 2092:17, 2148:4, 2149:13
**required** [14] - 2044:24, 2046:6, 2057:23, 2059:16, 2114:17, 2146:9, 2150:19, 2157:18, 2162:15, 2170:1, 2171:3, 2175:7, 2180:8, 2180:18
**requirement** [1] - 2175:8
**requirements** [2] - 2174:9, 2176:16
**requires** [3] - 2047:8, 2169:21, 2192:10
**research** [2] - 2184:12, 2187:9
**reserve** [1] - 2048:21
**resolve** [2] - 2077:1, 2078:19
**resolved** [1] - 2159:9
**respect** [12] - 2045:4, 2048:8, 2091:25, 2095:18, 2108:11, 2112:15, 2119:23, 2120:23, 2130:20, 2161:8, 2163:22, 2181:12
**respective** [1] - 2154:2
**response** [2] - 2094:24, 2188:17
**responsibilities** [1] - 2143:15
**responsibility** [2] - 2144:3, 2145:4, 2148:23
**responsible** [5] - 2140:25, 2169:12, 2173:2, 2176:6, 2176:7
**rest** [3] - 2046:12, 2047:24, 2186:22

**restrain** [2] - 2179:19, 2180:4
**restrained** [2] - 2180:1
**rests** [1] - 2183:11
**result** [3] - 2114:25, 2153:2, 2167:5
**resume** [1] - 2120:14
**retire** [2] - 2184:3, 2186:16
**retired** [1] - 2146:17
**retiring** [1] - 2186:10
**return** [8] - 2093:25, 2120:3, 2142:17, 2161:5, 2181:2, 2181:23, 2185:8, 2188:21
**returned** [3] - 2187:22, 2188:5, 2188:6
**returns** [1] - 2076:20
**reveal** [1] - 2184:24
**review** [3] - 2098:4, 2104:13, 2182:11
**reviewed** [3] - 2069:6, 2106:7, 2129:6
**reviewing** [1] - 2186:11
**reward** [1] - 2137:16
**rid** [1] - 2044:4
**ride** [1] - 2060:11
**rifles** [1] - 2052:19
**RMR** [2] - 2194:10, 2194:15
**road** [2] - 2052:9, 2059:24
**Robert** [1] - 2146:17
**role** [1] - 2169:20
**roles** [2] - 2169:19
**romantic** [1] - 2069:1
**room** [10] - 2065:12, 2065:13, 2114:2, 2145:11, 2182:1, 2182:1, 2184:3, 2186:3, 2186:10, 2189:11
**roughly** [1] - 2143:1
**route** [1] - 2055:14
**Rule** [1] - 2046:20
**rule** [1] - 2143:18
**ruled** [1] - 2149:4
**rules** [1] - 2181:5
**ruling** [1] - 2160:17
**run** [1] - 2113:6
**Ryan** [3] - 2065:16, 2078:25, 2177:25

**S**

**S.N** [1] - 2178:9
**sad** [1] - 2186:17
**safe** [1] - 2136:18

**sale** [1] - 2102:7
**Sam** [3] - 2059:25, 2079:12, 2130:11
**Sam's** [1] - 2076:9
**Samuel** [1] - 2178:1
**Sanjou** [27] - 2056:2, 2056:17, 2058:14, 2058:17, 2059:16, 2060:6, 2084:19, 2088:13, 2089:2, 2097:7, 2097:8, 2097:14, 2097:16, 2097:23, 2098:3, 2099:5, 2101:14, 2102:17, 2102:22, 2103:24, 2104:1, 2105:1, 2112:14, 2113:7, 2116:9, 2117:13, 2138:25
**Sanjou's** [1] - 2056:16
**Santa** [4] - 2071:5, 2071:14, 2081:17, 2081:18
**Santia** [12] - 2085:8, 2085:10, 2085:12, 2085:13, 2125:13, 2125:15, 2132:15, 2132:16, 2132:17, 2132:21
**sat** [3] - 2090:13, 2122:14, 2122:16
**satisfy** [2] - 2175:8, 2179:21
**Saunders** [2] - 2047:3, 2053:25
**SAUNDERS** [11] - 2047:9, 2047:16, 2047:19, 2047:22, 2048:13, 2049:4, 2191:18, 2192:1, 2192:21, 2193:4, 2193:10
**saw** [22] - 2059:7, 2061:22, 2064:5, 2082:19, 2084:15, 2084:18, 2091:14, 2093:13, 2096:25, 2097:13, 2102:16, 2106:14, 2113:11, 2125:6, 2126:16, 2128:24, 2131:16, 2131:24, 2147:14, 2147:17, 2147:19
**scared** [3] - 2073:21, 2079:9, 2135:16
**scene** [2] - 2099:24, 2170:17
**scheme** [3] - 2167:2, 2167:6, 2169:20
**scientific** [1] -

2150:20
**scope** [1] - 2169:14
**screaming** [2] -
2076:3, 2076:17
**screen** [1] - 2108:25
**screens** [1] - 2105:13
**screenshot** [2] -
2067:13, 2068:7
**searched** [1] - 2063:9
**Seat** [1] - 2186:24
**seat** [2] - 2188:14,
2188:18
**seated** [1] - 2096:4
**second** [9] - 2052:25,
2071:9, 2071:13,
2098:11, 2108:9,
2143:4, 2165:10,
2174:14, 2178:17
**seconds** [1] - 2066:20
**secure** [7] - 2164:14,
2165:8, 2165:14,
2166:18, 2172:16,
2176:21, 2179:2
**secured** [1] - 2065:4
**security** [2] - 2133:24
**see** [30] - 2045:3,
2049:16, 2050:6,
2054:7, 2060:12,
2063:13, 2066:20,
2068:14, 2071:19,
2072:6, 2074:5,
2074:24, 2087:2,
2087:23, 2088:15,
2095:14, 2097:6,
2099:17, 2104:8,
2109:1, 2117:4,
2121:6, 2134:9,
2159:8, 2163:7,
2182:24, 2189:9,
2194:2
**seeing** [5] - 2059:8,
2062:3, 2074:8,
2074:9, 2131:23
**seeking** [1] - 2105:24
**seem** [1] - 2056:1
**sees** [1] - 2089:17
**SEIFERT** [18] -
2049:12, 2049:20,
2050:19, 2053:6,
2088:13, 2094:25,
2106:19, 2110:24,
2120:8, 2120:16,
2121:9, 2121:14,
2121:19, 2121:22,
2122:7, 2193:14,
2193:17, 2193:22
**Seifert** [9] - 2050:18,
2053:5, 2094:11,
2108:4, 2115:5,
2118:9, 2122:6,

2192:24, 2193:12
**seize** [3] - 2164:11,
2172:12, 2179:19
**seized** [6] - 2055:18,
2092:3, 2092:6,
2178:19, 2178:20,
2178:23
**seizing** [1] - 2179:6
**seizure** [1] - 2180:8
**select** [2] - 2181:3,
2181:5
**selected** [1] - 2186:20
**selecting** [2] -
2150:24, 2181:9
**selection** [1] -
2186:18
**self** [1] - 2153:13
**self-interest** [1] -
2153:13
**sell** [1] - 2127:7
**selling** [5] - 2084:1,
2102:3, 2102:8,
2113:21, 2118:6
**semiautomatic** [1] -
2052:8
**Senator** [1] - 2103:9
**send** [11] - 2056:24,
2079:12, 2085:9,
2085:13, 2086:9,
2114:18, 2121:9,
2132:21, 2181:23,
2184:15, 2187:24
**sending** [4] - 2114:24,
2125:14, 2182:1,
2189:18
**sends** [8] - 2064:14,
2067:12, 2067:19,
2068:7, 2068:10,
2068:22, 2086:23,
2089:8
**sense** [2] - 2112:6,
2186:6
**sent** [13] - 2047:12,
2059:3, 2081:14,
2109:16, 2111:5,
2114:21, 2123:25,
2124:21, 2126:16,
2128:25, 2131:12,
2133:23, 2135:2
**sentence** [1] - 2183:10
**separate** [5] - 2112:8,
2113:16, 2161:2,
2161:5, 2169:17
**separately** [1] -
2161:4
**September** [1] -
2083:17
**series** [2] - 2104:2
**serious** [3] - 2086:8,
2137:8, 2180:14

**served** [1] - 2149:24
**service** [1] - 2187:15
**services** [2] - 2097:20,
2160:2
**set** [6] - 2049:6,
2066:1, 2067:24,
2136:15, 2171:23
**sets** [1] - 2065:24
**setting** [1] - 2073:5
**setup** [1] - 2117:5
**seven** [1] - 2067:15
**several** [6] - 2047:4,
2110:4, 2113:20,
2146:5, 2156:25,
2172:19
**sex** [1] - 2144:20
**sexual** [1] - 2144:20
**Shadrach** [1] - 2134:3
**shaken** [2] - 2070:1
**share** [1] - 2159:6
**shared** [2] - 2100:24,
2101:1
**Shedner** [2] - 2128:11,
2128:12
**Sheldon** [7] - 2075:19,
2076:2, 2076:17,
2076:20, 2078:24,
2140:5
**shifts** [2] - 2085:22,
2149:12
**shooter** [1] - 2057:16
**short** [1] - 2110:10
**shortly** [1] - 2116:20
**show** [12] - 2072:22,
2080:24, 2096:19,
2113:4, 2115:3,
2127:14, 2131:17,
2139:20, 2166:9,
2168:18, 2170:3,
2174:25
**showed** [4] - 2091:15,
2115:9, 2125:17,
2141:11
**showing** [3] -
2080:21, 2086:16,
2158:9
**shown** [3] - 2109:9,
2112:11, 2153:11
**shows** [7] - 2053:23,
2054:17, 2055:3,
2108:13, 2127:20,
2129:17, 2175:18
**sic** [1] - 2087:17
**sic]** [1] - 2134:15
**sick** [6] - 2074:4,
2074:15, 2077:19,
2102:21, 2107:20,
**side** [13] - 2049:14,
2058:22, 2060:4,

2063:15, 2074:2,
2075:25, 2076:19,
2079:5, 2148:19,
2151:8, 2151:12,
2151:14, 2153:13
**sidelines** [1] - 2137:24
**sides** [1] - 2120:21
**sift** [1] - 2118:24
**sight** [1] - 2060:24
**sign** [2] - 2187:25,
2188:1
**signed** [2] - 2184:16,
2184:19
**significant** [1] -
2053:9
**signs** [1] - 2052:16
**silent** [1] - 2078:5
**SIM** [1] - 2124:5
**similar** [3] - 2045:17,
2084:20, 2166:8
**similarity** [2] - 2100:2,
2170:20
**similarly** [2] - 2148:11,
2161:16
**simply** [6] - 2071:10,
2158:17, 2168:5,
2188:13, 2188:15,
2189:11
**simultaneous** [1] -
2163:2
**singing** [2] - 2061:8,
2063:14
**single** [6] - 2058:4,
2090:2, 2126:9,
2135:9, 2135:11,
2135:12
**sister** [1] - 2057:20
**sisters** [1] - 2076:7
**sitting** [3] - 2061:7,
2071:11, 2089:11
**situation** [3] - 2077:1,
2104:9, 2136:10
**six** [13] - 2051:13,
2061:1, 2076:2,
2076:11, 2076:23,
2083:6, 2089:7,
2089:16, 2120:14,
2141:20, 2176:16,
2177:7, 2179:14
**six-year-old** [4] -
2061:1, 2076:2,
2076:23, 2141:20
**sixteen** [1] - 2051:7
**skis** [1] - 2067:21
**sleep** [2] - 2138:15,
2147:19
**slide** [17] - 2100:13,
2115:18, 2119:4,
2119:7, 2127:22,
2129:20, 2130:2,

2130:21, 2133:4,
2134:22, 2135:24,
2139:9, 2139:14,
2139:21, 2139:24,
2140:4, 2140:9
**slides** [2] - 2050:8,
2128:1
**small** [4] - 2074:5,
2131:19, 2187:13,
2191:19
**smaller** [1] - 2151:11
**smoking** [1] - 2054:5
**Smucker** [11] -
2045:8, 2048:2,
2055:25, 2056:15,
2091:18, 2103:13,
2103:15, 2103:24,
2125:17, 2130:14,
2178:1
**smuggled** [2] -
2084:11, 2084:16
**smuggler** [1] -
2113:15
**smuggling** [3] -
2102:10, 2115:22,
2115:24
**sneak** [1] - 2079:3
**snow** [8] - 2138:16,
2138:17, 2138:19,
2147:15, 2147:17,
2147:19, 2147:20
**snowed** [1] - 2147:22
**soap** [1] - 2085:20
**social** [12] - 2054:6,
2088:20, 2105:22,
2106:2, 2106:6,
2131:4, 2131:15,
2133:9, 2133:19,
2133:21, 2136:11,
2136:12
**sole** [5] - 2144:1,
2145:4, 2146:8,
2151:18, 2163:1
**solely** [4] - 2144:23,
2155:23, 2183:12,
2183:22
**someone** [29] -
2049:6, 2056:3,
2058:6, 2065:17,
2069:24, 2077:10,
2085:11, 2085:12,
2087:11, 2093:14,
2103:8, 2117:6,
2117:8, 2124:19,
2124:20, 2125:20,
2125:23, 2126:4,
2129:2, 2129:14,
2132:20, 2132:23,
2137:6, 2139:8,
2139:19, 2164:17,

**sometimes** [5] - 2095:1, 2112:4, 2148:18, 2173:21, 2182:16

**son** [1] - 2076:4

**soon** [2] - 2092:18, 2184:1

**sores** [3] - 2052:22, 2052:23, 2053:7, 2053:9

**sorry** [10] - 2046:17, 2053:2, 2079:7, 2078:25, 2103:7, 2121:14, 2132:15, 2177:20, 2190:9, 2193:16

**sort** [4] - 2101:19, 2105:12, 2107:7, 2132:11

**SOS** [1] - 2052:17

**sought** [2] - 2103:5, 2106:5

**sounds** [1] - 2135:19

**sources** [1] - 2146:4

**soybeans** [1] - 2085:3

**speaking** [4] - 2059:13, 2095:2, 2106:14, 2110:3

**speaks** [1] - 2133:11

**Special** [3] - 2146:17, 2146:18

**special** [3] - 2086:9, 2111:6, 2114:22

**specific** [5] - 2055:6, 2115:9, 2169:22, 2171:20, 2181:5

**specifically** [2] - 2044:15, 2158:18

**spectator** [6] - 2100:16, 2100:20, 2101:11, 2101:12, 2137:23, 2175:15

**speculate** [3] - 2105:8, 2138:6, 2149:2

**speculation** [1] - 2150:17

**spelling** [1] - 2165:25

**spent** [3] - 2104:18, 2113:8, 2133:13

**splattered** [1] - 2065:9

**split** [1] - 2056:14

**spoken** [1] - 2160:8

**spokesperson** [1] - 2181:4

**spot** [2] - 2082:23

**St** [22] - 2058:24, 2064:2, 2064:4, 2064:7, 2064:10,

2064:12, 2064:23, 2065:1, 2069:20, 2081:15, 2083:19, 2084:15, 2086:4, 2088:24, 2102:5, 2113:10, 2155:5, 2155:13, 2155:18, 2159:13, 2159:25

**stability** [1] - 2181:11

**stacked** [1] - 2054:11

**staging** [5] - 2059:7, 2060:18, 2060:19, 2063:4, 2139:16

**stall** [1] - 2078:5

**stand** [27] - 2057:13, 2057:17, 2057:23, 2070:7, 2070:8, 2070:10, 2070:13, 2082:2, 2082:6, 2084:19, 2091:14, 2105:21, 2122:17, 2123:3, 2123:16, 2123:21, 2124:14, 2125:21, 2126:25, 2135:5, 2135:8, 2135:19, 2136:20, 2137:2, 2137:5, 2152:4, 2186:4

**standard** [1] - 2055:5

**standing** [3] - 2063:18, 2070:11, 2088:14

**standoff** [2] - 2076:13, 2076:24

**stands** [1] - 2152:10

**start** [7] - 2061:8, 2068:4, 2081:7, 2096:10, 2098:14, 2103:14, 2188:25

**started** [5] - 2087:2, 2099:9, 2137:14, 2137:19, 2171:20

**starting** [4] - 2049:22, 2075:17, 2114:13, 2190:7

**state** [2] - 2162:5, 2162:23

**statement** [14] - 2046:24, 2123:6, 2123:18, 2153:25, 2154:15, 2154:17, 2155:2, 2155:3, 2155:6, 2155:16, 2156:19, 2162:11, 2180:12, 2180:14

**statements** [38] - 2058:1, 2058:11, 2122:11, 2122:12, 2123:20, 2126:23, 2126:25, 2131:5,

2148:9, 2152:22, 2153:20, 2153:21, 2153:24, 2153:25, 2154:4, 2154:5, 2154:7, 2154:10, 2154:13, 2154:15, 2154:17, 2154:20, 2154:23, 2154:25, 2155:2, 2155:4, 2155:6, 2155:7, 2155:9, 2155:12, 2155:17, 2155:18, 2155:19, 2166:25, 2190:24, 2191:1, 2191:2, 2191:14

**States** [45] - 2044:24, 2045:11, 2045:24, 2046:4, 2046:5, 2046:8, 2046:10, 2047:7, 2048:2, 2048:10, 2048:25, 2084:10, 2084:11, 2084:17, 2091:13, 2091:16, 2091:17, 2091:18, 2091:20, 2099:3, 2101:24, 2102:4, 2110:7, 2111:7, 2111:9, 2111:18, 2113:13, 2113:24, 2114:6, 2118:13, 2118:19, 2118:22, 2119:3, 2137:4, 2152:2, 2164:12, 2165:6, 2172:14, 2178:14, 2180:17, 2180:18, 2180:20, 2180:22

**states** [1] - 2046:4

**States'** [1] - 2084:10

**station** [3] - 2071:2, 2104:7, 2116:16

**statute** [1] - 2048:20

**stay** [8] - 2110:9, 2110:10, 2110:13, 2110:15, 2111:6, 2111:9, 2111:13, 2111:17

**staying** [1] - 2137:4

**step** [1] - 2189:4

**steps** [2] - 2053:1, 2159:7

**still** [6] - 2124:10, 2141:12, 2169:2, 2169:12, 2187:9, 2192:25

**stipulated** [4] - 2145:25, 2146:12, 2146:16, 2146:21

**stipulation** [1] - 2146:13

**stolen** [1] - 2112:5

**Stoltzfus** [2] - 2130:11, 2178:1

**stopped** [2] - 2052:5, 2058:22

**store** [3] - 2064:3, 2064:10, 2064:13, 2128:9

**story** [1] - 2122:19

**straight** [3] - 2056:5, 2056:6, 2057:16

**stream** [1] - 2079:4

**street** [1] - 2089:15

**streets** [1] - 2068:6

**stricken** [1] - 2149:4

**strictly** [2] - 2101:21, 2157:24

**strikes** [1] - 2088:15

**strings** [1] - 2093:14

**strong** [1] - 2186:3

**structured** [1] - 2085:18

**stuck** [1] - 2079:14

**stuff** [2] - 2106:2, 2141:10

**subject** [4] - 2154:16, 2166:10, 2191:1, 2191:3

**submit** [9] - 2044:14, 2046:11, 2048:15, 2048:23, 2131:1, 2132:8, 2193:15, 2193:19, 2193:20

**submits** [15] - 2054:22, 2055:3, 2077:8, 2082:12, 2093:3, 2093:20, 2122:12, 2123:23, 2126:21, 2130:3, 2130:18, 2134:17, 2141:7, 2142:12, 2142:13

**submitted** [1] - 2193:18

**subpoena** [1] - 2110:6

**substance** [1] - 2047:20

**substantive** [4] - 2048:19, 2160:22, 2160:24, 2169:10

**succeed** [3] - 2167:16, 2174:4, 2174:24

**success** [1] - 2167:13

**successful** [2] - 2136:4, 2167:9

**sufficient** [9] - 2045:1, 2046:8, 2161:18, 2162:1, 2170:10, 2171:22, 2180:5, 2180:20, 2193:8

**suggest** [1] - 2185:17

**sum** [3] - 2097:17, 2114:9, 2171:25

**summarized** [1] - 2177:18

**summary** [1] - 2046:24

**summer** [1] - 2110:17

**summon** [1] - 2187:4

**support** [1] - 2118:21

**supported** [1] - 2153:9

**supporting** [1] - 2048:25

**supports** [1] - 2090:21

**suppose** [3] - 2062:24, 2070:5, 2070:6

**supposed** [6] - 2064:5, 2075:12, 2124:11, 2135:13, 2136:5, 2136:8

**supposedly** [1] - 2123:3

**surprised** [1] - 2188:6

**surround** [1] - 2076:7

**surrounded** [2] - 2052:9, 2059:23

**surrounding** [3] - 2152:14, 2162:10, 2167:2

**suspect** [3] - 2107:4, 2108:20, 2110:5

**sustained** [2] - 2110:25, 2148:25

**swear** [2] - 2050:21, 2083:24

**sworn** [2] - 2058:1, 2145:22

**sympathetic** [1] - 2119:16

**system** [4] - 2071:16, 2109:21, 2119:21, 2144:18

## T

**takers** [1] - 2072:22

**takings** [7] - 2102:1, 2106:9, 2158:4, 2173:13, 2177:22, 2178:5, 2178:8

**talks** [11] - 2072:7, 2072:8, 2075:10, 2075:11, 2077:2, 2080:8, 2080:9, 2082:18

**task** [1] - 2181:7

**Tatis** [1] - 2146:19

**tear** [1] - 2186:25

teenage [1] - 2061:2
telephone [4] -
  2104:13, 2104:19,
  2105:19
telephones [1] -
  2116:19
television [1] -
  2183:18
tempted [1] - 2183:19
ten [3] - 2067:2,
  2077:6, 2094:5
ten-minute [1] -
  2094:5
term [2] - 2106:20,
  2106:21
termination [2] -
  2171:12, 2171:17
terms [3] - 2094:12,
  2168:9, 2169:5
terrible [1] - 2119:17
terrified [1] - 2052:10
territory [9] - 2053:18,
  2055:14, 2055:16,
  2074:23, 2083:16,
  2083:25, 2084:3,
  2084:4, 2089:16
testified [17] - 2045:9,
  2046:12, 2048:1,
  2058:5, 2074:20,
  2096:21, 2102:14,
  2104:17, 2107:12,
  2112:23, 2146:20,
  2146:23, 2147:15,
  2151:18, 2151:23,
  2151:25, 2152:9
testifies [1] - 2111:10
testify [14] - 2047:23,
  2057:11, 2082:10,
  2107:21, 2107:24,
  2108:5, 2108:15,
  2108:17, 2111:12,
  2135:17, 2135:22,
  2136:5, 2137:7
testifying [5] -
  2094:13, 2108:1,
  2151:7, 2152:5,
  2152:11
testimony [54] -
  2045:14, 2045:17,
  2075:21, 2093:17,
  2106:15, 2107:14,
  2108:11, 2113:19,
  2118:21, 2130:23,
  2133:18, 2134:18,
  2141:6, 2141:8,
  2145:22, 2145:25,
  2146:16, 2146:21,
  2147:9, 2147:16,
  2147:20, 2151:11,
  2151:13, 2151:17,

2152:21, 2152:24,
2153:7, 2153:15,
2153:18, 2154:2,
2154:6, 2154:7,
2154:19, 2154:22,
2154:24, 2155:8,
2155:13, 2155:20,
2156:11, 2156:21,
2156:23, 2156:25,
2157:1, 2157:5,
2157:6, 2157:10,
2157:12, 2157:14,
2157:15, 2159:13,
2160:6, 2160:7
Texans [2] - 2098:17,
  2099:11
Texas [1] - 2098:17
text [7] - 2064:14,
  2082:19, 2084:15,
  2113:9, 2124:3,
  2129:6, 2184:8
texting [2] - 2068:24,
  2101:3
texts [1] - 2087:13
THE [62] - 2044:3,
  2044:9, 2046:16,
  2046:18, 2047:2,
  2047:15, 2047:17,
  2047:21, 2048:7,
  2048:14, 2048:21,
  2049:5, 2049:13,
  2049:24, 2050:2,
  2050:9, 2050:11,
  2050:14, 2052:24,
  2053:3, 2094:3,
  2094:23, 2095:11,
  2095:16, 2095:24,
  2096:3, 2106:21,
  2106:24, 2110:25,
  2120:6, 2120:12,
  2120:18, 2121:8,
  2121:12, 2121:17,
  2122:1, 2122:3,
  2142:19, 2189:17,
  2189:20, 2190:2,
  2190:4, 2190:9,
  2190:14, 2190:18,
  2191:5, 2191:12,
  2191:16, 2191:19,
  2191:22, 2192:3,
  2192:8, 2192:13,
  2192:15, 2192:20,
  2193:2, 2193:5,
  2193:11, 2193:16,
  2193:19, 2193:23,
  2194:1
theft [1] - 2092:7
themselves [4] -
  2078:15, 2150:25,
  2166:4, 2175:6

theories [6] - 2090:24,
  2091:9, 2160:23,
  2164:4, 2172:19,
  2172:20
theory [3] - 2174:8,
  2176:3, 2176:14
thereafter [1] -
  2116:20
therefore [6] - 2047:5,
  2047:15, 2047:16,
  2142:7, 2158:25,
  2159:20
they've [2] - 2065:10,
  2065:11
thief [1] - 2133:16
thieves [2] - 2068:13,
  2068:15
thin [1] - 2116:13
thinking [2] - 2096:11,
  2162:9
thinks [1] - 2082:8
third [15] - 2092:11,
  2103:13, 2124:3,
  2143:5, 2164:13,
  2165:6, 2165:12,
  2166:17, 2172:15,
  2174:17, 2176:20,
  2178:20, 2178:25,
  2179:8, 2191:11
thoughtful [1] -
  2150:14
thoughts [1] - 2120:9
thousand [2] -
  2137:11, 2137:13
threat [1] - 2180:12
threaten [3] - 2135:2,
  2164:11, 2172:13
threatened [7] -
  2053:13, 2057:19,
  2092:7, 2178:21,
  2178:25, 2179:7,
  2180:5
threats [2] - 2092:11,
  2110:12
three [21] - 2061:1,
  2066:24, 2066:25,
  2067:3, 2073:4,
  2074:7, 2075:7,
  2076:19, 2078:3,
  2083:7, 2131:24,
  2136:6, 2140:7,
  2164:19, 2164:21,
  2174:12, 2176:25,
  2178:12, 2189:1,
  2190:19
three-way [2] -
  2066:24, 2066:25
three-year-old [1] -
  2061:1
throughout [6] -

2067:4, 2101:12,
2129:4, 2140:14,
2149:9, 2149:12
Ti [1] - 2068:5
ticket [1] - 2066:14
tie [1] - 2105:16
Timothy [1] - 2146:18
tiny [1] - 2078:16
Tise [2] - 2085:9,
  2085:13
titled [1] - 2194:12
today [13] - 2069:6,
  2087:9, 2087:15,
  2088:6, 2108:3,
  2108:5, 2113:15,
  2113:17, 2120:13,
  2121:23, 2123:19,
  2128:5, 2130:17
together [18] -
  2056:23, 2057:25,
  2072:19, 2076:8,
  2078:19, 2090:16,
  2100:3, 2104:19,
  2105:16, 2109:14,
  2128:1, 2128:4,
  2164:23, 2165:22,
  2166:8, 2170:21,
  2172:12, 2192:11
Tomorrow [1] - 2068:3
tomorrow [9] -
  2120:25, 2121:3,
  2188:22, 2190:7,
  2190:11, 2193:1,
  2193:8, 2193:25,
  2194:2
took [17] - 2055:14,
  2057:13, 2064:8,
  2082:2, 2082:6,
  2082:21, 2086:25,
  2097:5, 2104:6,
  2104:11, 2116:5,
  2116:7, 2140:7,
  2145:24, 2146:5,
  2168:13
toothbrush [1] -
  2085:20
top [1] - 2063:5
tornado [1] - 2057:11
total [2] - 2048:3,
  2076:24
totally [1] - 2067:20
tough [3] - 2070:7,
  2070:8, 2070:10
toward [2] - 2088:17,
  2152:12
towards [3] - 2118:4,
  2118:5, 2118:9
town [1] - 2053:17
towns [1] - 2079:6
TPI [3] - 2071:21,

2072:15, 2072:25
TPI1 [1] - 2070:18
TPI2 [2] - 2072:3,
  2072:25
TPI3 [5] - 2073:9,
  2073:11, 2075:8,
  2075:11
TPIs [2] - 2097:17,
  2098:3
tragic [1] - 2096:15
trail [1] - 2130:4
transcript [6] -
  2046:22, 2046:23,
  2048:11, 2048:24,
  2095:12, 2194:11
transcription [1] -
  2194:11
transfer [2] - 2101:24,
  2158:1
transferred [1] -
  2084:9
translate [1] - 2076:10
translation [6] -
  2159:1, 2159:3,
  2159:5, 2159:11,
  2159:12, 2160:14
translations [1] -
  2158:23
transpired [2] -
  2115:10, 2117:11
travels [1] - 2100:23
treated [1] - 2053:10
treatment [1] -
  2144:17
treats [1] - 2153:20
trial [32] - 2046:23,
  2102:10, 2107:13,
  2107:25, 2108:15,
  2111:3, 2113:15,
  2113:17, 2115:17,
  2143:16, 2143:17,
  2144:4, 2145:9,
  2145:13, 2145:21,
  2146:11, 2146:15,
  2148:25, 2149:9,
  2149:12, 2154:2,
  2154:6, 2154:8,
  2154:19, 2155:8,
  2155:15, 2157:14,
  2158:19, 2162:19,
  2182:15, 2183:23,
  2184:5
tried [1] - 2052:14
tries [2] - 2072:9,
  2080:2
trip [1] - 2136:8
troops [1] - 2074:22
trouble [2] - 2086:8,
  2086:15
troubled [1] - 2107:19

**true** [9] - 2078:1, 2094:23, 2135:23, 2150:1, 2153:8, 2154:13, 2155:4, 2155:17, 2194:11

**truly** [1] - 2127:5

**trust** [1] - 2141:6

**trusted** [4] - 2057:14, 2057:15, 2072:11, 2079:17

**truth** [5] - 2079:18, 2082:4, 2152:7, 2153:17, 2156:17

**truthful** [3] - 2108:10, 2126:21, 2127:4

**truthfully** [1] - 2151:23

**try** [6] - 2094:8, 2121:23, 2122:17, 2136:13, 2166:15, 2184:18

**trying** [9] - 2062:11, 2071:17, 2076:4, 2076:10, 2096:17, 2107:6, 2118:4, 2132:2, 2136:23

**Tunis** [28] - 2058:24, 2064:1, 2064:2, 2064:8, 2064:9, 2064:22, 2065:2, 2067:13, 2068:7, 2069:20, 2081:14, 2081:22, 2082:20, 2084:14, 2086:24, 2087:5, 2087:8, 2089:8, 2101:3, 2102:5, 2113:10, 2124:2, 2124:8, 2124:21, 2125:13, 2128:25, 2132:22, 2139:25

**Tunis'** [1] - 2128:7

**turn** [2] - 2050:18, 2163:12

**turned** [1] - 2136:1

**turns** [1] - 2086:6

**twice** [1] - 2113:23

**two** [25] - 2054:9, 2058:3, 2060:25, 2063:11, 2065:11, 2073:4, 2078:23, 2084:18, 2087:20, 2096:16, 2108:22, 2111:23, 2111:24, 2114:25, 2121:10, 2147:5, 2164:22, 2164:25, 2165:4, 2165:19, 2166:13, 2176:23, 2186:20, 2187:20, 2189:1

**type** [1] - 2166:14

**types** [2] - 2147:5, 2170:10

## U

**U.S** [18] - 2046:24, 2054:1, 2054:2, 2072:4, 2074:21, 2088:23, 2091:24, 2092:2, 2104:15, 2106:4, 2107:6, 2107:15, 2129:21, 2130:5, 2130:20, 2135:9, 2136:17, 2176:19

**U.S.C** [1] - 2044:24

**ultimately** [1] - 2167:9

**unanimous** [3] - 2185:1, 2185:10, 2188:9

**under** [15] - 2053:15, 2055:4, 2152:17, 2154:16, 2154:21, 2154:23, 2156:16, 2156:19, 2172:19, 2176:13, 2180:7, 2180:12, 2184:23, 2191:1, 2191:14

**underlined** [1] - 2068:8

**undertaking** [1] - 2172:4

**underway** [1] - 2111:4

**undisputed** [7] - 2096:23, 2097:25, 2098:9, 2098:19, 2128:13, 2146:4, 2146:13

**unduly** [1] - 2121:3

**unfortunate** [1] - 2136:10

**United** [46] - 2044:24, 2045:10, 2045:24, 2046:3, 2046:4, 2046:5, 2046:7, 2046:10, 2047:7, 2048:1, 2048:10, 2048:25, 2084:9, 2084:10, 2084:11, 2084:17, 2091:13, 2091:16, 2091:17, 2091:18, 2091:20, 2099:2, 2101:24, 2102:4, 2110:7, 2111:7, 2111:9, 2111:18, 2113:12, 2113:24, 2114:6, 2118:13, 2118:19, 2118:22, 2119:3, 2137:4, 2158:2, 2164:12, 2165:6,

2172:14, 2178:14, 2180:17, 2180:18, 2180:20, 2180:22

**universal** [1] - 2081:8

**unknown** [2] - 2109:4, 2109:6

**Unknown** [4] - 2074:25, 2075:1, 2075:2

**unlawful** [15] - 2100:5, 2163:1, 2164:23, 2166:4, 2166:16, 2167:22, 2167:23, 2168:4, 2168:8, 2170:4, 2170:24, 2171:6, 2171:8, 2172:1, 2175:6

**unlawfully** [2] - 2168:5, 2169:4

**unless** [2] - 2149:9, 2188:18

**unreasonableness** [1] - 2153:6

**untrue** [1] - 2137:3

**up** [47] - 2044:5, 2044:10, 2044:11, 2049:6, 2054:11, 2061:19, 2062:13, 2063:10, 2064:5, 2064:6, 2064:8, 2064:16, 2064:22, 2072:19, 2072:22, 2073:5, 2078:21, 2079:5, 2079:7, 2079:12, 2085:7, 2098:11, 2098:12, 2108:25, 2109:14, 2110:8, 2110:16, 2112:1, 2112:8, 2114:9, 2116:7, 2118:9, 2124:20, 2125:17, 2129:25, 2134:24, 2136:5, 2137:20, 2141:8, 2142:24, 2147:20, 2158:7, 2162:18, 2173:13, 2174:7, 2181:6, 2181:13

**updates** [1] - 2059:25

**upset** [2] - 2076:17, 2107:14

**useful** [3] - 2186:2, 2186:9, 2186:12

**uses** [1] - 2159:24

## V

**valuable** [1] - 2064:24

**valuables** [1] - 2063:9

**value** [3] - 2051:6, 2051:8, 2051:10

**van** [4] - 2060:21, 2061:7, 2062:6, 2062:23

**variety** [2] - 2107:1, 2182:20

**various** [3] - 2104:20, 2105:5, 2107:3

**vehicles** [1] - 2055:18

**venture** [4] - 2100:15, 2167:4, 2171:16, 2175:14

**verdict** [36] - 2093:25, 2142:17, 2144:16, 2145:3, 2148:6, 2151:1, 2151:3, 2151:5, 2161:8, 2181:8, 2181:24, 2182:10, 2183:12, 2185:1, 2185:7, 2185:8, 2185:9, 2185:11, 2185:13, 2185:18, 2185:24, 2186:5, 2187:12, 2187:22, 2187:23, 2187:25, 2188:1, 2188:2, 2188:3, 2188:4, 2188:6, 2188:9, 2188:10, 2188:12, 2188:13

**verdicts** [4] - 2120:4, 2161:5, 2182:4, 2185:10

**version** [1] - 2135:12

**via** [1] - 2184:12

**vicinity** [2] - 2192:12, 2192:13

**victim** [5] - 2046:7, 2046:10, 2087:14, 2180:19, 2180:22

**victims** [11] - 2047:5, 2049:1, 2052:11, 2055:21, 2055:25, 2090:2, 2091:25, 2093:18, 2097:2, 2114:7, 2177:18

**video** [11] - 2063:12, 2063:16, 2063:17, 2084:19, 2086:23, 2087:1, 2114:13, 2119:25, 2182:18, 2182:20

**videos** [1] - 2182:11

**views** [1] - 2181:13

**vigilante** [1] - 2098:14

**violate** [1] - 2168:2

**violence** [1] - 2180:4

**violent** [1] - 2059:2

**viral** [1] - 2088:20

**Virginia** [1] - 2113:24

**visa** [1] - 2111:6

**visit** [1] - 2134:2

**vital** [1] - 2157:13

**Vitel'Homme** [42] - 2055:20, 2056:13, 2056:15, 2056:16, 2056:23, 2056:25, 2058:13, 2058:15, 2059:17, 2062:9, 2062:12, 2062:15, 2062:16, 2063:12, 2063:17, 2063:21, 2063:22, 2066:11, 2066:13, 2071:24, 2073:10, 2075:8, 2075:10, 2075:11, 2077:2, 2077:3, 2077:4, 2077:7, 2077:12, 2080:1, 2080:3, 2080:4, 2080:6, 2080:8, 2088:14, 2101:15, 2105:3, 2131:9, 2133:22, 2139:2, 2140:5

**voice** [4] - 2061:20, 2128:24, 2129:8, 2186:3

**voir** [1] - 2120:23

**voluntarily** [4] - 2054:17, 2090:19, 2165:11, 2168:14

**vote** [2] - 2185:5, 2186:10

**voting** [1] - 2184:25

## W

**wait** [2] - 2049:20, 2189:1

**waiting** [2] - 2128:9, 2192:16

**waived** [1] - 2052:16

**Walder** [5] - 2064:2, 2102:5, 2113:10, 2155:5, 2159:13

**walk** [4] - 2053:8, 2065:9, 2078:23, 2078:24

**wall** [3] - 2063:10, 2065:10

**wallets** [1] - 2061:15

**walls** [1] - 2116:12

**wants** [8] - 2050:22, 2065:18, 2081:17, 2089:21, 2089:22, 2111:9, 2136:14, 2137:5

**Washington** [2] - 2068:8, 2101:5

**watch** [3] - 2138:17, 2183:20, 2183:21

**watching** [3] - 2063:18, 2133:13, 2137:23
**water** [1] - 2052:24
**ways** [5] - 2056:20, 2080:15, 2091:9, 2096:19, 2123:22
**weapon** [3] - 2083:22, 2088:17, 2102:10
**weapons** [13] - 2052:8, 2052:18, 2064:5, 2064:6, 2064:24, 2083:21, 2084:15, 2084:16, 2084:18, 2084:20, 2102:7
**wear** [3] - 2054:4, 2114:22
**wearing** [2] - 2052:7, 2052:8
**weave** [1] - 2122:17
**week** [5] - 2083:2, 2120:23, 2121:5, 2122:14, 2122:16
**weigh** [1] - 2151:17
**weight** [11] - 2144:5, 2147:3, 2148:1, 2148:3, 2151:6, 2153:19, 2156:23, 2157:6, 2157:15, 2160:8, 2170:7
**welcome** [3] - 2050:14, 2096:3, 2122:3
**Westley** [1] - 2178:2
**WhatsApp** [4] - 2059:25, 2124:10, 2129:3, 2130:11
**Wheelie** [2] - 2061:25, 2097:9
**whisked** [1] - 2053:19
**whole** [10] - 2054:7, 2078:1, 2083:12, 2086:6, 2091:19, 2126:2, 2130:7, 2131:5, 2143:23, 2181:20
**wholly** [1] - 2122:10
**wife** [8] - 2061:21, 2069:1, 2069:23, 2069:25, 2070:9, 2081:22, 2136:11
**willfully** [4] - 2054:25, 2091:6, 2173:3, 2173:9
**willing** [1] - 2137:7
**Wilson** [1] - 2068:5
**wind** [1] - 2089:12
**window** [2] - 2147:14, 2147:18

**windows** [2] - 2061:7, 2065:8
**wipe** [2] - 2083:11, 2083:12
**wiring** [1] - 2050:12
**wish** [4] - 2145:12, 2174:3, 2182:11, 2184:4
**witness** [41] - 2081:8, 2101:7, 2103:22, 2126:9, 2126:22, 2147:8, 2149:3, 2151:20, 2151:21, 2151:23, 2151:24, 2151:25, 2152:2, 2152:4, 2152:5, 2152:6, 2152:7, 2152:9, 2152:17, 2152:22, 2153:7, 2153:9, 2153:11, 2153:15, 2153:16, 2153:18, 2155:1, 2155:10, 2155:15, 2155:25, 2156:13, 2156:16, 2156:17, 2156:21, 2157:5, 2157:7, 2157:9, 2157:14, 2160:8, 2160:14
**witness's** [12] - 2147:9, 2151:22, 2152:4, 2152:13, 2152:20, 2152:21, 2152:24, 2154:1, 2154:11, 2154:18, 2154:25, 2155:1
**witnesses** [20] - 2045:13, 2045:17, 2047:22, 2048:12, 2061:17, 2084:18, 2101:8, 2139:5, 2144:7, 2145:23, 2146:22, 2151:7, 2151:10, 2151:12, 2151:13, 2151:18, 2151:19, 2160:4, 2160:10, 2160:16
**woke** [1] - 2147:20
**woman** [2] - 2068:22, 2068:25
**women** [1] - 2060:25
**word** [2] - 2095:1, 2187:19
**words** [13] - 2051:20, 2060:16, 2082:19, 2085:5, 2086:16, 2093:10, 2137:25, 2138:2, 2167:13, 2168:12, 2175:11, 2182:19, 2185:9

**works** [1] - 2083:18
**world** [1] - 2054:7
**worried** [4] - 2074:20, 2086:9, 2134:11, 2135:20
**worry** [1] - 2070:3
**worth** [1] - 2051:9
**wrenching** [1] - 2075:21
**write** [1] - 2187:1
**writes** [1] - 2071:6
**writing** [3] - 2048:23, 2184:21, 2185:2
**written** [6] - 2067:16, 2143:11, 2165:24, 2182:13, 2193:6, 2193:7
**wrote** [4] - 2124:25, 2125:1, 2125:2, 2125:9

## Y

**year** [8] - 2051:12, 2061:1, 2076:2, 2076:23, 2102:11, 2110:16, 2141:20
**years** [1] - 2058:3
**yelling** [1] - 2076:17
**yells** [1] - 2121:24
**yesterday** [5] - 2122:12, 2123:12, 2124:15, 2126:25, 2131:6
**Yoder** [2] - 2178:2, 2178:8
**Yonyon** [29] - 2051:5, 2056:23, 2060:10, 2062:7, 2065:3, 2066:6, 2066:15, 2073:12, 2077:21, 2079:22, 2081:12, 2081:15, 2081:16, 2102:25, 2103:4, 2103:5, 2103:11, 2105:1, 2116:19, 2128:12, 2131:9, 2131:12, 2133:6, 2133:10, 2133:20, 2133:22, 2133:23
**Yonyon's** [1] - 2104:12
**yourself** [4] - 2118:24, 2126:20, 2137:14, 2141:12
**yourselves** [6] - 2074:17, 2098:5, 2107:18, 2137:1, 2141:9

## Z

**zero** [1] - 2086:5
**Zo** [46] - 2057:15, 2059:2, 2066:6, 2066:13, 2072:7, 2072:8, 2072:9, 2072:10, 2072:11, 2074:3, 2074:4, 2077:23, 2078:8, 2079:17, 2079:18, 2079:19, 2079:25, 2080:2, 2080:3, 2080:9, 2081:24, 2082:16, 2083:4, 2105:2, 2107:18, 2108:2, 2109:2, 2109:6, 2125:24, 2125:25, 2131:12, 2131:15, 2131:18, 2131:20, 2132:7, 2132:10, 2132:14, 2132:23, 2133:1, 2134:7
**Zo's** [1] - 2131:22