UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    v.<br>GUANGHUA JIN,<br>    Defendant. | Criminal Action No. 23-91-2 (CKK) |

**ORDER**
(August 8, 2025)

Defendant Guanghua Jin has moved *in limine* to admit statistics of China's tobacco exports to North Korea. Motion *in Limine* to Admit Statistics on China's Exports to North Korea ("Def.'s Mot."), ECF No. 105 (July 1, 2025). Jin's Motion, however, does not clearly identify the specific statistics Jin seeks to admit. *Compare* Def.'s Mot., ECF No. 105 at 4 (arguing that "the Court should permit Mr. Jin to introduce at trial statistics showing China's exports of tobacco to North Korea") *with* Reply to Opp'n to Mot. ("Def.'s Reply"), ECF No. 124 at 1 (stating that Jin "does not seek to introduce the nature of these statistics in detail" and only seeks to introduce "the top-level annual figure"). Accordingly, the Court shall:

**ORDER** Counsel for Defendant Guanghua Jin to provide to Government Counsel (i) the statistics Jin seeks to admit in the form in which they would be presented at trial and (ii) the relevant hearsay exception or non-hearsay purpose for their admission by no later than **August 8, 2025**. If after conferring the Government opposes the admission of such statistics, then Defendant Jin is **ORDERED** to provide the same materials to the Court and to supplement those materials with (iii) proposed jury instructions and accompanying legal authority for admitting such statistics under the relevant hearsay exceptions or non-hearsay purposes by no later than **August 12, 2025, at 5:00 PM ET**.

1

**Dated**:  August 8, 2025

/s/ _____

COLLEEN KOLLAR-KOTELLY
United States District Judge