| | |
|---|---|
| **Message** | |
| From: | Patricio Lyons [plyons@ctj.com.ar] |
| Sent: | 8/30/2018 11:27:28 AM |
| To: | jameshan7788 [jameshan7788@sina.cn] |
| Subject: | Re: Fwd: Fwd: SHIPMENTS |



Dear Mr. James

---
Top of Form

It is important to understand the following; a) My bosses are willing to continue with the contract, taking into account the good relatioship between both companies over these years b) On the other hand it is essential that the signing of the contract means an increase in sales. Now, in the draft contract, which you sent me, there is an intention on your part to buy us 120 qtrs per year, but it turns out that without a contract we are selling to NK an average of 180 Qtrs per year, therefore I propose the following program of sales that start with estimated sales of 180 Qtrs for the first year, reaching 200 Qtrs in the second year, 250 for the third year and so on, of course we always talk about estimated sales. I'm sure that by putting it that way we solve it quickly

Bottom of Form

---

Best Regards


**Ing. Patricio Lyons**

Gerente de Operaciones

Tel:  +54  388-4911139

Web Site: **www.ctj.com.ar**

E-mail: **plyons@ctj.com.ar**

2018-08-30 10:37 GMT-03:00 <jameshan7788@sina.cn>:
Dear Mr. Lyons,

I see this email and payment is applied in process today. Let me check tomorrow and revert you soon.

According our talks yesterday, in order to achieve the exclusive sales agreement at once, I have added estimated annually sales amount in the agreement. We need to build this special relationship ASAP in order for us to perform our duty to sale.

For your existing customer, you should pass him over to WINNEY with your existing terms and conditions. This transfer should be completed within two months after the exclusive contract.

By the way, how about the process of cut rag tobacco sample? I need to show the sample to the customer. Please advise AWB soon.


Best regards,

James


----- 原始邮件 -----
发件人：Patricio Lyons <plyons@ctj.com.ar>

CONFIDENTIAL  TREATMENT  REQUESTED –
FOIA EXEMPT

USAO_0003942
CTJ0003942

收件人：jameshan7788 <jameshan7788@sina.cn>
抄送人：Fernando Bartoletti <fbartoletti@ctj.com.ar>, Mario Estrada <mestrada@ctj.com.ar>
主题：Fwd: Fwd: SHIPMENTS
日期：2018年08月30日 20点39分

Dear Mr. James:
           Hope you are fine.
Tomorrow we'll be shipping 4 containers, please see detail in email below.
Now according to the payment terms stablished in the sales contract and taking into account the balance account, you shuold transfer us U$D 280,829.18.
Would you be so kind to inform when you transfers us?

Best regards

**Ing. Patricio Lyons**

Gerente de Operaciones

Tel: +54 388-4911139

Web Site: **www.ctj.com.ar**

E-mail: plyons@ctj.com.ar

---------- Forwarded message ----------
From: **Mario Estrada** <mestrada@ctj.com.ar>
Date: 2018-08-29 11:09 GMT-03:00
Subject: Re: Fwd: SHIPMENTS
To: jameshan7788 <jameshan7788@sina.cn>
Cc: "Ing. Patricio Lyons" <plyons@ctj.com.ar>, Fernando Bartoletti <fbartoletti@ctj.com.ar>, Claudio Donaire <cdonaire@ctj.com.ar>


Dear James

According to the information provided, please request to transfer the outstanding balance of u$s 280.829,18 according to the attached summary, in order to embark the last lot:
EMC AJ.007   396   47.520 =  4x40
EMC KS.007    99   11.880 =  1x40
EMC AJ.009-L  99   11.880 =  1x40
Vessel SEA MAX ROWAYTON Booking: 340800030565

We also confirm that this office is loaded in Jujuy this Friday, 31.08.18

A copy of Credit Note is also attached.

Thank you for your attention, we expect copy of Swift on the payment of the balance.

Ref. The new program of the 29 containers to embark, Patricio is working on the subject, hopes to confirm between today and tomorrow.

Best regards,
Mario Estrada-CTJ

CONFIDENTIAL TREATMENT REQUESTED – FOIA EXEMPT

USAO_0003943
CTJ0003943

2018-08-28 17:51 GMT-03:00 <jameshan7788@sina.cn>:

Dear Mario,

The amount of difference USD 5,940 is correct. It means that we pay USD 5,940 more for the invoice 0020-00001200. In which bill we should deduct this overpayment ?

By the way, could you answer the request on the 8* AJ009L tobacco with latest shipment by PIL yesterday? And also need you to confirm the shipment plan. It is very important for my factory to produce. Wait for your quick response.


Best regards,

James



----- 原始邮件 -----
发件人：Mario Estrada <mestrada@ctj.com.ar>
收件人：jameshan7788 <jameshan7788@sina.cn>, Patricio Lyons <plyons@ctj.com.ar>, Fernando Marino Bartoletti <fbartoletti@ctj.com.ar>, Claudio Donaire <cdonaire@ctj.com.ar>
主题：Fwd: SHIPMENTS
日期：2018年08月28日 22点52分

URGENT !!

Dear James

Ref.: Export invoice No 0020-00001200 - CTJ

According to what is advanced on 20.04.18 according to the email below, the invoice 0020-00001200 can not be corrected, to save the amendments, the credit note document is issued.

We enclose draft of this document for your approval and issue the original.

We wait for your answer.

Best regards,
Mario Estrada - CTJ



---------- Forwarded message ----------
From: **Mario Estrada** <mestrada@ctj.com.ar>
Date: 2018-04-20 14:46 GMT-03:00
Subject: SHIPMENTS
To: jameshan7788@sina.cn, Patricio Lyons <plyons@ctj.com.ar>, Fernando Marino Bartoletti <fbartoletti@ctj.com.ar>, ctj ctj <ctjfrias@hotmail.com>


Dear James

CONFIDENTIAL TREATMENT REQUESTED – FOIA EXEMPT

USAO_0003944
CTJ0003944

We inform,

2-) About the modification of our invoice No. 0020-00001200, unfortunately we can not correct it. What is possible is to make a Credit Note for the corresponding difference.

We are waiting for your information.

Best regards and happy weekend.

**Mario M. Estrada**

**Dpto. Comercio Exterior**

Tel: +54 388-4911139

Web Site: **www.ctj.com.ar**

Email: mestrada@ctj.com.ar

CONFIDENTIAL TREATMENT REQUESTED –
FOIA EXEMPT

USAO_0003945
CTJ0003945

# Exclusive Agency Agreement

Contract №: EAA-0724/18

**1. Contracting Parties:**

Supplier (hereinafter called "Party A"): Cooperativa de Tabacaleros de Jujuy Limitada
Add: Urquiza 708-Perico, Jujuy, Argentina
Tel: +54 388 4911139

Agent (hereinafter called "Party B"): Winney Tobacco FZCO
Add: Office LB182101, Jebel Ali Freezone, Dubai, U.A.E.
Tel: +971 4 8856516

This Agreement is entered into between the parties concerned on the basis of equality and mutual benefit. Party A authorizes Party B as the exclusive sales agency to sell and develop business in D.P.R.KOREA on terms and conditions mutually agreed upon as follows:

**2. Commodity, Description and Quantity**
Party A hereby appoints Party B to act as Party A's exclusive sales agent to sell the commodity mentioned below and any other developing commodity, estimated sales quantity would be 120 Qtrs annually.

| № | Commodity | Description |
|---|---|---|
| 1 | Cut rag tobacco | AJ 007 (subject to approved sample) |
| 2 | Cut rag tobacco | KS 007 (subject to approved sample) |
| 3 | Cut rag tobacco | AJ 009L (subject to approved sample) |
| 4 | Cut rag tobacco | JB-13 (subject to approved sample) |
| 5 | Cut rag tobacco | ACH (subject to approved sample) |
| 6 | Cut rag tobacco | C-S (subject to approved sample) |
| 7 | Any other developing tobacco | |

**3. Territory**
In D.P.R.KOREA only.

**4. Confirmation of Orders**
The quantities, prices and delivery of the commodities stated in this Agreement shall be confirmed in each transaction, the details of which are to be specified in the Purchase Contract signed by the

1

CONFIDENTIAL TREATMENT REQUESTED –
FOIA EXEMPT

USAO_0003954
CTJ0003954

two parties hereto.

### 5. Reports on Market Conditions
Party B shall provide Party A with detailed reports on current market conditions and consumers' comments every six months. Meanwhile, Party B shall, from time to time, send party A samples of similar commodities offered by other suppliers, together with prices, sales information and advertising materials.

### 6. Advertising & Publicity Expenses
Party B shall bear all expenses for advertising and publicity within the aforementioned territory in the existing of this Agreement.

### 7. Validity of Agreement
This Agreement, after its being signed by the parties concerned, shall remain in force for 5 years from Jul 2018 to Jul 2023. If either Party wishes to extend this Agreement, he shall notice, in writing, the other party one month prior to its expiration. The matter shall be decided by the agreement and by consent of the parties hereto.
Should either party fail to implement the terms and conditions herein, the other party is entitled to terminate this Agreement.

### 8. Arbitration
All disputes arising from the execution of this Agreement shall be settled through friendly consultations. In case no settlement can be reached, the case in dispute shall then be submitted to the Dubai International Arbitration Centre for arbitration in accordance with its provisional rules of procedure. The decision made by this Commission shall be regarded as final and binding upon both parties. Arbitration fees shall be borne by the losing party, unless otherwise awarded.

### 9. Other Terms & Conditions
(1) Party A shall not supply the contracted and developing commodity to any other buyers in the above mentioned territory. Any enquiries in the territory should be forwarded to Party B.

(2) Indemnity:
In case that any buyers sell any commodities from Party A to D.P.R.KOREA market without approval of Party B, Party A should pay to Party B for penalty of the amount sold in the territory. Detailed amount is subject to the data from the Customs Department in D.P.R.KOREA.

(3) For any business transacted between governments of both Parties, Party A may handle such direct dealings as authorized by Party A's government without binding himself to this Agreement. Party B shall not interfere in such direct dealings nor shall Party B bring forward any demand for compensation and commission therefrom.

(4) Force Majeure:
Neither party shall bear responsibility for the complete or partial non-performance of any of its obligations or for delays, failures or omissions under this contract due to any cause beyond its control and not due to its own negligence and which cannot be overcome by the exercise of due diligence, including labour disturbances, riots, fires, earthquakes, floods, storms, lightning,

2

CONFIDENTIAL TREATMENT REQUESTED –
FOIA EXEMPT

USAO_0003955
CTJ0003955

epidemics, war, disorders, hostilities, expropriation or confiscation of properties, interference by civil or military authorities, whether legal or de-facto, and whether purporting to act under some constitution, decree of law, or otherwise, acts of God, perils of the Sea, etc. whether or not the cause be of the same kind as those enumerated above, such enumeration being illustrative.

(5) This Agreement shall be subject to the terms and conditions in the Purchase Contract signed by both parties hereto.

This Agreement is signed on Jul 24, 2018 in Dubai, U.A.E. and is in two originals; each Party holds one.


Party A:                                                    Party B:



Cooperativa de Tabacaleros de Jujuy Limitada    Winney Tobacco FZCO

3

CONFIDENTIAL TREATMENT REQUESTED – FOIA EXEMPT

USAO_0003956
CTJ0003956