UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 23-cr-91-02 (CKK) |
| | : | |
| v. | : | |
| | : | |
| JIN GUANGHUA, | : | |
| | : | |
| Defendant. | : | |

GOVERNMENT'S MOTION FOR CLARIFICATION
OF THE COURT'S ORDER
ON ADMISSION OF RECORDINGS AND EMAILS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully seeks clarification of the Court's Order on the Defendant's Motion *in Limine* regarding the admission of recordings and emails from the undercover operation in this case (ECF No. 192 (Sept. 10, 2025)), and to provide additional notice to defense.

In litigating the Defendant's Motion, the government had discussed an intent to admit several calls and emails from May 2019. However, in the interest of streamlining issues at trial, the government is considering admitting at trial only one recorded call of co-defendant Han Linlin on May 13, 2019 (Ex. 405 & 405T) and one email of Mr. Han (Ex. 502).[1] Should the government proceed with this strategy, the government would not seek to admit the Defendant Jin Guanghua's statements to the Undercover Officers. The government would, however, admit testimony of the Undercover Officer(s) identifying the Defendant as the individual with whom they met in July

---

[1] The government submits that statements of Mr. Han are not hearsay. The portions of the call the government intends to introduce (specifically Ex. 405T p. 1-6 (stanza 7)) are not being introduced for the truth of the matter, but rather to show Mr. Han's membership in the conspiracy based on his reference to his prior conduct. The remainder of the call is introduced to provide context for the conversation between Mr. Han and the Undercover Officer, and for the later meeting between the Undercover Officers and the Defendant.

2019 following email communication with the Defendant's email account, and without admitting the content of the statements at that meeting.

The government's interpretation of the Court's order implies that, should the government adopt this strategy, it would obviate or reduce the need for additional evidence from either party as to the scope of the statements of the Undercover Officers after May 13, 2019. *See* Order at 14 (discussing the government's admission of certain statements providing context for the Defendant's statements on North Korea), 15 (discussing providing context for the undercover investigation), 17 (cross-examination of the undercover officers for bias). However, given the issues raised by the Defendant in his brief, and in an effort to ensure that the defense has an opportunity to respond, the government files this motion to obtain clarification from the Court as to what extent the Court's prior analysis—which relied (at 15-20) on the government's previously-stated strategy—would apply, particularly as it pertains to the Defendant's ability to introduce additional statements from, and facts related to the undercover investigation after May 13, 2019 during cross-examination of the Undercover Officer(s).

Finally, the government intends hereby to provide notice to the defense regarding this potential change in the government's strategy with respect to the more limited admission of the Defendant's statements, so that the defense counsel may take the same into account when crafting his opening statement.

The government respectfully seeks a ruling by or clarification from the Court on or before September 16, 2025.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

2

By:    */s/ Steven Wasserman*_____
        Steven B. Wasserman
        D.C. Bar No.453251
        Karen P. W. Seifert
        N.Y. Bar No. 4742342
        Assistant United States Attorneys
        National Security Section
        601 D Street, NW, 5th Floor
        Washington, DC 20530
        (o) 202-252-7719 (Wasserman)
        (o) 202-252-7527 (Seifert)
        steve.wasserman@usdoj.gov
        karen.seifert@usdoj.gov

        Christina Clark
        D.C. Bar No.  995326
        Trial Attorney
        U.S. Department of Justice
        National Security Division
        950 Pennsylvania Avenue, NW
        Washington, DC 20530
        christina.clark3@usdoj.gov
-        (o) 202-412-4213

3