# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JIN GUANGHUA,<br><br>Defendant. | Criminal Action No. 23-091-2 (CKK) |

## ORDER
(September 14, 2025)

In accordance with the procedure established in the Court's [131] Trial Procedures Order, the Government notified the Court by email on the evening of September 11, 2025, of a dispute regarding the permissible scope of discussion of North Korea's weapons of mass destruction ("WMD") program during the Government's opening statement. Defendant Jin Guanghua, through counsel, responded by email the following morning. The Court has considered the parties' submissions and is providing this Order to summarize and clarify its prior rulings regarding the permissible scope of opening statements regarding North Korea's WMD program.

The Court hereby incorporates and makes part of this Order both the discussion of this issue and the related holdings of its prior Memorandum Opinion and Order dated August 22, 2025, ECF No. 152, and the entirety of its prior Memorandum Opinion and Order dated August 29, 2025, ECF No. 171. For the reasons stated therein, it is **ORDERED** that:

- During its opening statement, the Government shall limit references to North Korea's WMD program to the following permissible purposes:

    - identifying and describing, in general terms, the Executive Orders and regulations issued pursuant to the International Emergency Economic Powers Act ("IEEPA") underlying the charges at issue in this case;

    - stating the names of the relevant Executive Order and regulations; and

- o describing, in general terms, the impetus for the relevant Executive Orders and regulations by stating that "evidence will show that the sanctions at issue in this case were intended to limit North Korea's ability to fund its weapons programs." *See* Mem. Op. & Order, ECF No. 171.

- During its opening statement, the Government may also:

  - o state that evidence will show that the North Korean Foreign Trade Bank ("FTB") and the Korea Kwangson Banking Corp. ("KKBC") are included on the list of Specially Designated Nationals and Blocked Persons ("SDN list") pursuant to the Weapons of Mass Destruction Proliferators Sanctions Regulations ("WMDPSR"), which authorizes sanctions against entities that provide financial services to WMD proliferators;

  - o state that it is a violation of the relevant Executive Orders and regulations for a U.S. financial institution to provide correspondent banking services for the benefit of entities on the SDN list, including FTB and KKBC; and

  - o state that it is a violation of IEEPA to act willfully to cause or attempt to cause a U.S. financial institution to provide correspondent banking services for the benefit of entities on the SDN list, including FTB and KKBC.

- During its opening statement, the Government shall not:

  - o describe specific details of North Korea's military and weapons programs, including specific weapons tests or other specific actions in furtherance of weapons programs, even if those details are described in the text of the relevant Executive Orders; or

  - o describe the mechanisms by which the relevant Executive Orders and regulations are intended to address the declared national emergency related to North Korea's WMD program and limit North Korea's ability to fund that program.

**SO ORDERED.**

**Dated:** September 14, 2025

COLLEEN KOLLAR-KOTELLY
United States District Judge