UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 23-cr-91 (CCK) |
| v. : | |
| : | |
| JIN GUANGHUA, : | |
| : | |
| Defendant. : | |

## JOINT STATUS REPORT BY THE PARTIES REGARDING PLEA NEGOTIATIONS

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant Jin Guanghua, through his counsel Eugene Gorokhov, hereby respectfully submit this joint status report to update the Court on the progress of plea negotiations. The parties have been unable to reach a plea agreement and are requesting a status hearing be scheduled at the Court's earliest availability in order to address setting a new trial date.

Defense counsel has advised that the Defendant objects to continuing to toll time under the Speedy Trial Act until the next status hearing. The government would note that the Court's Minute Order issued on December 5, 2025, tolled the Speedy Trial clock until the next hearing held in this matter. Given that the parties have been engaged in plea negotiations and will now need to assess the availability of counsel and witnesses for a retrial, the government submits that the Court's tolling of the Speedy Trial clock is appropriate, and the ends of justice are served by continuing to toll the clock until the next status date at which time a new trial date will presumably be scheduled.

Wherefore, the parties respectfully request that the Court schedule a status hearing.

Respectfully submitted on behalf of the parties,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/*Steven Wasserman*

        Steven B. Wasserman
        D.C. Bar No. 453251
        Assistant United States Attorney
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 272-7719
        Steve.Wasserman@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on December 12, 2025, I caused a copy of this motion to be served via ECF upon counsel for the defendant.

        /S/*Steven Wasserman*
        Steven B. Wasserman
        Assistant United States Attorney