**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | } | |
| | } | |
| **v.** | } | **Criminal No. 23-CR-91-CKK** |
| | } | |
| **GUANGHUA JIN,** | } | |
| | } | |
| **Defendant.** | } | |
| | } | |
| _____ | } | |

### DEFENDANT'S MOTION TO COMPEL THE GOVERNMENT
### TO IDENTIFY EVIDENCE THAT IT HAS DESTROYED

The Defendant, Guanghua Jin, through counsel, respectfully moves the Court to compel the government to identify any evidence sought by the Defendant's pending motions that have been destroyed or are otherwise no longer available. Such identification is necessary in the event that the government failed to preserve apparently or potentially exculpatory evidence, and Mr. Jin needs a fair opportunity to seek remedy for the destruction of evidence.

### BACKGROUND

Mr. Jin's pending Motions for discovery seek documents and evidence that may have been destroyed or are otherwise no longer available. Anglin has previously stated that emails belonging to former prosecutors and investigators may be no longer available. *See* Exhibit 1 – Email from Anglin to AUSA Wasserman dated 3/28/25 at 2 (stating that "Any missing documents from internal emails about blocked or questioned transactions would have belonged to employees that no longer work for the Department of Justice and are therefore unavailable.")

Mr. Jin's pending Motions, meanwhile, seek production of communications of Joy Gallante, a case agent who has retired from the FBI, and certain communications between former prosecutors and CTJ. Mr. Jin's pending Motions also seek draft versions of exhibits prepared by

the first trial team.  To the extent any of the evidence sought by Mr. Jin in his pending motions have been destroyed or no longer available, the government should be required to specifically identify that evidence, the timeframe for the destruction, and the reason for destruction.

**ARGUMENT**

Under the Fifth Amendment's Due Process Clause, the government has a "duty" to "preserve evidence" if the evidence (i) "'possess[es] an exculpatory value that was *apparent* [to the government] before the evidence was destroyed'" and is "'of such a nature that the defendant would be unable to obtain comparable evidence by other reasonably available means.'" *United States v. Matthews*, 373 F. App'x 386, 390 (4th Cir. 2010) (unpublished) (quoting *California v. Trombetta*, 467 U.S. 479, 489 (1984)) (emphasis added). In contrast, "'if the exculpatory value of the evidence is indeterminate and all that can be confirmed is that the evidence was '*potentially* useful' for the defense, then a defendant must show that the government acted in bad faith in destroying the evidence.'" *Id.* (quoting *United States v. Bohl*, 25 F.3d 904, 910 (10th Cir. 1994)) (emphasis added).

Regardless of the precise standard applicable to a potential destruction of evidence claim, Mr. Jin cannot assert such a claim without knowing what evidence has been destroyed.  Given the Court's order that the parties must present all submissions "based on facts that are presently known or reasonably foreseeable" by 2:00 PM on March 19, 2026, Mr. Jin files this motion to preserve his ability to present a potential *Trombetta* claim should evidence emerge that the government destroyed exculpatory or potentially exculpatory evidence.

**CONCLUSION**

The Court should grant the Motion and order the government to identify any responsive documents or evidence to the Defendant's pending discovery motions that it has destroyed or are otherwise no longer available.

Respectfully submitted,

By: /s/ Eugene Gorokhov
Eugene Gorokhov, Esq.
D.C. Bar No. 979785
Burnham & Gorokhov, PLLC
1634 I Street NW, Suite 575
Washington, DC 20006
(202) 386-6920 (phone)
(202) 765-2173 (fax)
eugene@burnhamgorokhov.com

**CERTIFICATE OF SERVICE**

A copy of the foregoing motion was filed via ECF, which automatically sends a copy to all counsel of record.

Respectfully submitted,
By: /s/ Eugene Gorokhov
Eugene Gorokhov, Esq.
D.C. Bar No. 979785
Burnham & Gorokhov, PLLC
1634 I Street NW, Suite 575
Washington, D.C. 20006
(202) 386-6920 (phone)
(202) 765-2173 (fax)
eugene@burnhamgorokhov.com