**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | } | |
| | } | |
| **v.** | } | **Criminal No. 23-CR-91-CKK** |
| | } | |
| **GUANGHUA JIN,** | } | |
| | } | |
| **Defendant.** | } | |
| | } | |
| _____ | } | |

**DEFENDANT'S SUPPLEMENT TO THE REPLY TO**
**GOVERNMENT'S OPPOSITION**
**TO DEFENDANT'S MOTIONS ECF 329, 330, 331**

Defendant Guanghua Jin, through counsel, respectfully submits this Supplement to Defendant's Reply docketed as ECF 335.

The following is offered as a direct contradiction to the government's proffer that "[Anglin] alerted the AUSA the night before his testimony and they corrected the trial exhibits." ECF 333 at 7, ¶7.

- Government Exhibit 356A was modified on 9/14/25 by AUSA Seifert to remove the Carbuncle transactions. This was four days before Anglin testified.

- Earlier versions of Exhibit 356A, including one modified on 9/8/25 by AUSA Seifert, still retained the Carbuncle transactions.

- AUSA Seifert could not have only learned about this issue on the night before Anglin's testimony, because Anglin testified on 9/18/25.



Exhibit 356A as modified by AUSA Seifert on 9/14/25.



Exhibit 356A as modified by AUSA Seifert on 9/8/25.

Respectfully submitted,


By: /s/ Eugene Gorokhov
Eugene Gorokhov, Esq.
D.C. Bar No. 979785
Ziran Zhang, Esq.
D.C. Bar No. 1019799
Burnham & Gorokhov, PLLC
1634 I Street NW, Suite 575
Washington, DC 20006
(202) 386-6920 (phone)
(202) 765-2173 (fax)
eugene@burnhamgorokhov.com

**CERTIFICATE OF SERVICE**

A copy of the foregoing motion was filed via ECF, which automatically sends a copy to all counsel of record.

Respectfully submitted,
By: /s/ Eugene Gorokhov
Eugene Gorokhov, Esq.
D.C. Bar No. 979785
Burnham & Gorokhov, PLLC
1634 I Street NW, Suite 575
Washington, D.C. 20006
(202) 386-6920 (phone)
(202) 765-2173 (fax)
eugene@burnhamgorokhov.com