

**Eugene Gorokhov <eugene@evgpllc.com>**

## 23cr091-2 Jin - Statements for in camera review

**Magnani, Christopher (NSD)** <Christopher.Magnani@usdoj.gov>                Mon, Mar 30, 2026 at 8:14 PM
To: Kollar-Kotelly Chambers <Kollar-Kotelly_Chambers@dcd.uscourts.gov>, "Ross, Eli (NSD)" <Eli.Ross2@usdoj.gov>,
Eugene Gorokhov <eugene@burnhamgorokhov.com>, Ziran Zhang <ziran.zhang@gmail.com>

We will file something.  I know that the Court is asking here only for production of witness statements by 9:30pm for witnesses called tomorrow, but the minute order requires the production of <u>all</u> of Anglin's statements tonight.  And the minute order is not limited to Jencks (statements about his testimony) but about the case itself.  We cannot comply with such a broad order.  Anglin has nearly a decade of statements across email, skype, and Teams on unclassified and classified systems.  We have never gathered all of these materials and gathering them would be technically complicated.  Reviewing them would take weeks.  I do not think the Court intended to request the production of produce gigabytes of material by 9:30pm but, if that was its intention, I am afraid to say we will be unable to comply.

**From:** Kollar-Kotelly Chambers <Kollar-Kotelly_Chambers@dcd.uscourts.gov>
**Sent:** Monday, March 30, 2026 8:03 PM
**To:** Magnani, Christopher (NSD) <Christopher.Magnani@usdoj.gov>; Ross, Eli (NSD) <Eli.Ross2@usdoj.gov>; Eugene Gorokhov <eugene@burnhamgorokhov.com>; Ziran Zhang <ziran.zhang@gmail.com>
**Subject:** [EXTERNAL] RE: 23cr091-2 Jin - Statements for in camera review

Thank you, counsel.  The Court did ultimately order that the motion be granted as conceded, with productions by 9:30 p.m. this evening for any of the relevant witnesses that will be called tomorrow.  If the Government will be seeking reconsideration or modification of this order, it would be helpful to receive that motion as soon as possible.

Thank you,

Chambers

**From:** Magnani, Christopher (NSD) <Christopher.Magnani@usdoj.gov>
**Sent:** Monday, March 30, 2026 7:56 PM
**To:** Kollar-Kotelly Chambers <Kollar-Kotelly_Chambers@dcd.uscourts.gov>; Ross, Eli (NSD) <Eli.Ross2@usdoj.gov>; Eugene Gorokhov <eugene@burnhamgorokhov.com>; Ziran Zhang <ziran.zhang@gmail.com>
**Subject:** RE: 23cr091-2 Jin - Statements for in camera review

**CAUTION - EXTERNAL:**

The Court did not miss the motion—we just neglected to file it. I apologize. In an attempt to resolve the issue, I produced Anglin's Jencks last night. Tarango and Bartoletti have none.

But the Motion seeks more than Jencks Act statements and we oppose the motion to the extent it asks the government to gather and produce "all written communications of Dawson Anglin related to Anglin's work in this case."

---

**From:** Kollar-Kotelly Chambers <Kollar-Kotelly_Chambers@dcd.uscourts.gov>
**Sent:** Monday, March 30, 2026 7:24 PM
**To:** Magnani, Christopher (NSD) <Christopher.Magnani@usdoj.gov>; Ross, Eli (NSD) <Eli.Ross2@usdoj.gov>; Eugene Gorokhov <eugene@burnhamgorokhov.com>; Ziran Zhang <ziran.zhang@gmail.com>
**Subject:** [EXTERNAL] 23cr091-2 Jin - Statements for in camera review
**Importance:** High

Good afternoon, counsel,

The Court will likely issue an order on this topic later tonight, but recognizing that everyone is working on short timelines, we wanted to check in sooner rather than later:

At this point, the Court has not received an opposition from the Government to Mr. Jin's motion to compel production of certain statements by Agent Tarango, FoA Anglin, and Mr. Bartoletti for *in camera* review. (The Court did receive some Jencks material for FoA Anglin.) Because the Court set a deadline of 9:00 a.m. this morning for the Government's response to Mr. Jin's motion and has not received an opposition, the Court is inclined to treat the motion as conceded and order the Government to produce any statements that are responsive to the motion for *in camera* review, possibly as soon as tonight.

Have we missed the Government's response? Alternatively, was the production of statements by FoA Anglin intended to be the Government's complete response? If so, please let us know as soon as possible.

Thank you,

Chambers

---

Case 1:23-cr-00091-CKK    Document 361-1    Filed 04/02/26    Page 3 of 4

**From:** DCD_ECFNotice@dcd.uscourts.gov <DCD_ECFNotice@dcd.uscourts.gov>
**Sent:** Friday, March 27, 2026 9:14 PM
**To:** ECFMail DCD <DCD_ECFNotice@dcd.uscourts.gov>
**Subject:** Activity in Case 1:23-cr-00091-CKK USA v. HYON-SOP et al Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Columbia**

**Notice of Electronic Filing**

The following transaction was entered on 3/27/2026 at 9:14 PM and filed on 3/27/2026

**Case Name:**          USA v. HYON-SOP et al

**Case Number:**          1:23-cr-00091-CKK

**Filer:**

**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER as to JIN GUANGHUA (2): The Court is in receipt of Mr. Jin's [340] Motion to Compel Production of Witnesses' Statements for *In Camera* Review. The Government shall respond promptly, and no later than 9:00 a.m. ET on March 30, 2026. Signed by Judge Colleen Kollar-Kotelly on 03/27/2026. (lcckk1)**

**1:23-cr-00091-CKK-2 Notice has been electronically mailed to:**

Eugene V. Gorokhov     eugene@burnhamgorokhov.com, michael@burnhamgorokhov.com

Ziran Zhang     ziranzhang@gmail.com

Christina A. Clark     christina.clark3@usdoj.gov

Christopher Magnani     christopher.magnani@usdoj.gov

Eli Joseph Ross     Eli.Ross2@usdoj.gov, USADC-ECFCSS@usa.doj.gov, USADC.ECFCSS@usdoj.gov, koffi.zilevu@usdoj.gov

Mark Andrew Murphy     mark.murphy@usdoj.gov

**1:23-cr-00091-CKK-2 Notice will be delivered by other means to::**

Benjamin Joseph Koenigsfeld
U.S. DEPARTMENT OF JUSTICE

950 Pennsylvania Ave NW
Washington, DC 20530

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.