**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** } | |
| } | |
| **v.** } | **Criminal No. 23-CR-91-CKK** |
| } | |
| **GUANGHUA JIN,** } | |
| } | |
| **Defendant.** } | |
| } | |
| _____ } | |

## **ORDER**

This matter comes before the Court on the defendant Guanghua Jin's Motion to Compel

Production of *Brady* and Jencks Material and for an Evidentiary Hearing.

Based upon the submissions of the parties, this Court GRANTS the motion.

SO ORDERED _____                    _____

The Honorable Colleen Kollar-Kotelly
Washington, D.C.

1