**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **CRIMINAL NO. 23-cr-91 (CCK)** |
| **v.** | **:** | |
| | **:** | |
| **JIN GUANGHUA,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**JOINT STATUS REPORT BY THE PARTIES REGARDING PLEA NEGOTIATIONS**

The United States and the defendant Jin Guanghua, through his counsel Eugene Gorokhov, hereby respectfully submit this joint status report to update the Court on the progress of plea negotiations. The parties are continuing to negotiate the terms of a potential plea agreement and need additional time to complete these negotiations. The parties request permission to file another joint status report on or before May 27, 2026, at which time the parties will apprise the Court of the status of the plea negotiations and propose a date for a plea hearing or status date.

Counsel for the defendant has advised undersigned counsel that in the interests of justice, the defendant is willing to exclude time under the Speedy Trial Act until the next scheduled hearing.

Wherefore, the parties respectfully request that the Court direct the parties to file a joint status report on or before May 27, 2026, apprising the Court of the status of the plea negotiations.

Respectfully submitted,

JOHN A. EISENBERG
ASSITANT ATTORNEY GENERAL
FOR NATIONAL SECURITY

By:   */s/ Christopher Magnani*
       Christopher Magnani (MD 1512160075)
       Eli Ross (IL 6321411)
       Trial Attorneys
       Counterintelligence and Export Control Section
       National Security Division
       U.S. Department of Justice
       950 Pennsylvania Ave., NW
       Washington, D.C. 20530
       Telephone: (202) 353-9261
       Christopher.Magnani@usdoj.gov